IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
NICE SYSTEMS, INC., a Delaware Corporation, and :
NICE SYSTEMS LTD., an Israeli Corporation
                                                  :
                    Plaintiffs,
             v.                                   : Civil Action No. _____

WITNESS SYSTEMS, INC, a Delaware Corporation, :
                                                    **JURY TRIAL DEMANDED**
                    Defendant.                    :

------------------------------------- x

## PLAINTIFFS' RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiffs NICE Systems, Inc. and NICE Systems Ltd. state that:

NICE Systems Ltd. has no parent corporation, and no publicly held corporation owns ten percent or more of NICE Systems Ltd. NICE Systems, Inc. is a wholly owned subsidiary corporation of NICE Systems Ltd.

Dated: May 10, 2006                      Respectfully submitted,

OF COUNSEL
                                         By: /s/ Karen L. Pascale
                                             Josy W. Ingersoll (#1088)
KAYE SCHOLER LLP                             Karen L. Pascale (#2903)
Scott G. Lindvall                            YOUNG CONAWAY STARGATT
Daniel P. DiNapoli                             & TAYLOR, LLP
Joseph M. Drayton                            The Brandywine Building
                                             1000 West Street, 17th Floor
425 Park Avenue                              Wilmington, DE 19899-0391
New York, New York 10022                     (302) 571-6672
(212) 836-8000

                                         *Attorneys for NICE Systems, Inc. and*
                                         *NICE Systems, Ltd.*