AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>06cv311 | DATE FILED<br>5/11/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>NICE Systems Inc., a Delaware Corporation;<br>NICE Systems Ltd., an Israeli Corporation | | DEFENDANT<br>Witness Systems Inc., a Delaware Corporation |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,274,738 | 12/28/93 | Dictaphone Corporation |
| 2 | 5,396,371 | 3/7/95 | Dictaphone Corporation |
| 3 | 5,819,005 | 10/6/98 | Dictaphone Corporation |
| 4 | US 6,249,570 B1 | 6/19/01 | David A. Glowny |
| 5 | US 6,728,345 B2 | 4/27/04 | Dictaphone Corporation |
| | US 6,775,372 B1 | 8/10/04 | Dictaphone Corporation |
| | US 6,785,370 B2 | 8/31/04 | Dictaphone Corporation |
| | US 6,870,920 B2 | 3/22/05 | Dictaphone Corporation |
| | US 6,959,079 | 10/25/05 | NICE Systems Ltd. |
| | US 7,010,109 B2 | 3/7/06 | NICE Systems Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | May 11, 2006 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**