IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>             Plaintiffs,<br><br>     v.<br><br>WITNESS SYSTEMS, INC.,<br><br>             Defendant. | CA No. 06-311-JJF |

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by the parties below, subject to the approval of the Court, that:

The time for defendant, Witness Systems, Inc. to answer, move or otherwise plead in response to the Complaint in this action shall be extended through and including June 30, 2006.

| FISH & RICHARDSON P.C. | YOUNG CONAWAY STARGATT &<br>TAYLOR LLP |
|---|---|
| */s/* William J. Marsden, Jr.<br>William J. Marsden, Jr. (#2247)<br>Kyle Wagner Compton (#4693)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899-1114<br>Tel:  (302) 652-5070<br>marsden@fr.com<br>kcompton@fr.com<br><br>*Attorneys for Defendant*<br>*Witness Systems, Inc.* | */s/* Josy W. Ingersoll<br>Josy W. Ingersoll (#1088)<br>Karen L. Pascale (#2903)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>Tel: (302) 571-6672<br>jingersoll@ycst.com<br>kpascale@ycst.com<br><br>*Attorneys for Plaintiffs NICE Systems Ltd.*<br>*and NICE Systems, Inc.* |

SO ORDERED this _____ day of _____, 2006.

                                                      _____
                                                      The Honorable Joseph J. Farnan, Jr.