IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>  Plaintiffs,<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>  Defendant. | CA No. 06-311-JJF |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Daniel A. Kent, to represent defendant Witness Systems, Inc., in this matter.

Dated: June 2, 1006        FISH & RICHARDSON P.C.

By: /s/ Kyle Wagner Compton
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
marsden@fr.com
kcompton@fr.com

Attorneys for Defendant
Witness Systems, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2006     _____
                                    Honorable Joseph J. Farnan, Jr.
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of State of Georgia No. 415110, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: May 26, 2006            Signed: _____
                                       Daniel A. Kent
                                       Fish & Richardson, P.C.
                                       1230 Peachtree Street, NE
                                       19th Floor
                                       Atlanta, GA 30309
                                       (404) 892-5005

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2006, I electronically filed with the Clerk of Court the attached Motion using CM/ECF which will send electronic notification of such filing(s) to the following attorneys of record. In addition, the filing will also be sent at the following addresses in the manner indicated below:

**VIA HAND DELIVERY**

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
YOUNG CONAWAY STARGATT &
TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Tel: (302) 571-6672

Attorneys for Plaintiffs
NICE Systems Ltd. and
NICE Systems, Inc.

**VIA ELECTRONIC MAIL**

Of Counsel:

Scott G. Lindvall.
Patricia J. Clarke
Robert R. Laurenzi
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Fax: (212) 836-6369
slindvall@kayescholer.com
pclarke@kayescholer.com
rlaurenzi@kayescholer.com

*/s/ Kyle Wagner Compton*
Kyle Wagner Compton