IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NICE SYSTEMS, INC., a Delaware Corporation, and :
NICE SYSTEMS LTD., an Israeli Corporation,

                         :

               Plaintiffs,
           v.                :   Civil Action No. 06-311-JJF

WITNESS SYSTEMS, INC, a Delaware Corporation, :

              Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION AND ORDER
FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Scott G. Lindvall, Daniel DiNapoli, Joseph M. Drayton, Robert R. Laurenzi, Jason Frank and Steven Chin of Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 to represent Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. in this matter.

Dated: June 19, 2006       By: _____
                                              Josy W. Ingersoll (#1088)
                                              Karen L. Pascale (#2903)
                                              YOUNG CONAWAY STARGATT
                                                  & TAYLOR, LLP
                                              The Brandywine Building
                                              1000 West Street, 17th Floor
                                              Wilmington, DE 19899-0391
                                              jingersoll@ycst.com
                                              (302) 571-6672
                                              *Attorneys for NICE Systems, Inc. and*
                                              *NICE Systems, Ltd.*

**ORDER GRANTING MOTION**

It is hereby ordered that counsel's motion for admissions *pro hac vice* are granted.

Dated: June____, 2006                    _____
                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, Virginia and Washington, D.C. and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: June 13, 2006                    Respectfully submitted,

                                        By: _____
                                        Scott G. Lindvall
                                        KAYE SCHOLER LLP
                                        425 Park Avenue
                                        New York, New York 10022
                                        (212) 836-8700

31280963.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Dated: June 6, 2006                Respectfully submitted,

By: *Daniel P. DiNapoli*
Daniel DiNapoli
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8162

31280968_V2.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Maryland and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: June 6, 2006

Respectfully submitted,

By: _____
Joseph M. Drayton
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

31280677.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: June 6, 2006

Respectfully submitted,

By: _____
Robert R. Laurenzi
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-7235

31280965.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: June 6, 2006                    Respectfully submitted,

By: _____
Jason Frank
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-7337

31280966_V1.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Dated: June 13, 2006
           Respectfully submitted,

           By: _____
           Steven Chin
           KAYE SCHOLER LLP
           425 Park Avenue
           New York, New York 10022
           (212) 836-8164

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on June 19, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, PC
> 919 N. Market Street, Suite 1100
> Wilmington, DE 19801

I further certify that on June 19, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY ELECTRONIC MAIL**

> Noah C. Graubart, Esquire
> Nagendra Setty, Esquire
> Daniel A. Kent, Esquire
> Christopher O. Green, Esquire
> Fish & Richardson, PC
> 1230 Peachtree, NE, 19th Floor
> Atlanta, GA 30309

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Josy W. Ingersoll
> _____
> Josy W. Ingersoll (No. 1088)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> jingersoll@ycst.com
> *Attorneys for Plaintiffs*