IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and NICE SYSTEMS LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> WITNESS SYSTEMS, INC., <br><br> *Defendant*. | C.A. No. 06-311-JJF |

## DEFENDANT WITNESS SYSTEMS, INC.'S MOTION FOR TRANSFER

Defendant Witness Systems, Inc. hereby respectfully asks that the Court transfer this action to the Northern District of Georgia, pursuant to 28 U.S.C. § 1404(a). Witness Systems, Inc.'s brief in support and accompanying supporting exhibits are filed contemporaneously herewith.

Dated: June 29, 2006

FISH & RICHARDSON P.C.

By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070

Nagendra Setty (GA Bar #037617)
(*Pro hac vice* pending)
Daniel A. Kent (GA Bar #415110)
(*Pro hac vice* pending)
John D. Hamann (GA Bar #320109)
(*Pro hac vice* pending)
1230 Peachtree Street, NE, 19th Floor
Atlanta, GA 30309
Tel: (404) 892-5005

Attorneys for Defendant
Witness Systems, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.,<br><br>    *Defendant.* | C.A. No. 06-311-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2006, I electronically filed with the Clerk of Court the attached DEFENDANT WITNESS SYSTEMS, INC.'S MOTION FOR TRANSFER using CM/ECF which will send electronic notification of such filing(s) to the following attorneys of record. In addition, the filing will also be sent at the following addresses in the manner indicated below:

**VIA HAND DELIVERY**

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
YOUNG CONAWAY STARGATT &
TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Tel: (302) 571-6672

12002404.2.doc

|  |  |
|---|---|
| **VIA ELECTRONIC MAIL** | Scott G. Lindvall (Admitted *pro hac vice*)<br>Daniel DiNapoli (Admitted *pro hac vice*)<br>Joseph M. Drayton (Admitted *pro hac vice*)<br>Robert R. Laurenzi (Admitted *pro hac vice*)<br>Jason Frank (Admitted *pro hac vice*)<br>Steven Chin (Admitted *pro hac vice*)<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>Fax: (212) 836-8000<br>ATTORNEYS FOR PLAINTIFFS<br>NICE SYSTEMS LTD. AND<br>NICE SYSTEMS, INC. |

/s/ *Kyle Wagner Compton*
Kyle Wagner Compton



RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. Local Rule 7.1.1, Witness Systems, Inc. certifies that it has asked plaintiffs NICE Systems, Inc. and NICE Systems Ltd. (collectively, "NICE") to consent to the transfer of this action to the Northern District of Georgia, and that NICE has declined to consent to such transfer.

/s/ Kyle Wagner Compton
Kyle Wagner Compton (#4693)

12002404.2.doc

B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>*Defendant*. | C.A. No. 06-311-JJF |

## [PROPOSED] ORDER

The Court, having considered Defendant Witness Systems, Inc.'s Motion for Transfer and its supporting papers, and having considered the parties' arguments with regard to that motion, rules as follows:

Defendant Witness Systems, Inc.'s Motion for Transfer is GRANTED.

IT IS HEREBY ORDERED this _____ day of _____, 2006 that this action is transferred to the Northern District of Georgia.

_____
Hon. Joseph J. Farnan, Jr.
United States District Judge

12003447.doc