**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>WITNESS SYSTEMS, INC.,<br><br>     *Defendant*. | C.A. No. 06-311-JJF |

### DEFENDANT WITNESS SYSTEMS, INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Witness Systems, Inc., a non-governmental corporation organized and existing under the laws of the State of Delaware, certifies that it has no parent corporation, and that no publicly held corporation owns ten percent or more of its stock.

Dated: June 29, 2006            FISH & RICHARDSON P.C.

                                By: */s/ William J. Marsden, Jr.*
                                    William J. Marsden, Jr. (#2247)
                                    Kyle Wagner Compton (#4693)
                                    919 N. Market Street, Suite 1100
                                    P. O. Box 1114
                                    Wilmington, Delaware  19899-1114
                                    Telephone:  (302) 652-5070

                                    Nagendra Setty (GA Bar #636205)
                                    (*Pro Hac Vice* Pending)
                                    Daniel A. Kent (GA Bar #415110)
                                    (*Pro Hac Vice* Pending)
                                    John D. Hamann (GA Bar #320109)
                                    (*Pro Hac Vice* Pending)
                                    1230 Peachtree Street, NE, 19th Floor
                                    Atlanta, GA 30309
                                    Tel: (404) 892-5005

                                Attorneys for Defendant
                                Witness Systems, Inc.

12003366.doc

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2006, I electronically filed with the Clerk of Court the attached DEFENDANT WITNESS SYSTEMS, INC.'S RULE 7.1 STATEMENT using CM/ECF which will send electronic notification of such filing(s) to the following attorneys of record. In addition, the filing will also be sent at the following addresses in the manner indicated below:

**VIA HAND DELIVERY**

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
YOUNG CONAWAY STARGATT &
TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Tel: (302) 571-6672

**VIA ELECTRONIC MAIL**

Scott G. Lindvall (Admitted *pro hac vice*)
Daniel DiNapoli (Admitted *pro hac vice*)
Joseph M. Drayton (Admitted *pro hac vice*)
Robert R. Laurenzi (Admitted *pro hac vice*)
Jason Frank (Admitted *pro hac vice*)
Steven Chin (Admitted *pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Fax: (212) 836-8000
ATTORNEYS FOR PLAINTIFFS
NICE SYSTEMS LTD. AND
NICE SYSTEMS, INC.

*/s/ Kyle Wagner Compton*
Kyle Wagner Compton