IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>*Defendant*. | C.A. No. 06-311-JJF |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Declaration of Kyle Wagner Compton In Support of Defendant Witness Systems, Inc.'s Motion For Transfer; and

2. Exhibits 1 – 40 to Declaration of Kyle Wagner Compton In Support of Defendant Witness Systems, Inc.'s Motion For Transfer.

The original documents are maintained in the case file in the Clerk's Office.

Dated: June 29, 2006              FISH & RICHARDSON P.C.


By: */s/ Kyle Wagner Compton*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070

*Pro Hac Vice* Pending:
Nagendra Setty (GA Bar #636205)
Daniel A. Kent (GA Bar #415110)
John D. Hamann (GA Bar #320109)
1230 Peachtree Street, NE, 19th Floor
Atlanta, GA 30309
Tel: (404) 892-5005

Attorneys for Defendant Witness Systems, Inc.

Notice of Filing with Clerk's Office.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2006, I electronically filed with the Clerk of Court the attached NOTICE OF FILING WITH CLERK'S OFFICE using CM/ECF which will send electronic notification of such filing(s) to the following attorneys of record. In addition, the filing will also be sent at the following addresses in the manner indicated below:

**VIA HAND DELIVERY**

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Tel: (302) 571-6672

**VIA ELECTRONIC MAIL**

Scott G. Lindvall (Admitted *pro hac vice*)
Daniel DiNapoli (Admitted *pro hac vice*)
Joseph M. Drayton (Admitted *pro hac vice*)
Robert R. Laurenzi (Admitted *pro hac vice*)
Jason Frank (Admitted *pro hac vice*)
Steven Chin (Admitted *pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Fax: (212) 836-8000
ATTORNEYS FOR PLAINTIFFS
NICE SYSTEMS LTD. AND
NICE SYSTEMS, INC.

/s/ Kyle Wagner Compton
Kyle Wagner Compton