IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and<br>NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>　　　　　　　　　　Plaintiffs,<br>　　　　v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER

The parties to the above action hereby stipulate and agree, subject to the approval and order of the Court, that the following schedule shall apply to remaining briefing of Defendant Witness Systems, Inc.'s Motion to Transfer:

| | |
|---|---|
| Nice Systems, Inc. and Nice Systems, Ltd.'s Answering Brief in Opposition to Witness Systems, Inc.'s Motion to Transfer | July 28, 2006 |
| Witness Systems, Inc.'s Reply Brief | August 11, 2006 |

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON, P.C. |
|---|---|
| */s/ Melanie K. Sharp* | */s/ William J. Marsden, Jr.* |
| Melanie K. Sharp (No. 2501)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br><br>P.O. Box 391<br>Wilmington, DE 19899<br>(302)571-6681<br>msharp@ycst.com<br><br>*Attorneys for Plaintiffs* | William J. Marsden, Jr. (No. 2247)<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302)778-8401<br>marsden@fr.com<br><br>*Attorneys for Defendant* |

　　　　SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge