# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | NEILLI MULLEN WALSH | THE BRANDYWINE BUILDING | LISA A. ARMSTRONG | KAREN LANTZ |
| SHELDON N. SANDLER | JANET Z. CHARLTON | 1000 WEST STREET, 17TH FLOOR | GREGORY J. BABCOCK | TIMOTHY E. LENGKEEK |
| RICHARD A. LEVINE | ROBERT S. BRADY | WILMINGTON, DELAWARE 19801 | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| RICHARD A. ZAPPA | JOEL A. WAITE | | SEAN M. BEACH | MATTHEW B. LUNN |
| FREDERICK W. IOBST | BRENT C. SHAFFER | P.O. BOX 391 | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| RICHARD H. MORSE | DANIEL P. JOHNSON | WILMINGTON, DELAWARE 19899-0391 | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| DAVID C. MCBRIDE | CRAIG D. GREAR | | KARA HAMMOND COYLE | MICHAEL W. MCDERMOTT |
| JOSEPH M. NICHOLSON | TIMOTHY JAY HOUSEAL | (302) 571-6600 | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | (800) 253-2234 (DE ONLY) | MARY F. DUGAN | EDMON L. MORTON |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | FAX: (302) 571-1253 | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| JOSY W. INGERSOLL | C. BARR FLINN | | KENNETH J. ENOS | JENNIFER R. NOEL |
| ANTHONY G. FLYNN | NATALIE WOLF | | IAN S. FREDERICKS | ADAM W. POFF |
| JEROME K. GROSSMAN | LISA B. GOODMAN | 110 WEST PINE STREET | JAMES J. GALLAGHER | SETH J. REIDENBERG |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | P.O. BOX 594 | SEAN T. GREECHER | KRISTEN R. SALVATORE (PA ONLY) |
| JAMES L. PATTON, JR. | JAMES P. HUGHES, JR. | GEORGETOWN, DELAWARE 19947 | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| ROBERT L. THOMAS | EDWIN J. HARRON | (302) 856-3571 | DAWN M. JONES | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | (800) 255-2234 (DE ONLY) | RICHARD S. JULIE | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | FAX: (302) 856-9338 | KAREN E. KELLER | CHAD S.C. STOVER (SC ONLY) |
| BRUCE L. SILVERSTEIN | ROLIN P. BISSELL | | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | SCOTT A. HOLT | WWW.YOUNGCONAWAY.COM | EDWARD J. KOSMOWSKI | MARGARET B. WHITEMAN |
| LARRY J. TARABICOS | JOHN T. DORSEY | | JOHN C. KUFFEL | SHARON M. ZIEG |
| RICHARD A. DILIBERTO, JR. | M. BLAKE CLEARY | DIRECT DIAL: (302) 571-6681 | | |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | DIRECT FAX: (302) 576-3333 | SPECIAL COUNSEL | SENIOR COUNSEL |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | msharp@ycst.com | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| RICHARD J.A. POPPER | JOHN J. PASCHETTO | | ELENA C. NORMAN | |
| TERESA A. CHEEK | NORMAN M. POWELL | | KAREN L. PASCALE | OF COUNSEL |
| | | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

July 17, 2006

**BY E-FILE AND HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 King Street, Lock Box 19
Wilmington, DE 19801

    Re: NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems Ltd.,
      C.A. No. 06-311-JJF

Dear Judge Farnan:

    I write on behalf of Plaintiffs, NICE Systems, Inc. and NICE Systems, Ltd. in response to the letter to the Court dated July 13 from William J. Marsden, defendant Witness Systems Inc.'s counsel. Mr. Marsden requested that the Court postpone setting a Rule 16 scheduling conference with the parties until after August 11, the date by which defendant's motion to transfer will be fully briefed. Plaintiffs oppose this request since it only serves to unnecessarily postpone movement of the case forward.

    The scheduling of the Rule 16 conference will ensure that the parties meet and confer in accordance with Rule 26(f) without undue delay. The immediate preparation of a discovery plan and a proposed pre-trial schedule amongst the parties has no impact on "judicial economy" or the merits of the case. Furthermore, the Court's Rule 16 conference will focus the parties on the relevant issues including the scope of the litigation. Regardless of which Court ultimately hears this merits of this matter, all of these preliminary conferences, if completed as soon as practicable, can only have a positive impact on "judicial economy."

    Additionally, transfer of this action to the Northern District of Georgia is unwarranted. This action involves a dispute between two Delaware corporations, plaintiff NICE

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan, Jr.
July 17, 2006
Page 2

Systems, Inc. (located in New Jersey) and defendant Witness Systems, Inc. The main reason asserted by the defendant for transferring the case is: (1) the existence of three cases in the Northern District of Georgia* and (2) the location of employees and former employees of defendant in Georgia. Neither warrants transfer. The Georgia cases involve different patents and inventors than the case before this Court. Two of the cases (*STS Software Systems, Ltd. v. Witness Systems, Inc.* filed on July 20, 2004; *Witness Systems, Inc. v. NICE Systems, Inc. and NICE Systems Ltd.* filed on August 30, 2004) have been pending for nearly two years and the third (*Witness Systems, Inc. v. NICE Systems, Inc. and NICE Systems Ltd.* filed on January 19, 2006) for 18 months, but no trial dates have been set in any of the three cases. What the defendant has not told the Court (in either its letter or its motion) is that the Georgia actions referenced in Mr. Marsden's letter are pending before three *different* judges; and that Witness *unsuccessfully* moved two of those judges to consolidate the cases, based on judicial efficiency, in 2005. Finally, the vast majority of the third party inventors of the patents in this case live in Connecticut.

      Because NICE believes that the defendants request serves only to delay the case from moving forward without any legitimate reason, NICE requests the Court to schedule a Rule 16 conference and such that the parties may begin discovery.

Respectfully,

Melanie K. Sharp (Bar No. 2501)

MKS:itb
cc:    William J. Marsden, Jr., Esquire

DB02:5426344.1                                 065251.1001