# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

July 18, 2006

Melanie K. Sharp, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

William J. Marsden, Jr., Esquire
Fish & Richardson P.C.
919 North Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

        RE:   NICE Systems Inc., et al. v. Witness Systems, Inc.,
                C.A. No. 06-311

Dear Counsel:

      I have received your letters (D.I. 21, 22) concerning the scheduling of a Rule 16 Conference. I agree with Plaintiffs' counsel that allowing the Rule 16 process to move forward will not have any impact on judicial economy considerations. Since an Answer has been filed, the Rule 16 scheduling will proceed. Accordingly, the Court will hold a Rule 16 Scheduling Conference in this action on **Thursday, September 7, 2006**, at **11:00 a.m.** in Courtroom 4B, Boggs Federal Building, Wilmington, Delaware.

                                          Sincerely,

                                          JOSEPH J. FARNAN, JR.

JJFjr:rjp

cc:    Clerk, United States District Court