IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>                Plaintiffs,<br>    v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>                Defendant. | Civil Action No. 06-311-JJF |

**APPENDIX TO PLAINTIFFS' ANSWERING BRIEF
IN OPPOSITION TO DEFENDANT'S MOTION FOR TRANSFER**

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP
                              Josy W. Ingersoll (No. 1088)
                              Melanie K. Sharp (No. 2501)
                              Karen E. Keller (No. 4489)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, DE 19801

                              P.O. Box 391
                              Wilmington, DE 19899
                              (302)571-6672
                              jingersoll@ycst.com
                              msharp@ycst.com
                              kkeller@ycst.com

                              *Attorneys for Plaintiffs Nice Systems, Inc. and*
                              *Nice Systems, Ltd.*

*Of Counsel:*

KAYE SCHOLER LLP
Scott G. Lindvall, Esquire
Daniel P. DiNapoli, Esquire
Joseph M. Drayton, Esquire
425 Park Avenue
New York, NY 10022
(212)836-8000

Dated: July 28, 2006

EXHIBITS

A.  Chart Distinguishing Instant Case from Georgia Cases

# Exhibit A

|  | NICE I | Witness I | Witness II | NICE II |
|---|---|---|---|---|
| Case Names | *STS Software Systems Ltd. v. Witness Systems Inc.*, (No. 1:04-CV-2111-RWS) ("**NICE I**") | *Witness Systems Inc. v. Nice Systems, Inc. and Nice Systems Ltd.*, (No. 1:04-CV-2531-CAP) ("**Witness I**") | *Witness Systems Inc. v. Nice Systems Inc.*, (No. 1:06-CV-0126-TCB) ("**Witness II**") | *Nice Systems, Inc. and Nice Systems, Ltd. v. Witness Systems Inc.*, (C.A. No. 06-311-JJF) ("**NICE II**") |
| Parties | Plaintiff: STS Software Systems, Ltd. Defendant: Witness Systems, Inc. | Plaintiff: Witness Systems, Inc. Defendant: NICE Systems, Inc. and Nice Systems Ltd. | Plaintiff: Witness Systems, Inc. Defendant: NICE Systems, Inc. and Nice Systems Ltd. | Plaintiffs: NICE Systems, Inc. and NICE Systems, Ltd. Defendant: Witness Systems, Inc. |
| Length of Time Pending | 24 months (since July 20, 2004) | 23 months (since August 30, 2004) | 7 months (since January 19, 2006) | 2 months (since May 10, 2006) |
| Judges | Judge Richard W. Story | Judge Charles A. Pannell, Jr. | Judge Timothy C. Batten | Judge Joseph J. Farnan |
| Relief Sought | Nice seeks injunctive relief only—no damages | Injunctive relief and damages | Injunctive relief and damages | Injunctive relief and damages |
| Designated Experts | Witness: Christopher D. Blair, Ph.D. NICE: Dr. Kevin Jeffay | Witness: Dr. James Foley NICE: Dr. Aaron Bobick | Witness: Dr. Richard Stern NICE: To be determined | Witness: To be determined NICE: To be determined |
| Patents-In-Suit | 1. U.S. Patent No. 6,865,604 2. U.S. Patent No. 6,871,229 3. U.S. Patent No. 6,880,004 | 1. U.S. Patent No. 5,790,798 2. U.S. Patent No. 6,510,220 | 1. U.S. Patent No. 6,404,857 | 1. U.S. Patent No. 5,274,738 2. U.S. Patent No. 5,396,371 3. U.S. Patent No. 5,819,005 4. U.S. Patent No. 6,249,570 5. U.S. Patent No. 6,728,345 6. U.S. Patent No. 6,775,372 |

DB02:5444318.1

065251.1001

|  | NICE I | Witness I | Witness II | NICE II |
|---|---|---|---|---|
|  |  |  |  | 7. U.S. Patent No. **6,785,370**<br>8. U.S. Patent No. **6,870,920**<br>9. U.S. Patent No. **6,959,079**<br>10. U.S. Patent No. **7,010,109** |
| **Inventors**<br>(Alphabetical) | Bar, Eitan<br>Nisani, Mordechai | Beckett II, Stephen Marshall<br>House, Donald Andrew<br>Lamberti, Jr., Santino J.<br>McDougal, Rebecca L. | Blair, Christopher Douglas<br>Keenan, Roger Louis | Daly, Daniel F.<br>Dwyer, John J.<br>Elazar, Avishai<br>Freedman, Ilan<br>Goane, Christopher S.<br>Glowny, David A.<br>Grandy, Thomas C.<br>Gritzer, Hagay<br>Harris, Mark N.<br>Henits, John<br>Leung, Keith K. W.<br>Messologitis, Constantine P.<br>Morlando, Salvatore J.<br>Ni, Phil Min<br>Richter, John E.<br>Sekas, Mark<br>Sharma, Sharnla V.<br>Shporer, Danny<br>Su, Jy-Hong<br>Swick, Robert B.<br>Yosef, Ilan |

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on July 28, 2006, I caused to be electronically filed a true and correct copy of the foregoing document, Appendix to Plaintiff's Answering Brief in Opposition to Plaintiff's Motion to Transfer, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Kyle Wagner Compton, Esquire
> Fish & Richardson, P.C.
> 919 North Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE 19899-1114

I further certify that on July 28, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> **BY E-MAIL**
> Noah C. Graubart, Esquire
> Nagendra Setty, Esquire
> John Hamann, Esquire
> Daniel A. Kent, Esquire
> Christopher O. Green, Esquire
> 1230 Peachtree, NE
> 19th Floor
> Atlanta, GA 30309

Karen E. Keller (No. 4489)