IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NICE SYSTEMS, INC., et al.,         :
                                    :
    Plaintiffs,                     :
                                    :
  v.                                : Civil Action No. 06-311-JJF
                                    :
WITNESS SYSTEMS, INC.,              :
                                    :
    Defendant.                      :

### O R D E R

WHEREAS, by letter, Defendant has requested that the Court reschedule the Rule 16 Scheduling Conference currently set for Thursday, September 7, 2006 (D.I. 29);

WHEREAS, Plaintiffs do not oppose a brief postponement (D.I. 30);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The September 7, 2006 Rule 16 Scheduling Conference is cancelled.

2) A Rule 16 Scheduling Conference will be held on **Thursday, October 12, 2006 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel

should be available during the 120 day period for trial.


August 15, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE