## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NICE SYSTEMS, INC., a Delaware Corporation, and )
NICE SYSTEMS, LTD., an Israeli Corporation, )
                                                         )
                               Plaintiffs, )
                     v.                            )      Civil Action No. 06-311-JJF
                                                           )
WITNESS SYSTEMS, INC, a Delaware Corporation, )
                                                         )
                           Defendant. )

## NOTICE OF SERVICE

       The undersigned, counsel for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd.,

hereby certify that two copies of Plaintiffs' First Set of Requests for Production of Documents

and Things Directed to Defendant, were caused to be served on September 22, 2006 upon the

following counsel of record in the manner indicated below:

                          **BY HAND DELIVERY AND EMAIL**
                          William J. Marsden, Jr., Esquire
                          Kyle Wagner Compton, Esquire
                          Fish & Richardson, P.C.
                          919 North Market Street
                          Suite 1100
                          P. O. Box 1114
                          Wilmington, DE  19899-1114

                          **BY EMAIL**
                          Noah C. Graubart, Esquire
                          Nagendra Setty, Esquire
                          John Hamann, Esquire
                          Christopher O. Green, Esquire
                          Daniel A. Kent, Esquire
                          Fish & Richardson, P.C.
                          1230 Peachtree , NE, 19th Floor
                          Atlanta, GA  30309

                                                                         

:

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Of Counsel:*
KAYE SCHOLER LLP
Scott G. Lindvall, Esquire
Daniel P. DiNapoli, Esquire
Joseph M. Drayton, Esquire
425 Park Avenue
New York, NY  10022
(212)836-8000

Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6672
jingersoll@ycst.com
msharp@ycst.com
kkeller@ycst.com

*Attorneys for Plaintiffs Nice Systems, Inc. and Nice
Systems, Ltd.*

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on September 22, 2006, I caused to be electronically filed a true and correct copy of the foregoing document, Notice of Service, to be filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Kyle Wagner Compton, Esquire
> Fish & Richardson, P.C.
> 919 North Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE  19899-1114

I further certify that on September 22, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> **BY E-MAIL**
> Noah C. Graubart, Esquire
> Nagendra Setty, Esquire
> John Hamann, Esquire
> Daniel A. Kent, Esquire
> Christopher O. Green, Esquire
> 1230 Peachtree, NE
> 19th Floor
> Atlanta, GA  30309

Melanie K. Sharp (No. 2501)