**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br> *Plaintiffs*,<br><br> v.<br><br>WITNESS SYSTEMS, INC.,<br><br> *Defendant*. | Civil Action No. 06-311-JJF |

**NOTICE OF CHANGE OF ADDRESS**

Please let your records reflect that the Atlanta office of Fish & Richardson has moved.  Please direct copies of all communications, filings, and orders to the address listed below.  Please note that the main telephone and facsimile numbers and email addresses remain the same.  The new direct dial numbers are listed below.

NAGENDRA SETTY
Admitted *Pro Hac Vice*
Email:  setty@fr.com
Direct Dial:  (404) 724-2801

DANIEL A. KENT
Admitted Pro Hac Vice
Email:  kent@fr.com
Direct Dial:  (404) 724-2828

CHRISTOPHER O. GREEN
Admitted Pro Hac Vice
Email:  green @ fr.com
Direct Dial:  (404) 724-2777

JOHN HAMANN
Admitted Pro Hac Vice
Email:  haman@fr.com
Direct Dial:  (404) 724-2762

NOAH C. GRAUBART
Admitted Pro Hac Vice
Email:  graubart@fr.com
Direct Dial:  (404) 724-2820

FISH & RICHARDSON P.C.
1180 Peachtree Street, NE
21st Floor
Atlanta, GA  30309
Telephone:  (404) 892-5005
Facsimile:  (404) 892-5002

Dated:  October 16, 2006  FISH & RICHARDSON P.C.


By: */s/ Kyle Wagner Compton.*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, Delaware  19899-1114
Telephone:  (302) 652-5070

Nagendra Setty
Daniel A. Kent
John D. Hamann
1130 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

ATTORNEYS FOR DEFENDANT
WITNESS SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Change of Address** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Karen L. Pascale | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Young, Conoway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE  19899 | |

I hereby certify that on this 16th day of October, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY  10022 | |

                                               */s/ Kyle Wagner Compton*
                                               Kyle Wagner Compton