IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and<br>NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>　　　　　　　　　Plaintiffs,<br>　　　　v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd., hereby certify that two copies of Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were caused to be served on October 17, 2006 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY AND EMAIL**
William J. Marsden, Jr.
Kyle Wagner Compton
Fish & Richardson, P.C.
919 North Market Street
Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114

**BY EMAIL**
Noah C. Graubart
Nagendra Setty
John Hamann
Christopher O. Green
Daniel A. Kent
Fish & Richardson, P.C.
1180 Peachtree , NE, 21st Floor
Atlanta, GA  30309

:
                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*
_____
Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Daniel P. DiNapoli
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212)836-8000

*Attorneys for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd.*

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on October 17, 2006, I caused to be electronically filed a true and correct copy of the foregoing document, Notice of Service of Plaintiffs' Initial Disclosures, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Marsden, Jr.
>Kyle Wagner Compton
>Fish & Richardson, P.C.
>919 North Market Street, Suite 1100
>P.O. Box 1114
>Wilmington, DE  19899-1114

I further certify that on October 17, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>**BY E-MAIL**
>Noah C. Graubart
>Nagendra Setty
>John Hamann
>Daniel A. Kent
>Christopher O. Green
>Fish & Richardson, P.C.
>1180 Peachtree , NE, 21st Floor
>Atlanta, GA  30309

_____
Melanie K. Sharp (No. 2501)