**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

NICE SYSTEMS, INC. and
NICE SYSTEMS LTD.,

     *Plaintiffs*,

     v.

WITNESS SYSTEMS, INC.,

     *Defendant*.

Civil Action No. 06-311-JJF

**NOTICE OF SERVICE**

     PLEASE TAKE NOTICE that on October 23, 2006 that Defendant Witness Systems' Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents and Things were caused to be served on the below-listed attorneys of record, in the manner indicated:

**VIA ELECTRONIC & FIRST CLASS MAIL:**

Josy W. Ingersoll
Karen L. Pascale
Young, Conoway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

*Attorneys for Plaintiffs*
*Nice Systems Ltd. and Nice Systems, Inc.*

Scott G. Lindvall
Daniel DiNapoli
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

*Attorneys for Plaintiffs*
*Nice Systems Ltd. and Nice Systems, Inc.*

Dated:  October 23, 2006          FISH & RICHARDSON P.C.


By:  */s/ Kyle Wagner Compton.*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, Delaware  19899-1114
    Telephone:  (302) 652-5070

    Nagendra Setty
    Daniel A. Kent
    John D. Hamann
    1180 Peachtree Street, NE, 21st Floor
    Atlanta, GA 30309
    Tel: (404) 892-5005

    ATTORNEYS FOR DEFENDANT
    WITNESS SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Karen L. Pascale | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Young, Conoway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE  19899 | |

I hereby certify that on October 23, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY  10022 | |

*/s/ Kyle Wagner Compton*
Kyle Wagner Compton