### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>*Defendant*. | Civil Action No. 06-311-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 17, 2006 Defendant Witness Systems, Inc.'s Second Set of Interrogatories to Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd. were caused to be served on the below-listed attorneys of record, in the manner indicated:

### VIA HAND DELIVERY & ELECTRONIC MAIL:

| | |
|---|---|
| Josy W. Ingersoll<br>Karen L. Pascale<br>Young, Conoway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |
| Scott G. Lindvall<br>Daniel DiNapoli<br>Joseph M. Drayton<br>Robert R. Laurenzi<br>Jason Frank<br>Steven Chin<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

- 2 -

Dated: November 17, 2006  FISH & RICHARDSON P.C.


By: */s/ Kyle Wagner Compton.*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, Delaware 19899-1114
    Telephone: (302) 652-5070

    Nagendra Setty
    Daniel A. Kent
    John D. Hamann
    1180 Peachtree Street, NE, 21st Floor
    Atlanta, GA 30309
    Telephone: (404) 892-5005

    ATTORNEYS FOR DEFENDANT
    WITNESS SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Karen L. Pascale | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Young, Conoway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE 19899 | |

I hereby certify that on November 17, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY 10022 | |

                                                    */s/ Kyle Wagner Compton*
                                                    Kyle Wagner Compton