IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------ x
NICE SYSTEMS, INC., a Delaware Corporation, and :
NICE SYSTEMS LTD., an Israeli Corporation,

                                             :

             Plaintiffs,
     v.                     :   Civil Action No. 06-311-JJF

WITNESS SYSTEMS, INC, a Delaware Corporation,:

             Defendant.   :
------------------------------------ x

## MOTION AND ORDER
## FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sarah W. Saunders of Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 to represent Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 for Ms. Saunders will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  December 19, 2006         */s/ Karen E. Keller*
                                         Josy W. Ingersoll (#1088)
                                         Karen E. Keller (#4489)
                                         YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                         The Brandywine Building
                                         1000 West Street, 17th Floor
                                         Wilmington, DE 19899-0391
                                         kkeller@ycst.com
                                         (302) 571-6600
                                         *Attorneys for NICE Systems, Inc. and NICE Systems, Ltd.*

## ORDER GRANTING MOTION

It is hereby ordered that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 200_           _____
                                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: December 18, 2006

Respectfully submitted,

By: /s/ Sarah W. Saunders
Sarah W. Saunders
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8151

31384565.DOC

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on December 19, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, PC
> 919 N. Market Street, Suite 1100
> Wilmington, DE 19801

I further certify that on December 19, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY ELECTRONIC MAIL

> Noah C. Graubart, Esquire
> Nagendra Setty, Esquire
> Daniel A. Kent, Esquire
> Christopher O. Green, Esquire
> John Hamann, Esquire
> Fish & Richardson, PC
> 1180 Peachtree Street, NE, 21st Floor
> Atlanta, GA 30309

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Karen E. Keller
> Josy W. Ingersoll (No. 1088)
> Karen E. Keller (No. 4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> kkeller@ycst.com
> *Attorneys for Plaintiffs*