IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.,<br><br>    *Defendant*. | Civil Action No. 06-311-JJF |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on December 19, 2006, copies of Defendant Witness Systems, Inc.'s *subpoenas duces tecum* directed to (1) Ilan Freedman, (2) Hagay Gritzer, (3) Avishai Elazar, (4) Ilan Yosef, (5) Danny Shporer, (6) Robert B. Swick, (7) Salvatore J. Morlando, (8) John Richter, (9) John Henits, (10) David Glowny, (11) Daniel F. Daly, (12) John J. Dwyer, (13) Christopher S. Goane, (14) Mark N. Harris, (15) Keith K.W. Leung, (16) Constantine P. Messologitis, (17) Phil Min Ni, (18) Mark Sekas, (19) Shamla V. Sharma, and (20) Jy-Hong Su were caused to be served on the below-listed attorneys of record, in the manner indicated:

**VIA ELECTRONIC MAIL:**

Josy W. Ingersoll                                   *Attorneys for Plaintiffs*
Karen L. Pascale                                   *Nice Systems Ltd. and Nice Systems, Inc.*
Young, Conoway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

- 2 -

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY  10022 | |

Dated:  December 20, 2006          FISH & RICHARDSON P.C.


By: */s/ Kyle Wagner Compton*
   William J. Marsden, Jr. (#2247)
   Kyle Wagner Compton (#4693)
   919 N. Market Street, Suite 1100
   P. O. Box 1114
   Wilmington, Delaware  19899-1114
   Telephone:  (302) 652-5070

   Nagendra Setty
   Daniel A. Kent
   John D. Hamann
   1180 Peachtree Street, NE, 21st Floor
   Atlanta, GA 30309
   Telephone:  (404) 892-5005

   ATTORNEYS FOR DEFENDANT
   WITNESS SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

Josy W. Ingersoll  *Attorneys for Plaintiffs*
Karen L. Pascale  *Nice Systems Ltd. and Nice Systems, Inc.*
Young, Conoway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

I hereby certify that on December 20, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

Scott G. Lindvall  *Attorneys for Plaintiffs*
Daniel DiNapoli  *Nice Systems Ltd. and Nice Systems, Inc.*
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

/s/ Kyle Wagner Compton
Kyle Wagner Compton