# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>      *Defendant*. | Civil Action No. 06-311-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 21, 2006, copies of Defendant Witness Systems, Inc.'s *subpoenas duces tecum* directed to Mr. Thomas C. Grandy were caused to be served on the below-listed attorneys of record, in the manner indicated:

## VIA ELECTRONIC MAIL:

| | |
|---|---|
| Josy W. Ingersoll<br>Karen L. Pascale<br>Young, Conoway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |
| Scott G. Lindvall<br>Daniel DiNapoli<br>Joseph M. Drayton<br>Robert R. Laurenzi<br>Jason Frank<br>Steven Chin<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

- 2 -

Dated:  December 21, 2006  FISH & RICHARDSON P.C.

By: */s/ Kyle Wagner Compton*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, Delaware  19899-1114
    Telephone:  (302) 652-5070

    Nagendra Setty
    Daniel A. Kent
    John D. Hamann
    1180 Peachtree Street, NE, 21st Floor
    Atlanta, GA 30309
    Telephone:  (404) 892-5005

    ATTORNEYS FOR DEFENDANT
    WITNESS SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2006, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Karen L. Pascale | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Young, Conoway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE 19899 | |

I hereby certify that on December 21, 2006, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY 10022 | |

                                             */s/ Kyle Wagner Compton*
                                             Kyle Wagner Compton