IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and<br>NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>                         Plaintiffs,<br>             v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>                         Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned, counsel for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd., hereby certify that copies of Plaintiffs' Objections and Answers to Defendant Witness Systems, Inc.'s Second Set of Interrogatories were caused to be served on December 27, 2006, upon the following counsel of record in the manner indicated below:

        **BY HAND DELIVERY AND EMAIL**
        William J. Marsden, Jr. , Esquire (marsden@fr.com)
        Kyle Wagner Compton, Esquire (kcompton@fr.com)
        Fish & Richardson, P.C.
        919 North Market Street
        Suite 1100
        P. O. Box 1114
        Wilmington, DE  19899-1114

**BY EMAIL**
Noah C. Graubart, Esquire (graubart@fr.com)
Nagendra Setty, Esquire (nsetty@fr.com)
John Hamann, Esquire (hamann@fr.com)
Christopher O. Green, Esquire (green@fr.com)
Daniel A. Kent, Esquire (kent@fr.com)
Fish & Richardson, P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp
Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Daniel P. DiNapoli
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212)836-8000

*Attorneys for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd.*

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on December 27, 2006, I caused to be electronically filed a true and correct copy of the foregoing document, Notice of Service of Plaintiffs' Objections and Answers to Defendant Witness Systems, Inc.'s Second Set of Interrogatories, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Kyle Wagner Compton, Esquire
> Fish & Richardson, P.C.
> 919 North Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE 19899-1114

I further certify that on December 27, 2006, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> **BY E-MAIL**
> Noah C. Graubart, Esquire (graubart@fr.com)
> Nagendra Setty, Esquire (nsetty@fr.com)
> John Hamann, Esquire (hamann@fr.com)
> Daniel A. Kent, Esquire (kent@fr.com)
> Christopher O. Green, Esquire (green@fr.com)
> Fish & Richardson, P.C.
> 1180 Peachtree Street, NE, 21st Floor
> Atlanta, GA 30309

_/s/ Melanie K. Sharp_
Melanie K. Sharp (No. 2501)