IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>*Plaintiffs and Counterclaim Defendants,*<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>*Defendant and Counterclaim Plaintiff.* | C.A. No. 06-311-JJF |

ORDER GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF WITNESS SYSTEMS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS

Having considered Witness Systems, Inc.'s Unopposed Motion for Leave to File Its First Amended Answer, Defenses and Counterclaims, IT IS HEREBY ORDERED that the Motion is granted and Witness Systems, Inc.'s First Amended Answer, Defenses and Counterclaims is deemed filed and served on this date.

This 30 day of January, 2007.

Joseph J. Farnan, Jr.
United States District Judge