IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>*Defendant*. | Civil Action No. 06-311-JJF |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on February 6, 2007, copies of Defendant Witness Systems, Inc.'s *subpoenas duces tecum* directed to (1) Howrey LLP, (2) Darby & Darby, (3) Orrick, Herrington & Sutcliffe LLP, (4) Kelley Drye & Warren LLP, (5) Hershkovitz & Associates, and (6) Voice Print International, Inc. were caused to be served on the below-listed attorneys of record, in the manner indicated:

**VIA ELECTRONIC MAIL:**

| | |
|---|---|
| Josy W. Ingersoll<br>Melanie K. Sharp<br>Karen E. Keller<br>Young, Conoway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |
| Scott G. Lindvall<br>Daniel DiNapoli<br>Joseph M. Drayton<br>Robert R. Laurenzi<br>Jason Frank<br>Steven Chin<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

- 2 -

Dated: February 7, 2007                    FISH & RICHARDSON P.C.


                                           By: */s/Kyle Wagner Compton*
                                               William J. Marsden, Jr. (#2247)
                                               Kyle Wagner Compton (#4693)
                                               919 N. Market Street, Suite 1100
                                               P. O. Box 1114
                                               Wilmington, Delaware 19899-1114
                                               Telephone: (302) 652-5070

                                               Nagendra Setty (*pro hac vice*)
                                               Daniel A. Kent (*pro hac vice*)
                                               John D. Hamann (*pro hac vice*)
                                               1180 Peachtree Street, NE, 21st Floor
                                               Atlanta, GA 30309
                                               Telephone: (404) 892-5005

                                               ATTORNEYS FOR DEFENDANT
                                               WITNESS SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2007, I electronically filed with the Clerk of Court the foregoing **Notice of Service** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

Josy W. Ingersoll  *Attorneys for Plaintiffs*
Melanie K. Sharp  *Nice Systems Ltd. and Nice Systems, Inc.*
Karen E. Keller
Young, Conoway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

I hereby certify that on February 7, 2007, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

Scott G. Lindvall  *Attorneys for Plaintiffs*
Daniel DiNapoli  *Nice Systems Ltd. and Nice Systems, Inc.*
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022


                                    /s/Kyle Wagner Compton
                                    Kyle Wagner Compton