# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>    *Plaintiffs and Counterclaim Defendants*,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.,<br><br>    *Defendant and Counterclaim Plaintiff*. | C.A. No. 06-311-JJF<br><br>DATE: March 2, 2007<br><br>TIME: 10:00 a.m. |

## WITNESS SYSTEMS, INC.'S NOTICE OF NUNC PRO TUNC MOTION FOR LEAVE TO FILE ITS SECOND AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS

PLEASE TAKE NOTICE THAT, in accordance with the procedures set forth in the Court's Standing Order regarding the procedure for filing non-case dispositive motions in patent cases, Defendant Witness Systems, Inc. ("Witness Systems") moves to amend its First Amended Answer, Defenses, and Counterclaims to Plaintiffs' Complaint and to file its Second Amended Answer, Defenses, and Counterclaims to Plaintiffs' Complaint to be heard at 10 a.m. on March 2, 2007, or as soon thereafter as the Court may permit, including April 13, 2007.

Dated: February 16, 2007          FISH & RICHARDSON P.C.

By: */s/ Kyle Wagner Compton*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, DE 19899-1114
    Tel: (302) 652-5070

    Nagendra Setty (*pro hac vice*)
    Daniel A. Kent (*pro hac vice*)
    John D. Hamann (*pro hac vice*)
    1180 Peachtree Street, NE
    21st Floor
    Atlanta, GA 30309
    Tel: (404) 892-5005

Attorneys for Defendant
Witness Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed with the Clerk of Court "WITNESS SYSTEMS, INC.'S NOTICE OF NUNC PRO TUNC MOTION FOR LEAVE TO FILE ITS SECOND AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS " using CM/ECF which will send notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Josy W. Ingersoll<br>Melanie K. Sharp<br>Karen E. Keller<br>Young, Conoway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

I hereby certify that on February 16, 2007, I have emailed and sent via United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall<br>Daniel DiNapoli<br>Joseph M. Drayton<br>Robert R. Laurenzi<br>Jason Frank<br>Steven Chin<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

                                                      */s/ Kyle Wagner Compton*
                                                     Kyle Wagner Compton