IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>  *Plaintiffs and Counterclaim Defendants*,<br><br>  v.<br><br>WITNESS SYSTEMS, INC.,<br><br>  *Defendant and Counterclaim Plaintiff*. | C.A. No. 06-311-JJF |

**WITNESS SYSTEMS, INC.'S NUNC PRO TUNC MOTION FOR
LEAVE TO FILE ITS SECOND AMENDED ANSWER,
DEFENSES, AND COUNTERCLAIMS**

Defendant Witness Systems, Inc. ("Witness Systems") hereby respectfully moves the Court to enter an Order (1) granting Witness Systems leave to amend its First Amended Answer, Defenses, and Counterclaims to Plaintiffs' Complaint and (2) deeming Witness Systems' Second Amended Answer, Defenses, and Counterclaims (attached hereto as Exhibit "A") filed and served as of the date the Court enters its Order. Witness Systems understands that Plaintiffs NICE Systems Ltd. and NICE Systems, Inc. (collectively, "NICE") plan to oppose this Motion. This Motion was initially filed within the February 7, 2007 deadline set by paragraph 5 of the Rule 16 Scheduling Order for motions to amend the pleadings. The Court struck that filing for failure to comply with its standing order regarding the procedure for filing motions in patent cases. Witness Systems understood the standing order to apply only to discovery disputes and thus, failed to file an accompanying notice of motion. Accordingly, Witness Systems requests that the Court accept this filing Nunc Pro Tunc to February 7, 2007.

Dated: February 16, 2007          FISH & RICHARDSON P.C.


                                  By: */s/ Kyle Wagner Compton*
                                      William J. Marsden, Jr. (#2247)
                                      Kyle Wagner Compton (#4693)
                                      919 N. Market Street, Suite 1100
                                      P. O. Box 1114
                                      Wilmington, DE  19899-1114
                                      Tel:  (302) 652-5070

                                      Nagendra Setty (*pro hac vice*)
                                      Daniel A. Kent (*pro hac vice*)
                                      John D. Hamann (*pro hac vice*)
                                      1180 Peachtree Street, NE
                                      21st Floor
                                      Atlanta, GA 30309
                                      Tel: (404) 892-5005

                                  Attorneys for Defendant
                                  Witness Systems, Inc.

## **LOCAL RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. Local Rule 7.1.1, Defendant Witness Systems, Inc. ("Witness Systems") certifies that it has sought the consent of Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. (collectively, "NICE") to file its NUNC PRO TUNC MOTION FOR LEAVE TO FILE ITS SECOND AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS as an unopposed motion, and that NICE informed Witness Systems that NICE plans on opposing this Motion.

*/s/ Kyle Wagner Compton*
Kyle Wagner Compton (#4693)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2007, I electronically filed with the Clerk of Court "WITNESS SYSTEMS, INC.'S NUNC PRO TUNC MOTION FOR LEAVE TO FILE ITS SECOND AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS" using CM/ECF which will send notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen E. Keller | |
| Young, Conoway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE  19899 | |

I hereby certify that on February 16, 2007, I have emailed and sent via United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY  10022 | |

                                             */s/ Kyle Wagner Compton*
                                             Kyle Wagner Compton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>*Plaintiffs and Counterclaim Defendants*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>*Defendant and Counterclaim Plaintiff*. | C.A. No. 06-311-JJF |

**ORDER GRANTING DEFENDANT AND COUNTERCLAIM PLAINTIFF
WITNESS SYSTEMS, INC.'S NUNC PRO TUNC MOTION FOR LEAVE TO FILE
ITS SECOND AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS**

Having considered Witness Systems, Inc.'s Motion for Leave to File Its Second Amended Answer, Defenses, and Counterclaims, IT IS HEREBY ORDERED that 1) the Motion is deemed to have been filed on February 7, 2007, and 2) the Motion is granted and Witness Systems, Inc.'s Second Amended Answer, Defenses, and Counterclaims is deemed filed and served on this date.

This _____ day of February, 2007.

_____
Joseph J. Farnan, Jr.
United States District Judge