IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and<br>NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>       Plaintiffs,<br>   v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd., hereby certify that a copy of Plaintiffs Nice Systems, Inc. and Nice Systems LTD.'s Third Set of Document Requests and this Notice were caused to be served on February 27, 2007, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY AND E-MAIL**
William J. Marsden, Jr., Esquire (marsden@fr.com)
Kyle Wagner Compton, Esquire (kcompton@fr.com)
Fish & Richardson, P.C.
919 North Market Street
Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114

**BY ELECTRONIC MAIL**
Noah C. Graubart, Esquire (graubart@fr.com)
Nagendra Setty, Esquire (nsetty@fr.com)
John Hamann, Esquire (hamann@fr.com)
Christopher O. Green, Esquire (cgreen@fr.com)
Daniel A. Kent, Esquire (kent@fr.com)
Fish & Richardson, P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309

The undersigned counsel further certifies that a copy of this Notice was caused to be filed with the Clerk of the Court using CM/ECF, which will send electronic notice of such filing to the above-listed counsel of record.

Dated: February 27, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*
_____
Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Daniel P. DiNapoli
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212)836-8000

*Attorneys for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd*