# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD., | C.A. No. 06-311-JJF |
| *Plaintiffs and Counterclaim Defendants*, | DATE: April 13, 2007 |
| v. | TIME: 10:00 a.m. |
| WITNESS SYSTEMS, INC., | |
| *Defendant and Counterclaim Plaintiff*. | |

## WITNESS SYSTEMS, INC.'S NOTICE OF MOTION FOR LEAVE TO FILE ITS SECOND AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS

PLEASE TAKE NOTICE THAT, in accordance with the procedures set forth in the Court's Standing Order regarding the procedure for filing non-case dispositive motions in patent cases, Defendant Witness Systems, Inc. ("Witness Systems") moves to amend its First Amended Answer, Defenses, and Counterclaims to Plaintiffs' Complaint and to file its Second Amended Answer, Defenses, and Counterclaims to Plaintiffs' Complaint to be heard at 10 a.m. on April 13, 2007, or as soon thereafter as the Court may permit.

Dated: March 21, 2007 FISH & RICHARDSON P.C.

By: */s/ Kyle Wagner Compton*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070

Nagendra Setty (*pro hac vice*)
Daniel A. Kent (*pro hac vice*)
John D. Hamann (*pro hac vice*)
1180 Peachtree Street, NE
21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005

Attorneys for Defendant
Witness Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I electronically filed with the Clerk of Court "WITNESS SYSTEMS, INC.'S MOTION FOR LEAVE TO FILE ITS SECOND AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS" using CM/ECF which will send notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen E. Keller | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE 19899 | |

I hereby certify that on March 21, 2007, I have emailed and sent via United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY 10022 | |

                                                        */s/ Kyle Wagner Compton*
                                                       Kyle Wagner Compton