IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.,<br><br>    *Defendant*. | Civil Action No. 06-311-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on March 21, 2007, **DEFENDANT WITNESS SYSTEMS, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on the below-listed attorneys of record, in the manner indicated:

**VIA E-MAIL AND HAND DELIVERY**
Josy W. Ingersoll
Melanie Sharp
Karen L. Keller
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

*Attorneys for Plaintiffs*
*Nice Systems Ltd. and Nice Systems, Inc.*

- 2 -

**VIA E-MAIL & FIRST CLASS MAIL**    *Attorneys for Plaintiffs*
Scott G. Lindvall                                         *Nice Systems Ltd. and Nice Systems, Inc.*
Daniel DiNapoli
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022


Dated:  March 21, 2007                    FISH & RICHARDSON P.C.


                                          By:  */s/ Kyle Wagner Compton*
                                               William J. Marsden, Jr. (#2247)
                                               Kyle Wagner Compton (#4693)
                                               919 N. Market Street, Suite 1100
                                               P. O. Box 1114
                                               Wilmington, Delaware  19899-1114
                                               Telephone:  (302) 652-5070

                                               Nagendra Setty (*pro hac vice*)
                                               Daniel A. Kent (*pro hac vice*)
                                               John D. Hamann (*pro hac vice*)
                                               1180 Peachtree Street, NE, 21st Floor
                                               Atlanta, GA 30309
                                               Telephone:  (404) 892-5005

                                               ATTORNEYS FOR DEFENDANT
                                               WITNESS SYSTEMS, INC.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

Josy W. Ingersoll *Attorneys for Plaintiffs*
Melanie K. Sharp *Nice Systems Ltd. and Nice Systems, Inc.*
Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I also certify that on March 21, 2007, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

Scott G. Lindvall *Attorneys for Plaintiffs*
Daniel DiNapoli *Nice Systems Ltd. and Nice Systems, Inc.*
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

/s/Kyle Wagner Compton
Kyle Wagner Compton