IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>WITNESS SYSTEMS, INC.,<br><br>   *Defendant*. | Civil Action No. 06-311-JJF |

### NOTICE OF SERVICE

   PLEASE TAKE NOTICE that, on March 28, 2007, **DEFENDANT WITNESS SYSTEMS, INC.'S OBJECTIONS TO PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** was caused to be served on the below-listed attorneys of record, in the manner indicated:

**VIA E-MAIL AND HAND DELIVERY**

| | |
|---|---|
| Josy W. Ingersoll<br>Melanie Sharp<br>Karen L. Keller<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

- 2 -

**VIA E-MAIL & U.S. MAIL**
Scott G. Lindvall                               *Attorneys for Plaintiffs*
Daniel DiNapoli                                 *Nice Systems Ltd. and Nice Systems, Inc.*
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022


Dated:  March 28, 2007                          FISH & RICHARDSON P.C.


                                         By:    */s/ Kyle Wagner Compton*
                                                William J. Marsden, Jr. (#2247)
                                                Kyle Wagner Compton (#4693)
                                                919 N. Market Street, Suite 1100
                                                P. O. Box 1114
                                                Wilmington, Delaware  19899-1114
                                                Telephone:  (302) 652-5070

                                                Nagendra Setty (*pro hac vice*)
                                                Daniel A. Kent (*pro hac vice*)
                                                John D. Hamann (*pro hac vice*)
                                                1180 Peachtree Street, NE, 21st Floor
                                                Atlanta, GA 30309
                                                Telephone:  (404) 892-5005

                                                ATTORNEYS FOR DEFENDANT
                                                WITNESS SYSTEMS, INC.

- 2 -

80043422.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen E. Keller | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE  19899 | |

I also certify that on March 28, 2007, I have sent by electronic mail and U.S. Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY  10022 | |

*/s/Kyle Wagner Compton*
Kyle Wagner Compton