IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>               Plaintiffs,<br>v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission pro hac vice of David S. Copeland and David K. Barr of Kaye Scholer LLP in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

Dated: April 4, 2007

                             YOUNG CONAWAY STARGATT & TAYLOR, LLP

                             /s/ Melanie K. Sharp
                             Melanie K. Sharp (No. 2501)
                             Karen E. Keller (No. 4489)
                             The Brandywine Building
                             1000 West Street, 17th Floor
                             Wilmington, DE 19801
                             P.O. Box 391
                             Wilmington, DE 19899
                             (302)571-6681
                             msharp@ycst.com

                             *Attorneys for Plaintiffs Nice Systems, Inc. and*
                             *Nice Systems, Ltd.*

SO ORDERED this ___ day of April, 2007.

_____
United States District Judge

DB02:5888301.1                                                                 065251.1001

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: March 27, 2007

Respectfully submitted,

By: /s/ David S. Copeland
David S. Copeland
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8105

31442174.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: March 28, 2007    Respectfully submitted,

By: /s/ David K. Barr
David K. Barr
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-7560

31442182.DOC

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on April 4, 2007, I caused to be electronically filed a true and correct copy of the foregoing document, Motion and Order for Admission *Pro Hac Vice*, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Marsden, Jr., Esquire
>Kyle Wagner Compton, Esquire
>Fish & Richardson, P.C.
>919 North Market Street, Suite 1100
>P.O. Box 1114
>Wilmington, DE 19899-1114

I further certify that on April 4, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>**BY E-MAIL**
>Noah C. Graubart (graubart@fr.com)
>Nagendra Setty (setty@fr.com)
>John Hamann (haman@fr.com)
>Daniel A. Kent (kent@fr.com)
>Christopher O. Green (green@fr.com)
>Fish & Richardson, P.C.
>1180 Peachtree Street, NE, 21st Floor
>Atlanta, GA 30309

_/s/ Melanie K. Sharp_
Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com