IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NICE SYSTEMS, INC., and
NICE SYSTEMS, LTD.

        Plaintiffs

        v.                              Civil Action No. 06-311-JJF

WITNESS SYSTEMS, INC.

        Defendant

## MEMORANDUM ORDER

Pending before me is Defendant's Motion For Leave To File Amended Pleadings (D.I. 85). After considering the arguments of the parties, I find that, although Plaintiff opposes the Motion on grounds of delay, there is no undue prejudice asserted by Defendant. Therefore, the motion will be granted; however, I will separate and stay all proceedings related to the antitrust claims until the pending claims are tried.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion For Leave To File Amended Pleadings (D.I. 85) is **GRANTED**, and any proceedings related to the antitrust claims are **STAYED**.

April 13, 2007

_____
UNITED STATES DISTRICT JUDGE