IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>Plaintiffs,<br>v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>Defendant. | Civil Action No. 06-311-JJF |

**STIPULATION AND ORDER**

The parties to the above action hereby stipulate and agree, subject to the approval and order of the Court, that the schedule below shall apply to the following deadlines set forth in the Court's October 30, 2006 Rule 16 Scheduling Order (D.I. 46):

| | |
|---|---|
| Submission of Joint Claims Construction Chart to Court | April 25, 2007 |
| Opening Claims Construction Briefing | May 11, 2007 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp
_____
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6681
msharp@ycst.com

*Attorneys for Plaintiffs*

FISH & RICHARDSON, P.C.

/s/ William J. Marsden
_____
William J. Marsden, Jr. (No. 2247)
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302)778-8401
marsden@fr.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge