# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and NICE SYSTEMS, LTD., an Israeli Corporation, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-311-JJF |
| WITNESS SYSTEMS, INC, a Delaware Corporation, | ) ) | |
| Defendant. | ) | |

## JOINT CLAIM CONSTRUCTION CHART

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302)571-6681
msharp@ycst.com

OF COUNSEL:

KAYE SCHOLER LLP
Scott G. Lindvall
David S. Copeland
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212) 836-8000

*Attorneys for Plaintiffs*

Dated:  April 25, 2007

FISH & RICHARDSON, P.C.

William J. Marsden, Jr. (No. 2247)
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
(302)778-8401
marsden@fr.com

Nagrenda Setty
Daniel A. Kent
John D. Hamann
1180 Peachtree Street, NE
21st Floor
Atlanta, GA  30309
(404) 892-5005

*Attorneys for Defendant*

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

# I. CLAIM CONSTRUCTION AGREED TO BY THE PARTIES

NICE Systems Inc. and Witness Systems Inc. agree to the proposed construction for the following claim terms:

| PATENT | RELEVANT CLAIM | CLAIM TERM | PROPOSED CONSTRUCTION |
|---|---|---|---|
| U.S. NO. 5,274,738 | Claim 1 | a second bus | TDM bus |
| U.S. NO. 5,396,371 | Claim 8 | partition | A portion of a random access storage (RAS) device. |
| U.S. NO. 6,249,570 | Claim 6 and 7 | lifetime of the telephone call | An entire telephone call. |
| U.S. NO. 6,728,345 | Claim 14 and 40 | lifetime of a telephone call | An entire telephone call. |
| U.S. NO. 6,728,345 | Claim 40 | participant | An entity that is involved in a phone call which can include people, voice response units or placeholders from parties being placed on hold. |
| U.S. NO. 6,785,370 | Claim 1 and 27 | lifetimes of telephone calls | Two or more entire telephone calls. |
| U.S. NO. 6,959,079 | Claim 5 | evaluator | A component used to design evaluation forms. |
| U.S. NO. 6,959,079 | Claim 6 | automated evaluations | Evaluations performed by predefined programming. |
| U.S. NO. 7,010,109 | Claim 1 | communication device | A device used for transmitting and/or receiving audio and/or video information. |
| U.S. NO. 7,010,109 | Claim 1 | conference call | A multi-participant session, even if only two participants are present, one of which is a recording device. |
| U.S. NO. 7,010,109 | Claim 1 | participant | A communication device or recording device which is present on a conference call. |
| U.S. NO. 7,010,109 | Claim 16 and 29 | hunt group | Any type of virtual or non-fixed telephone extension systems, in which a central control unit determines the physical extension which is used. |

There are 46 non-duplicative claim terms in need of construction by the Court. These disputed claim terms along with the parties' respective proposed construction and citation to intrinsic support are set forth below. The parties have jointly filed an appendix containing copies of the intrinsic and extrinsic evidence relied on by each party.

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

## II.  DISPUTED CLAIM TERMS AND PROPOSED CONSTRUCTIONS

| U.S. PATENT NO. 5,274,738 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. A digital modular voice processing system comprising: | | | | |
| a) a host computer having a host processor, and a storage medium, a memory and a bus interface in communication with said host processor, | | | | |
| b) a first bus in communication with said bus interface, | | | | |
| c) a voice processing card having at least one digital signal processor and at least one application processor in communication with said at least one **digital signal processor**, a first interface providing communication between said at least one **application processor** and said first bus, and a first time division multiplexer chip in communication with said at least one digital signal processor, | digital signal processor | digital signal processor | A specialized processor that processes digital data.<br><br>Intrinsic evidence:<br>Figs. 1, 2<br>col. 1: 38-43<br>col. 1: 51-54<br>col. 2: 51 - col. 3: 2<br>col. 3: 25-35<br>col. 4: 24-28<br>claim 5<br>claim 8<br>'738 Prosecution History, Office Action, p. 3-4 (Feb. 1993) | Special purpose processor that performs low-level functions on voice signals.<br><br>Intrinsic evidence:<br>'738 Patent, Fig. 1, 2:53-3:2, 4:25-29  (WSNSDE0008620-25). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,274,738 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | '738 Prosecution History, Response, p. 5-8 (May 1993) U.S. Patent No. 4,991,217 (Garrett, et al.) | |
| | application processor | application processor | A processor that processes information received from the digital signal processor.<br><br>Intrinsic evidence: Figs. 1, 2 col. 1: 27-35 col. 1: 51-54 col. 2: 47-55 col. 3: 25-35 col. 4: 28-33 claim 6 claim 8 '738 Prosecution History, Office Action, p. 3-4 (Feb. 1993) '738 Prosecution History, Response, p. 5-8 (May 1993) U.S. Patent No. 4,991,217 (Garrett, et al.) | Processor that implements high-level applications of the system.<br><br>Intrinsic evidence: '738 Patent, Fig. 1, 1:32-36, 2:49-57, 4:28-39 (WSNSDE0008620-25). |
| d) a second bus in communication with said first time division multiplexer chip, and | | | | |
| e) at least one audio card | audio processor | | A processor that processes audio | Device that receives from the |

**NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)**

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,274,738 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| including a second time division multiplexer chip that communicates with said second bus, an **audio processor** in communication with said second time division multiplexer chip, and a second interface in communication with said audio processor, said second interface having a plurality of ports that provide communication with communication lines. | | | signals.<br><br>Intrinsic evidence:<br>Figs. 1, 2<br>col. 1: 43-51<br>col. 3: 13-35<br>col. 3: 57 - col. 4: 17<br>claim 4<br>claim 8<br>'738 Prosecution History, Office Action, p. 3-4 (Feb. 1993)<br>'738 Prosecution History, Response, p. 5-8 (May 1993)<br>Texas Instrument Product Specification for TMS320CIX Digital Signal Processors | interface a digitized, impedance balanced, optimized signal.<br><br>Intrinsic evidence:<br>'738 Patent, Fig. 1, 1:39-52, 2:4-11, 3:3-25, 3:60-4:9 (WSNSDE0008620-25). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,396,371 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. In a method of storing and retrieving audio from a digital audio logger, the steps comprising: | | | | |
| monitoring an audio source, | | | | |
| storing audio data from the audio source in a **buffer**, | | buffer | Memory used for temporary storage of data.<br><br>Intrinsic evidence:<br>Abstract<br>col. 2: 42<br>col. 2: 45-47<br>col. 3: 63-65 | Device in communication with the digital audio tape and the random access storage device that temporarily stores data.<br><br>Intrinsic evidence:<br>'371 Patent, 1:47-54, 2:40-54, 3:63-68, Figure 1, Abstract (WSNSDE0008692-99).<br><br>'371 Prosecution History, Amendment pg. 2, dated June 23, 1994 (WSNSDE0008667-70). |
| **writing the audio data from the buffer onto a <u>digital audio tape</u> and a random access storage device**, and | digital audio tape | digital audio tape | Tape used to store digital data.<br><br>Intrinsic evidence:<br>Abstract | Magnetic tape designed for storage of audio in digital form.<br><br>Intrinsic evidence:<br>'371 Patent, 1:50-53, 2:47-48, Figure 1 (WSNSDE0008692-99). |
| | | writing the audio data from the buffer onto | NICE has provided constructions for "buffer" and "digital audio tape." The remaining words have a | Transferring audio data from the buffer directly to both a digital audio tape and a random access |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,396,371 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | a digital audio tape and a random access storage device | plain meaning that is clear and do not require further construction. NICE notes that Witness has withdrawn "random access storage device" as a claim term in need of construction.<br><br>Intrinsic evidence:<br>See citations to intrinsic evidence for "buffer" and "digital audio tape." | storage device simultaneously.<br><br>Intrinsic evidence:<br>'371 Patent, 1:50-53; 3:65-68, Abstract, Figure 1 (WSNSDE0008692-99),<br><br>'371 Prosecution History, Amendment pg. 2, dated June 23, 1994 (WSNSDE0008667-70).<br><br>'371 Prosecution History, Notice of Allowability pg. 2, dated September 19, 1994 (WSNSDE0008672-74) |
| retrieving audio from the random access storage device while audio data is written into the digital audio tape and the random access storage device. | | | | |
| 5. In a system for processing audio having an interface for receiving audio from an audio source, a digital signal processor in communication with the interface for compressing the audio signals, a controller in communication with the digital signal processor for receiving audio | | | | |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,396,371 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| therefrom and arranging data in a prescribed order, a supervisor in communication with said controller accessing data from said system, and a buffer in communication with the controller for receiving arranged audio from the controller, the improvement comprising: | | | | |
| a **digital audio tape** drive unit in communication with the buffer for receiving arranged audio data from the **buffer**, | digital audio tape | digital audio tape | Tape used to store digital data.<br><br>Intrinsic evidence:<br>Abstract | Magnetic tape designed for storage of audio in digital form.<br><br>Intrinsic evidence:<br>'371 Patent, 1:50-53, 2:47-48, Figure 1 (WSNSDE0008692-99).<br><br>'371 Prosecution History, Amendment pg. 2, dated June 23, 1994 (WSNSDE0008667-70). |
| | | buffer | Memory used for temporary storage of data.<br><br>Intrinsic evidence:<br>Abstract<br>col. 2: 42<br>col. 2: 45-47<br>col. 3: 63-65 | Device in communication with the digital audio tape and the random access storage device that temporarily stores data.<br><br>Intrinsic evidence:<br>'371 Patent, 1:47-54, 2:40-54, 3:63-68, Figure 1, Abstract (WSNSDE0008692-99). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,396,371 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | '371 Prosecution History, Amendment pg. 2, dated June 23, 1994 (WSNSDE0008667-70). |
| a random access storage device, and | | | | |
| a **pair of pointers** providing communication between said buffer and random storage device, **the first of said pointers operative for transmitting audio data to said random access storage device from said buffer and the second of said pointers being operative to send audio data from said random access storage device to said controller**. | pair of pointers | | Digital information used to read data from and write data to a storage component.<br><br>Intrinsic evidence:<br>Fig. 1<br>col. 1: 55-68<br>col. 2: 48-54<br>col. 4: 1-20 | Two pointers facilitating the simultaneous retrieval of data from the random access storage device and the writing of data thereto.<br><br>Intrinsic evidence:<br>'371 Patent, Abstract, 1:55-67, 3:2-6, 4:20, 4:35-38 (WSNSDE0008692-99);<br><br>'371 Prosecution History, Amendment pg. 3, dated June 23, 1994 (WSNSDE0008667-70).<br><br>'371 Prosecution History, Notice of Allowability pg. 2, dated September 19, 1994 (WSNSDE0008672-74). |

**NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)**

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT No. 5,396,371 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | the first of said pointers operative for transmitting audio data to said random access storage device from said buffer and the second of said pointers being operative to send audio data from said random access storage device to said controller | The first pointer is used to transmit audio data from the buffer to the random access storage device and the second pointer is used to send audio data from the random access storage device under the control of the controller.<br><br>Intrinsic evidence:<br>col. 1: 55-68<br>col. 2: 48-54<br>col. 4: 1-20 | The first pointer transmits audio data to the random access storage device at the same time the second pointer retrieves the audio data from the random access storage device and sends it to the controller.<br><br>Intrinsic evidence:<br>'371 Patent, 1:55-68; 3:65-4:18; 4:33-39, Abstract (WSNSDE050728-30). |
| 8. An audio data storage device, comprising: | | | | |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,396,371 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| a random access storage device having a primary partition for storing audio data and a secondary partition for storing means for locating data on said primary partition and a **pair of pointers** in communication with said random access memory, a first of said pointers being operated to transmit data to said random access storage device and the second of said pointers being operative to retrieve audio data from said random access storage device. | pair of pointers | | Digital information used to read data from and write data to a storage component.<br><br>Intrinsic evidence:<br>Fig. 1<br>col. 1: 55-68<br>col. 2: 48-54<br>col. 4: 1-20 | Two pointers facilitating the simultaneous retrieval of data from the random access storage device and the writing of data thereto.<br><br>Intrinsic evidence:<br>'371 Patent, Abstract, 1:55-67, 3:2-6, 4:20, 4:35-38 (WSNSDE0008692-99).<br><br>'371 Prosecution History, Amendment pg. 3, dated June 23, 2004 (WSNSDE0008667-70).<br><br>'371 Prosecution History, Notice of Allowability pg. 2, dated September 19, 1994 (WSNSDE0008672-74). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,819,005 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. A modular digital recording logger, comprising: | | | | |
| a housing; | | | | |
| at least two **circuit modules in said housing for converting analog voice signals** to digital voice signals, each of said circuit modules including at least two terminals for receiving said analog voice signals, each of said terminals being capable of receiving said analog voice signals for recording a two-way conversation; | | circuit modules . . . for converting | A packaged assembly of electronic components that converts analog voice signals to digital voice signals.<br><br>Intrinsic evidence:<br>Figs. 1, 2<br>col. 1: 24-28<br>col. 2: 7-18<br>col. 2: 55-67<br>col. 3: 1-18<br>col. 4: 13-32<br>col. 4: 36-41<br>'005 Prosecution History, Appeal Brief, p. 3, 6 (Apr. 1995)<br>'005 Prosecution History, Exam Answer, pp. 4-9 (Jun. 1995)<br>'005 Prosecution History, Office Action, p. 6 (Nov. 1995)<br>'005 Prosecution History, Preliminary Amendment, pp. 7-12 (Mar. 1996)<br>'005 Prosecution History, Office Action, pp. 2-5 (Aug. 1996) | Means for converting analog voice signals to digital voice signals.<br><br>Intrinsic evidence:<br>'005 Patent, Fig. 1, 1:40-44, 2:7-18, 2:55-67, 3:1-6, 3:12-15, 4:54-56 (WSNSDE0008925-32). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,819,005 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | analog voice signals | | An electrical wave used to convey voice information.<br><br>Intrinsic evidence:<br>Figs.1, 2<br>col. 1: 39-44<br>col. 2: 46-55<br>'005 Prosecution History, Appeal Brief, p. 6 (Apr. 1995)<br>'005 Prosecution History, Preliminary Amendment, pp. 16-17 (Mar. 1996) | Plain language. |
| **a circuit in said housing for compressing** said digital voice signals received from each of said circuit modules to provide compressed voice data; | | a circuit . . . for compressing | An assembly of electronic components that compresses digital voice signals.<br><br>Intrinsic evidence:<br>Figs. 1, 2<br>col. 1: 48-50<br>col. 2: 14-25<br>col. 3: 25-30<br>col. 4: 6-9<br>col. 4: 36-41<br>col. 4: 61-67<br>claim 8<br>claim 18<br>'005 Prosecution History, | Means for compressing that is separate from the means for converting analog voice signals to digital voice signals and contained within the same housing.<br><br>Intrinsic evidence:<br>'005 Patent, Fig. 1, 1:45-52, 2:15-19, 2:23-25, 3:15-22, 3:25-30, 4:30-32, 4:54-56 (WSNSDE0008925-32).<br><br>'005 Prosecution History, Appellant Brief pg. 6, dated March 21, 1995 (WSNSDE0008764-72). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. Patent No. 5,819,005 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | Response, p. 4 (Aug. 1994) | |
| | | | '005 Prosecution History, Amendment, p. 4 (Jan. 1995) | |
| | | | '005 Prosecution History, Appeal Brief, p. 6 (Apr. 1995) | |
| | | | '005 Prosecution History, Exam Answer, pp. 4-9 (Jun. 1995) | |
| | | | '005 Prosecution History, Reply Brief, pp. 2-6 (Aug. 1995) | |
| | | | '005 Prosecution History, Office Action, p. 5 (Nov. 1995) | |
| | | | '005 Prosecution History, Preliminary Amendment, pp. 7-12 (Mar. 1996) | |
| | | | '005 Prosecution History, Office Action, pp. 2-5 (Aug. 1996) | |
| a first bus in said housing for providing communication between said circuit module and said compressing circuit; | | | | |
| a multiplexer circuit in said housing for providing communication between said compressing circuit and said first bus, wherein said multiplexer circuit multiplexes voice signals exchanged between said compressing circuit and | | | | |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,819,005 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| said circuit modules on said first bus; and | | | | |
| a **digital audio tape (DAT)** drive for storing said compressed voice data. | digital audio tape | | Tape used to store digital data.<br><br>Intrinsic evidence:<br>Figs. 1, 2<br>col. 1: 54-57<br>col. 2: 35-45<br>col. 3: 30 - col. 4: 5<br>'005 Prosecution History, Office Action, p. 3 (May 1994)<br>'005 Prosecution History, Amendment, pp. 3-4 (Jan. 1995)<br>'005 Prosecution History, Appeal Brief, pp. 3-6 (Apr. 1995)<br>'005 Prosecution History, Exam Answer, pp. 4-9 (Jun. 1995) | Magnetic tape designed for storage of audio in digital form.<br><br>Intrinsic evidence:<br>'005 Patent, 2:36-45, 3:34-59, 3:65-4:5 (WSNSDE0008925-32). |
| 11. A network system of modular digital recording loggers, comprising: | | | | |
| at least two digital recording loggers for logging voice conversations, each of said recording loggers comprising: | | | | |
| a housing; | | | | |
| **a circuit in said housing for converting <u>analog voice</u>** | | a circuit . . . for converting | An assembly of electronic components that converts (i) analog | Means for converting analog voice signals to digital voice signals and |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,819,005 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| **signals to and from digital voice signals**, said circuit modules including at least two terminals for receiving said analog voice signals, and wherein each of said terminals is capable of receiving said analog voice signals for recording a two-way conversation, | | | voice signals to digital voice signals and (ii) digital voice signals to analog voice signals.<br><br>Intrinsic evidence:<br>Figs. 1, 2<br>col. 1: 24-28<br>col. 2: 7-18<br>col. 2: 55-67<br>col. 3: 1-18<br>col. 4: 13-32<br>'005 Prosecution History, Appeal Brief, p. 6 (Apr. 1995)<br>'005 Prosecution History, Exam Answer, pp. 4-9 (Jun. 1995)<br>'005 Prosecution History, Office Action, p. 5 (Nov. 1995)<br>'005 Prosecution History, Preliminary Amendment, pp. 7-12 (Mar. 1996)<br>'005 Prosecution History, Office Action, pp. 2-5 (Aug. 1996) | contained within the same housing.<br><br>Intrinsic evidence:<br>'005 Patent, Fig. 1, 1:40-44, 2:7-18, 2:55-67, 3:1-6, 3:12-15, 4:54-56 (WSNSDE0008925-32). |
| | analog voice signals | | An electrical wave used to convey voice information.<br><br>Intrinsic evidence:<br>Figs.1, 2<br>col. 1: 39-44 | Plain language. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,819,005 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 2: 46-55 '005 Prosecution History, Appeal Brief, p. 6 (Apr. 1995) '005 Prosecution History, Preliminary Amendment, pp. 16-17 (Mar. 1996) | |
| a circuit in said housing for compressing said digital voice signals received from each of said circuit modules to provide compressed voice data, | | | | |
| a first bus in said housing for providing communication between said circuit module and said compressing circuit, | | | | |
| a multiplexer circuit in said housing for providing communication between said compressing circuit and said first bus, wherein said multiplexer circuit multiplexes voice signals exchanged between said compressing circuit and said circuit modules on said first bus, | | | | |
| a **digital audio tape (DAT)** drive for storing said | digital audio tape | | Tape used to store digital data. | Magnetic tape designed for storage of audio in digital form. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,819,005 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| compressed voice data, | | | Intrinsic evidence:<br>Figs. 1, 2<br>col. 1: 54-57<br>col. 2: 35-45<br>col. 3: 30 - col. 4: 5<br>'005 Prosecution History, Office Action, p. 3 (May 1994)<br>'005 Prosecution History, Amendment, pp. 3-4 (Jan. 1995)<br>'005 Prosecution History, Appeal Brief, pp. 3-6 (Apr. 1995)<br>'005 Prosecution History, Exam Answer, pp. 4-9 (Jun. 1995) | Intrinsic evidence:<br>'005 Patent, 2:36-45, 3:34-59, 3:65-4:5 (WSNSDE0008925-32). |
| a hard disk drive in said housing for storing and reproducing said compressed voice data, | | | | |
| a first computer in said housing for operating said DAT drive and/or said hard disk drive to store and reproduce said digital voice signals, and | | | | |
| a second bus in said housing for connecting said computer to said hard disk drive and said DAT drive; | | | | |
| a second computer for processing compressed | | | | |

**NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)**

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 5,819,005 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| digital voice signals received from each of said recording loggers; and | | | | |
| a third bus connecting each of said recording loggers to said second computer. | | | | |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 6. A method for recording information regarding telephone calls comprising one or more segments, comprising: | | | | |
| (a) receiving audio data regarding one or more **telephone call segments** relating to one or more **telephone calls**, and data regarding **telephony events** associated with said telephone call segments; | telephone call segments | telephone call segment | Pieces of an entire telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 15<br>col. 2: 52 - col. 3: 23<br>col. 4: 46 - col. 5: 8<br>col. 5: 66 - col. 6: 16<br>col. 7: 1-28<br>col. 8: 1-16<br>col. 20: 34-52<br>col. 21: 31-44<br>col. 26: 17-38<br>col. 28: 25 - col. 29: 5<br>col. 29: 37-64<br>col. 32: 21-37<br>col. 47: 50 - col. 50: 12<br>col. 55: 47-57<br>col. 57: 17 - col. 61: 10<br>col. 62: 2 - col. 64: 34 | Portion of a phone call that is bounded by telephony events.<br><br>Intrinsic evidence:<br>'570 Patent, 58:11-16 (WSNSDE0009192-254).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 6, dated August 15, 2001 (WSNSDE0010051-56). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | telephone call | "Telephone calls" has a plain meaning that is clear and does not require further construction. | Entire conversation with an entity from a caller's perspective, including transfers and conferences.<br><br>Intrinsic evidence:<br>'570 Patent, col. 8, ll. 5-11 (WSNSDE0009192-254). |
| | telephony events | telephony event | Actions or occurrences (e.g., called party and calling party numbers, trunk and channel ID, date and time or agent ID), which are related to telephone calls, that are detected by a computer program.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 4<br>Fig. 6<br>Fig. 7<br>Fig. 9<br>col. 1: 34-54<br>col. 2: 9-24<br>col. 3: 16-23<br>col. 6: 35-54<br>col. 7: 1-59<br>col. 8: 1-34<br>col. 8: 35-47<br>col. 10: 10-30 | Actions or occurrences detected by a computer program and that are related to what happens to a phone call (such as the initiation of the call, the addition or removal of callers, the transfer of the phone call, or the termination of the call), and are not identifying numbers. Agent-entered information is not data regarding telephone events.<br><br>Intrinsic evidence:<br>'570 Patent, 7:11-13; (WSNSDE0009192-254).<br><br>'345 Prosecution History, Second Preliminary Amendment, pg. 9, dated July 23, 2001 (WSNSDE0009486-98).<br><br>'706 Prosecution History, Second Preliminary Amendment, pg. 7-9, dated July 13, 2001 |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 14: 60 - col. 25: 47<br>col. 26: 55-64<br>col. 27: 6-64<br>col. 30: 16-23<br>col. 31: 10 - col. 32: 67<br>col. 62: 2 - col. 64: 34 | (WSNSDE050988-97).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 4, dated August 15, 2001 (WSNSDE0010051-56). |
| (b) storing the received audio data regarding telephone call segments; | | | | |
| (c) storing the received data regarding telephony events associated with said telephone call segments; | | | | |
| (d) identifying telephone call segments that relate to one telephone call; and | | | | |
| (e) constructing a **_data representation_** _of a lifetime of the telephone call_ using data regarding telephony events associated with the telephone call segments of the telephone call, wherein said data representation comprises, for each segment of the call, the location of the stored audio data of that segment and the start time, end time, and | data representation | | Digital representation of data.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 52-3: 23<br>col. 3: 16-23<br>col. 5: 14 - col. 6: 16 | Data structure that represents an object as a single identifiable entity.<br><br>Intrinsic evidence:<br>'570 Patent, col. 18, ll. 26-35; 28:40-51. (WSNSDE0009192-254). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| duration of that segment. | | | col. 6: 29-67<br>col. 7: 1-28<br>col. 8: 34-65<br>col. 14: 12-37<br>col. 20: 53 - col. 22: 8<br>col. 24: 35-46<br>col. 25: 48 - col. 26: 8<br>col. 29: 6-15<br>col. 29: 37 - col. 30: 8<br>col. 31: 11 - col. 55: 57<br>col. 62: 2 - col. 64: 34 | |
| | | data representation of a lifetime of the telephone call | Data (e.g., voice information and/or metadata) representing an entire telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 52 - col. 3: 23<br>col. 3: 16-23<br>col. 5: 14 - col. 6: 16<br>col. 6: 29-67<br>col. 7: 1-28<br>col. 8: 34-65 | Call-centric data record of the telephone call that includes a detailed cumulative start-to-finish history of a telephone call, including all telephony events and participants. The data representation represents only the telephone call, is not event-centric, and is not constructed on a 1-to-1 basis for the events during the total lifetime of a call.<br><br>Intrinsic evidence:<br>'570 Patent, 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 28:40-29:15; 30:19-23; 33:17-20; 36:23-27; 36:47 – 38:65; 42:21-25; 54:18-26; |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 14: 12-37<br><br>col. 20: 53 - col. 22: 8<br><br>col. 24: 35-46<br><br>col. 25: 48 - col. 26: 8<br><br>col. 29: 6-15<br><br>col. 29: 37 - col. 30: 8<br><br>col. 31: 11 - col. 55: 57<br><br>col. 62: 2 - col. 64: 34 | Figs. 16, 16B; 7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192 -254). |
| | | constructing a data representation of a lifetime of the telephone call using data regarding telephony events associated with the telephone call segments of the telephone call | NICE has provided constructions for "data representation of a lifetime of the telephone call," "telephony events," "telephone call segments" and "telephone call." The remaining words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence:<br><br>See citations to intrinsic evidence for "data representation of a lifetime of the telephone call," "telephony events," "telephone call segments" and "telephone call." | Using data regarding telephony events to associate telephone call segments of a telephone call to form a data representation of the lifetime of the telephone call, and not using an identifier or key to form the data representation.<br><br>Intrinsic evidence:<br><br>'570 patent, 20:15-32; 26:55 – 27:6; 27:29-64; 31:39 – 32:50. (WSNSDE0009192 -254).<br><br>'345 Prosecution History, Second Preliminary Amendment, pg. 9-10, dated July 23, 2001 (WSNSDE0009486-98). |
| 7. A method for recording information regarding telephone calls comprising one or more segments, comprising: | | | | |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| (a) receiving audio data regarding one or more **telephone call segments** relating to one or more **telephone calls**, and data regarding **telephony events** associated with said telephone call segments, wherein the data regarding telephony events is received from a plurality of sources connected to a telephone switching environment, wherein at least one of the sources is a **real-time link** and at least one of the sources is not a real-time link; | telephone call segments | telephone call segment | Pieces of an entire telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 15<br>col. 2: 52 - col. 3: 23<br>col. 4: 46 - col. 5: 8<br>col. 5: 66 - col. 6: 16<br>col. 7: 1-28<br>col. 8: 1-16<br>col. 20: 34-52<br>col. 21: 31-44<br>col. 26: 17-38<br>col. 28: 25 - col. 29: 5<br>col. 29: 37-64<br>col. 32: 21-37<br>col. 47: 50 - col. 50: 12<br>col. 55: 47-57<br>col. 57: 17 - col. 61: 10<br>col. 62: 2 - col. 64: 34 | Portion of a phone call that is bounded by telephony events.<br><br>Intrinsic evidence:<br>'570 Patent, 58:11-16; (WSNSDE0009192-254).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 6, dated August 15, 2001 (WSNSDE0010051-56). |
| | | telephone call | "Telephone calls" has a plain meaning that is clear and does not require further construction. | Entire conversation with an entity from a caller's perspective, including transfers and conferences.<br><br>Intrinsic evidence:<br>'570 Patent, col. 8, ll. 5-11. (WSNSDE0009192-254). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| US Patent No. 6,249,570 | NICE'S Disputed Claim Terms | WITNESS' Disputed Claim Terms | NICE'S Proposed Construction | WITNESS' Proposed Construction |
|---|---|---|---|---|
| | | | | '370 Prosecution History, Second Preliminary Amendment, pg. 6, dated August 15, 2001 (WSNSDE0010051-56). |
| | telephony events | telephony event | Actions or occurrences (e.g., called party and calling party numbers, trunk and channel ID, date and time or agent ID), which are related to telephone calls, that are detected by a computer program.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 4<br>Fig. 6<br>Fig. 7<br>Fig. 9<br>col. 1: 34-54<br>col. 2: 9-24<br>col. 3: 16-23<br>col. 6: 35-54<br>col. 7: 1-59<br>col. 8: 1-34<br>col. 8: 35-47<br>col. 10: 10-30<br>col. 14: 60 - col. 25: 47<br>col. 26: 55-64 | Actions or occurrences detected by a computer program and that are related to what happens to a phone call (such as the initiation of the call, the addition or removal of callers, the transfer of the phone call, or the termination of the call), and are not identifying numbers. Agent-entered information is not data regarding telephone events.<br><br>Intrinsic evidence:<br>'570 Patent, 7:11-13; (WSNSDE0009192-254).<br><br>'345 Prosecution History, Second Preliminary Amendment, pg. 9, dated July 23, 2001 (WSNSDE0009486-98).<br><br>'706 Prosecution History, Second Preliminary Amendment, pg. 7-9, dated July 13, 2001 (WSNSDE050988-97). |

**NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)**

AMENDED JOINT CLAIM CONSTRUCTION

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 27: 6-64<br>col. 30: 16-23<br>col. 31: 10 - col. 32: 67<br>col. 62: 2 - col. 64: 34 | '370 Prosecution History, Second Preliminary Amendment, pg. 4, dated August 15, 2001 (WSNSDE0010051-56). |
| | real-time link | | A connection supplying CTI information without perceived delay during the call.<br><br>Intrinsic evidence:<br>Abstract<br>col. 2: 9-3: 11<br>col. 3: 16-23<br>col. 5: 48-64<br>col. 6: 35-54<br>col. 8: 35 - col. 9: 27<br>col. 11: 11 - col. 12: 16<br>col. 20: 15 - col. 21: 4<br>col. 24: 35-46<br>col. 26: 29-54<br>col. 32: 57-67<br>col. 33: 18-32<br>col. 43: 10-22<br>col. 47: 50-67<br>col. 50: 30-43<br>col. 55: 34-57<br>col. 62: 2 - col. 64: 34 | Data link that provides data defining events during the call and with occurrence of the events.<br><br>Intrinsic evidence:<br>'570 Patent, 5:48-65; 6:35-54; 55:35-46. (WSNSDE0009192-254). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| (b) storing the received audio data regarding telephone call segments; | | | | |
| (c) storing the received data regarding telephony events associated with said telephone call segments; | | | | |
| (d) identifying telephone call segments that relate to one telephone call; and | | | | |
| (e) constructing a **_data representation_** of a lifetime of the telephone call using data regarding telephony events associated with the telephone call segments of the telephone call. | data representation | | Digital representation of data.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 52-3: 23<br>col. 3: 16-23<br>col. 5: 14 - col. 6: 16<br>col. 6: 29-67<br>col. 7: 1-28<br>col. 8: 34-65<br>col. 14: 12-37<br>col. 20: 53 - col. 22: 8<br>col. 24: 35-46 | Data structure that represents an object as a single identifiable entity.<br><br>Intrinsic evidence:<br>'570 Patent, col. 18, ll. 26-35; 28:40-51. (WSNSDE0009192-254). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 25: 48 - col. 26: 8<br><br>col. 29: 6-15<br><br>col. 29: 37 - col. 30: 8<br><br>col. 31: 11 - col. 55: 57<br><br>col. 62: 2 - col. 64: 34 | |
| | | data representation of a lifetime of the telephone call | Data (e.g., voice information and/or metadata) representing an entire telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 52 - col. 3: 23<br>col. 3: 16-23<br>col. 5: 14 - col. 6: 16<br>col. 6: 29-67<br>col. 7: 1-28<br>col. 8: 34-65<br>col. 14: 12-37<br>col. 20: 53 - col. 22: 8<br>col. 24: 35-46<br>col. 25: 48 - col. 26: 8<br>col. 29: 6-15<br>col. 29: 37 - col. 30: 8 | Call-centric data record of the telephone call that includes a detailed cumulative start-to-finish history of a telephone call, including all telephony events and participants. The data representation represents only the telephone call, is not event-centric, and is not constructed on a 1-to-1 basis for the events during the total lifetime of a call.<br><br>Intrinsic evidence:<br>'570 Patent, 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 28:40-29:15; 30:19-23; 33:17-20; 36:23-27; 36:47 – 38:65; 42:21-25; 54:18-26; Figs. 16, 16B; 7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192-254). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 31: 11 - col. 55: 57 <br> col. 62: 2 - col. 64: 34 | |
| | | constructing a data representation of a lifetime of the telephone call using data regarding telephony events associated with the telephone call segments of the telephone call | NICE has provided constructions for "data representation of a lifetime of the telephone call," "telephony events," "telephone call segments" and "telephone call." The remaining words have a plain meaning that is clear and do not require further construction. <br><br> Intrinsic evidence: <br> See citations to intrinsic evidence for "data representation of a lifetime of the telephone call," "telephony events," "telephone call segments" and "telephone call." | Using data regarding telephony events to associate telephone call segments of a telephone call to form a data representation of the lifetime of the telephone call, and not using an identifier or key to form the data representation. <br><br> Intrinsic evidence: <br> '570 patent, 20:15-32; 26:55 – 27:6; 27:29-64; 31:39 – 32:50. (WSNSDE0009192-254). <br><br> '345 Prosecution History, Second Preliminary Amendment, pg. 9-10, dated July 23, 2001 (WSNSDE0009486-98). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 14. A method for recording information regarding telephone calls with three or more participants and comprising one or more participants and comprising one or more telephone call segments, comprising: | | | | |
| (a) receiving audio data regarding one or more **telephone call segments**; | telephone call segments | telephone call segment | Pieces of an entire telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 15<br>col. 2: 55 - col. 3: 26<br>col. 3: 16-26<br>col. 4: 66 - col. 5: 9<br>col. 5: 66 - col. 6: 16<br>col. 7: 1-28<br>col. 8: 1-16<br>col. 20: 37-55<br>col. 21: 34-47<br>col. 26: 11-30<br>col. 28: 18-65<br>col. 29: 29-56<br>col. 32: 15-31<br>col. 49: 56 - col. 52: 66 | Portion of a phone call that is bounded by telephony events.<br><br>Intrinsic evidence:<br>'570 Patent, 58:11-16; (WSNSDE0009192-254).<br><br>'345 Patent, 60:64-61:3. (WSNSDE0009547-611).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 6, dated August 15, 2001 (WSNSDE0010051-56). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 60: 3 - col. 62: 63 col. 64: 55 - col. 68: 42 | |
| (b) receiving data regarding **telephony events** associated with said telephone call segments; | telephony events | telephony event | Actions or occurrences (e.g., called party and calling party numbers, trunk and channel ID, date and time or agent ID), which are related to telephone calls, that are detected by a computer program.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 4<br>Fig. 6<br>Fig. 7<br>Fig. 9<br>col. 1: 37-57<br>col. 2: 12-27<br>col. 3: 16-26<br>col. 7: 1-59<br>col. 8: 1-34<br>col. 8: 35-47<br>col. 10: 11-34<br>col. 14: 65 - col. 25: 39<br>col. 26: 47-55<br>col. 26: 66 - col. 27: 56<br>col. 30: 8-15<br>col. 31: 4 - col. 32: 61 | Actions or occurrences detected by a computer program and that are related to what happens to a phone call (such as the initiation of the call, the addition or removal of callers, the transfer of the phone call, or the termination of the call), and are not identifying numbers. Agent-entered information is not data regarding telephone events.<br><br>Intrinsic evidence:<br>'570 Patent, 7:11-13; (WSNSDE0009192-254).<br><br>'345 Patent, 7:11-13. (WSNSDE0009547-611).<br><br>'345 Prosecution History, Second Preliminary Amendment, pg. 9, dated July 23, 2001 (WSNSDE0009486-98).<br><br>'706 Prosecution History, Second Preliminary Amendment, pg. 7-9, dated July 13, 2001 (WSNSDE050988-97). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 64: 55 - col. 68: 42 | '370 Prosecution History, Second Preliminary Amendment, pg. 4, dated August 15, 2001 (WSNSDE0010051-56). |
| (c) storing the received audio data regarding telephone call segments; | | | | |
| (d) storing the received data regarding telephone events associated with said telephone call segments; | | | | |
| (e) identifying **telephone call** segments that relate to the same telephone call; and | | telephone call | "Telephone call" has a plain meaning that is clear and does not require further construction. | Entire conversation with an entity from a caller's perspective, including transfers and conferences.

Intrinsic evidence:
'570 Patent, col. 8, ll. 5-11. (WSNSDE0009192-254).

'345 Patent, col. 8,ll 5-11. (WSNSDE0009547-611). |
| (f) constructing ***data representations*** *of lifetimes of telephone calls*, **wherein said data representations are constructed using data regarding telephony events associated with telephone call segments**. | data representations | | Digital representation of data.

Intrinsic evidence:
Abstract
Fig. 10
Fig. 16
Fig. 16b | Data structure that represents an object as a single identifiable entity.

Intrinsic evidence:
'570 Patent, col. 18, ll. 26-35; 28:40-51. (WSNSDE0009192-254). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | Fig. 18<br>col. 2: 55 - col. 3: 26<br>col. 3: 16-26<br>col. 5: 15 - col. 6: 16<br>col. 6: 29-67<br>col. 7: 1-28<br>col. 8: 34-65<br>col. 14: 18-43<br>col. 20: 56 - col. 21: 7<br>col. 24: 30-41<br>col. 25: 40-67<br>col. 28: 66 - col. 29: 8<br>col. 29: 29-67<br>col. 31: 4 - col. 58: 64<br>col. 64: 55 - col. 68: 42 | '345 Patent, col. 18, ll. 27-36l 28:32-44. (WSNSDE0009547-611). |
| | | data representations of lifetimes of telephone calls | For each telephone call, data (e.g., voice information and/or metadata) representing an entire telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 55 - col. 3: 26 | Call-centric data records of the telephone calls, where each record includes a detailed cumulative start-to-finish history of a telephone call, including all telephony events and participants. Each data representation represents only a single telephone call, is not event-centric, and is not constructed on a 1-to-1 basis for the events during the total lifetime of a call.<br><br>Intrinsic evidence: |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 3: 16-26<br>col. 5: 15 - col. 6: 16<br>col. 6: 29-67<br>col. 7: 1-28<br>col. 8: 34-65<br>col. 14: 18-43<br>col. 20: 56 - col. 21: 7<br>col. 24: 30-41<br>col. 25: 40-67<br>col. 28: 66 - col. 29: 8<br>col. 29: 29-67<br>col. 31: 4 - col. 58: 64<br>col. 64: 55 - col. 68: 42 | '570 Patent, 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 30:19-23; 33:17-20; 36:23-27; 36:47 – 38:65; 42:21-25; 54:18-26; Figs. 16, 16B 7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192-254).<br><br>'345 Patent, 5:20-23; 6:10-11; ; 7:11-28; 8:1-16; ; 8:35-47; 20:34-60; 21:34-38; 21:62-22:4; 30:11-15; 33:12-15; 36:23-26; 36:46-38:65; 43:48-53; 56:56-64; Figs. 16, 16B: 7:13-16; 20:37-63; 20:44-47; 26:9-12; 27:9-16; 28:37-40; 30:11-15. (WSNSDE0009547-611). |
| | | wherein said data representations are constructed using data regarding telephony events associated with telephone call segments | NICE has provided constructions for "data representation," "telephony events," and "telephone call segments." The remaining words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence:<br>See citations to intrinsic evidence for data representation," "telephony events," and "telephone call segments." | Using data regarding telephony events to associate two or more segments of a telephone call to form a data representation of the lifetime of the telephone call, and not using identifiers or keys to form the data representations.<br><br>Intrinsic evidence:<br>'570 Patent, 20:15-32; 26:55 – 27:6; 27:29-64; 31:39 – 32:50. (WSNSDE0009192-254).<br><br>'345 Prosecution History, Second |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | Preliminary Amendment, pg. 9-10, dated July 23, 2001 (WSNSDE0009486-98). |
| 40. A method for recording information regarding telephone calls comprising one or more telephone call segments, wherein said calls comprise calls wherein at least one participant participates in a plurality of segments, comprising: | | | | |
| (a) receiving audio data regarding one or more **telephone call segments** and data regarding telephone events associated with said telephone call segments; | telephone call segments | telephone call segment | Pieces of an entire telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 15<br>col. 2: 55-3: 26<br>col. 3: 16-26<br>col. 4: 66-5: 9<br>col. 5: 66 - col. 6: 16<br>col. 7: 1-28<br>col. 8: 1-16<br>col. 20: 37-55<br>col. 21: 34-47<br>col. 26: 11-30<br>col. 28: 18-65<br>col. 29: 29-56 | Portion of a phone call that is bounded by telephony events.<br><br>Intrinsic evidence:<br>'570 Patent, 58:11-16; (WSNSDE0009192 - WSNSDE0009254).<br><br>'345 Patent, 58:60:64-61:3. (WSNSDE0009547-611).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 6, dated August 15, 2001 (WSNSDE0010051-56). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 32: 15-31<br><br>col. 49: 56 - col. 52: 66<br><br>col. 60: 3 - col. 62: 63<br><br>col. 64: 55 - col. 68: 42 | |
| (b) storing the received audio data regarding telephone call segments; | | | | |
| (c) storing the received data regarding **telephony events** associated with said telephone call segments; | telephony events | telephony event | Actions or occurrences (e.g., called party and calling party numbers, trunk and channel ID, date and time or agent ID), which are related to telephone calls, that are detected by a computer program.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 4<br>Fig. 6<br>Fig. 7<br>Fig. 9<br>col. 1: 37-57<br>col. 2: 12-27<br>col. 3: 16-26<br>col. 7: 1-59<br>col. 8: 1-34<br>col. 8: 35-47<br>col. 10: 11-34 | Actions or occurrences detected by a computer program and that are related to what happens to a phone call (such as the initiation of the call, the addition or removal of callers, the transfer of the phone call, or the termination of the call), and are not identifying numbers. Agent-entered information is not data regarding telephone events.<br><br>Intrinsic evidence:<br>'570 Patent, 7:11-13; (WSNSDE0009192-254).<br><br>'345 Patent, 7:11-13. (WSNSDE0009547-611).<br><br>'345 Prosecution History, Second Preliminary Amendment, pg. 9, dated July 23, 2001 (WSNSDE0009486-98). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 14: 65 - col. 25: 39<br>col. 26: 47-55<br>col. 26: 66 - col. 27: 56<br>col. 30: 8-15<br>col. 31: 4 - col. 32: 61<br>col. 64: 55 - col. 68: 42 | '706 Prosecution History, Second Preliminary Amendment, pg. 7-9, dated July 13, 2001 (WSNSDE050988-97).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 4, dated August 15, 2001 (WSNSDE0010051-56). |
| (d) identifying **telephone call** segments that relate to one telephone call; | | telephone call | "Telephone call" has a plain meaning that is clear and does not require further construction. | Entire conversation with an entity from a caller's perspective, including transfers and conferences.<br><br>Intrinsic evidence:<br>'570 Patent, col. 8, ll. 5-11. (WSNSDE0009192-254).<br><br>'345 Patent, col. 8,ll 5-11. (WSNSDE0009547-611). |
| (e) identifying multiple call segments that have the same participant; and | | | | |
| (f) constructing ***data representations*** *of lifetimes of telephone calls*, **wherein each data representation of a telephone call is constructed using data** | data representations | | Digital representation of data.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10 | Data structure that represents an object as a single identifiable entity.<br><br>Intrinsic evidence:<br>'570 Patent, col. 18, ll. 26-35; 28:40-51. (WSNSDE0009192-254). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| regarding telephony events associated with the telephone call segments of the telephone call. | | | Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 55 - col. 3: 26<br>col. 3: 16-26<br>col. 5: 15 - col. 6: 16<br>col. 6: 29-67<br>col. 7: 1-28<br>col. 8: 34-65<br>col. 14: 18-43<br>col. 20: 56 - col. 21: 7<br>col. 24: 30-41<br>col. 25: 40-67<br>col. 28: 66 - col. 29: 8<br>col. 29: 29-67<br>col. 31: 4 - col. 58: 64<br>col. 64: 55 - col. 68: 42 | '345 Patent, col. 18, ll. 27-36; 28L:32-44.. (WSNSDE0009547-611). |
| | | data representation of lifetimes of telephone calls | For each telephone call, data (e.g., voice information and/or metadata) representing an entire telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b | Call-centric data record of the telephone calls, where each record includes a detailed cumulative start-to-finish history of a telephone call, including all telephony events and participants. Each data representation represents only a single telephone call, is not event-centric, and is not constructed on a 1-to-1 basis for the events during the total lifetime of a call. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | Fig. 18<br>col. 2: 55 - col. 3: 26<br>col. 3: 16-26<br>col. 5: 15 - col. 6: 16<br>col. 6: 29-67<br>col. 7: 1-28<br>col. 8: 34-65<br>col. 14: 18-43<br>col. 20: 56 - col. 21: 7<br>col. 24: 30-41<br>col. 25: 40-67<br>col. 28: 66 - col. 29: 8<br>col. 29: 29-67<br>col. 31: 4 - col. 58: 64<br>col. 64: 55 - col. 68: 42 | Intrinsic evidence:<br>'570 Patent, 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 30:19-23; 33:17-20; 36:23-27; 36:47 – 38:65; 42:21-25; 54:18-26; Figs. 16, 16B; 7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192-254).<br><br>'345 Patent, 5:20-23; 6:10-11; ; 7:11-28; 8:1-16; ; 8:35-47; 20:34-60; 21:34-38; 21:62-22:4; 30:11-15; 33:12-15; 36:23-26; 36:46-38:65; 43:48-53; 56:56-64; Figs. 16, 16B: 7:13-16; 20:37-63; 20:44-47; 26:9-12; 27:9-16; 28:37-40; 30:11-15. (WSNSDE0009547-611). |
| | | wherein each data representation of a telephone call is constructed using data regarding telephony events associated with the telephone | NICE has provided constructions for "data representation," "telephony events," "telephone call segments" and "telephone call." The remaining words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence:<br>See citations to intrinsic evidence for "data representation," "telephony events," "telephone call | Using data regarding telephony events to associate two or more segments of a telephone call to form a data representation of the lifetime of the telephone call, and not using identifier or key to form the data representations.<br><br>Intrinsic evidence:<br>'570 patent, 20:15-32; 26:55 – 27:6; 27:29-64; 31:39 – 32:50. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | call segments of the telephone call | segments" and "telephone call." | (WSNSDE0009192-254). ‘345 Patent, 20:18-36; 26:47-65; 27:21-56; 31:32-32:31. (WSNSDE0009547-611). ‘345 Prosecution History, Second Preliminary Amendment, pg. 9-10, dated July 23, 2001 (WSNSDE0009486-98). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,775,372 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. A multi-stage data logging system comprising: | | | | |
| a) a **telecommunications ("telecom") stage** receiving input from a plurality of communication channels; | telecom-munications ("telecom") stage | telecom-munications ("telecom") stage | The stage that serves to capture and pre-process signals from two or more communication channels and interfaces with the recorder stage.<br><br>Intrinsic evidence:<br>Figs. 4-6<br>col. 6: 61-69<br>col. 7: 51 - col. 9: 53<br>'372 Prosecution History, Response, pp. 9-11 (Oct. 2001) | Device that receives input from communication channels passively, and is not part of the communications system.<br><br>Intrinsic evidence:<br>'372 Patent, 2:57-64, 3:2-6, 7:60-8:5, 9:11-60 (WSNSDE0009798-813).<br><br>'372 Prosecution History, Amendment pgs. 9-10, dated September 24, 2001 (WSNSDE0009690-704). |
| b) a recorder stage having one or more recorders, at least one recorder logging data associated with information transmitted on at least one of said plurality of communication channels; | | | | |
| c) a **distribution stage** providing access to data logged in the recorder stage; | distribution stage | | The stage that serves for retrieval of recorded information and providing it in a human recognizable form and/or serves for archiving the | Plain meaning. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,775,372 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | recorded information to removable storage.<br><br>Intrinsic evidence:<br>Figs. 4-6<br>col. 3: 17-24<br>col. 3: 45-48<br>col. 6: 68 - col. 7: 10<br>col. 7: 20-28<br>col. 11: 42 - col. 12: 68<br>col. 14: 11-40<br>'372 Prosecution History, Response, p. 9 (Oct. 2001)<br>'372 Prosecution History, Response, pp. 4-6 (Jun. 2003) | |
| d) a first interface linking the telecom and the recorder stages and a second interface linking the recorder and the distribution stages; | | | | |
| **wherein at least two stages of the system are physically separable and in operation can be located wide distances apart.** | | wherein at least two stages of the system are physically separable and in operation can be located wide distances | At least two of the stages are physically separable and are capable of functioning if physically separated by substantial distance.<br><br>Intrinsic evidence:<br>Figs. 5, 6 | Wherein the telecom stage and recorder stage are physically separable and can be located wide distances apart, and wherein the distribution stage can be physically separable and located wide distances from the telecom and/or recorder stage. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,775,372 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | apart. | col. 3: 8-11<br>col. 3: 30-45<br>col. 7: 7-20<br>col. 7: 28-50<br>col. 12: 54-68<br>col. 13: 34-41<br>'372 Prosecution History, Response, pp. 3-4 (Jun. 2003) | Intrinsic evidence:<br>'372 Patent, 9:40-50 (WSNSDE0009798-813).<br><br>'372 Prosecution History, Response pgs. 3-4, dated June 18, 2003 (WSNSDE0009769-75). |
| 33. The data logging system of claim 32, wherein the network server is a **Web server**. | | Web server | A component that provides access to information accessible from a computer connected to the Internet or an intranet.<br><br>Intrinsic evidence:<br>Figs. 4-6<br>col. 4: 51-60<br>col. 7: 20-28<br>col. 10: 57-59<br>col. 12: 12-53<br>col. 14: 11-40<br>'372 Prosecution History, Response, p. 13 (Oct. 2001) | A computer that receives a request for stored data, retrieves the stored data, and transfers the data over the World Wide Web.<br><br>Intrinsic evidence:<br>'372 Patent, 4:51-58,12:11-43 (WSNSDE0009798-813).<br><br>'372 Prosecution History, Amendment pg. 13, dated September 24, 2001 (WSNSDE0009690-704). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. A method for constructing and maintaining **data representations of lifetimes of telephone calls** comprising one or more segments, audio data for each segment being recorded on one or more recorders, the method comprising: | | data representations of lifetimes of the telephone calls | For each telephone call, data (e.g., voice information and/or metadata) representing an entire telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 55 - col. 3: 14<br>col. 3: 17-30<br>col. 5: 21 - col. 6: 23<br>col. 6: 37 - col. 7: 8<br>col. 7: 9-36<br>col. 8: 44 - col. 9: 8<br>col. 14: 33-58<br>col. 22: 45-63<br>col. 27: 1-12<br>col. 28: 13-40<br>col. 31: 41-50<br>col. 32: 5-43<br>col. 33: 46 - col. 61: 48<br>col. 67: 53 - col. 70: 38 | Call-centric data record of the telephone calls, where each record includes a detailed cumulative start-to-finish history of a telephone call, including all telephony events and participants. Each data representation represents only a single telephone call, is not event-centric, and is not constructed on a 1-to-1 basis for the events during the total lifetime of a call.<br><br>Intrinsic evidence:<br>'570 Patent, 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 28:40-29:15; 30:19-23; 33:17-20; 36:23-27; 36:47 – 38:65; 42:21-25; 54:18-26; Figs. 16, 16B;  7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192-254).<br><br>'370 Patent, 5:27-30; 6:17-18; 7:19-36; 8: 9-25; 8:44-57; 21:66-22:52; 23:23-27; 23:51-60; 31:7-50; 32:54-58; 35:55-58; 38:48-51; 40:1-42:16; 46:58-62; 60:9-17; Figs 16, 16B; 7:21-24; 21:66-22:52; 28:17-20; 27:50-53; 29:51-57; |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. Patent No. 6,785,370 | Nice's Disputed Claim Terms | Witness' Disputed Claim Terms | Nice's Proposed Construction | Witness' Proposed Construction |
|---|---|---|---|---|
| | | | | 31:12-15; 32:54-58. (WSNSDE0010104-68). |
| (a) constructing a **call record** for at least one **telephone call**; | | call record | Data regarding telephony events for one or more segments of a telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>col. 3: 17-30<br>col. 7: 1-28<br>col. 11: 11-56<br>col. 20: 61 - col. 58: 56<br>col. 67: 53 - col. 70: 38 | Call-centric data record of a telephone call that includes a detailed cumulative history of a telephone call, including all telephony events and participants. Each call record represents only a single call, is not event-centric, and is not constructed on a 1-to-1 basis for the events during the total lifetime of a call.<br><br>Intrinsic evidence:<br>'570 Patent, 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 28:40-29:15; 30:19-23; 33:17-20; 36:23-27; 36:47 – 38:65; 42:21-25; 54:18-26; Figs. 16, 16B;  7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192-254).<br><br>'370 Patent, 5:27-30; 6:17-18; 7:19-36; 8: 9-25; 8:44-57; 21:66-22:52; 23:23-27; 23:51-60; 31:7-50; 32:54-58; 35:55-58; 38:48-51; 40:1-42:16; 46:58-62; 60:9-17; Figs 16, 16B; 7:21-24; 21:66-22:52; 28:17-20; 27:50-53; 29:51-57; 31:12-15; |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | 32:54-58. (WSNSDE0010104-68). |
| | | telephone call | "Telephone call" has a plain meaning that is clear and does not require further construction. | Entire conversation with an entity from a caller's perspective, including transfers and conferences.<br><br>Intrinsic evidence:<br>'570 Patent, col. 8, ll. 5-11. (WSNSDE0009192-254).<br><br>'370 Patent, col. 8, 13-15. (WSNSDE0010104-68). |
| (b) receiving data regarding **telephony events** associated with one or more telephone calls; | telephony events | telephony event | Actions or occurrences (e.g., called party and calling party numbers, trunk and channel ID, date and time or agent ID), which are related to telephone calls, that are detected by a computer program.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 4<br>Fig. 6<br>Fig. 7<br>Fig. 9<br>col. 1: 37-57<br>col. 2: 12-27<br>col. 3: 17-30<br>col. 7: 9-67 | Actions or occurrences detected by a computer program and that are related to what happens to a phone call (such as the initiation of the call, the addition or removal of callers, the transfer of the phone call, or the termination of the call), and are not identifying numbers. Agent-entered information is not data regarding telephone events.<br><br>Intrinsic evidence:<br>'570 Patent, 7:11-13; (WSNSDE0009192-254).<br><br>'370 Patent, 7:21-23. (WSNSDE0010104-68). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 8: 9-44<br>col. 8: 45-57<br>col. 10: 23-51<br>col. 15: 13 - col. 28: 12<br>col. 29: 21-29<br>col. 29: 40 - col. 30: 31<br>col. 32: 51-58<br>col. 33: 46 - col. 35: 36<br>col. 67: 53 - col. 70: 38 | '345 Prosecution History, Second Preliminary Amendment, pg. 9-10, dated July 23, 2001 (WSNSDE0009486-98).<br><br>'706 Prosecution History, Second Preliminary Amendment, pg. 7-9, dated July 13, 2001 (WSNSDE050988-97).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 4, dated August 15, 2001 (WSNSDE0010051-56). |
| (c) **matching a received telephony event with a constructed call record**; | | matching a received telephony event with a constructed call record | NICE has provided constructions for "telephony event" and "call record." The remaining words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence:<br>See citations to intrinsic evidence for "telephony event" and "call record." | Performing a calculation to resolve an ambiguity between the received telephony event and the constructed call record.<br><br>Intrinsic evidence:<br>'570 patent, 8:56 – 10:30; 20:15-32; 12:6-16; 14:38-59; 20:16-32; 25:38-41; Fig. 5, steps 508, 510, 516, 522, 524 and 526. (WSNSDE0009192-254).<br><br>'370 patent, 8:66-10:51; 21:47-65; 12:27-37; 14:59-15:12; 21:47-65; 28:3-6; Fig. 5, steps 508, 510, 516, 522, 524 and 526. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | (WSNSDE0010104-68).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 4-5, dated August 15, 2001 (WSNSDE0010051-56). |
| (d) updating the matching call record based on the received telephony event data; and | | | | |
| (e) **combining the updated call record with data indicating the location of recorded audio data for the <u>segment</u> of the call**, to obtain a **master call record** representing the lifetime of the telephone call. | | combining the updated call record with data indicating the location of recorded audio data for the segment of the call | NICE has provided constructions for "segment" and "call record." The remaining words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence:<br>See citations to intrinsic evidence for "segment" and "call record." | Storing data indicating the location of recorded audio data for the segment of the call in the updated call record, where the updated call record does not have data indicting the location of the recorded audio data for the segment of the call.<br><br>Intrinsic evidence:<br>'570 Patent, 3:2-11; 3:14-22; 5:20-23; 7:18-20; 27:65 – 28:16; 28:25-39; 29:6-15. (WSNSDE0009192-254).<br><br>'370 Patent, 3:7-14; 3:17-30; 5:27-30; 7:26-28; 30:32-50; 30:59-31:6; 31:40-50. (WSNSDE0010104-68). |
| | | segment | The claim term "segment" is used in the claims and specification in the phrase "segment of the call." | The term "segment" is indefinite; it can either be a telephone call |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | This claim term has a plain meaning that is clear and does not require further construction.<br><br>Intrinsic evidence:<br>Abstract<br>col. 3: 17-30<br>col. 67: 53 - col. 70: 38 | segment or an audio data segment.<br><br>In the alternative, a segment is a portion of a phone call that is bounded by telephony events.<br><br>Intrinsic evidence:<br>'570 Patent, 58:11-16 . (WSNSDE0009192-254).<br><br>'370 Patent, 63:60-65. (WSNSDE0010104-68).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 6, dated August 15, 2001 (WSNSDE0010051-56). |
| | master call record | master call record | A record containing information about the location of all telephone call segments of an entire telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18 | Call-centric data record of a telephone call that includes (a) data matching the call with the segments that make up the call; (b) data indicating the location of a recording for each segment; and (c) a detailed cumulative start-to-finish history of the telephone call, including all telephony events and participants. Each master call record represents only a single call, in non event-centric, and is not constructed on a 1-to-1 bases for |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 2: 55 - col. 3: 14<br><br>col. 3: 17-30<br><br>col. 5: 21 - col. 6: 23<br><br>col. 6: 37 - col. 7: 8<br><br>col. 7: 9-36<br><br>col. 8: 44 - col. 9: 8<br><br>col. 14: 33-58<br><br>col. 22: 45-63<br><br>col. 27: 1-12<br><br>col. 28: 13-40<br><br>col. 31: 41-50<br><br>col. 32: 5-43<br><br>col. 33: 46 - col. 61: 48<br><br>col. 67: 53 - col. 70: 38 | the events during the total lifetime of a call.<br><br>Intrinsic evidence:<br>'570 Patent, 3:2-11; 3:14-22; 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 28:40-29:15; 29:65-30:8; 30:19-23; 32:38-50; 33:17-20; 36:23-27; 36:32 – 42:10; 42:21-25; 46:30-47:45; 54:18-26; Figs. 16, 16B; 570 Patent, 7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192-254).<br><br>'370 Patent, 3:7-14; 3:17-30; 5:27-30; 6:17-18; 7:19-36; 8: 9-25; 8:44-57;21:66-22:52, 23:23-27; 23:51-59; 31:7-50; 32:33-43;32:54-58; 35:5-18; 35:55-58; 38:48-51; 38:58-42:16; 45:58-62; 51:7-19; 60:9-17; ; Figs. 16, 16B. 370 Patent, 7:21-24; 21:66-22:52; 28:17-20; 27:50-53; 29:51-57; 31:12-15; 32:54-58. (WSNSDE0010104-68). |
| 27. A method for constructing and maintaining **data representations of lifetimes of telephone calls** comprising two or more segments, audio data for each segment being | | data representations of lifetimes of telephone calls | For each telephone call, data (e.g., voice information and/or metadata) representing an entire telephone call. | Call-centric data records of telephone calls, where each record includes a detailed cumulative start-to-finish history of a telephone call, including all telephony events and participants. Each data |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

**AMENDED JOINT CLAIM CONSTRUCTION**

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| recorded on one or more recorders, the method comprising the steps of: | | | Intrinsic evidence: Abstract Fig. 10 Fig. 16 Fig. 16b Fig. 18 col. 2: 55 - col. 3: 14 col. 3: 17-30 col. 5: 21 - col. 6: 23 col. 6: 37 - col. 7: 8 col. 7: 9-36 col. 8: 44 - col. 9: 8 col. 14: 33-58 col. 22: 45-63 col. 27: 1-12 col. 28: 13-40 col. 31: 41-50 col. 32: 5-43 col. 33: 46 - col. 61: 48 col. 67: 53 - col. 70: 38 | representation represents only a single telephone call, is not event-centric, and is not constructed on a 1-to-1 basis for the events during the total lifetime of a call. Intrinsic evidence: '570 Patent, 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 28:40-29:15; 30:19-23; 33:17-20; 36:23-27; 36:47 – 38:65; 42:21-25; 54:18-26; Figs. 16, 16B; 7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192-254). '370 Patent, 5:27-30; 6:17-18; 7:19-36; 8:9-25; 8:44-57; 21:47-65; 21:66-22:52; 23:23-26; 23:51-59; 31:7-50; 32:54-58; 35:55-58; 33:48-51; 40:1-42-16; 45:58-62; 60:9-17; Figs 16, 16B; 7:21-24; 21:66-22:52; 28:17-20; 27:50-53; 29:51-57; 31:12-15; 32:54-58. (WSNSDE0010104-68). |
| (a) constructing a **call record** for a **telephone call** comprising two or more **segments**; | | call record | Data regarding telephony events for one or more segments of a telephone call. | Call-centric data record of a telephone call that includes a detailed cumulative history of a telephone call, including all telephony events and participants. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | Intrinsic evidence: <br> Abstract <br> Fig. 10 <br> Fig. 16 <br> Fig. 16b <br> col. 3: 17-30 <br> col. 7: 1-28 <br> col. 11: 11-56 <br> col. 20: 61 - col. 58: 56 <br> col. 67: 53 - col. 70: 38 | Each call record represents only a single call, is not event-centric, and is not constructed on a 1-to-1 basis for the events during the total lifetime of a call. <br><br> Intrinsic evidence: <br> '570 Patent, 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 28:40-29:15; 30:19-23; 33:17-20; 36:23-27; 36:47 – 38:65; 42:21-25; 54:18-26; Figs. 16, 16B; 7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192-254). <br><br> '370 Patent, '370 Patent, 5:27-30; 6:17-18; 7:19-36; 8: 9-25; 8:44-57; 21:66-22:52; 23:23-27; 23:51-60; 31:7-50; 32:54-58; 35:55-58; 38:48-51; 40:1-42:16; 46:58-62; 60:9-17; Figs 16, 16B; 7:21-24; 21:66-22:52; 28:17-20; 27:50-53; 29:51-57; 31:12-15; 32:54-58. (WSNSDE0010104-68). |
| | | telephone call | "Telephone call" has a plain meaning that is clear and does not require further construction. | Entire conversation with an entity from a caller's perspective, including transfers and conferences. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | Intrinsic evidence: '570 Patent, col. 8, ll. 5-11. (WSNSDE0009192-254). '370 Patent, col. 8, 13-15. (WSNSDE0010104-68). |
| | | segment | The claim term "segment" is used in the claims and specification in the phrase "segment of the call." This claim term has a plain meaning that is clear and does not require further construction. Intrinsic evidence: Abstract col. 3: 17-30 col. 67: 53 - col. 70: 38 | The term "segment" is indefinite; it can either be a telephone call segment or an audio data segment. In the alternative, a segment is a portion of a phone call that is bounded by telephony events. Intrinsic evidence: '570 Patent, 58:11-16; (WSNSDE0009192-254). '370 Patent, 63:60-65. (WSNSDE0010104-68). '370 Prosecution History, Second Preliminary Amendment, pg. 6, dated August 15, 2001 (WSNSDE0010051-56). |
| (b) receiving data regarding one or more **telephony events** associated with the telephone call; | telephony events | telephony events | Actions or occurrences (e.g., called party and calling party numbers, trunk and channel ID, date and time or agent ID), which are related to | Actions or occurrences detected by a computer program and that are related to what happens to a phone call (such as the initiation of the |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | telephone calls, that are detected by a computer program.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 4<br>Fig. 6<br>Fig. 7<br>Fig. 9<br>col. 1: 37-57<br>col. 2: 12-27<br>col. 3: 17-30<br>col. 7: 9-67<br>col. 8: 9-44<br>col. 8: 45-57<br>col. 10: 23-51<br>col. 15: 13 - col. 28: 12<br>col. 29: 21-29<br>col. 29: 40 - col. 30: 31<br>col. 32: 51-58<br>col. 33: 46 - col. 35: 36<br>col. 67: 53 - col. 70: 38 | call, the addition or removal of callers, the transfer of the phone call, or the termination of the call), and are not identifying numbers. Agent-entered information is not data regarding telephone events.<br><br>Intrinsic evidence:<br>'570 Patent, 7:11-13 (WSNSDE0009192-254).<br><br>'370 Patent, 7:21-23. (WSNSDE0010104-68).<br><br>'345 Prosecution History, Second Preliminary Amendment, pg. 9, dated July 23, 2001 (WSNSDE0009486-98).<br><br>'706 Prosecution History, Second Preliminary Amendment, pg. 7-9, dated July 13, 2001 (WSNSDE050988-97).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 4, dated August 15, 2001 (WSNSDE0010051-56). |
| (c) **matching said one or more received telephony** | | matching said one or more | NICE has provided constructions for "telephony events" and "call | Performing a calculation to resolve an ambiguity between the one or |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| events with said call record; | | received telephony events with said call record | record." The remaining words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence:<br>See citations to intrinsic evidence for "telephony events" and "call record." | more received telephony events and constructed call record.<br><br>Intrinsic evidence:<br>'570 patent, 8:56 – 10:30; 20:15-32; 12:6-16; 14:38-59; 20:16-32; 25:38-41; Fig. 5, steps 508, 510, 516, 522, 524 and 526; (WSNSDE0009192-254).<br><br>'370 patent, 8:66-10:51; 21:47-65; 12:27-37; 14:59-15:12; 21:47-65; 28:3-6; Fig. 5, steps 508, 510, 516, 522, 524 and 526. (WSNSDE0010104-68).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 4-5, dated August 15, 2001 (WSNSDE0010051-56). |
| (d) updating said call record based on said received telephony event data; and | | | | |
| (e) **combining said updated call record with data indicating one or more locations of recorded audio data for two or more segments of the call**, to obtain a **master call** | | combining said updated call record with data indicating one or more locations of recorded audio | NICE has provided constructions for "segments" and "call record." The remaining words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence: | Storing data indicating one or more locations of recorded audio data for two or more segments of the call in an updated call record, where the updated call record does not have data indicating one or more locations of recorded audio data for |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| **record** representing the lifetime of said telephone call. | | data for two or more segments of the call | See citations to intrinsic evidence for "segments" and "call record." | two or more segments of the call.<br><br>Intrinsic evidence:<br>'570 Patent, 3:2-11; 3:14-22; 5:20-23; 7:18-20; 27:65 – 28:16; 28:25-39; 29:6-15. (WSNSDE0009192-254).<br><br>'370 Patent, 3:7-14; 3:17-30; 5:27-30; 7:26-28; 30:32-50; 30:59-31:6; 31:40-50.  (WSNSDE0010104-68). |
| | master call record | master call record | A record containing information about the location of all telephone call segments of an entire telephone call.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 55-3: 14<br>col. 3: 17-30<br>col. 5: 21 - col. 6: 23<br>col. 6: 37 - col. 7: 8<br>col. 7: 9-36<br>col. 8: 44 - col. 9: 8 | Call-centric data record of a telephone call that includes (a) data matching the call with the segments that make up the call; (b) data indicating the location of a recording for each segment; and (c) a detailed cumulative start-to-finish history of the telephone call, including all telephony events and participants. Each master call record represents only a single call, in non event-centric, and is not constructed on a 1-to-1 bases for the events during the total lifetime of a call.<br><br>Intrinsic evidence:<br>'570 Patent, 3:2-11; 3:14-22; 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35- |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,785,370 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 14: 33-58<br>col. 22: 45-63<br>col. 27: 1-12<br>col. 28: 13-40<br>col. 31: 41-50<br>col. 32: 5-43<br>col. 33: 46 - col. 61: 48<br>col. 67: 53 - col. 70: 38 | 47; 20:34-60; 21:31-35; 21:59-22:1; 28:40-29:15; 29:65-30:8; 30:19-23; 32:38-50; 33:17-20; 36:23-27; 36:32 – 42:10; 42:21-25; 46:30-47:45; 54:18-26; Figs. 16, 16B; 570 Patent, 7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192-254).<br><br>'370 Patent, 3:7-14; 3:17-30; 5:27-30; 6:17-18; 7:19-36; 8: 9-25; 8:44-57;21:66-22:52, 23:23-27; 23:51-59; 31:7-50; 32:33-43;32:54-58; 35:5-18; 35:55-58; 38:48-51; 38:58-42:16; 45:58-62; 51:7-19; 60:9-17; ; Figs. 16, 16B. 370 Patent, 7:21-24; 21:66-22:52; 28:17-20; 27:50-53; 29:51-57; 31:12-15; 32:54-58. (WSNSDE0010104-68). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. A method for accessing information in at least one digital logger storing data associated with input from a plurality of input channels, comprising: | | | | |
| at a **Web server** having access to said at least one **digital logger**, **receiving a request for retrieval of stored data** from a client; | | Web server | A component that provides access to information accessible for a computer connected to the Internet or an intranet.<br><br>Intrinsic evidence:<br>Fig. 6<br>col. 4: 66-67<br>col. 5: 1-12<br>col. 12: 65 - col. 13: 55<br>col. 15: 7-36 | Computer that receives a request for stored data, retrieves the stored data, and transfers the data over the World Wide Web.<br><br>Intrinsic evidence:<br>'920 Patent, 4:66-67; 5:1-8, 13:3-39; 15:6-20, 15:30-33 (WSNSDE0010348-63).<br><br>'372 Patent, 4:51-58,12:11-43 (WSNSDE0009798-813).<br><br>'372 Prosecution History, Amendment pg. 13, dated September 24, 2001 (WSNSDE0009690-704)<br><br>'920 Prosecution History, Notice of Allowability, pg. 2, dated October 4, 2004 (WSNSDE0010330-32). |
| | digital logger | digital logger | A device, system or software for | A device, system or software for |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | recording, in digital form, audio data representing multiple concurrent telephone calls. Intrinsic evidence: col. 1: 51-57 col. 5: 1-12 col. 6: 66 - col. 7: 16 '372 Prosecution History, Response, pp. 8-11 (Oct. 2001) | recording audio in digital form. Intrinsic evidence: '920 Patent, FIGs. 1 and 4, 5:1-12, 5:42-60, 6:25-28, 6:56-57, 5: 7:9-14, 7:38-54, 10:1323, 10: 26-31, 13:3-7, 13:21-28, (WSNSDE0010348-363). '920 Prosecution History, Response to Sept. 17, 2003 Office Action pg. 6, dated February 11, 2004 (WSNSDE0010247-55). |
| | | receiving a request for retrieval of stored data | This claim phrase has a plain meaning that is clear and does not require construction. Intrinsic evidence: Figs. 4-6 col. 4: 29-33 col. 4: 57-67 col. 5: 1-12 col. 10: 66 - col. 11: 41 col. 12: 65 - col. 13: 40 col. 15: 7-36 claims 2-6, 16-28 | The Web server receives a request for retrieval of data stored in the digital logger. Intrinsic evidence: '920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:21-28; 15:17-20 (WSNSDE0010348-363). |
| **retrieving stored data** in accordance with the | | retrieving stored data | This claim phrase has a plain meaning that is clear and does not | The Web server retrieves data stored in the digital logger. |

**NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)**

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| received request; and | | | require construction.<br><br>Intrinsic evidence:<br>Figs 4-6<br>col. 4: 29-33<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | Intrinsic evidence:<br>'920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:14-28; 15:17-20 (WSNSDE0010348-363). |
| **transferring the retrieved data** to the client. | | transferring the retrieved data | This claim phrase has a plain meaning that is clear and does not require construction.<br><br>Intrinsic evidence:<br>Figs 4-6<br>col. 4: 29-33<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | The Web server sends the data retrieved from the digital logger.<br><br>Intrinsic evidence:<br>'920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:21-28; 15:17-20 (WSNSDE0010348-363). |
| 3. The method of claim 2 wherein the step of **retrieving stored data** comprises accessing call information for a **record of an input channel** made by said at least one | | retrieving stored data | This claim phrase has a plain meaning that is clear and does not require construction.<br><br>Intrinsic evidence: | The Web server retrieves data stored in the digital logger.<br><br>Intrinsic evidence:<br>'920 Patent, 1:14-17; 4:66-67; 5:5- |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| **digital logger**. | | | Figs 4-6<br>col. 4: 29-33<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | 6; 13:14-28; 15:17-20 (WSNSDE0010348-363). |
| | | record of an input channel | Stored voice and/or call information received from an input channel.<br><br>Intrinsic evidence:<br>col. 1: 40-52<br>col. 2: 7-16<br>col. 2: 37-38<br>col. 3: 1-4<br>col. 5: 1-12<br>col. 8: 11-25<br>col. 9: 18-21<br>col. 10: 30-41<br>col. 11: 10-41<br>col. 13: 7-13 | A record identified by the input channel.<br><br>Intrinsic evidence:<br>'920 Patent, 9:19-21; 11:14-19; 11:46-47 (WSNSDE0010348-363). |
| | digital logger | digital logger | A device, system or software for recording, in digital form, audio data representing multiple concurrent telephone calls.<br><br>Intrinsic evidence: | A device, system or software for recording audio in digital form.<br><br>Intrinsic evidence:<br>'920 Patent, FIGs. 1 and 4, 5:1-12, 5:42-60, 6:25-28, 6: 56-57, 5: 7:9- |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 1: 51-57<br>col. 5: 1-12<br>col. 6: 66 - col. 7: 16<br>'372 Prosecution History, Response, pp. 8-11 (Oct. 2001) | 14, 7:38-54, 10:1323, 10: 26-31, 13:3-7, 13:21-28, (WSNSDE0010348-363).<br><br>'920 Prosecution History, Response to Sept. 17, 2003 Office Action pg. 6, dated February 11, 2004 (WSNSDE0010247-55). |
| 6. The method of claim 1 wherein the step of **retrieving stored data** comprises accessing archived data at the **Web server** corresponding to a **record of an input channel** made by said at least one **digital logger**. | | retrieving stored data | This claim phrase has a plain meaning that is clear and does not require construction.<br><br>Intrinsic evidence:<br>Figs 4-6<br>col. 4: 29-33<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | The Web server retrieves data stored in the digital logger.<br><br>Intrinsic evidence:<br>'920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:14-28; 15:17-20 (WSNSDE0010348-363). |
| | | Web server | A component that provides access to information accessible for a computer connected to the Internet or an intranet.<br><br>Intrinsic evidence:<br>Fig. 6<br>col. 4: 66-67 | Computer that receives a request for stored data, retrieves the stored data, and transfers the data over the World Wide Web.<br><br>Intrinsic evidence:<br>'920 Patent, 4:66-67; 5:1-8, 13:3-39; 15:6-20, 15:30-33 |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 5: 1-12<br>col. 12: 65 - col. 13: 55<br>col. 15: 7-36 | (WSNSDE0010348-63);<br><br>'372 Patent, 4:51-58,12:11-43 (WSNSDE0009798-813).<br><br>'372 Prosecution History, Amendment pg. 13, dated September 24, 2001 (WSNSDE0009690-704)<br><br>'920 Prosecution History, Notice of Allowability, pg. 2, dated October 4, 2004 (WSNSDE0010330-32). |
| | | record of an input channel | Stored voice and/or call information received from an input channel.<br><br>Intrinsic evidence:<br>col. 1: 40-52<br>col. 2: 7-16<br>col. 2: 37-38<br>col. 3: 1-4<br>col. 5: 1-12<br>col. 8: 11-25<br>col. 9: 18-21<br>col. 10: 30-41<br>col. 11: 10-41<br>col. 13: 7-13 | A record identified by the input channel.<br><br>Intrinsic evidence:<br>'920 Patent, 9:19-21; 11:14-19; 11:46-47 (WSNSDE0010348-363). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | digital logger | digital logger | A device, system or software for recording, in digital form, audio data representing multiple concurrent telephone calls.<br><br>Intrinsic evidence:<br>col. 1: 51-57<br>col. 5: 1-12<br>col. 6: 66 - col. 7: 16<br>'372 Prosecution History, Response, pp. 8-11 (Oct. 2001) | A device, system or software for recording audio in digital form.<br><br>Intrinsic evidence:<br>'920 Patent, FIGs. 1 and 4, 5:1-12, 5:42-60, 6:25-28, 6: 56-57, 5: 7:9-14, 7:38-54, 10:1323, 10: 26-31, 13:3-7, 13:21-28, (WSNSDE0010348-363).<br><br>'920 Prosecution History, Response to Sept. 17, 2003 Office Action pg. 6, dated February 11, 2004 (WSNSDE0010247-55). |
| 16. A method for accessing information stored by at least one digital logger storing data associated with input from a plurality of communication channels, comprising: | | | | |
| at a **Web server** having access to said information stored by at least one **digital logger** over a communications network, **receiving a request for retrieval of stored data** from a user; | | Web server | A component that provides access to information accessible for a computer connected to the Internet or an intranet.<br><br>Intrinsic evidence:<br>Fig. 6<br>col. 4: 66-67<br>col. 5: 1-12 | Computer that receives a request for stored data, retrieves the stored data, and transfers the data over the World Wide Web.<br><br>Intrinsic evidence:<br>'920 Patent, 4:66-67; 5:1-8, 13:3-39; 15:6-20, 15:30-33 (WSNSDE0010348-63); |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 12: 65 - col. 13: 55<br>col. 15: 7-36 | '372 Patent, 4:51-58,12:11-43 (WSNSDE0009798-813).<br><br>'372 Prosecution History, Amendment pg. 13, dated September 24, 2001 (WSNSDE0009690-704)<br><br>'920 Prosecution History, Notice of Allowability, pg. 2, dated October 4, 2004 (WSNSDE0010330-32). |
| | digital logger | digital logger | A device, system or software for recording, in digital form, audio data representing multiple concurrent telephone calls.<br><br>Intrinsic evidence:<br>col. 1: 51-57<br>col. 5: 1-12<br>col. 6: 66 - col. 7: 16<br>'372 Prosecution History, Response, pp. 8-11 (Oct. 2001) | A device, system or software for recording audio in digital form.<br><br>Intrinsic evidence:<br>'920 Patent, FIGs. 1 and 4, 5:1-12, 5:42-60, 6:25-28, 6: 56-57, 5: 7:9-14, 7:38-54, 10:1323, 10: 26-31, 13:3-7, 13:21-28, (WSNSDE0010348-363).<br><br>'920 Prosecution History, Response to Sept. 17, 2003 Office Action pg. 6, dated February 11, 2004 (WSNSDE0010247-55). |
| | | receiving a request for retrieval of | This claim phrase has a plain meaning that is clear and does not require construction. | The Web server receives a request for retrieval of data stored in the digital logger. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | stored data | Intrinsic evidence:<br>Figs. 4-6<br>col. 4: 29-33<br>col. 4: 57-67<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | Intrinsic evidence:<br>'920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:21-28; 15:17-20 (WSNSDE0010348-363). |
| **retrieving said stored data** from said information in accordance with the received request; and | | retrieving stored data | This claim phrase has a plain meaning that is clear and does not require construction.<br><br>Intrinsic evidence:<br>Figs. 4-6<br>col. 4: 29-33<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | The Web server retrieves data stored in the digital logger.<br><br>Intrinsic evidence:<br>'920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:21-28; 15:17-20 (WSNSDE0010348-363). |
| **transferring the retrieved data** to the client. | | transferring the retrieved data | This claim phrase has a plain meaning that is clear and does not require construction.<br><br>Intrinsic evidence: | The Web server sends the data retrieved from the digital logger.<br><br>Intrinsic evidence:<br>'920 Patent, 1:14-17; 4:66-67; 5:5- |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | Figs 4-6<br>col. 4: 29-33<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | 6; 13:14-28; 15:17-20 (WSNSDE0010348-363). |
| 18. The method of claim 17 wherein the step of **retrieving stored data** comprises accessing call information for a **record of a communication channel** made by said at least one **digital logger**. | | retrieving stored data | This claim phrase has a plain meaning that is clear and does not require construction.<br><br>Intrinsic evidence:<br>Figs 4-6<br>col. 4: 29-33<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | The Web server retrieves data stored in the digital logger.<br><br>Intrinsic evidence:<br>'920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:14-28; 15:17-20 (WSNSDE0010348-363). |
| | | record of a communication channel | Stored voice and/or call information received from a communication channel.<br><br>Intrinsic evidence:<br>col. 1: 40-52<br>col. 2: 7-16<br>col. 2: 37-38 | A record identified by a communication channel.<br><br>Intrinsic evidence:<br>'920 Patent, 9:19-21; 11:14-19; 11:46-47. (WSNSDE0010348-363). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 3: 1-4<br>col. 5: 1-12<br>col. 8: 11-25<br>col. 9: 18-21<br>col. 10: 30-41<br>col. 11: 10-41<br>col. 13: 7-13 | |
| | digital logger | digital logger | A device, system or software for recording, in digital form, audio data representing multiple concurrent telephone calls.<br><br>Intrinsic evidence:<br>col. 1: 51-57<br>col. 5: 1-12<br>col. 6: 66 - col. 7: 16<br>'372 Prosecution History, Response, pp. 8-11 (Oct. 2001) | A device, system or software for recording audio in digital form.<br><br>Intrinsic evidence:<br>'920 Patent, FIGs. 1 and 4, 5:1-12, 5:42-60, 6:25-28, 6: 56-57, 5: 7:9-14, 7:38-54, 10:1323, 10: 26-31, 13:3-7, 13:21-28, (WSNSDE0010348-363).<br><br>'920 Prosecution History, Response to Sept. 17, 2003 Office Action pg. 6, dated February 11, 2004 (WSNSDE0010247-55). |
| 21. The method of claim 16 wherein the step of **retrieving stored data** comprises accessing archived data at the **Web server** corresponding to a **record of a communication channel** made by said at least one **digital logger**. | | retrieving stored data | This claim phrase has a plain meaning that is clear and does not require construction.<br><br>Intrinsic evidence:<br>Figs. 4-6<br>col. 4: 29-33 | The Web server retrieves data stored in the digital logger.<br><br>Intrinsic evidence:<br>'920 Patent, 1:14-17; 13:14-28(WSNSDE0010348-363). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | |
| | | Web server | A component that provides access to information accessible for a computer connected to the Internet or an intranet.<br><br>Intrinsic evidence:<br>Fig. 6<br>col. 4: 66-67<br>col. 5: 1-12<br>col. 12: 65 - col. 13: 55<br>col. 15: 7-36 | A computer that receives a request for stored data, retrieves the stored data, and transfers the data over the World Wide Web.<br><br>Intrinsic evidence:<br>'920 Patent, 4:66-67; 5:1-8, 13:3-39; 15:6-20, 15:30-33 (WSNSDE0010348-63);<br><br>'372 Patent, 4:51-58,12:11-43 (WSNSDE0009798-813).<br><br>'372 Prosecution History, Amendment pg. 13, dated September 24, 2001 (WSNSDE0009690-704);<br><br>'920 Prosecution History, Notice of Allowability, pg. 2, dated October 4, 2004 (WSNSDE0010330-32). |
| | | record of a communication channel | Stored voice and/or call information received from a communication channel. | A record identified by a communication channel. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | Intrinsic evidence:<br>col. 1: 40-52<br>col. 2: 7-16<br>col. 2: 37-38<br>col. 3: 1-4<br>col. 5: 1-12<br>col. 8: 11-25<br>col. 9: 18-21<br>col. 10: 30-41<br>col. 11: 10-41<br>col. 13: 7-13 | Intrinsic evidence:<br>'920 Patent, 9:19-21; 11:14-19; 11:46-47 (WSNSDE051297-99). |
| | digital logger | digital logger | A device, system or software for recording, in digital form, audio data representing multiple concurrent telephone calls.<br><br>Intrinsic evidence:<br>col. 1: 51-57<br>col. 5: 1-12<br>col. 6: 66 - col. 7: 16<br>'372 Prosecution History, Response, pp. 8-11 (Oct. 2001) | A device, system or software for recording audio in digital form.<br><br>Intrinsic evidence:<br>'920 Patent, FIGs. 1 and 4, 5:1-12, 5:42-60, 6:25-28, 6: 56-57, 5: 7:9-14, 7:38-54, 10:1323, 10: 26-31, 13:3-7, 13:21-28, (WSNSDE0010348-363).<br><br>'920 Prosecution History, Response to Sept. 17, 2003 Office Action pg. 6, dated February 11, 2004 (WSNSDE0010247-55). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,959,079 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. A monitoring system for monitoring interactions of an agent with customers comprising: | | | | |
| a voice logger to receive and record audio of a telephone call of said agent; | | | | |
| a screen logger to receive and record video screen data associated with interactions of said agent with a computer during the telephone call; and | | | | |
| an **event manager** to determine whether said interactions with the computer during the telephone call meet at least one **predefined monitoring condition**. | | event manager | A component, which as a result of receiving input, controls the recording of audio and/or screen data or the playback of audio and/or screen data.<br><br>Intrinsic evidence:<br>Fig. 1<br>Fig. 2<br>col. 3: 23 - col. 4: 36<br>col. 9: 10 - col. 10: 19 | Device that controls the voice logger and screen logger to begin recording audio and video screen data of the telephone call<br><br>Intrinsic evidence:<br>'079 Patent, FIGs. 1 and 2, 3:23-44, 4:10-20, 4: 34-36, 4:53-65, 8:19-33 (WSNSDE0010480-98). |
| | | predefined monitoring condition | A condition set prior to the telephone call which is used to determine whether to record audio and/or screen data related to the | A monitoring condition established prior to the call, where a predefined monitoring condition does not include: (1) schedules of agents, |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 6,959,079 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | telephone call.<br><br>Intrinsic evidence:<br>col. 3: 43 - col. 4: 20<br>col. 4: 49 - col. 8: 33<br>col. 9: 10 - col. 10: 19 | including the 'log-on' of an agent or the beginning of shift or other automated action initiated before an agent receives a call, and (2) a number of calls to be recorded in a predefined period of time.<br><br>Intrinsic evidence:<br>'079 Patent, 3:43-4:20, 42-48, 4:56-65, 5:17-21, 5:31-35, 5:46-47, 5:58-61, 6:7-10, 6:20-22, 6:60-62, 7:2-6, 7:13-18, 7:25-27, 7:35-37, 7:45-47, 7:55-57, 8:1-3, 8:10-14, 8:36-46 (WSNSDE0010480-98).<br><br>'079 Prosecution History, Amendment pg. 5-6, dated January 24, 2005 (WSNSDE0010455-61). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 7,010,109 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. A method for recording at least a portion of one or more of a plurality of IP data sessions, each being between at least a first communication device and a second communication device through a network by a recording device, comprising for each IP data session: | | | | |
| initiating the data session by said first communication device with said second communication device; | | | | |
| implementing the data session as a conference call *through a conference controller* such that said first and second communication devices are connected, respectively, as first and second participants; | conference controller | conference controller | A component that initiates, enables and/or establishes a conference call.<br><br>Intrinsic evidence:<br>col. 2: 27-32<br>col. 3: 39-43<br>col. 5: 9-10<br>col. 5: 46-52<br>col. 6: 21-23<br>col. 6: 59-63 | Device that initiates, establishes and enables a conference call.<br><br>Intrinsic evidence:<br>'109 Patent, 5:6-10; 5:46-52; 6:17-32; 6:58-63 (WSNSDE0010653-67).<br><br>Prosecution History of U.S. Pat. No. 7,010,106 ('106 Prosecution History), Response to Final, pg. 20-21, dated September 11, 2005 (WSNSDE051234-55).<br><br>'109 Prosecution History, |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 7,010,109 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | Amendment Under 37 C.F.R. 1.111, pg. 26-27, dated October 6, 2005 (WSNSDE0010597-625). |
| | | through a conference controller | By use of a conference controller.<br><br>Intrinsic evidence:<br>col. 5: 9-14 | The data packet transmissions of the IP data session pass through the conference controller.<br><br>Intrinsic evidence:<br>'124 Application, pg. 3; (WSNSDE051300-22).<br><br>'109 Patent, 2:5-12; 2:27-31; 5:2-10; 5:22-6:2; 6:17-32; 6:58-63 (WSNSDE0010653-67).<br><br>'106 Prosecution History, Response, pg. 6-7, dated December 19, 2004 (WSNSDE051165-72).<br><br>'109 Prosecution History, Amendment Under 37 C.F.R. 1.111, pg. 26-27, dated October 6, 2005 (WSNSDE0010597-625). |
| using the conference controller, selectively **entering the recording device to said conference call as an additional participant**, wherein the recording device is distinct | | recording device | A device which records IP audio and/or video data.<br><br>Intrinsic evidence:<br>col. 2: 2-8 | Participant to a session that receives data for recording and monitoring and does not require an additional connection or port in the network.<br><br>Intrinsic evidence: |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 7,010,109 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| from the first and second communication devices yet *receives as the additional participant at least **the portion of the IP data session** from each of the first and second participants*; and | | | | '109 Patent, 4:44 – 5:5; 5:32-51; 6:16-45. (WSNSDE0010653-67). |
| | | entering the recording device to said conference call as an additional participant | NICE has provided constructions for "recording device," "conference call," and the parties have agreed to a construction for "participant." The remaining words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence:<br>See citations to intrinsic evidence for "recording device" and "conference call." | Joining the recording device to the conference call as an additional participant after the conference call has been established between the first and second participants.<br><br>Intrinsic evidence:<br> This is based on the plain language of the claim. |
| | IP data session | | Communication which includes transmission of IP audio and/or video data.<br><br>Intrinsic evidence:<br>col. 1: 40-41<br>col. 2: 8-12<br>col. 3: 15-22<br>col. 4: 9-24 | The plurality of data packet transmission between any two or more communication devices.<br><br>Intrinsic evidence:<br>'109 Patent, col. 1, ll. 38-55; 2:5-12; 3:15-25; 3:36-43; 4:9-16; 4:65-5:5; 5:22-39; 5:53-6:2; 6:11-13; 6:17-32; (WSNSDE0010653-67). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 7,010,109 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | Provisional Application No. 60/228,124 (the '124 Application), pg. 3 (WSNSDE051300-22).<br><br>'106 Prosecution History, Response, pg. 6-7, dated December 19, 2004 (WSNSDE051165-72), Response, pg. 9; dated April 14, 2005 (WSNSDE051208-16), Response to Final, pg. 20-21, dated September 11, 2005 (WSNSDE051234-55).<br><br>'109 Prosecution History, Amendment Under 37 C.F.R. 1.111, pg. 25-26, dated October 6, 2005. (WSNSDE0010597-625). |
| | | the portion of the IP data session | At least a part of one or more of a plurality of IP data sessions.<br><br>Intrinsic evidence:<br>col. 3: 23-25<br>col. 7: 6-7 | All the data packets transmitted between the first and second participants during the part of the IP data session being recorded.<br><br>Intrinsic evidence:<br> '109 Patent, col. 1, ll. 38-55; 2:5-12; 3:15-25; 3:36-43; 4:9-16; 4:65-5:5; 5:22-39; 5:53-6:2; 6:11-13; 6:17-32; (WSNSDE0010653-67).<br><br>Provisional Application No. 60/228,124 (the '124 Application), |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

AMENDED JOINT CLAIM CONSTRUCTION

| U.S. PATENT NO. 7,010,109 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | pg. 3, paragraphs 1 and 2; (WSNSDE051300-22). '106 Prosecution History, Response, pg. 6-7, dated December 19, 2004 (WSNSDE051165-72), Response, pg. 9; dated April 14, 2005; (WSNSDE051208-16), Response to Final, pg. 20-21, dated September 11, 2005; (WSNSDE051234-55). '109 Prosecution History, Amendment Under 37 C.F.R. 1.111, pg. 25-26, dated October 6, 2005. (WSNSDE0010597-625). |
| recording at least the portion of the IP data session received as the additional participant of said conference call using said recording device. | | | | |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Melanie K. Sharp*
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302)571-6681
msharp@ycst.com

OF COUNSEL:

KAYE SCHOLER LLP
Scott G. Lindvall
David S. Copeland
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212) 836-8000

*Attorneys for Plaintiffs*

Dated:   April 25, 2007

FISH & RICHARDSON, P.C.

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (No. 2247)
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
(302)778-8401
marsden@fr.com

Nagrenda Setty
Daniel A. Kent
John D. Hamann
1180 Peachtree Street, NE
21st Floor
Atlanta, GA  30309
(404) 892-5005

*Attorneys for Defendant*