IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and NICE SYSTEMS LTD,<br><br>    Plaintiffs,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.<br><br>    Defendant. | Civil Action No. 06-311-JJF |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned hereby withdraws the appearance of John D. Hamann as an attorney of record for the Defendant in this action. Fish & Richardson will continue to represent the Defendant in this action, and Mr. Hamann's name can be deleted by the Clerk's office to receive Electronic Notification.

Dated: April 26, 2007          FISH & RICHARDSON P.C.


                               By: */s/ Kyle Wagner Compton*
                                   William J. Marsden, Jr. (#2247)
                                   Kyle Wagner Compton (#4693)
                                   919 N. Market Street, Suite 1100
                                   P. O. Box 1114
                                   Wilmington, DE 19899-1114
                                   Tel: (302) 652-5070

                                   Nagendra Setty (*pro hac vice*)
                                   Daniel A. Kent (*pro hac vice*)
                                   1180 Peachtree Street, NE, 21st Floor
                                   Atlanta, GA 30309
                                   Tel: (404) 892-5005

                               Attorneys for Defendant and Counterclaim Plaintiff
                               Witness Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007, I electronically filed with the Clerk of Court the NOTICE OF WITHDRAWAL using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery to local counsel:

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen Keller | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE 19899 | |

I hereby certify that on April 26, 2007, I have sent by electronic mail and First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY 10022 | |

*/s/ Kyle Wagner Compton*
Kyle Wagner Compton

80044280.doc