IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and NICE SYSTEMS LTD,<br><br>    Plaintiffs,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.<br><br>    Defendant. | C.A. No. 06-311-JJF |

**STIPULATED ORDER EXTENDING PAGE LIMIT**

    Plaintiffs, NICE Systems, Inc. and NICE Systems Ltd., ("NICE") and Defendant, Witness Systems, Inc. ("Witness"), by and through their undersigned counsel, subject to approval of the Court, and because of the number of claim terms to be construed in this patent case, hereby stipulate and agree that the page limit for claim construction briefing may be extended as follows:

| | |
|---|---|
| Plaintiffs' Opening Brief on Claim Construction | 50 pages |
| Defendant's Opening Brief on Claim Construction | 50 pages |
| Plaintiffs' Response Brief on Claim Construction | 30 pages |
| Defendant's Response Brief on Claim Construction | 30 pages |

| YOUNG, CONAWAY, STARGATT & TAYLOR | FISH & RICHARDSON P.C |
|---|---|
| */s/ Melanie K. Sharp*<br>Josy W. Ingersoll (#1088)<br>Melanie K. Sharp (#2501)<br>Karen E. Keller (#4489)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>Telephone: (302) 571-6600<br><br>*Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems Ltd.* | */s/ Kyle Wagner Compton*<br>William J. Marsden, Jr. (#2247)<br>Kyle Wagner Compton (#4693)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>Telephone: (302) 652-5070<br><br>*Attorneys for Defendant Witness Systems, Inc.* |

**SO ORDERED** this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

80044739.doc