IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WITNESS SYSTEMS, INC.,<br><br>        Defendant. | CA No. 06-311-JJF |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Peter Song, Thad Kodish, and George Kanabe to represent defendant Witness Systems, Inc., in this matter.

Dated: May 11, 2007

FISH & RICHARDSON P.C.

By: */s/ Kyle Wagner Compton*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
marsden@fr.com
kcompton@fr.com

Attorneys for Defendant
Witness Systems, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2007

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *Peter Song*

Date: 5/10/2007

Peter Song
Fish & Richardson P.C.
153 East 53rd Street
New York, NY 10022-4611
(212) 765-5070

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *George L. Kanabe*

Date: 5/10/07

George Kanabe
Fish & Richardson P.C.
1180 Peachtree Street, NE
21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 5/10/07

Thad Kodish
Fish & Richardson P.C.
1180 Peachtree Street, NE
21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2007, I electronically filed with the Clerk of Court the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen E. Keller | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE  19899 | |

I also certify that on May 11, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY  10022 | |

                                                  */s/ Kyle Wagner Compton*
                                                  Kyle Wagner Compton

80044817.doc