IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and<br>NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>      Plaintiffs,<br><br>    v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>) |

**NOTICE OF FILING AFFIDAVIT OF SERVICE OF SUBPOENA TO COMPEL
ATTENDANCE OF VERINT SYSTEMS, INC.,
AT DEPOSITION AS PREVIOUSLY NOTICED**

TO: William J. Marsden, Jr.
   Kyle Wagner Compton
   Fish & Richardson P.C.
   919 N. Market Street, Suite 1100
   P.O. Box 1114
   Wilmington, DE 19899-1114

**PLEASE TAKE NOTICE** that attached hereto is the executed Affidavit of Service for the subpoena served to compel the attendance of Verint Systems, Inc., at deposition pursuant to the Notice of Deposition (D.I. 146) previously filed.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Mary F. Dugan*

Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899
(302)571-5028
mdugan@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212)836-8000

*Attorneys for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd.*

DATED: May 14, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NICE SYSTEMS, INC. and NICE SYSTEMS, LTD.       :

                                Plaintiff(s),       :       **AFFIDAVIT OF SERVICE**

                v.       :       Index No. 06-CV-311-JJF

WITNESS SYSTEMS, INC.       :

                                Defendant(s).       :

                                                :
------------------------------------------------------------x

STATE OF NEW YORK       )
                               : ss.:
COUNTY OF NEW YORK   )

      **MATTHEW WOODS**, being duly sworn, deposes and says that he is employed by the law firm of Kaye Scholer LLP, is over the age of eighteen years, and is not a party to this action.

      On May 9, 2007, at 2:45 p.m. at 330 South Service Road, Melville, New York 11747, deponent served a true copy of the Subpoena In A Civil Case upon Verint Systems Inc., by personally delivering and leaving the same, together with an $ 84.50 witness fee (check), Jessica Garmise, Senior Counsel. Ms. Garmise advised deponent that she was authorized to accept service on behalf of Verint Systems Inc.

      Ms. Garmise is a white female, approximately 30 years of age, approximately 5' 7" tall, weighing about 150 pounds, with brown hair and wearing glasses.

                                                      */s/ Matthew Woods*
                                                      MATTHEW WOODS
                                                      License No. 1212168

Sworn to before me this
9th day of May, 2007

*/s/ Andrew E. McDonald*
NOTARY PUBLIC
ANDREW E. McDONALD
Notary Public, State of New York
No. 01MC6159999
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires 1/29/__

31470449.WPD

**CERTIFICATE OF SERVICE**

I, Mary F. Dugan, Esquire, hereby certify that on May 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing document, Notice of Filing Affidavit of Service of Subpoena to Compel Attendance of Verint Systems, Inc., at Deposition as Previously Noticed, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    William J. Marsden, Jr., Esquire
    Kyle Wagner Compton, Esquire
    Fish & Richardson, P.C.
    919 North Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114

I further certify that on May 14, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

    **BY E-MAIL**
    Noah C. Graubart (graubart@fr.com)
    Nagendra Setty (setty@fr.com)
    Daniel A. Kent (kent@fr.com)
    Christopher O. Green (green@fr.com)
    Fish & Richardson, P.C.
    1180 Peachtree Street, NE
    21st Floor
    Atlanta, GA 30309

    /s/ Mary F. Dugan
    Mary F. Dugan (No. 4704)
    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, DE 19801

    P.O. Box 391
    Wilmington, Delaware 19899-0391
    (302) 571-5028
    mdugan@ycst.com