IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.,<br><br>    *Defendant*. | Civil Action No. 06-311-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on May 22, 2007, **DEFENDANT WITNESS SYSTEMS, INC.'S OBJECTIONS TO PLAINTIFFS' SUBPOENA AND NOTICE OF RULE 30(b)(6) DEPOSITION OF VERINT SYSTEMS, INC.** were caused to be served electronically on the following attorneys of record:

| | |
|---|---|
| Josy W. Ingersoll<br>Melanie K. Sharp<br>Karen E. Keller<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

- 2 -

Scott G. Lindvall  
Daniel DiNapoli  
Joseph M. Drayton  
Robert R. Laurenzi  
Jason Frank  
Steven Chin  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY  10022  

*Attorneys for Plaintiffs*  
*Nice Systems Ltd. and Nice Systems, Inc.*

Dated:  May 23, 2007                    FISH & RICHARDSON P.C.


By:  */s/ Kyle Wagner Compton*
     William J. Marsden, Jr. (#2247)  
     Kyle Wagner Compton (#4693)  
     919 N. Market Street, Suite 1100  
     P. O. Box 1114  
     Wilmington, Delaware  19899-1114  
     Telephone:  (302) 652-5070  

     Nagendra Setty (*pro hac vice*)  
     Daniel A. Kent (*pro hac vice*)  
     1180 Peachtree Street, NE, 21st Floor  
     Atlanta, GA 30309  
     Telephone:  (404) 892-5005  

     ATTORNEYS FOR DEFENDANT  
     WITNESS SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery.

Josy W. Ingersoll  *Attorneys for Plaintiffs*
Melanie K. Sharp  *Nice Systems Ltd. and Nice Systems, Inc.*
Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

I also certify that on May 23, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

Scott G. Lindvall  *Attorneys for Plaintiffs*
Daniel DiNapoli  *Nice Systems Ltd. and Nice Systems, Inc.*
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022


/s/Kyle Wagner Compton
Kyle Wagner Compton