IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.,<br><br>    *Defendant*. | Civil Action No. 06-311-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on May 22, 2007, **DEFENDANT WITNESS SYSTEMS, INC.'S OBJECTIONS TO PLAINTIFFS' SUBPOENA AND NOTICE OF RULE 30(b)(6) DEPOSITION OF ADTECH-GESI, LLC** were caused to be served electronically on the following attorneys of record:

Josy W. Ingersoll  
Melanie K. Sharp  
Karen E. Keller  
Young, Conaway, Stargatt & Taylor, LLP  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE  19899

*Attorneys for Plaintiffs*  
*Nice Systems Ltd. and Nice Systems, Inc.*

- 2 -

| | |
|---|---|
| Scott G. Lindvall<br>Daniel DiNapoli<br>Joseph M. Drayton<br>Robert R. Laurenzi<br>Jason Frank<br>Steven Chin<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

Dated:  May 23, 2007                                  FISH & RICHARDSON P.C.


By:  */s/ Kyle Wagner Compton*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, Delaware  19899-1114
    Telephone:  (302) 652-5070

    Nagendra Setty (*pro hac vice*)
    Daniel A. Kent (*pro hac vice*)
    1180 Peachtree Street, NE, 21st Floor
    Atlanta, GA 30309
    Telephone:  (404) 892-5005

    ATTORNEYS FOR DEFENDANT
    WITNESS SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

Josy W. Ingersoll  *Attorneys for Plaintiffs*
Melanie K. Sharp  *Nice Systems Ltd. and Nice Systems, Inc.*
Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

I also certify that on May 23, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

Scott G. Lindvall  *Attorneys for Plaintiffs*
Daniel DiNapoli  *Nice Systems Ltd. and Nice Systems, Inc.*
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022


　　　　　　　　　　　　　　　　　　　　/s/Kyle Wagner Compton
　　　　　　　　　　　　　　　　　　　　Kyle Wagner Compton