IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>WITNESS SYSTEMS, INC.,<br><br>       *Defendant*. | Civil Action No. 06-311-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on May 23, 2007, **DEFENDANT WITNESS SYSTEMS, INC.'S OBJECTIONS TO PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION OF WITNESS SYSTEMS, INC.** were caused to be served electronically on the following attorneys of record:

Josy W. Ingersoll                                    *Attorneys for Plaintiffs*
Melanie K. Sharp                                  *Nice Systems Ltd. and Nice Systems, Inc.*
Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

- 2 -

Scott G. Lindvall  
Daniel DiNapoli  
Joseph M. Drayton  
Robert R. Laurenzi  
Jason Frank  
Steven Chin  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY  10022  

*Attorneys for Plaintiffs*  
*Nice Systems Ltd. and Nice Systems, Inc.*

Dated:  May 24, 2007                   FISH & RICHARDSON P.C.

By: */s/ Kyle Wagner Compton*  
     William J. Marsden, Jr. (#2247)  
     Kyle Wagner Compton (#4693)  
     919 N. Market Street, Suite 1100  
     P. O. Box 1114  
     Wilmington, Delaware  19899-1114  
     Telephone:  (302) 652-5070  

     Nagendra Setty (*pro hac vice*)  
     Daniel A. Kent (*pro hac vice*)  
     1180 Peachtree Street, NE, 21st Floor  
     Atlanta, GA 30309  
     Telephone:  (404) 892-5005  

     ATTORNEYS FOR DEFENDANT  
     WITNESS SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen E. Keller | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE  19899 | |

I also certify that on May 24, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY  10022 | |

         */s/Kyle Wagner Compton*
         Kyle Wagner Compton