IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>*Plaintiffs,*<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>*Defendant.* | Civil Action No. 06-311-JJF |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on May 30, 2007, **DEFENDANT WITNESS SYSTEMS, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS NICE SYSTEMS, INC.'S AND NICE SYSTEMS LTD.'S INTERROGATORIES 2 AND 2(a)** were caused to be served on the attorneys of record, in the manner indicated:

**VIA E-MAIL AND HAND DELIVERY**
Josy W. Ingersoll
Melanie K. Sharp
Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

*Attorneys for Plaintiffs*
*Nice Systems Ltd. and Nice Systems, Inc.*

- 2 -

**VIA E-MAIL & U.S. MAIL**
Scott G. Lindvall
Daniel DiNapoli
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Attorneys for Plaintiffs*
*Nice Systems Ltd. and Nice Systems, Inc.*

Dated: May 30, 2007

FISH & RICHARDSON P.C.

By: /s/ *Kyle Wagner Compton*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, Delaware 19899-1114
Telephone: (302) 652-5070

Nagendra Setty (*pro hac vice*)
Daniel A. Kent (*pro hac vice*)
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

ATTORNEYS FOR DEFENDANT
WITNESS SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

Josy W. Ingersoll  
Melanie K. Sharp  
Karen E. Keller  
Young, Conaway, Stargatt & Taylor, LLP  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE  19899

*Attorneys for Plaintiffs*  
*Nice Systems Ltd. and Nice Systems, Inc.*

I also certify that on May 30, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

Scott G. Lindvall  
Daniel DiNapoli  
Joseph M. Drayton  
Robert R. Laurenzi  
Jason Frank  
Steven Chin  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY  10022

*Attorneys for Plaintiffs*  
*Nice Systems Ltd. and Nice Systems, Inc.*

/s/*Kyle Wagner Compton*  
Kyle Wagner Compton