IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NICE SYSTEMS, INC., and            :
NICE SYSTEMS, LTD.                 :
                                   :
        Plaintiffs         :
                                   :
  v.                               :   Civil Action No. 06-311-JJF
                                   :
WITNESS SYSTEMS, INC.              :
                                   :
        Defendant          :

### ORDER

    WHEREAS, on May 30, 2007, Plaintiffs filed an Expedited Motion To Compel Discovery Relating To Certain Documents Produced By Defendant Witness Systems, Inc. (D.I. 160) requesting that the Court consider the Motion on an expedited basis;

    NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Defendant shall file and serve its answer brief in response to Plaintiff's Motion To Compel **no later than 5:00 p.m. on Monday, June 4, 2007;**

2) Plaintiffs shall file and serve their reply brief, if any, **no later than 5:00 p.m. on Tuesday, June 5, 2007.**

June 1, 2007

                                        _____
                                        UNITED STATES DISTRICT JUDGE