IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>                      Plaintiffs,<br>       v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>) |

**PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION[1] TO COMPEL CERTAIN DOCUMENTS PRODUCED BY DEFENDANT WITNESS SYSTEMS, INC.**

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | KAYE SCHOLER LLP |
| Melanie K. Sharp (No. 2501)<br>Karen E. Keller (No. 4489)<br>Mary F. Dugan (No. 4704)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br><br>P.O. Box 391<br>Wilmington, DE 19899<br>(302)571-6681<br>msharp@ycst.com | Scott G. Lindvall<br>Joseph M. Drayton<br>425 Park Avenue<br>New York, NY 10022<br>(212)836-8000 |

*Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.*

Dated: June 5, 2007

---

[1] Counsel have agreed to delay the deposition requiring expedited decision on this motion in order to permit the motion to be heard on July 13, 2007.

# CONFIDENTIAL

# FILED UNDER SEAL

## CERTIFICATE OF SERVICE

I, Mary F. Dugan, Esquire, hereby certify that on June 5, 2007, I caused to be electronically filed a true and correct copy of the foregoing document, Plaintiffs' Reply in Support of its Motion to Compel Certain Documents Produced by Defendant Witness Systems, Inc., with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Kyle Wagner Compton, Esquire
> Fish & Richardson, P.C.
> 919 North Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE  19899-1114

I further certify that on June 5, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> **BY E-MAIL**
> Noah C. Graubart (graubart@fr.com)
> Nagendra Setty (setty@fr.com)
> Daniel A. Kent (kent@fr.com)
> Christopher O. Green (green@fr.com)
> Fish & Richardson, P.C.
> 1180 Peachtree Street, NE
> 21st Floor
> Atlanta, GA  30309

*[signature]*

Mary F. Dugan (No. 4704)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

P.O. Box 391
Wilmington, Delaware  19899-0391
(302) 571-5028
mdugan@ycst.com