IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>                Plaintiffs,<br>  v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>                Defendant. | Civil Action No. 06-311-JJF |

## RE-NOTICE OF DEPOSITIONS

TO:   William J. Marsden, Jr.
        Kyle Wagner Compton
        Fish & Richardson P.C.
        919 N. Market Street, Suite 1100
        P.O. Box 1114
        Wilmington, DE 19899-1114

**PLEASE TAKE NOTICE** that, pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. (collectively "NICE") will take the depositions of the below-named individuals whose depositions were previously noticed. The depositions will go forward at the offices of Ashe, Rafuse & Hill, LLP, 1355 Peachtree Street, N.E., Suite 500, South Tower, Atlanta, Georgia 30309-3232 on the dates and times provided, or at such other time and place as the parties may agree, and continuing thereafter until completed.

| Name of Deponent | Date of Deposition | Time of Deposition |
|---|---|---|
| Daniel Spohrer[1] | July 2, 2007 | 10:00 a.m. |
| Nancy Treaster[2] | July 2, 2007 | 10:00 a.m. |

---

[1] Mr. Spohrer's deposition was originally noticed on April 19, 2007, to take place on May 10, 2007. (D.I. 112)
[2] Ms. Treaster's deposition was originally noticed on April 19, 2007, to take place on May 3, 2007. (D.I. 123)

DB02:6047145.1                                     065251.1001

| | | |
|---|---|---|
| Ed Murray[3] | July 6, 2007 | 10:00 a.m. |
| Richard Heap[4] | July 9, 2007 | 10:00 a.m. |
| Jeff Iannone[5] | July 10, 2007 | 10:00 a.m. |
| Joe Watson[6] | July 11, 2007 | 10:00 a.m. |
| Scott Bluman[7] | July 12, 2007 | 10:00 a.m. |

The depositions will be conducted under the Federal Rules of Civil Procedure and the Local Rules for the District of Delaware, for the purpose of discovery, for use at trial and for such other purposes as are permitted at law. These depositions will be recorded by sound-and-visual and/or ordinary stenographic methods, before a Notary Public or other person duly authorized by law to administer oaths.

---

[3] Mr. Murray's deposition was originally noticed on April 19, 2007, to take place on May 2, 2007. (D.I. 125)
[4] Mr. Heap's deposition was originally noticed on April 19, 2007, to take place on May 8, 2007. (D.I. 116)
[5] Mr. Iannone's deposition was originally noticed on April 19, 2007, to take place on May 22, 2007. (D.I. 124)
[6] Mr. Watson's deposition was originally noticed on April 19, 2007, to take place on May 11, 2007. (D.I. 114)
[7] Mr. Bluman's deposition was originally noticed on April 19, 2007, to take place on May 16, 2007. (D.I. 118)

Dated: June 18, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Mary F. Dugan*

Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212)836-8000

*Attorneys for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd.*

## CERTIFICATE OF SERVICE

I, Mary F. Dugan, Esquire, hereby certify that on June 18, 2007, I caused to be electronically filed a true and correct copy of the foregoing document, **Re-Notice of Depositions of Daniel Spohrer, Nancy Treaster, Ed Murray, Richard Heap, Jeff Iannone, Joe Watson, and Scott Bluman,** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Kyle Wagner Compton, Esquire
> Fish & Richardson, P.C.
> 919 North Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE 19899-1114

I further certify that on June 18, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> **BY E-MAIL**
> Noah C. Graubart (graubart@fr.com)
> Nagendra Setty (setty@fr.com)
> John Hamann (haman@fr.com)
> Daniel A. Kent (kent@fr.com)
> Christopher O. Green (green@fr.com)
> Fish & Richardson, P.C.
> 1180 Peachtree Street, NE
> 21st Floor
> Atlanta, GA 30309

*/s/ Mary F. Dugan*
Mary F. Dugan (No. 4704)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-5028
mdugan@ycst.com