IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and<br>NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>) |

**NOTICE OF PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS
NOTICED DURING THE PERIOD FOR FACT DISCOVERY**

PLEASE TAKE NOTICE that the undersigned counsel will present Plaintiffs' Motion to Compel Depositions Noticed During The Period For Fact Discovery on Friday, July 13, 2007, at 10:00 a.m., or at the earliest time convenient to the Court.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Mary F. Dugan
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212)836-8000

*Attorneys for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd.*

Dated: June 19, 2007

## CERTIFICATE OF SERVICE

I, Mary F. Dugan, Esquire, hereby certify that on June 19, 2007, I caused to be electronically filed a true and correct copy of the foregoing document, Notice of Plaintiffs' Motion to Compel Depositions Noticed During The Period For Fact Discovery, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Marsden, Jr., Esquire
>Kyle Wagner Compton, Esquire
>Fish & Richardson, P.C.
>919 North Market Street, Suite 1100
>P.O. Box 1114
>Wilmington, DE 19899-1114

I further certify that on June 19, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**
Noah C. Graubart (graubart@fr.com)
Nagendra Setty (setty@fr.com)
Daniel A. Kent (kent@fr.com)
Christopher O. Green (green@fr.com)
Fish & Richardson, P.C.
1180 Peachtree Street, NE
21st Floor
Atlanta, GA 30309

_____
Mary F. Dugan (No. 4704)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-5028
mdugan@ycst.com