# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

1180 Peachtree Street
Atlanta, Georgia
30309

Telephone
404 892-5005

Facsimile
404 892-5002

Web Site
www.fr.com

**William J. Marsden, Jr.**
302 778-8401

Email
marsden@fr.com

June 21, 2007

Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

Re:   *Nice Systems, Inc. and Nice Systems, Ltd. v. Witness Systems, Inc.*
      C.A. No. 06-311-JJF
      Request For Permission To Have Laptop Computers in Courtroom

Dear Ms. Krett:

We are scheduled to appear in a proceeding in Courtroom 4B commencing on June 26, 2007 and ending on June 26, 2007 and request permission to bring laptop computers, projectors and other video presentation equipment to Courtroom 4B to assist in preparation and/or presentation during the proceeding. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Respectfully,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr.

WJM:dob

cc:   David Thomas, United States Marshal
      Keith Ash, Chief Court Security Officer

80046098.doc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS, LTD., <br><br>    *Plaintiff*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>    *Defendant*. | Civil Action No. 06-311-JJF |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptops, projectors and other video presentation equipment for proceedings commencing on June 26, 2007 and ending on June 26, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

    Nagendra Setty
    William J. Marsden, Jr.
    Daniel A. Kent
    Kyle Wagner Compton
    Noah C. Graubart
    Kiran Raj
    Michelle M. McClain
    Representative Agents of Aquipt (equipment vendor)


Date: _____    _____
                                                                      JOSEPH J. FARNAN, JR.
                                                                      United States District Court Judge