## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS, LTD.,<br><br>*Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>*Defendant and Counterclaim Plaintiff*. | Civil Action No. 06-311-JJF |

**DEFENDANT WITNESS SYSTEMS, INC.'S AMENDED RULE 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Witness Systems, Inc., a non-governmental corporation organized and existing under the laws of the State of Delaware, certifies that on May 25, 2007, Witness Systems, Inc. filed a Certificate of Amendment to its Sixth Amended and Restated Certificate of Incorporation, changing its corporate name to "Verint Americas Inc." Effective that same day, non-party Verint Systems Inc. became owner of 10% or more of Verint Americas Inc.'s stock.

Dated:  June 25, 2007            FISH & RICHARDSON P.C.


By: */s/ Kyle Wagner Compton Jr.*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, Delaware  19899-1114
    Telephone:  (302) 652-5070

    Nagendra Setty (*Pro Hac Vice*)
    Daniel A. Kent (*Pro Hac Vice*)
    1180 Peachtree Street, NE, 21st Floor
    Atlanta, GA 30309
    Tel: (404) 892-5005

ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM PLAINTIFF
WITNESS SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2007, I electronically filed with the Clerk of Court the attached **DEFENDANT WITNESS SYSTEMS, INC.'S AMENDED RULE 7.1 STATEMENT** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen E. Keller | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE  19899 | |

I also certify that on June 25, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY  10022 | |

                                                  */s/Kyle Wagner Compton*
                                                  Kyle Wagner Compton

80046149.doc