IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and<br>NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>        Plaintiffs,<br>   v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>) |

### **STIPULATION REGARDING AGREED CLAIM CONSTRUCTION TERMS[1]**

    The parties to the above-captioned action, by and through their undersigned counsel, hereby stipulate and agree to the claim construction terms which are attached hereto as Exhibit A.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON, P.C. |
|  */s/ Mary F. Dugan* |  */s/ Kyle Wagner Compton* |
| Melanie K. Sharp (No. 2501)<br>Mary F. Dugan (No. 4704)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302)571-6681<br>msharp@ycst.com | William J. Marsden, Jr. (No. 2247)<br>Kyle Wagner Compton (No. 4693)<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302)778-8401<br>marsden@fr.com |
| *Attorneys for Plaintiffs*<br><br>Dated: June 25, 2007 | *Attorneys for Defendant* |

        SO ORDERED, this ____ day of _____, 2007

                    _____
                      J.

---

[1] Exhibit A includes and further supplements Part I at p. 1 of the Joint Claim Construction Chart (Claim Construction Agreed To By The Parties) submitted on April 25, 2007, and amended on May 10, 2007 [D.I. 128].

# EXHIBIT A

## I. CLAIM CONSTRUCTION AGREED TO BY THE PARTIES

NICE Systems Inc. and Witness Systems Inc. agree to the proposed construction for the following claim terms:

| Patent | Relevant Claim | Claim Term | Proposed Construction |
|---|---|---|---|
| U.S. No. 5,274,738 | Claim 1 | a second bus | TDM bus. |
| U.S. No. 5,396,371 | Claim 8 | partition | A portion of a random access storage (RAS) device. |
| U.S. No. 6,249,570 | Claims 6 and 7 | lifetime of the telephone call | An entire telephone call. |
| U.S. No. 6,249,570 | Claim 7 | Realtime link | A data link providing data regarding telephony event during the call at the occurrence of each telephony event. |
| U.S. No. 6,249,570 | Claims 6 and 7 | telephone call segments | Portions of a telephone call that are each bounded by telephony events. |
| U.S. No. 6,249,570 | Claims 6 and 7 | telephone call segment | Portion of a telephone call that is bounded by telephony events. |
| U.S. No. 6,728,345 | Claims 14 and 40 | lifetime of a telephone call | An entire telephone call. |
| U.S. No. 6,728,345 | Claim 40 | participant | An entity that is involved in a phone call which can include people, voice response units or placeholders from parties being placed on hold. |
| U.S. No. 6,728,345 | Claims 14 and 40 | telephone call segments | Portions of a telephone call that are each bounded by telephony events. |
| U.S. No. 6,728,345 | Claims 14 and 40 | telephone call segment | Portion of a telephone call that is bounded by telephony events. |
| U.S. No. 6,785,370 | Claims 1 and 27 | lifetimes of telephone calls | Two or more entire telephone calls. |
| U.S. No. 6,959,079 | Claim 5 | evaluator | A component used to design evaluation forms. |
| U.S. No. 6,959,079 | Claim 6 | automated evaluations | Evaluations performed by predefined programming. |
| U.S. No. 7,010,109 | Claim 1 | communication device | A device used for transmitting and/or receiving audio and/or video information. |

**NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)**

| Patent | Relevant Claim | Claim Term | Proposed Construction |
|---|---|---|---|
| U.S. No. 7,010,109 | Claim 1 | conference call | A multi-participant session even if only two participants are present, one of which is a recording device |
| U.S. No. 7,010,109 | Claim 1 | participant | A communication device or recording device which is present on a conference call. |
| U.S. No. 7,010,109 | Claims 16 and 29 | hunt group | Any type of virtual or non-fixed telephone extension systems, in which a central control unit determines the physical extension which is used. |

**Terms the Parties Have Agreed Do Not Require Construction After the Filing of the Amended Joint Claim Construction Chart**

| Patent | Relevant Claim | Claim Term |
|---|---|---|
| U.S. No. 6,775,372 | Claim 1 | wherein at least two stages of the system are physically separable and in operation can be located wide distances apart |