IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS, LTD.,<br><br>    *Plaintiff and Counterclaim*<br>    *Defendant*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>    *Defendant and Counterclaim*<br>    *Plaintiff*. | Civil Action No. 06-311-JJF |

**DEFENDANT WITNESS SYSTEMS, INC.'S
CLAIM CONSTRUCTION REFERENCE TABLE**

In order to assist the Court in construing the claim terms in dispute, Defendant Witness Systems, Inc. ("Witness Systems") submits this Claim Construction Reference Table.

Where the parties' Amended Joint Claim Construction Chart separately lists multiple iterations of a single disputed term without substantial phrasing differences (*e.g.*, singular versus plural), Witness Systems has proposed the same construction for all iterations and lists only one iteration of the term in this table and in its briefs and presentation.  Nevertheless, the same arguments apply with equal force to all iterations of the disputed terms, and the Court should adopt Witness Systems proposed construction of all iterations of the disputed term.

In addition, since the filing of the parties' Amended Joint Claim Construction Chart on May 10, 2007, the parties have agreed to compromise constructions of several

disputed terms.  In such instances, the footnotes to the following table contain the parties' compromise constructions.

| Term Number | Claim Term | Presentation Slide Number | Witness Opening Brief Page Number | Witness Response Brief Page Number |
|---|---|---|---|---|
|  | **Patent Nos. 6,249,570, 6,728,345, & 6,785,370**[1] | | | |
| 1 | telephone call | 9-13 | 5 | 1–2 |
| 2 | telephone call segments | 14-15 | 5–6 | 2–3 |
| 2(a)[2] | telephone call segment | 14-15 | 5-6 | 2-3 |
| 3 | Segment | 16-22 | 6–7 | 3–4 |
| 4 | telephony event | 23-28 | 7–9 | 4 |
| 5 | data representation | 29-41 | 9–12 | 5–7 |
| 6 | data representation of a lifetime of the telephone call | 29-41 | 9–12 | 5–7 |
| 7 | call record | 29-41 | 9–12 | 5–7 |
| 8 | master call record | 29-41 | 9–12 | 5–7 |
| 9 | constructing a data representation of a lifetime of the telephone call using data regarding telephony events associated with the telephone call segments of the telephone call | 42-48 | 13–14 | 7–8 |
| 10 | wherein said data representation are constructed using data regarding telephony events associated with telephone call segments | 42-48 | 13–14 | 7–8 |

---

[1] In addition to the disputed terms listed here, Witness Systems has agreed to NICE's proposed construction of "real-time link": "a data link providing data regarding telephony events during the call at the occurrence of each telephony event."

[2] Witness Systems initially offered a construction of the singular, "telephone call segment," while NICE offered a construction of the plural, "telephone call segments."  The parties have now agreed to constructions of both terms.  *See* Witness Systems' Presentation Slide Nos. 14-15 ("'telephone call segments': Portions of a telephone call that are each bounded by telephony events" and "'telephone call segment': Portion of a telephone call that is bounded by telephony events").

| Term Number | Claim Term | Presentation Slide Number | Witness Opening Brief Page Number | Witness Response Brief Page Number |
|---|---|---|---|---|
| 11[3] | matching a received telephony event with a constructed call record | 49-54 | 14–15 | 8–9 |
| 12[4] | combining said updated call record with data indicating one or more locations of recorded audio data for two or more segments of the call | 55-60 | 15 | 9 |
| **Patent No. 5,396,371** | | | | |
| 13 | Buffer | 64-69 | 16–18 | 10 |
| 14 | digital audio tape | 70-75 | 16–18 | 10 |
| 15 | writing the audio data from the buffer onto a digital audio tape and a random access storage device | 76-83 | 18–20 | 11–13 |
| 16 | pair of pointers | 84-88 | 20–22 | 13–14 |
| 17 | the first of said pointers operative for transmitting audio data to said random access storage device from said buffer and the second of said pointers being operative to send audio data from said random access storage device to said controller | 89-94 | 20–22 | 13–14 |
| **Patent No. 5,274,738** | | | | |
| 18 | Audio processor | 98-103 | 23–24 | 15 |
| 19 | digital signal processor | 104-111 | 24–26 | 15–16 |
| 20 | application processor | 104-111 | 24–26 | 15–16 |

---

[3] Witness Systems' proposed construction of term 11 differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems has offered the following construction as a compromise: "Calculating to resolve an ambiguity as to whether a received telephony event is part of a constructed call record."

[4] Witness Systems' proposed construction of term 12 differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems has offered the following construction as a compromise: "Storing data indicating one or more locations of recorded audio data for two or more segments of the call in an updated call record, where the updated call record does not previously have such location data."

- 3 -

| Term Number | Claim Term | Presentation Slide Number | Witness Opening Brief Page Number | Witness Response Brief Page Number |
|---|---|---|---|---|
| **Patent No. 5,819,005** | | | | |
| 21 | circuit modules in said housing for converting analog voice signals to digital voice signals | 115-121 | 26–28 | 16–17 |
| 22 | a circuit in said housing for compressing said digital voice signals | 115-121 | 26–28 | 16–17 |
| 23 | analog voice signals | 122-125 | 28 | 17 |
| 24 | digital audio tape | 126-131 | 28–29 | 18 |
| **Patent No. 6,775,372** | | | | |
| 25 | telecommunications ("telecom") stage | 134-139 | 30–31 | 18 |
| 26 | distribution stage | 140-144 | | |
| 27[5] | wherein at least two stages of the system are physically separable and in operation can be located wide distances apart | | 31-32 | 19 |
| 28 | Web server | 145-150 | 32–33 | 19-20 |
| **Patent No. 6,870,920** | | | | |
| 29 | Web server | 154-160 | 33–34 | 20 |
| 30 | receiving a request for retrieval of stored data | 161-166 | 34–35 | 20–21 |
| 31 | retrieving stored data | 161-166 | 34–35 | 20–21 |
| 32 | transferring the retrieved data | 161-166 | 34–35 | 20–21 |
| 33 | digital logger | 167-171 | 35 | 21–22 |
| 34[6] | record of an input channel | 172-177 | 35–37 | 22 |
| 35[7] | record of a communication channel | 172-177 | 35–37 | 22 |
| **Patent No. 6,959,079** | | | | |

---

[5] The parties have recently agreed that term 27 does not require construction. Accordingly, Witness Systems does not address this term in its presentation.

[6] Witness Systems' proposed construction of term 34 differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems has offered the following construction as a compromise: "Record corresponding to an input channel."

[7] Witness Systems' proposed construction of term 35 differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems has offered the following construction as a compromise: "Record corresponding to a communication channel."

| Term Number | Claim Term | Presentation Slide Number | Witness Opening Brief Page Number | Witness Response Brief Page Number |
|---|---|---|---|---|
| 36 | event manager | 180-186 | 37–38 | 22–23 |
| 37 | predefined monitoring condition | 187-192 | 38–39 | 23 |
| **Patent No. 7,010,109** | | | | |
| 38 | Conference controller | 195-202 | 41–44 | 24 |
| 39 | through a conference controller | 195-202 | 41–44 | 25 |
| 40 | recording device | 203-207 | 44–45 | 25 |
| 41 | entering the recording device to the conference call as an additional participant | 208-212 | 45 | 25–26 |
| 42 | IP data Session | 213-219 | 46–47 | 26–27 |
| 43 | the portion of the IP data session | 220-225 | 47–49 | 27–28 |

Dated: June 26, 2007     FISH & RICHARDSON P.C.


By: */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, Delaware  19899-1114
    Telephone:  (302) 652-5070

    Nagendra Setty (GA Bar #636205)
    (*Pro Hac Vice*)
    Daniel A. Kent (GA Bar #415110)
    (*Pro Hac Vice*)
    1180 Peachtree Street, NE, 21st Floor
    Atlanta, GA 30309
    Tel: (404) 892-5005

ATTORNEYS FOR DEFENDANT AND
COUNTERCLAIM PLAINTIFF
WITNESS SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2007, I electronically filed with the Clerk of Court the attached **DEFENDANT WITNESS SYSTEMS, INC.'S AMENDED RULE 7.1 STATEMENT** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen E. Keller | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE 19899 | |

I also certify that on this 26th day of June, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY 10022 | |

                                                                     /s/Kyle Wagner Compton
                                                                     Kyle Wagner Compton