**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

NICE SYSTEMS, INC. and
NICE SYSTEMS, LTD.,

     *Plaintiff,*

     v.

WITNESS SYSTEMS, INC.,

     *Defendant.*

Civil Action No. 06-311-JJF

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs

Federal Courthouse, for use in Courtroom 4B, laptops, projectors and other video

presentation equipment for proceedings commencing on June 26, 2007 and ending on

June 26, 2007.  Counsel shall comply with the inspection provisions of the United States

Marshal.

     Nagendra Setty
     William J. Marsden, Jr.
     Daniel A. Kent
     Kyle Wagner Compton
     Noah C. Graubart
     Kiran Raj
     Michelle M. McClain
     Representative Agents of Aquipt (equipment vendor)

Date: June 26, 2007

JOSEPH J. FARNAN, JR.
United States District Court Judge

-1-