IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and<br>NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>                Plaintiffs,<br>    v.<br><br>WITNESS SYSTEMS, INC, a Delaware Corporation,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for the proceedings scheduled for June 26, 2007, at 10:00am. Counsel shall comply with the inspection provisions of the United States Marshal.

    Scott G. Lindvall, Esquire

    Joseph M. Drayton, Esquire

    David K. Barr, Esquire

    Daniel P. DiNapoli, Esquire

    Melanie K. Sharp, Esquire

    Anupa M. Smit

    Aquipt Representatives

_June 26, 2007_
DATE

_[signature]_
JOSEPH J. FARNAN, JR.
United States District Court Judge