IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and<br>NICE SYSTEMS, LTD., an Israeli Corporation, | )<br>)<br>) | |
| Plaintiffs,<br>v. | )<br>)<br>) | Civil Action No. 06-311-JJF |
| WITNESS SYSTEMS, INC, a Delaware Corporation, | )<br>)<br>) | |
| Defendant. | ) | |

## CLAIM CONSTRUCTION REFERENCE TABLE

Plaintiffs Nice Systems, Inc., and Nice Systems, Ltd. (collectively "NICE") hereby submit the attached Claim Construction Reference Table, which refers, in its three right-hand columns, to NICE's Opening and Responsive Claim Construction Briefs [D.I. 151 and 168], and to NICE's presentation slides submitted during the Markman Hearing held on June 26, 2007. For the convenience of the Court, NICE's submission incorporates Defendants' Claim Construction Reference Table [D.I. 184] in its entirety, including Witness' footnotes, as drafted by Witness.

Where the parties' Amended Joint Claim Construction Chart [D.I. 128] separately lists multiple iterations of a single disputed term without substantial phrasing differences, NICE has proposed the same construction for all iterations and lists only one iteration of the term in this table and in its briefs and presentations. Nevertheless, the same arguments apply with equal force to all iterations of the disputed terms, and the Court should adopt NICE's proposed construction of the disputed term where it appears.

In addition, since the filing of the parties' Amended Joint Claim Construction Chart on May 10, 2007 [D.I. 128], the parties have agreed to constructions of several

disputed terms, identified in the Stipulation Regarding Agreed Claim Construction Terms [D.I. 183]. The footnotes in the attached Claim Construction Reference Table contain the parties' agreed-upon constructions.

Dated: June 27, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212)836-8000

*Attorneys for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd.*

# Attachment A

| Term Number | Claim Term | Witness Presentation Slide Number | Witness Opening Brief Page Number | Witness Response Brief Page Number | NICE Presentation Slide Number | NICE Opening Brief Page Number | NICE Response Brief Page Number |
|---|---|---|---|---|---|---|---|
| | | | Patent Nos. 6,249,570, 6,728,345, & 6,785,370[1] | | | | |
| 1 | telephone call | 9-13 | 5 | 1-2 | 55-58 | 26, 40 | |
| 2 | telephone call segments | 14-15 | 5-6 | 2-3 | | 28 | |
| 2(a)[2] | telephone call segment | 14-15 | 5-6 | 2-3 | | 28 | |
| 3 | segment | 16-22 | 6-7 | 3-4 | | 36 | |
| 4 | telephony event | 23-28 | 7-9 | 4 | 59-60 | 27-28, 40 | 1-3 |
| 5 | data representation | 29-41 | 9-12 | 5-7 | 61-65 | | |
| 6 | data representation of a lifetime of the telephone call | 29-41 | 9-12 | 5-7 | 61-65 | 29-30 | 3 |
| 7 | call record | 29-41 | 9-12 | 5-7 | 61-65 | 34-35 | |
| 8 | master call record | 29-41 | 9-12 | 5-7 | 61-65, 94 | 35-36 | 5 |
| 9 | constructing a data representation of a lifetime of the telephone call using data regarding | 42-48 | 13-14 | 7-8 | | 30-31 | 3-4 |

---

[1] In addition to the disputed terms listed here, Witness Systems has agreed to NICE's proposed construction of "real-time link": "a data link providing data regarding telephony events during the call at the occurrence of each telephony event."
[2] Witness Systems initially offered a construction of the singular, "telephone call segment," while NICE offered a construction of the plural, "telephone call segments." The parties have now agreed to constructions of both terms. See Witness Systems' Presentation Slide Nos. 14-15 ("'telephone call segments': Portions of a telephone call that are each bounded by telephony events" and "'telephone call segment': Portion of a telephone call that is bounded by telephony events").

| Term Number | Claim Term | Witness Presentation Slide Number | Witness Opening Brief Page Number | Witness Response Brief Page Number | NICE Presentation Slide Number | NICE Opening Brief Page Number | NICE Response Brief Page Number |
|---|---|---|---|---|---|---|---|
|  | telephony events associated with the telephone call segments of the telephone call |  |  |  |  |  |  |
| 10 | wherein said data representation are constructed using data regarding telephony events associated with telephone call segments | 42-48 | 13-14 | 7-8 |  | 32-33 | 4-5 |
| 11[3] | matching a received telephony event with a constructed call record | 49-54 | 14-15 | 8-9 | 66-67, 96 | 37 | 5-6 |
| 12[4] | combining said updated call record with data indicating | 55-60 | 15 | 9 | 95 | 38-40 | 6-7 |

---

[3] Witness Systems' proposed construction of term 11 differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems has offered the following construction as a compromise: "Calculating to resolve an ambiguity as to whether a received telephony event is part of a constructed call record."

[4] Witness Systems' proposed construction of term 12 differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems has offered the following construction as a compromise: "Storing data indicating one or more locations of recorded audio data for two or more segments of the call in an updated call record, where the updated call record does not previously have such location data."

| Term Number | Claim Term | Witness Presentation Slide Number | Witness Opening Brief Page Number | Witness Response Brief Page Number | NICE Presentation Slide Number | NICE Opening Brief Page Number | NICE Response Brief Page Number |
|---|---|---|---|---|---|---|---|
| | one or more locations of recorded audio data for two or more segments of the call | | | | | | |
| | | | Patent No. 5,396,371 | | | | |
| 13 | buffer | 64-69 | 16-18 | 10 | 40-41 | 5 | 7 |
| 14 | digital audio tape | 70-75 | 16-18 | 10 | 42-44 | 5-6 | 7-8 |
| 15 | writing the audio data from the buffer onto a digital audio tape and a random access storage device | 76-83 | 18-20 | 11-13 | 45-47 | 6-7 | 8-9 |
| 16 | pair of pointers | 84-88 | 20-22 | 13-14 | 48 | 8 | 9-10 |

| Term Number | Claim Term | Witness Presentation Slide Number | Witness Opening Brief Page Number | Witness Response Brief Page Number | NICE Presentation Slide Number | NICE Opening Brief Page Number | NICE Response Brief Page Number |
|---|---|---|---|---|---|---|---|
| 17 | the first of said pointers operative for transmitting audio data to said random access storage device from said buffer and the second of said pointers being operative to send audio data from said random access storage device to said controller | 89-94 | 20-22 | 13-14 | 49-53 | 9-10 | 9-10 |
| Patent No. 5,274,738 ||||||||
| 18 | audio processor | 98-103 | 23-24 | 15 | 79-81 | 43-44 | 10-11 |
| 19 | digital signal processor | 104-111 | 24-26 | 15-16 | | 41-42 | 11-12 |
| 20 | application processor | 104-111 | 24-26 | 15-16 | | 42-43 | 11-12 |
| Patent No. 5,819,005 ||||||||
| 21 | circuit modules in said housing for converting analog voice signals to digital voice signals | 115-121 | 26-28 | 16-17 | 69-71, 98-99 | 44-46, 48-49 | 12-13 |

| Term Number | Claim Term | Witness Presentation Slide Number | Witness Opening Brief Page Number | Witness Response Brief Page Number | NICE Presentation Slide Number | NICE Opening Brief Page Number | NICE Response Brief Page Number |
|---|---|---|---|---|---|---|---|
| 22 | a circuit in said housing for compressing said digital voice signals | 115-121 | 26-28 | 16-17 | 69-71, 98-99 | 46-47 | 12-13 |
| 23 | analog voice signals | 122-125 | 28 | 17 | | 46 | 13 |
| 24 | digital audio tape | 126-131 | 28-29 | 18 | | 48 | 7-8, 14 |
| | | | Patent No. 6,775,372 | | | | |
| 25 | telecommunications ("telecom") stage | 134-139 | 30-31 | 18 | 25-27 | 17-18 | 14-16 |
| 26 | distribution stage | 140-144 | | | 28 | 18-19 | |
| 27[5] | wherein at least two stages of the system are physically separable and in operation can be located wide distances apart | | 31-32 | 19 | | 19-20 | 16-17 |
| 28 | Web server | 145-150 | 32-33 | 19-20 | 29-32, 90-91 | 20, 21 | 17-19 |
| | | | Patent No. 6,870,920 | | | | |
| 29 | Web server | 154-160 | 33-34 | 20 | 29-32, 90-91 | 20, 21 | 17-19 |
| 30 | receiving a request for retrieval of stored data | 161-166 | 34-35 | 20-21 | 33-35 | 22 | 19-20 |

[5] The parties have recently agreed that term 27 does not require construction. Accordingly, Witness Systems does not address this term in its presentation.

DB02:6089696.1

065251.1001

| Term Number | Claim Term | Witness Presentation Slide Number | Witness Opening Brief Page Number | Witness Response Brief Page Number | NICE Presentation Slide Number | NICE Opening Brief Page Number | NICE Response Brief Page Number |
|---|---|---|---|---|---|---|---|
| 31 | retrieving stored data | 161-166 | 34-35 | 20-21 | 33-35 | 23 | 19-20 |
| 32 | transferring the retrieved data | 161-166 | 34-35 | 20-21 | 33-35 | 23-24 | 19-20 |
| 33 | digital logger | 167-171 | 35 | 21-22 | 36-37 | 21-22 | 20 |
| 34[6] | record of an input channel | 172-177 | 35-37 | 22 | | 24-25 | 20-21 |
| 35[7] | record of a communication channel | 172-177 | 35-37 | 22 | | 25 | 20-21 |
| Patent No. 6,959,079 ||||||||
| 36 | event manager | 180-186 | 37-38 | 22-23 | 73-74 | 15-16 | 21-22 |
| 37 | predefined monitoring condition | 187-192 | 38-39 | 23 | 75 | 16 | 23 |
| Patent No. 7,010,109 ||||||||
| 38 | conference controller | 195-202 | 41-44 | 24 | 6-7 | 11-12 | 23-27 |
| 39 | through a conference controller | 195-202 | 41-44 | 25 | 8-10 | 12-13 | 23-27 |
| 40 | recording device | 203-207 | 44-45 | 25 | 11-13 | 13 | 27 |

[6] Witness Systems' proposed construction of term 34 differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems has offered the following construction as a compromise: "Record corresponding to an input channel."

[7] Witness Systems' proposed construction of term 35 differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems has offered the following construction as a compromise: " Record corresponding to a communication channel."

| Term Number | Claim Term | Witness Presentation Slide Number | Witness Opening Brief Page Number | Witness Response Brief Page Number | NICE Presentation Slide Number | NICE Opening Brief Page Number | NICE Response Brief Page Number |
|---|---|---|---|---|---|---|---|
| 41 | entering the recording device to the conference call as an additional participant | 208-212 | 45 | 25-26 | 14-16 | 13-14 | 28 |
| 42 | IP data session | 213-219 | 46-47 | 26-27 | 17-19 | 10-11 | 28-30 |
| 43 | the portion of the IP data session | 220-225 | 47-49 | 27-28 | 20-22 | 14 | 30 |

## CERTIFICATE OF SERVICE

I, Mary F. Dugan, Esquire, hereby certify that on June 27, 2007, I caused to be electronically filed a true and correct copy of the foregoing document, Claim Construction Reference Table, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Marsden, Jr., Esquire
> Kyle Wagner Compton, Esquire
> Fish & Richardson, P.C.
> 919 North Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE  19899-1114

I further certify that on June 27, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> **BY E-MAIL**
> Noah C. Graubart (graubart@fr.com)
> Nagendra Setty (setty@fr.com)
> Daniel A. Kent (kent@fr.com)
> Christopher O. Green (cgreen@fr.com)
> Fish & Richardson, P.C.
> 1180 Peachtree Street, NE
> 21st Floor
> Atlanta, GA  30309

> Mary F. Dugan (No. 4704)
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE  19801
>
> P.O. Box 391
> Wilmington, Delaware  19899-0391
> (302) 571-5028
> mdugan@ycst.com