# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>　　　*Plaintiffs*,<br><br>　　　v.<br><br>WITNESS SYSTEMS, INC.,<br><br>　　　*Defendant*. | Civil Action No. 06-311-JJF |

## NOTICE OF FILING WITH CLERK'S OFFICE

**Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in DVD form only:**

　　Videos Used by Witness Systems, Inc. at 06/26/07 Markman Hearing (Filed Under Seal):

> 109 fig three B.wmv
> 738 fig one B.wmv
> Call lifetime B.wmv

Dated: July 3, 2007　　　　　　　　　　FISH & RICHARDSON P.C.


　　　　　　　　　　　　　　　　By: */s/ Kyle Wagner Compton*
　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247)
　　　　　　　　　　　　　　　　　　Kyle Wagner Compton (#4693)
　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　P. O. Box 1114
　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19899-1114
　　　　　　　　　　　　　　　　　　Telephone:  (302) 652-5070

　　　　　　　　　　　　　　　　　　Nagendra Setty (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Daniel A. Kent (*pro hac vice*)
　　　　　　　　　　　　　　　　　　1180 Peachtree Street, NE, 21st Floor
　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　Telephone:  (404) 892-5005

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　WITNESS SYSTEMS, INC.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF FILING WITH THE CLERK'S OFFICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery.

Josy W. Ingersoll　　　　　　　　　　　　*Attorneys for Plaintiffs*
Melanie K. Sharp　　　　　　　　　　　　*Nice Systems Ltd. and Nice Systems, Inc.*
Karen E. Keller
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

I also certify that on July 3, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

Scott G. Lindvall　　　　　　　　　　　　*Attorneys for Plaintiffs*
Daniel DiNapoli　　　　　　　　　　　　　*Nice Systems Ltd. and Nice Systems, Inc.*
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

　　　　　　　　　　　　　　　　　　　　*/s/Kyle Wagner Compton*
　　　　　　　　　　　　　　　　　　　　Kyle Wagner Compton