IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.,<br><br>    *Defendant*. | Civil Action No. 06-311-JJF |

**NOTICE OF FILING WITH CLERK'S OFFICE**

**Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:**

    Witness Systems, Inc.'s Markman Hearing PowerPoint Presentation
    June 26, 2007 (Redacted version)

Dated: July 9, 2007                    FISH & RICHARDSON P.C.


                                      By: */s/ Kyle Wagner Compton*
                                             William J. Marsden, Jr. (#2247)
                                             Kyle Wagner Compton (#4693)
                                             919 N. Market Street, Suite 1100
                                             P. O. Box 1114
                                             Wilmington, Delaware 19899-1114
                                             Telephone: (302) 652-5070

                                             Nagendra Setty (*pro hac vice*)
                                             Daniel A. Kent (*pro hac vice*)
                                             1180 Peachtree Street, NE, 21st Floor
                                             Atlanta, GA 30309
                                             Telephone: (404) 892-5005

                                             ATTORNEYS FOR DEFENDANT
                                             WITNESS SYSTEMS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF FILING WITH THE CLERK'S OFFICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen E. Keller | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE 19899 | |

I also certify that on July 9, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY 10022 | |

  /s/Kyle Wagner Compton
  Kyle Wagner Compton