# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.,<br><br>    *Defendant*. | Civil Action No. 06-311-JJF |

### WITNESS SYSTEMS, INC'S NOTICE OF MOTION TO STRIKE PLAINTIFFS' SECOND AND THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO WITNESS SYSTEMS, INC.'S INTERROGATORY NOS. 17 AND 18 AND TO PRECLUDE PLAINTIFFS' USE OF EVIDENCE RELATED THERETO

PLEASE TAKE NOTICE THAT, in accordance with the procedures set forth in the Court's Standing Order regarding the procedure for filing non-case dispositive motions in patent cases, Defendant Witness Systems, Inc. ("Witness Systems") moves the Court to enter an Order (a) striking Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.'s (collectively, "NICE") supplemental responses to Witness Systems' interrogatories (served on August 2 and August 10, 2007); (b) precluding NICE from introducing at trial any evidence seeking to establish conception and reduction to practice dates prior to the filing priority dates of each of the patents-in-suit; and (c) granting such other relief the Court deems just, proper, and equitable.

Witness Systems respectfully requests that the Court consider its Motion on October 5, 2007, or as soon thereafter as the Court may permit.

- 2 -

Dated:  September 7, 2007	FISH & RICHARDSON P.C.


	By: */s/ Kyle Wagner Compton*
		William J. Marsden, Jr. (#2247)
		Kyle Wagner Compton (#4693)
		919 N. Market Street, Suite 1100
		P. O. Box 1114
		Wilmington, Delaware  19899-1114
		Telephone:  (302) 652-5070
		kcompton@fr.com

		Nagendra Setty (*pro hac vice*)
		Daniel A. Kent (*pro hac vice*)
		1180 Peachtree Street, NE, 21st Floor
		Atlanta, GA 30309
		Telephone:  (404) 892-5005

		ATTORNEYS FOR DEFENDANT
		WITNESS SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2007, I electronically filed with the Clerk of Court the foregoing **WITNESS SYSTEMS, INC'S NOTICE OF MOTION TO STRIKE PLAINTIFFS' SECOND AND THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO WITNESS SYSTEMS, INC.'S INTERROGATORY NOS. 17 AND 18 AND TO PRECLUDE PLAINTIFFS' USE OF EVIDENCE RELATED THERETO** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen E. Keller | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE  19899 | |

I also certify that on September 7, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY  10022 | |

                                                     */s/Kyle Wagner Compton*
                                                     Kyle Wagner Compton