IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS LTD.,<br><br>   *Plaintiffs and Counterclaim*<br>   *Defendants*<br><br>   v.<br><br>WITNESS SYSTEMS, INC.,<br><br>   *Defendant and Counterclaim*<br>   *Plaintiff.* | Civil Action No. 06-311-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on September 10, 2007, **DEFENDANT WITNESS SYSTEMS, INC.'S FOURTH SUPPLEMENTAL RESPONSES TO PLAINTIFFS NICE SYSTEMS, INC.'S AND NICE SYSTEMS LTD.'S INTERROGATORY 2 AND 2(a)** were caused to be served electronically on the following attorneys of record:

| | |
|---|---|
| Josy W. Ingersoll<br>Melanie K. Sharp<br>Karen E. Keller<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

- 2 -

Scott G. Lindvall  
Daniel DiNapoli  
Joseph M. Drayton  
Kaye Scholer LLP  
425 Park Avenue  
New York, NY  10022  

*Attorneys for Plaintiffs*  
*Nice Systems Ltd. and Nice Systems, Inc.*

Dated:  September 10, 2007   FISH & RICHARDSON P.C.


By:  */s/ Kyle Wagner Compton*
William J. Marsden, Jr. (#2247)  
Kyle Wagner Compton (#4693)  
919 N. Market Street, Suite 1100  
P. O. Box 1114  
Wilmington, Delaware  19899-1114  
Telephone:  (302) 652-5070  

Nagendra Setty (*pro hac vice*)  
Daniel A. Kent (*pro hac vice*)  
1180 Peachtree Street, NE, 21st Floor  
Atlanta, GA 30309  
Telephone:  (404) 892-5005  

ATTORNEYS FOR DEFENDANT  
WITNESS SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll<br>Melanie K. Sharp<br>Karen E. Keller<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

I also certify that on September 10, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall<br>Daniel DiNapoli<br>Joseph M. Drayton<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

*/s/Kyle Wagner Compton*
Kyle Wagner Compton