IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NICE SYSTEMS, INC. and
NICE SYSTEMS LTD.,

    *Plaintiff,*

v.

WITNESS SYSTEMS, INC.,

    *Defendant.*

Civil Action No. 06-311-JJF

## JOINT STIPULATED ORDER

Plaintiffs NICE Systems, Inc. and NICE Systems Ltd. (collectively, "NICE") and Defendant Witness Systems, Inc. hereby stipulate and agree to the following Order:

1. NICE confirms that its contention concerning the conception date for U.S. Patent No. 5,274,738 is April 21, 1989;

2. NICE confirms that it does not contend and will not file any contentions that any of the claimed inventions were reduced to practice any earlier than the patent application filing date to which the relevant patent claims priority;

3. NICE will not object to the timeliness of, or attempt to exclude on that basis, any of Witness Systems' invalidity contentions served to date, including its September 10, 2007 supplementation;

4. NICE will not attempt to further supplement its contentions for dates of conception and/or reduction to practice for any of the patents in suit; and

5. Witness Systems will not attempt to further supplement its invalidity contentions for any of the patents-in-suit.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON, P.C. |
| /s/Melanie K. Sharp<br>Melanie K. Sharp (No. 2501)<br>Mary F. Dugan (No. 4704)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br><br>P.O. Box 391<br>Wilmington, DE 19899<br>(302)571-6681<br>msharp@ycst.com<br><br>KAYE SCHOLER LLP<br>Scott G. Lindvall<br>Joseph M. Drayton<br>425 Park Avenue<br>New York, NY 10022<br>(212)836-8000<br><br>*Attorneys for Plaintiffs*<br>*Nice Systems, Inc. and Nice Systems, Ltd.* | /s/William J. Marsden, Jr.<br>William J. Marsden, Jr. (No. 2247)<br>Kyle Wagner Compton (No. 4693)<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302)778-8447<br>kcompton@fr.com<br><br>Nagandra Setty<br>Daniel A. Kent<br>1180 Peachtree Street, NE, 21st Floor<br>Atlanta., GA 30309<br><br>*Attorneys for Defendant*<br>*Witness Systems, Inc.* |

Dated: September 28, 2007

SO ORDERED this ___ day of October, 2007.

_____
Joseph J. Farnan, Jr.
United States District Judge