IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and NICE SYSTEMS, LTD., an Israeli Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WITNESS SYSTEMS, INC., a Delaware Corporation, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 06-311-JJF ) ) ) ) |

**NOTICE OF PLAINTIFFS' MOTION TO RESTORE TO THE SCHEDULING ORDER DATES CERTAIN FOR THE EXCHANGE OF EXPERT REPORTS**

PLEASE TAKE NOTICE that the undersigned counsel will present Plaintiffs' Motion to Restore Dates Certain for the Exchange of Expert Reports on Friday, November 9, 2007, at 10:00 a.m., or at the earliest time convenient to the Court.

Dated: October 12, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212)836-8000
*Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.*