IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br>WITNESS SYSTEMS, INC., a Delaware Corporation,<br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, please take notice that Jason Frank, Esquire, counsel for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. (collectively "NICE"), hereby withdraws from this case. Kaye Scholer, LLP shall continue to represent NICE as lead counsel, and Young Conaway Stargatt & Taylor, LLP shall continue to represent NICE as Delaware counsel in this action.

Dated: October 15, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp

---

Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302)571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212)836-8000

*Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.*