IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NICE SYSTEMS, INC., a Delaware Corporation, and )
NICE SYSTEMS, LTD., an Israeli Corporation, )
)
)
Plaintiffs, )
v. )  C. A. No. 06-311-JJF
)
WITNESS SYSTEMS, INC., a Delaware Corporation, )
)
Defendant. )

## ORDER

AND NOW, this _17_ day of _OCTOBER_, 2007, Plaintiffs NICE Systems, Inc.

and NICE Systems, LTD (collectively "NICE") having voluntarily withdrawn 29 claims by their

letter to the Court dated September 28, 2007 (D.I. 230):

IT IS HEREBY ORDERED that the following 29 claims are withdrawn:

1. `005 Patent: claims 3, 6, 15, 20, 21 (5 claims)

2. `345 Patent: claims 21, 23, 24, 25, 26, 43, 45, 46, 47, 49, 50, 51, 52 (13 claims)

3. `372 Patent: claims 17, 34 (2 claims)

4. `370 Patent: claims 6, 8, 11, 12 (4 claims)

5. `079 Patent : claims 5, 6 (2 claims); and

6. `109 Patent: claims 4, 8, 24 (3 claims).

_____
J.