# YOUNG CONAWAY STARGATT & TAYLOR, LLP
| | | |
|---|---|---|
| BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J.A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br><br>JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR.<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br>M. BLAKE CLEARY<br>CHRISTIAN DOUGLAS WRIGHT<br>DANIELLE GIBBS<br>JOHN J. PASCHETTO<br>NORMAN M. POWELL<br>ELENA C. NORMAN | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338<br><br>WWW.YOUNGCONAWAY.COM<br><br>DIRECT DIAL: (302) 571-6681<br>DIRECT FAX: (302) 576-3333<br>msharp@ycst.com | JOSEPH M. BARRY<br>SEAN M. BEACH<br>SANJAY BHATNAGAR<br>DONALD J. BOWMAN, JR.<br>MICHELE SHERRETTA BUDICAK<br>JEFFREY T. CASTELLANO<br>KARA HAMMOND COYLE<br>KRISTEN SALVATORE DEPALMA<br>MARGARET M. DIBIANCA<br>MARY F. DUGAN<br>ERIN EDWARDS<br>KENNETH J. ENOS<br>IAN S. FREDERICKS<br>JAMES J. GALLAGHER<br>SEAN T. GREECHER<br>STEPHANIE L. HANSEN<br>PATRICK A. JACKSON<br>DAWN M. JONES<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>JOHN C. KUFFEL<br><br>SPECIAL COUNSEL<br>JOHN D. MCLAUGHLIN, JR.<br>KAREN L. PASCALE<br>PATRICIA A. WIDDOSS<br><br>TIMOTHY E. LENGKEEK<br>ANDREW A. LUNDGREN<br>MATTHEW B. LUNN<br>ADRIA B. MARTINELLI<br>KATHALEEN MCCORMICK<br>MICHAEL W. MCDERMOTT<br>TAMMY L. MERCER<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>D. FON MUTTAMARA-WALKER<br>JENNIFER R. NOEL<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>SARA BETH A. REYBURN<br>CHERYL A. SANTANIELLO<br>(NJ & PA ONLY)<br>MONTÉ T. SQUIRE<br>MICHAEL P. STAFFORD<br>CHAD S.C. STOVER<br>JOHN E. TRACEY<br>TRAVIS N. TURNER<br>MARGARET B. WHITEMAN<br>SHARON M. ZIEG<br><br>SENIOR COUNSEL<br>CURTIS J. CROWTHER<br><br>OF COUNSEL<br>BRUCE M. STARGATT<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND |

November 2, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

    Re: *NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc.*
       C.A. No. 06-311 (JJF)

Dear Judge Farnan:

   I write on behalf of my clients, plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. (collectively "NICE"), to advise that, in an effort to streamline this action scheduled for trial beginning January 14, 2008, my clients have determined to further narrow the number of claims at issue in the manner described more specifically below. As a result, no construction of claims contained therein is required. NICE is narrowing the claims in advance of the date required in the August 14, 2007 Stipulated Order Amending Scheduling Order (D.I. 221, ¶ 1a), and will make every effort to further narrow the claims at issue ahead of the timetable provided in that Order.

   Specifically, Nice has determined to withdraw 17 additional claims:

1. '738 Patent: claim 1 which results in dropping the entire patent (1 claim)

2. '371 Patent: claim 5 (1 claim)

3. '005 Patent: claims 4 and 13 (2 claims)

4. '345 Patent: claims 15, 22, 42 (3 claims)

5. '372 Patent: claim 44 (1 claim)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Joseph J. Farnan, Jr.
November 2, 2007
Page 2

6. `370 Patent: claim 5 (1 claim)

7. `920 Patent: claim 6 (1 claim)

8. `079 Patent : claims 1 and 3 which results in dropping the entire patent (2 claims)

9. `109 Patent: claims 15, 16, 18, 22, 29 (5 claims)

    The following 27 claims, 13 of which are independent and 14 of which are dependent, remain for trial:

1. `371 Patent: claims 1, 8 (2 claims)

2. `005 Patent: claims 1, 11 (2 claims)

3. `570 Patent: claims 6, 7 ( 2 claims)

4. `345 Patent: claims 14, 40, 41, 48 (4 claims)

5. `372 Patent: claims 1, 6, 14, 15, 19, 33 (6 claims)

6. `370 Patent: claims 1, 9, 27 (3 claims)

7. `920 Patent: claims 1, 3, 16, 18, 21 (5 claims)

8. `109 Patent: claims 1, 3, 6 (3 claims)

    A form of order formalizing that NICE has withdrawn these claims is being filed contemporaneously with this letter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Joseph J. Farnan, Jr.
November 2, 2007
Page 3

      Obviously, counsel are available at the call of the Court should Your Honor have any questions about the foregoing.

      Respectfully,

      */s/ Melanie K. Sharp*

      Melanie K. Sharp (No. 2501)

MKS

cc:    Clerk of the Court (by Hand Delivery)
       William J. Marsden Jr., Esquire (by Hand Delivery)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and<br>NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>                            Plaintiffs,<br>         v.<br><br>WITNESS SYSTEMS, INC., a Delaware Corporation,<br><br>                            Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this ____ day of _____, 2007, Plaintiffs NICE Systems, Inc. and NICE Systems, LTD (collectively "NICE") having voluntarily withdrawn 17 additional claims:

IT IS HEREBY ORDERED that the following 17 claims are withdrawn:

1. `738 Patent: claim 1 which results in dropping the entire patent (1 claim)
2. `371 Patent: claim 5 (1 claim)
3. `005 Patent: claims 4 and 13 (2 claims)
4. `345 Patent: claims 15, 22, 42 (3 claims)
5. `372 Patent: claim 44 (1 claim)
6. `370 Patent: claim 5 (1 claim)
7. `920 Patent: claim 6 (1 claim)
8. `079 Patent : claims 1 and 3 which results in dropping the entire patent (2 claims)
9. `109 Patent: claims 15, 16, 18, 22, 29 (5 claims)

                                                                _____
                                                                 United States District Judge