# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS, LTD.,<br><br>　　　*Plaintiffs*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.<br><br>　　　*Defendant*. | Civil Action No. 06-311-JJF |

## WITNESS SYSTEMS, INC. MOTION FOR PARTIAL SUMMARY JUDGMENT ON LACHES

Comes now Witness Systems, Inc. ("Witness Systems"), and by and through its attorneys, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court to grant it partial summary judgment by dismissing Plaintiffs infringement claims under the doctrine of laches.

This Motion is based on the DEFENDANT WITNESS SYSTEMS, INC.'S BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON LACHES filed contemporaneously herewith, on the documents submitted as exhibits thereto, on the pleadings in this civil action, and on such further evidence and argument as the Court may receive prior to its decision.

Dated: November 2, 2007                             FISH & RICHARDSON P.C.


                                                    By: */s/ Kyle Wagner Compton*
                                                        William J. Marsden, Jr. (#2247)
                                                        Kyle Wagner Compton (#4693)
                                                        919 N. Market Street, Suite 1100
                                                        P. O. Box 1114
                                                        Wilmington, Delaware 19899-1114
                                                        Telephone: (302) 652-5070

                                                        Nagendra Setty (*pro hac vice*)
                                                        Daniel A. Kent (*pro hac vice*)
                                                        1180 Peachtree Street, NE, 21st Floor
                                                        Atlanta, GA 30309
                                                        Telephone: (404) 892-5005

                                                        ATTORNEYS FOR DEFENDANT
                                                        WITNESS SYSTEMS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of November, 2007, I electronically filed with the Clerk of Court the **DEFENDANT WITNESS SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LACHES** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

Josy W. Ingersoll                          *Attorneys for Plaintiffs*
Melanie K. Sharp                     *Nice Systems Ltd. and Nice Systems,*
Karen E. Keller                          *Inc.*
Mary Dugan
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

      I also certify that on November 2, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

Scott G. Lindvall                        *Attorneys for Plaintiffs*
Daniel DiNapoli                      *Nice Systems Ltd. and Nice Systems,*
Joseph M. Drayton                 *Inc.*
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

                                                       */s/Kyle Wagner Compton*
                                                       Kyle Wagner Compton (#4693)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS, LTD.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.<br><br>    *Defendant*. | Civil Action No. 06-311-JJF |

## WITNESS SYSTEMS, INC. STATEMENT ACCOMPANYING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON LACHES

    Pursuant to the Court's Memorandum Order on Summary Judgment Procedure, Witness Systems, Inc. hereby certifies that no genuine issues of material fact exist with respect to the facts recited in support of its Motion for Partial Summary Judgment on Laches.

Dated: November 2, 2007

FISH & RICHARDSON P.C.

By: */s/ Kyle Wagner Compton*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, Delaware 19899-1114
    Telephone: (302) 652-5070

    Nagendra Setty (*pro hac vice*)
    Daniel A. Kent (*pro hac vice*)
    1180 Peachtree Street, NE, 21st Floor
    Atlanta, GA 30309
    Telephone: (404) 892-5005

    ATTORNEYS FOR DEFENDANT
    WITNESS SYSTEMS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of November, 2007, I electronically filed with the Clerk of Court the **DEFENDANT WITNESS SYSTEMS, INC.'S STATEMENT ACCOMPANYING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON LACHES** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems,* |
| Karen E. Keller | *Inc.* |
| Mary Dugan | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE 19899 | |

      I also certify that on November 2, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems,* |
| Joseph M. Drayton | *Inc.* |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY 10022 | |

                                                         */s/Kyle Wagner Compton*
                                                         Kyle Wagner Compton (#4693)