IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS, LTD.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.<br><br>   *Defendant*. | Civil Action No. 06-311-JJF |

**WITNESS SYSTEMS, INC. MOTION FOR PARTIAL
SUMMARY JUDGMENT ON LACK OF WILLFUL INFRINGEMENT**

  Comes now Witness Systems, Inc. ("Witness"), and by and through its attorneys, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court to grant it partial summary judgment by dismissing Plaintiffs claims for damages based on willful infringement.

  This Motion is based on the Memorandum in Support of Witness' Motion for Partial Summary Judgment on Lack of Willful Infringement filed contemporaneously herewith, on the documents submitted as exhibits thereto, on the pleadings in this civil action, and on such further evidence and argument as the Court may receive prior to its decision.

Dated:  November 2, 2007	FISH & RICHARDSON P.C.


By: */s/ Kyle Wagner Compton*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, Delaware  19899-1114
Telephone:  (302) 652-5070

Nagendra Setty (*pro hac vice*)
Daniel A. Kent (*pro hac vice*)
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone:  (404) 892-5005

ATTORNEYS FOR DEFENDANT
WITNESS SYSTEMS, INC.

2

12040317.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2007, I electronically filed with the Clerk of Court the **WITNESS SYSTEMS, INC. MOTION FOR PARTIAL SUMMARY JUDGMENT ON LACK OF WILLFUL INFRINGEMENT** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen E. Keller | |
| Mary Dugan | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE  19899 | |

I also certify that on November 2, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Jason Frank | |
| Steven Chin | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY  10022 | |

 

        */s/Kyle Wagner Compton*
        Kyle Wagner Compton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS, LTD., <br><br>       *Plaintiffs*,<br><br>v.<br><br>WITNESS SYSTEMS, INC.<br><br>       *Defendant*. | Civil Action No. 06-311-JJF |

**WITNESS SYSTEMS, INC. STATEMENT ACCOMPANYING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON LACK OF WILLFUL INFRINGEMENT**

Pursuant to the Court's Memorandum Order on Summary Judgment Procedure, Witness Systems, Inc. hereby certifies that no genuine issues of material fact exist with respect to the facts recited in support of its Motion for Partial Summary Judgment on Lack of Willful Infringement.

Dated: November 2, 2007          FISH & RICHARDSON P.C.

                                 By: */s/ Kyle Wagner Compton*
                                     William J. Marsden, Jr. (#2247)
                                     Kyle Wagner Compton (#4693)
                                     919 N. Market Street, Suite 1100
                                     P. O. Box 1114
                                     Wilmington, Delaware 19899-1114
                                     Telephone: (302) 652-5070

                                     Nagendra Setty (*pro hac vice*)
                                     Daniel A. Kent (*pro hac vice*)
                                     1180 Peachtree Street, NE, 21st Floor
                                     Atlanta, GA 30309
                                     Telephone: (404) 892-5005

                                     ATTORNEYS FOR DEFENDANT
                                     WITNESS SYSTEMS, INC.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2007, I electronically filed with the Clerk of Court the **WITNESS SYSTEMS, INC. STATEMENT ACCOMPANYING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON LACK OF WILLFUL INFRINGEMENT** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery.

Josy W. Ingersoll  *Attorneys for Plaintiffs*
Melanie K. Sharp  *Nice Systems Ltd. and Nice Systems, Inc.*
Karen E. Keller
Mary Dugan
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

I also certify that on November 2, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

Scott G. Lindvall  *Attorneys for Plaintiffs*
Daniel DiNapoli  *Nice Systems Ltd. and Nice Systems, Inc.*
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022


　　　　　　　　　　　　　　　　　　　　*/s/Kyle Wagner Compton*
　　　　　　　　　　　　　　　　　　　　Kyle Wagner Compton