IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and NICE SYSTEMS, LTD., an Israeli Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WITNESS SYSTEMS, INC., a Delaware Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-311-JJF |

### ORDER

AND NOW, this 5 day of November, 2007, Plaintiffs NICE Systems, Inc. and NICE Systems, LTD (collectively "NICE") having voluntarily withdrawn 17 additional claims:

IT IS HEREBY ORDERED that the following 17 claims are withdrawn:

1. `738 Patent: claim 1 which results in dropping the entire patent (1 claim)

2. `371 Patent: claim 5 (1 claim)

3. `005 Patent: claims 4 and 13 (2 claims)

4. `345 Patent: claims 15, 22, 42 (3 claims)

5. `372 Patent: claim 44 (1 claim)

6. `370 Patent: claim 5 (1 claim)

7. `920 Patent: claim 6 (1 claim)

8. `079 Patent : claims 1 and 3 which results in dropping the entire patent (2 claims)

9. `109 Patent: claims 15, 16, 18, 22, 29 (5 claims)

_____
United States District Judge