# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

William J. Marsden, Jr.
302 778-8401

Email
marsden@fr.com

**VIA ECF & HAND DELIVERY**

November 8, 2007

Hon. Joseph J. Farnan, Jr.
United States District Court for the
 District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  *NICE Systems, Inc. & NICE Systems Ltd. v. Witness Systems, Inc.* U.S.D.C.- D. Del. - Civil Action No. 06-311

Dear Judge Farnan:

I write on behalf of Defendant Witness Systems, Inc. in connection with the letter submitted to the Court on November 6, 2007 by Ms. Sharp enclosing a chart entitled, "Amended Joint Claim Construction".

Witness was not provided an opportunity to review this "joint" submission before it was filed. The claim chart submitted with Ms. Sharp's letter contains a number of significant errors. In an effort to provide the Court with an accurate "Amended Joint Claim Construction" chart, we have sent NICE's counsel our proposed corrections and hope to submit an agreed upon joint chart shortly.

We will make ourselves available at the Court's convenience to answer any questions the Court may have regarding the foregoing.

Respectfully,

William J. Marsden, Jr.

cc:  Melanie K. Sharp, Esq.

80051296 (2).doc