# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | | JOSEPH M. BARRY | TIMOTHY E. LENGKEEK |
| SHELDON N. SANDLER | ROBERT S. BRADY | | SEAN M. BEACH | ANDREW A. LUNDGREN |
| RICHARD A. LEVINE | JOEL A. WAITE | | SANJAY BHATNAGAR | MATTHEW B. LUNN |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | THE BRANDYWINE BUILDING | DONALD J. BOWMAN, JR. | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | 1000 WEST STREET, 17TH FLOOR | MICHELE SHERRETTA BUDICAK | KATHALEEN MCCORMICK |
| RICHARD H. MORSE | CRAIG D. GREAR | WILMINGTON, DELAWARE  19801 | JEFFREY T. CASTELLANO | MICHAEL W. MCDERMOTT |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | | KARA HAMMOND COYLE | TAMMY L. MERCER |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | P.O. BOX 391 | KRISTEN SALVATORE DEPALMA | MARIBETH L. MINELLA |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | WILMINGTON, DELAWARE  19899-0391 | MARGARET M. DIBIANCA | EDMON L. MORTON |
| BARRY M. WILLOUGHBY | C. BARR FLINN | | MARY F. DUGAN | D. FON MUTTAMARA-WALKER |
| JOSY W. INGERSOLL | NATALIE WOLF | (302) 571-6600 | ERIN EDWARDS | JENNIFER R. NOEL |
| ANTHONY G. FLYNN | LISA B. GOODMAN | (800) 253-2234 (DE ONLY) | KENNETH J. ENOS | ADAM W. POFF |
| JEROME K. GROSSMAN | JOHN W. SHAW | FAX:  (302) 571-1253 | IAN S. FREDERICKS | SETH J. REIDENBERG |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | | SEAN T. GREECHER | CHERYL A. SANTANIELLO |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | 110 WEST PINE STREET | STEPHANIE L. HANSEN | (NJ & PA ONLY) |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | P.O. BOX 594 | PATRICK A. JACKSON | MONTÉ T. SQUIRE |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | GEORGETOWN, DELAWARE  19947 | DAWN M. JONES | MICHAEL P. STAFFORD |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | (302) 856-3571 | KAREN E. KELLER | CHAD S.C. STOVER |
| WILLIAM W. BOWSER | JOHN T. DORSEY | (800) 255-2234 (DE ONLY) | JENNIFER M. KINKUS | JOHN E. TRACEY |
| LARRY J. TARABICOS | M. BLAKE CLEARY | FAX:  (302) 856-9338 | EDWARD J. KOSMOWSKI | TRAVIS N. TURNER |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | | JOHN C. KUFFEL | MARGARET B. WHITEMAN |
| MELANIE K. SHARP | DANIELLE GIBBS | WWW.YOUNGCONAWAY.COM | | SHARON M. ZIEG |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | | SPECIAL COUNSEL | |
| RICHARD J.A. POPPER | NORMAN M. POWELL | | JOHN D. MCLAUGHLIN, JR. | SENIOR COUNSEL |
| TERESA A. CHEEK | ELENA C. NORMAN | DIRECT DIAL:  (302) 571-6681 | KAREN L. PASCALE | CURTIS J. CROWTHER |
| NEILLI MULLEN WALSH | | DIRECT FAX:  (302) 576-3333 | PATRICIA A. WIDDOSS | |
| | | msharp@ycst.com | | OF COUNSEL |
| | | | | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

November 8, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

> Re: *NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc.*
> <u>C.A. No. 06-311 (JJF)</u>

Dear Judge Farnan:

I write on behalf of my clients, Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. (collectively, "NICE"), in response to Witness' letter of November 8, 2007 (DI 252) objecting to the revised claim construction chart NICE submitted on November 6, 2007, and its nearly simultaneous letter of the same date to me advising that the amended chart did not capture certain adjustments to claim construction positions around the time of the claim construction hearing.

I write to advise that the following terms are agreed to and do not need to be construed:

> telephone call segment
>
> telephone call segments
>
> lifetime of the telephone call
>
> real-time link.

Y‌OUNG C‌ONAWAY S‌TARGATT & T‌AYLOR, LLP

The Honorable Joseph J. Farnan, Jr.
November 8, 2007
Page 2

In addition, Witness offered compromised constructions for additional terms as noted in the bottom third of the attached table prepared by its counsel.

All of the changes Witness requested today were made immediately to a November 8, 2007 Revised Joint Claim Construction Chart and circulated to Witness' counsel for review and approval. We anticipate Witness will confirm early tomorrow its approval so that we may promptly file the final chart for the benefit of the Court.

I apologize to Your Honor for any inconvenience caused because we did not capture, in our effort to update the chart Tuesday, those items Witness raised today. Obviously undersigned counsel is available should Your Honor have any questions.

Respectfully,

/s/ *Melanie K. Sharp*

Melanie K. Sharp (No. 2501)

MKS
cc:   Clerk of the Court (by Hand Delivery)
      William J. Marsden Jr., Esquire (by e-mail)

FISH & RICHARDSON P.C.

Melanie K. Sharp, Esq.
November 8, 2007
Page 2

| Term | Discrepancy |
|---|---|
| real-time link | Witness Systems agreed to NICE's proposed construction of "real-time link": "a data link providing data regarding telephony events during the call at the occurrence of each telephony event." |
| telephone call segment | Witness Systems initially offered a construction of the singular, "telephone call segment," while NICE offered a construction of the plural, "telephone call segments." |
| telephone call segments | The parties agreed to constructions of both terms: "telephone call segments": "Portions of a telephone call that are each bounded by telephony events" and "telephone call segment": "Portion of a telephone call that is bounded by telephony events"). |
| matching a received telephony event with a constructed call record | Witness Systems' proposed construction of this term differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems offered the following construction as a compromise: "Calculating to resolve an ambiguity as to whether a received telephony event is part of a constructed call record." |
| combining said updated call record with data indicating one or more locations of recorded audio data for two or more segments of the call | Witness Systems' proposed construction of this term differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems offered the following construction as a compromise: "Storing data indicating one or more locations of recorded audio data for two or more segments of the call in an updated call record, where the updated call record does not previously have such location data." |
| wherein at least two stages of the system are physically separable and in operation can be located wide distances apart | The parties agreed that this term does not require construction. |
| record of an input channel | Witness Systems' proposed construction of this term differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems offered the following construction as a compromise: "Record corresponding to an input channel." |
| record of a communication channel | Witness Systems' proposed construction of this term differs from the construction in the parties' Amended Joint Claim Construction Chart. Witness Systems offered the following construction as a compromise: "Record corresponding to a communication channel." |