IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICE SYSTEMS, INC., and<br>NICE SYSTEMS, LTD., | )<br>)<br>) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-311-JJF |
| | ) | |
| WITNESS SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' PROPOSED FORM OF SPECIAL JURY VERDICT

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302) 571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212) 836-8000

*Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.*

Dated: December 3, 2007

We, the jury in the above-titled action, find the following special verdict on the questions submitted to us:

**VERDICT REGARDING THE '371 PATENT**

**Question No. 1:** Do you find by a preponderance of the evidence that Witness Systems infringed, literally or pursuant to the doctrine of equivalents, any of the following claims of U.S. Patent No. 5,396,371? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness. Systems)

    Claim 1    Yes ___    No ___

    Claim 8    Yes ___    No ___

**Question No. 2:** If your answer was "Yes" to any part of Question No. 1, do you find by clear and convincing evidence that Witness Systems' infringement was willful? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems on this issue.)

    Yes ___    No ___

**Question No. 3:** Do you find by clear and convincing evidence that any of the following claims of U.S. Patent No. 5,396,371 are invalid? (Answer "Yes" or "No." A "Yes" answer is a finding for the defendant Witness Systems, on this issue; a "No" answer is a finding for the plaintiff, NICE.)

    Claim 1    Yes ___    No ___

    Claim 8    Yes ___    No ___

**DAMAGES FOR INFRINGEMENT OF THE '371 PATENT**

If you answered that any claim of the '371 Patent both (i) is infringed (you answered "Yes" in Question No. 1, above) and (ii) is not invalid (you answered "No" for the same claim number in Question No. 3, above), then Witness Systems is responsible for damages caused to NICE. Please proceed to the next question. Otherwise proceed to Verdict Regarding the '005 Patent.

**Question No. 4:** Do you find that NICE is entitled to damages equaling NICE's lost profits resulting from Witness Systems' infringement of the patent? (Answer "Yes" or "No." A "Yes" answer is a finding for NICE; a "No" answer is a finding for Witness Systems.)

    Yes ___    No ___

**Question No. 5:**   What is the total amount of lost profits damages to which NICE is entitled as a result of Witness Systems' infringement of the patent?

        Answer: _____

**Question No. 6:**   If you find that NICE is not entitled to lost profits damages for some or all of its damages, what is the total amount of reasonable royalty damages to which NICE is entitled as a result of Witness Systems' infringement of the patent?

        Answer: _____

## VERDICT REGARDING THE '005 PATENT

**Question No. 7:**   Do you find by a preponderance of the evidence that Witness Systems infringed, literally or pursuant to the doctrine of equivalents, any of the following claims of U.S. Patent No. 5,819,005? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems.)

    Claim 1    Yes ___    No ___

    Claim 8    Yes ___    No ___

**Question No. 8:**   If your answer was "Yes" to any part of Question No. 7, do you find by clear and convincing evidence that Witness Systems' infringement was willful? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems on this issue.)

    Yes ___    No ___

**Question No. 9:**   Do you find by clear and convincing evidence that any of the following claims of U.S. Patent No. 5,819,005 are invalid? (Answer "Yes" or "No." A "Yes" answer is a finding for the defendant Witness Systems, on this issue; a "No" answer is a finding for the plaintiff, NICE.)

    Claim 1    Yes ___    No ___

    Claim 8    Yes ___    No ___

## DAMAGES FOR INFRINGEMENT OF THE '005 PATENT

If you answered that any claim of the '005 Patent <u>both</u> (i) is infringed (you answered "Yes" in Question No. 7, above) <u>and</u> (ii) is not invalid (you answered "No" for the same claim number in Question No. 9, above), then Witness Systems is responsible for damages caused to NICE. Please proceed to the next question. Otherwise proceed to Verdict Regarding the '570 Patent.

**Question No. 10:**   Do you find that NICE is entitled to damages equaling NICE's lost profits resulting from Witness Systems' infringement of the patent? (Answer "Yes" or "No." A "Yes" answer is a finding for NICE; a "No" answer is a finding for Witness Systems.)

        Yes ___    No ___

**Question No. 11:**   What is the total amount of lost profits damages to which NICE is entitled as a result of infringement of the patent?

        Answer: _____

**Question No. 12:**   If you find that NICE is not entitled to lost profits damages for some or all of its damages, what is the total amount of reasonable royalty damages to which NICE is entitled as a result of Witness Systems' infringement of the patent?

        Answer: _____

## VERDICT REGARDING THE '570 PATENT

**Question No. 13:**   Do you find by a preponderance of the evidence that Witness Systems infringed, literally or pursuant to the doctrine of equivalents, any of the following claims of U.S. Patent No. 6,249,570? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems.)

    Claim 6    Yes ___    No ___

    Claim 7    Yes ___    No ___

**Question No. 14:**   If your answer was "Yes" to any part of Question No. 13 do you find by clear and convincing evidence that Witness Systems' infringement was willful? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems on this issue.)

        Yes ___    No ___

**Question No. 15:**   Do you find by clear and convincing evidence that any of the following claims of U.S. Patent No. 6,249,570 are invalid? (Answer "Yes" or "No." A "Yes" answer is a finding for the defendant Witness Systems, on this issue; a "No" answer is a finding for the plaintiff, NICE.)

    Claim 6    Yes ___    No ___

    Claim 7    Yes ___    No ___

DB02:6347237.1    065251.1001

**DAMAGES FOR INFRINGEMENT OF THE '570 PATENT**

If you answered that any claim of the '570 Patent <u>both</u> (i) is infringed (you answered "Yes" in Question No. 13, above) <u>and</u> (ii) is not invalid (you answered "No" for the same claim number in Question No. 15, above), then Witness Systems is responsible for damages caused to NICE. Please proceed to the next question. Otherwise proceed to Verdict Regarding the '345 Patent.

**Question No. 16:** Do you find that NICE is entitled to damages equaling NICE's lost profits resulting from Witness Systems' infringement of the patent? (Answer "Yes" or "No." A "Yes" answer is a finding for NICE; a "No" answer is a finding for Witness Systems.)

    Yes \_\_\_    No \_\_\_

**Question No. 17:** What is the total amount of lost profits damages to which NICE is entitled as a result of infringement of the patent?

    Answer: _____

**Question No. 18:** If you find that NICE is not entitled to lost profits damages for some or all of its damages, what is the total amount of reasonable royalty damages to which NICE is entitled as a result of Witness Systems' infringement of the patent?

    Answer: _____.

**VERDICT REGARDING THE '345 PATENT**

**Question No. 19:** Do you find by a preponderance of the evidence that Witness Systems infringed, literally or pursuant to the doctrine of equivalents, any of the following claims of U.S. Patent No. 6,728,345? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems.)

    Claim 14    Yes \_\_\_    No \_\_\_

    Claim 40    Yes \_\_\_    No \_\_\_

    Claim 41    Yes \_\_\_    No \_\_\_

    Claim 48    Yes \_\_\_    No \_\_\_

**Question No. 20:** If your answer was "Yes" to any part of Question No. 19, do you find by clear and convincing evidence that Witness Systems' infringement was willful? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems on this issue.)

    Yes \_\_\_    No \_\_\_

**Question No. 21:** Do you find by clear and convincing evidence that any of the following claims of U.S. Patent No. 6,728,345 are invalid? (Answer "Yes" or "No." A "Yes" answer is a finding for the defendant Witness Systems, on this issue; a "No" answer is a finding for the plaintiff, NICE.)

    Claim 14  Yes ___  No ___

    Claim 40  Yes ___  No ___

    Claim 41  Yes ___  No ___

    Claim 48  Yes ___  No ___

**DAMAGES FOR INFRINGEMENT OF THE '345 PATENT**

If you answered that any claim of the '345 Patent both (i) is infringed (you answered "Yes" in Question No. 19, above) and (ii) is not invalid (you answered "No" for the same claim number in Question No. 21, above), then Witness Systems is responsible for damages caused to NICE. Please proceed to the next question. Otherwise proceed to Verdict Regarding the '372 Patent.

**Question No. 22:** Do you find that NICE is entitled to damages equaling NICE's lost profits resulting from Witness Systems' infringement of the patent? (Answer "Yes" or "No." A "Yes" answer is a finding for NICE; a "No" answer is a finding for Witness Systems.)

    Yes ___  No ___

**Question No. 23:** What is the total amount of lost profits damages to which NICE is entitled as a result of infringement of the patent?

    Answer: _____

**Question No. 24:** If you find that NICE is not entitled to lost profits damages for some or all of its damages, what is the total amount of reasonable royalty damages to which NICE is entitled as a result of Witness Systems' infringement of the patent?

    Answer: _____

**VERDICT REGARDING THE '372 PATENT**

**Question No. 25:** Do you find by a preponderance of the evidence that Witness Systems infringed, literally or pursuant to the doctrine of equivalents, any of the following claims of U.S. Patent No. 6,775,372? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems.)

  Claim 1    Yes ___    No ___

  Claim 6    Yes ___    No ___

  Claim 14   Yes ___    No ___

  Claim 15   Yes ___    No ___

  Claim 19   Yes ___    No ___

  Claim 33   Yes ___    No ___

**Question No. 26:** If your answer was "Yes" to any part of Question No. 25 do you find by clear and convincing evidence that Witness Systems' infringement was willful? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems on this issue.)

  Yes ___    No ___

**Question No. 27:** Do you find by clear and convincing evidence that any of the following claims of U.S. Patent No.6,775,372 are invalid? (Answer "Yes" or "No." A "Yes" answer is a finding for the defendant Witness Systems, on this issue; a "No" answer is a finding for the plaintiff, NICE.)

  Claim 1    Yes ___    No ___

  Claim 6    Yes ___    No ___

  Claim 14   Yes ___    No ___

  Claim 15   Yes ___    No ___

  Claim 19   Yes ___    No ___

  Claim 33   Yes ___    No ___

**DAMAGES FOR INFRINGEMENT OF THE '372 PATENT**

If you answered that any claim of the '372 Patent <u>both</u> (i) is infringed (you answered "Yes" in Question No. 25, above) <u>and</u> (ii) is not invalid (you answered "No" for the same claim number in Question No. 27, above), then Witness Systems is responsible for damages caused to NICE. Please proceed to the next question. Otherwise proceed to Verdict Regarding the '370 Patent

**Question No. 28:** Do you find that NICE is entitled to damages equaling NICE's lost profits resulting from Witness Systems' infringement of the patent? (Answer "Yes" or "No." A "Yes" answer is a finding for NICE; a "No" answer is a finding for Witness Systems.)

        Yes ___     No ___

**Question No. 29:** What is the total amount of lost profits damages to which NICE is entitled as a result of infringement of the patent?

        Answer: _____

**Question No. 30:** If you find that NICE is not entitled to lost profits damages for some or all of its damages, what is the total amount of reasonable royalty damages to which NICE is entitled on account of Witness Systems' infringement of the patent?

        Answer: _____


**VERDICT REGARDING THE '370 PATENT**

**Question No. 31:** Do you find by a preponderance of the evidence that Witness Systems infringed, literally or pursuant to the doctrine of equivalents, any of the following claims of U.S. Patent No. 6,785,370? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems.)

    Claim  1     Yes ___     No ___

    Claim  9     Yes ___     No ___

    Claim 27     Yes ___     No ___

**Question No. 32:** If your answer was "Yes" to any part of Question No. 31, do you find by clear and convincing evidence that Witness Systems' infringement was willful? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems on this issue.)

        Yes ___     No ___

**Question No. 33:** Do you find by clear and convincing evidence that any of the following claims of U.S. Patent No. 6,785,370 are invalid? (Answer "Yes" or "No." A "Yes" answer is a finding for the defendant Witness Systems, on this issue; a "No" answer is a finding for the plaintiff, NICE.)

        Claim 1     Yes ___     No ___

        Claim 9     Yes ___     No ___

        Claim 27     Yes ___     No ___

**DAMAGES FOR INFRINGEMENT OF THE '370 PATENT**

If you answered that any claim of the '370 Patent both (i) is infringed (you answered "Yes" in Question No. 31, above) and (ii) is not invalid (you answered "No" for the same claim number in Question No. 33, above), then Witness Systems is responsible for damages caused to NICE. Please proceed to the next question. Otherwise proceed to Verdict Regarding the '920 Patent

**Question No. 34:** Do you find that NICE is entitled to damages equaling NICE's lost profits resulting from Witness Systems' infringement of the patent? (Answer "Yes" or "No." A "Yes" answer is a finding for NICE; a "No" answer is a finding for Witness Systems.)

        Yes ___     No ___

**Question No. 35:** What is the total amount of lost profits damages to which NICE is entitled as a result of infringement of the patent?

        Answer: _____

**Question No. 36:** If you find that NICE is not entitled to lost profits damages for some or all of its damages, what is the total amount of reasonable royalty damages to which NICE is entitled as a result of Witness Systems' infringement of the patent?

        Answer: _____

**VERDICT REGARDING THE '920 PATENT**

**Question No. 37:** Do you find by a preponderance of the evidence that Witness Systems infringed, literally or pursuant to the doctrine of equivalents, any of the following claims of U.S. Patent No. 6,870,920? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems.)

        Claim 1     Yes ___     No ___

        Claim 3     Yes ___     No ___

        Claim 16    Yes ___    No ___

        Claim 18    Yes ___    No ___

        Claim 21    Yes ___    No ___

**Question No. 38:** If your answer was "Yes" to any part of Question No. 37, do you find by clear and convincing evidence, that Witness Systems' infringement was willful? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems on this issue.)

        Yes ___    No ___

**Question No. 39:** Do you find by clear and convincing evidence that any of the following claims of U.S. Patent No. 6,870,920 are invalid? (Answer "Yes" or "No." A "Yes" answer is a finding for the defendant Witness Systems, on this issue; a "No" answer is a finding for the plaintiff, NICE.)

        Claim 1    Yes ___    No ___

        Claim 3    Yes ___    No ___

        Claim 16    Yes ___    No ___

        Claim 18    Yes ___    No ___

        Claim 21    Yes ___    No ___

**DAMAGES FOR INFRINGEMENT OF THE '920 PATENT**

If you answered that any claim of the '920 Patent <u>both</u> (i) is infringed (you answered "Yes" in Question No. 37, above) <u>and</u> (ii) is not invalid (you answered "No" for the same claim number in Question No. 39, above), then Witness Systems is responsible for damages caused to NICE. Please proceed to the next question. Otherwise proceed to Verdict Regarding the '109 Patent.

**Question No. 40:** Do you find that NICE is entitled to damages equaling NICE's lost profits resulting from Witness Systems' infringement of the patent? (Answer "Yes" or "No." A "Yes" answer is a finding for NICE; a "No" answer is a finding for Witness Systems.)

        Yes ___    No ___

**Question No. 41:** What is the total amount of lost profits damages to which NICE is entitled as a result of infringement of the patent?

        Answer: _____

**Question No. 42:** If you find that NICE is not entitled to lost profits damages for some or all of its damages, what is the total amount of reasonable royalty damages to which NICE is entitled as a result of Witness Systems' infringement of the patent?

Answer: _____

## VERDICT REGARDING THE '109 PATENT

**Question No. 43:** Do you find by a preponderance of the evidence that Witness Systems infringed, literally or pursuant to the doctrine of equivalents, any of the following claims of U.S. Patent No. 7,010,109? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems.)

 Claim 1    Yes ___    No ___

 Claim 3    Yes ___    No ___

 Claim 6    Yes ___    No ___

**Question No. 44:** If your answer was "Yes" to any part of Question No. 43, do you find by clear and convincing evidence that Witness Systems' infringement was willful? (Answer "Yes" or "No." A "Yes" answer is a finding for the plaintiff, NICE, on this issue; a "No" answer is a finding for the defendant, Witness Systems on this issue.)

 Yes ___    No ___

**Question No. 45:** Do you find by clear and convincing evidence that any of the following claims of U.S. Patent No.6,870,920 are invalid? (Answer "Yes" or "No." A "Yes" answer is a finding for the defendant Witness Systems on this issue; a "No" answer is a finding for the plaintiff, NICE.)

 Claim 1    Yes ___    No ___

 Claim 3    Yes ___    No ___

 Claim 6    Yes ___    No ___

## DAMAGES FOR INFRINGEMENT OF THE '109 PATENT

If you answered that any claim of the '109 Patent both (i) is infringed (you answered "Yes" in Question No. 43, above) and (ii) is not invalid (you answered "No" for the same claim number in Question No. 45, above), then Witness Systems is responsible for damages caused to NICE. Please proceed to the next question.

11

**Question No. 46:** Do you find that NICE is entitled to damages equaling NICE's lost profits resulting from Witness Systems' infringement of the patent? (Answer "Yes" or "No." A "Yes" answer is a finding for NICE; a "No" answer is a finding for Witness Systems.)

Yes ___    No ___

**Question No. 47:** What is the total amount of lost profits damages to which NICE is entitled as a result of infringement of the patent?

Answer: _____

**Question No. 48:** If you find that NICE is not entitled to lost profits damages for some or all of its damages, what is the total amount of reasonable royalty damages to which NICE is entitled as a result of Witness Systems' infringement of the patent?

Answer: _____

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

_____
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302) 571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212) 836-8000

*Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.*

Dated: December 3, 2007