IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and NICE SYSTEMS LTD, <br><br> *Plaintiffs*, <br><br> v. <br><br> WITNESS SYSTEMS, INC. <br><br> *Defendant*. | C.A. No. 06-311-JJF |

**DEFENDANT WITNESS SYSTEMS INC.'S PROPOSED VOIR DIRE**

DATED:  December 3, 2007

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114
Telephone:  (302) 652-5070

Nagendra Setty (*pro hac vice*)
Daniel A. Kent (*pro hac vice*)
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone:  (404) 892-5005

ATTORNEYS FOR DEFENDANT
WITNESS SYSTEMS, INC.

Pursuant to Fed. R. Civ. P. 47 and D. Del. L.R. 47.1(a)(2), Defendant Witness Systems, Inc. ("Witness Systems") requests that the Court ask the following voir dire questions of the jury pool, in addition to the customary voir dire questions asked in this Court as reflected in Exhibit 1 hereto:

1. Have you, or has any member of your family, ever worked for the United States Patent and Trademark Office or the United States Department of Commerce?

2. Have you, or has any member of your family, ever obtained or attempted to obtain a U.S. patent?

3. Does your current (or last) employer own any U.S. patents, or have a license to use patents owned by someone else?

4. Do you have strong feelings, either positive or negative, about patents, the rights of patent holders, or the process by which patents are obtained?

5. Do you have strong feelings, either positive or negative, about computer science or information technology?

6. Have you ever heard of NICE Systems or Witness Systems, or any of their products?

7. Have you ever worked in a call center, such as a customer service center or an emergency response dispatch center?

8. Do you, or does any member of your household, own stocks or bonds or have any other financial interest in NICE Systems, Witness Systems, Comverse Technology or Verint Systems?

Additionally, as noted in Exhibit 15 to the Proposed Pretrial Order, Witness Systems requests that, at the Pretrial Conference, the Court address whether it will permit the parties to jointly mail, with the assistance of the clerk's office, a jury questionnaire. To that end, Witness Systems attaches, as Exhibit 2, a proposed jury questionnaire. To the extent the Court orders the

use of the jury questionnaire, Witness Systems may amend this proposed voir dire to remove any questions that are redundant of those asked in the questionnaire.

Dated:  December 3, 2007                    FISH & RICHARDSON P.C.


                                            By: */s/Kyle Wagner Compton*
                                                William J. Marsden, Jr. (#2247)
                                                Kyle Wagner Compton (#4693)
                                                919 N. Market Street, Suite 1100
                                                P. O. Box 1114
                                                Wilmington, DE  19899-1114
                                                Tel:  (302) 652-5070

                                                Nagendra Setty (*pro hac vice*)
                                                Daniel A. Kent (*pro hac vice*)
                                                1180 Peachtree Street, NE
                                                21st Floor
                                                Atlanta, GA 30309
                                                Tel: (404) 892-5005

                                            Attorneys for Defendant
                                            Witness Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2007, I electronically filed with the Clerk of Court the **DEFENDANT WITNESS SYSTEMS, INC.'S PROPOSED VOIR DIRE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll<br>Melanie K. Sharp<br>Karen E. Keller<br>Mary Dugan<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

I also certify that on December 3, 2007, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall<br>Daniel DiNapoli<br>Joseph M. Drayton<br>Robert R. Laurenzi<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

/s/Kyle Wagner Compton
Kyle Wagner Compton (#4693)

80052432.doc

# EXHIBIT 1

Case 1:06-cv-00311-JJF    Document 266-2    Filed 12/03/2007    Page 1 of 5

**CUSTOMARY VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentlemen.  I am Judge Farnan, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned.  Briefly stated, this case is a civil action brought by plaintiffs, NICE Systems, Inc. and NICE Systems Ltd. (collectively, "NICE") against the defendant, Witness Systems, Inc. (also known as Verint Americas Inc.).

NICE is represented by Scott Lindvall, an attorney with Kaye Scholer LLP, and by Melanie Sharp, an attorney with Young, Conaway, Stargatt & Taylor, LLP.  Witness Systems is represented by William Marsden and Nick Setty, attorneys with Fish & Richardson P.C.

In the light of this brief summary, I will ask the panel certain questions, the purpose of which is to:  (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel.  If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number.  When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

**[HAVE CLERK ADMINISTER THE OATH TO THE PANEL]**

1.  Is any member of the panel personally acquainted with any officer, director, or employee of NICE, or ever done business with NICE.

2.  Is any member of the panel personally acquainted with any officer, director, or employee of Witness Systems, or ever done business with Witness Systems?

3. Is any member of the panel related to, or personally acquainted with Mr. Lindvall or Ms. Sharp, NICE's attorneys, or ever been represented by one of them or by any associate or member of their law firms, Kaye Scholer LLP and Young, Conaway, Stargatt & Taylor, LLP?

4. Is any member of the panel related to, or personally acquainted with Mr. Marsden or Mr. Setty, Witness Systems' attorneys, or ever been represented by one of them or by any associate or member of their law firm, Fish & Richardson P.C.?

(*Continued on following page*)

5. Is any member of the panel related to, or personally acquainted with, any of the following individuals who might appear as witnesses in this case:

| | |
|---|---|
| Christopher Blair | David Murray |
| John Bourne | Brian Napper |
| Thomas W. Britven | Phil Min Ni |
| Marc Callahan | Kenneth Pohlmann |
| Daniel Daly | John Edmond Richter |
| Phillip Dawes | Alan Roden |
| Barak Eilam | Matthew Rosner |
| William Evans | Yochai Rozenblat |
| David Glowny | Eyal Rudnik |
| John T. Goolkasian | Timothy Shadburn |
| Timothy Hannah | Damian Smith |
| Richard Heap | Daniel Spohrer |
| Kevin Hegebarth | John Strawn |
| John Henits | Robert Swick |
| Jeff Iannone | Nancy Treaster |
| James Judson | Jeff Vitter |
| Scott McKechnie | Joe Watson |
| Constantine Messologitis | Jan Carel Warfield |
| Kathy Miller | David Williams |
| Thomas Moran | Jamie Williams |
| Salvatore Morlando | Duane Wright |
| Ed Murray | Ilan Yosef |

6. Does any member of the panel have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

7. Has any member of the panel ever been a plaintiff or a defendant in a civil lawsuit?

8. Has any member of the panel ever served as a juror in a lawsuit?

9. Does any member of the panel have any education, vocational training, or work experience with or knowledge of patents, electronics, engineering, or computer science?

10. Does any member of the panel have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

11. Does any member of the panel know of any other matter which you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

# EXHIBIT 2

**NOTE:  WITHIN FIVE DAYS, PLEASE RETURN THE JUROR INFORMATION AND QUESTIONNAIRE IN THE ENCLOSED ENVELOPE**

**JURY INFORMATION QUESTIONNAIRE**
(please print)

This questionnaire relates to a civil case between NICE Systems, Inc. and NICE Systems, Ltd. (together, "NICE") and Witness Systems, Inc. ("Witness Systems").  Witness Systems is a wholly owned subsidiary of Verint Systems, Inc. ("Verint"), and recently changed its corporate name to Verint Americas, Inc.  The case involves eight U.S. patents relating to call center recording technology.

You have been selected to be part of the pool of people from which the jury in this case will be selected.  The purpose of this questionnaire is to help the parties and the Court to select a fair and impartial jury.  Please answer the following questions honestly and to the best of your ability.  All of the answers that you give will be kept confidential by the Court and by the parties.

**1.    Your name:** _____

**2.    Your home address:**

_____
Street                                              City                           State

**3.    Your age:** _____

**4.    Your marital status:**

| | | | |
|---|---|---|---|
| Single (never married) | _____ | Separated/Divorced | _____ |
| Currently married | _____ | Widowed | _____ |

**5.    What is your last or highest level of school completed?**

| | | | |
|---|---|---|---|
| High School | _____ | HS Diploma? | _____ |
| Tech/Trade School | _____ | Area of Study? | _____ |
| College/University | _____ | Degree & Field? | _____ |
| Graduate School | _____ | Degree & Field? | _____ |
| Other (specify) | _____ | | |

**6.    What was your favorite subject in school?**

| | | | |
|---|---|---|---|
| English/Language | _____ | Social Studies | _____ |
| Science/Engineering | _____ | Physical Education | _____ |
| Mathematics | _____ | Art/Music | _____ |
| Other (specify) | _____ | | |

**7.    Which best describes your current employment status?**

| | | | |
|---|---|---|---|
| Employee, full-time | _____ | Retired | _____ |
| Employee, part-time | _____ | Physical Education | _____ |
| Homemaker | _____ | Unemployed/Looking | _____ |
| Self-employed | _____ | Full-time Student | _____ |

**8.    What is (or was) your title for your job, and what are (or were) your specific duties and responsibilities for your job?**

_____

**9.   Who is your current (or last) employer?**

   _____

**10.  How long with your current (or last) employer?**

| Less than 1 year | _____ | 5-10 years | _____ |
| 2-4 years | _____ | More than 10 years | _____ |

**11.  Does (did) your job involve the use of electronics?**

Yes _____     No _____

If yes, what type of electronics? _____

**12.  Have you ever served in the military or law enforcement?**

Yes _____     No _____

If yes, what branch? _____

**13.  Have you, your spouse, or a parent ever worked for the federal, state or local government?**

Yes _____     No _____

If yes, who, and what agency or agencies? _____

What did your family member do? _____

**14.  Do you have any special training, education, or experience in the following areas? (check all that apply)**

| Electronics | _____ | Computer Science | _____ |
| Physics | _____ | Mathematics | _____ |
| Engineering | _____ | Chemistry | _____ |
| Life Sciences | _____ | Research/Development | _____ |
| Patents | _____ | Customer Service | _____ |
| Law | _____ | Accounting | _____ |
| Contracts | _____ | Marketing/Sales | _____ |

15. **Please identify any other areas of special training, education, or experience here:**

    _____

    _____

    _____

16. **Do your hobbies include electronics?**

    Yes  _____        No  _____

17. **Do you read Scientific America, Popular Science, Popular Mechanics, or any other technical journal or magazine?**

    Yes  _____        No  _____

18. **If you are married, what is (was) your spouse's occupation and by whom is (was) your spouse employed?**

    _____

19. **Have you, or a relative or close friend, ever invented anything?**

    Yes  _____        No  _____

    If yes, please explain: _____

    _____

20. **Are you listed as an inventor on any U.S. Patents?**

    Yes  _____        No  _____

    If yes, please explain: _____

    _____

21. **Have you ever attempted to obtain a U.S. Patent?**

    Yes  _____        No  _____

    If yes, please explain: _____

    _____

**22.  Do you know anyone who has obtained, or attempted to obtain, a U.S. Patent?**

Yes _____    No _____

If yes, please explain: _____

_____

**23.  Does your current employer (or last employer) own any U.S. Patents?**

Yes _____    No _____    Don't Know _____

If yes, please explain: _____

_____

**24.  Do you have any strong feelings or opinions about patents or the process by which patents are obtained?**

Yes _____    No _____

If yes, please explain: _____

_____

**25.  Have you ever served on a jury before?**

Yes _____    No _____

**26.  Have you or a family member ever filed a lawsuit or claim against someone?**

Yes _____    No _____

**27.  Have you or a family member ever been sued or had a claim filed against you?**

Yes _____    No _____

**28.  Do you have any relationship or affiliation with NICE or its employees?**

Yes _____    No _____

If yes, please explain: _____

_____

**29.  Do you currently, or have you ever, owned NICE stock?**

    Yes  _____  No  _____

**30.  Do you have any relationship or affiliation with Witness Systems or its employees?**

    Yes  _____  No  _____

    If yes, please explain: _____

    _____

**31.  Have you ever, owned Witness Systems stock?**

    Yes  _____  No  _____

**32.  Do you have any relationship or affiliation with Verint or its employees?**

    Yes  _____  No  _____

    If yes, please explain: _____

    _____

**33.  Do you currently, or have you ever, owned Verint stock?**

    Yes  _____  No  _____

**34.  Had you read or heard about this case before you received your notice for jury duty?**

    Yes  _____  No  _____

    If yes, please describe what you read or heard: _____

    _____

**35.  Do you have any relationship or affiliation with the law firm of Kaye Scholer LLP or any of its employees?**

    Yes  _____  No  _____

    If yes, please explain: _____

    _____

36. **Do you have any relationship or affiliation with the law firm of Young Conaway Stargatt & Taylor, LLP or any of its employees?**

    Yes _____   No _____

    If yes, please explain: _____
    _____

37. **Do you have any relationship with the law firm of Fish & Richardson P.C. or any of its employees?**

    Yes _____   No _____

    If yes, please explain: _____
    _____

38. **The witnesses who may appear in this case are listed below. Please circle the names of any witnesses that you know or with whom you are familiar.**

    | | |
    |---|---|
    | Christopher Blair | Thomas Moran |
    | John Bourne | Salvatore Morlando |
    | Thomas W. Britven | Ed Murray |
    | Marc Callahan | David Murray |
    | Daniel Daly | Brian Napper |
    | Phillip Dawes | Phil Min Ni |
    | Barak Eilam | Kenneth Pohlmann |
    | William Evans | John Edmond Richter |
    | David Glowny | Alan Roden |
    | John T. Goolkasian | Matthew Rosner |
    | Timothy Hannah | Yochai Rozenblat |
    | Richard Heap | Eyal Rudnik |
    | Kevin Hegebarth | Timothy Shadburn |
    | John Henits | Damian Smith |
    | Jeff Iannone | Daniel Spohrer |
    | James Judson | John Strawn |
    | Scott McKechnie | Robert Swick |
    | Constantine Messologitis | Nancy Treaster |
    | Kathy Miller | Jeff Vitter |

|   |   |
|---|---|
| Joe Watson | Duane Wright |
| Jan Carel Warfield | Ilan Yosef |
| David Williams |   |
| Jamie Williams |   |

**39. This trial is anticipated to take approximately 5 days to complete. Do you have any financial hardships, problems, or any reason why you could not serve as a juror on this case during this time period?**

Yes  _____    No  _____

If yes, please explain: _____

_____

**40. Do you know of anything else which you believe should be called to the court's attention as having some bearing on your qualifications or ability to sit as a juror on this case, or which you think may prevent you from rendering a fair and impartial verdict based solely on the evidence presented and the court's instructions as to the law?**

Yes  _____    No  _____

If yes, please explain: _____

_____

**41. Estimated number of miles ROUND TRIP from your home to the courthouse and the amount of time the trip takes you**

_____

**Your signature:** _____

**Date signed:** _____

80052434.doc