# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | | JOSEPH M. BARRY | TIMOTHY E. LENGKEEK |
| SHELDON N. SANDLER | ROBERT S. BRADY | | SEAN M. BEACH | ANDREW A. LUNDGREN |
| RICHARD A. LEVINE | JOEL A. WAITE | | SANJAY BHATNAGAR | MATTHEW B. LUNN |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | | DONALD J. BOWMAN, JR. | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | | MICHELE SHERRETTA BUDICAK | KATHALEEN MCCORMICK |
| RICHARD H. MORSE | CRAIG D. GREAR | | JEFFREY T. CASTELLANO | MICHAEL W. MCDERMOTT |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | | KARA HAMMOND COYLE | TAMMY L. MERCER |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | | KRISTEN SALVATORE DEPALMA | MARIBETH L. MINELLA |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | | MARGARET M. DIBIANCA | EDMON L. MORTON |
| BARRY M. WILLOUGHBY | C. BARR FLINN | | MARY F. DUGAN | D. FON MUTTAMARA-WALKER |
| JOSY W. INGERSOLL | NATALIE WOLF | | ERIN EDWARDS | JENNIFER R. NOEL |
| ANTHONY G. FLYNN | LISA B. GOODMAN | | KENNETH J. ENOS | ADAM W. POFF |
| JEROME K. GROSSMAN | JOHN W. SHAW | | IAN S. FREDERICKS | SETH J. REIDENBERG |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | | SEAN T. GREECHER | CHERYL A. SANTANIELLO |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | | STEPHANIE L. HANSEN | (NJ & PA ONLY) |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | | PATRICK A. JACKSON | MONTÉ T. SQUIRE |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | | DAWN M. JONES | MICHAEL P. STAFFORD |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | | KAREN E. KELLER | CHAD S.C. STOVER |
| WILLIAM W. BOWSER | JOHN T. DORSEY | | JENNIFER M. KINKUS | JOHN E. TRACEY |
| LARRY J. TARABICOS | M. BLAKE CLEARY | | EDWARD J. KOSMOWSKI | TRAVIS N. TURNER |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | | JOHN C. KUFFEL | MARGARET B. WHITEMAN |
| MELANIE K. SHARP | DANIELLE GIBBS | | | SHARON M. ZIEG |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | | SPECIAL COUNSEL | |
| RICHARD J.A. POPPER | NORMAN M. POWELL | | JOHN D. MCLAUGHLIN, JR. | SENIOR COUNSEL |
| TERESA A. CHEEK | ELENA C. NORMAN | | KAREN L. PASCALE | CURTIS J. CROWTHER |
| NEILLI MULLEN WALSH | | | PATRICIA A. WIDDOSS | |
| | | | | OF COUNSEL |
| | | | | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX:  (302) 571-1253
———————
110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE  19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX:  (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL:  (302) 571-6681
DIRECT FAX:   (302) 576-3333
msharp@ycst.com

December 3, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:  *NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc.*
           <u>C.A. No. 06-311 (JJF)</u>

Dear Judge Farnan:

      In advance of the Pretrial Conference scheduled for Thursday, December 6, 2007 at 2:00 p.m., enclosed please find courtesy copies of the Plaintiff's Proposed Preliminary Jury Instructions, Plaintiff's Proposed Form of Special Jury Verdict, Plaintiff's Proposed Voir Dire Questions and the parties' Joint Proposed Jury Instructions.

                                                      Respectfully,

                                                    */s/ Melanie K. Sharp*

                                                    Melanie K. Sharp (No. 2501)

MKS
cc:    Clerk of the Court (by Hand Delivery)
       William J. Marsden Jr., Esquire (by e-mail)