IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-311-JJF |
| WITNESS SYSTEMS, INC., | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court held a Pretrial Conference on December 6, 2007 in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Second Pretrial Conference will be held on **Wednesday, January 9, 2008 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

2) Trial will commence **Monday, January 14, 2008 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3) If necessary, a Hearing will be held on **Friday, December 14, 2007 at 12:30 p.m.**, to discuss disputes regarding pretrial and trial preparations.

December 10, 2007                          [signature]
DATE                                       UNITED STATES DISTRICT JUDGE