# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DiLIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J. A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DiBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. McDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI JR.
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
RICHARD J. THOMAS
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302)571-6681
DIRECT FAX:   (302)576-3333
msharp@ycst.com

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

December 12, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc.*
      <u>C.A. No. 06-311 (JJF)</u>

Dear Judge Farnan:

I write on behalf of my clients, Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. (collectively, "NICE") in advance of the hearing now scheduled for Friday, December 14 at 12:30 p.m., in which my associate Monté T. Squire shall participate. I write to address the matters of narrowing of the issues for presentation at trial and pre-trial scheduling. The parties have exchanged positions in that we conferred several times on these issues and remain unable to reach agreement.

NICE has proposed additional narrowing of the claims at issue to a total number of 15 claims and 6 patents, withdrawing the 12 additional claims and 2 additional patents from the litigation. Specifically, NICE proposes to narrow the case as follows:'371 Patent: claims 1, 8; '570 Patent: claim 6; '345 Patent: claims 14, 48; '372 Patent: claims 1, 15, 19, 33; '920 Patent: claims 1, 16, 21; '109 Patent: claims 1, 3, 6. Again, that leaves a manageable set of claims and patents for trial.

NICE has continued since December 6, with the efforts it has undertaken for many, many months to work diligently to reduce the number of claims, which were originally over 70 claims and 10 patents. Witness has refused to participate in narrowing the issues for trial and has not withdrawn any prior art references and/or invalidity contentions relating to the

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan, Jr.
December 12, 2007
Page 2

remaining claims at issue. Witness' overly broad invalidity contentions present a major obstacle to the narrowing of claims. Witness has asserted at least 70 prior art references as invalidating one or more of the six remaining patents-in-suit. To date, only NICE has made any effort to narrow the focus for trial. Witness has made no effort whatsoever, preferring instead to complain about the scope of the trial in its persistent drumbeat to try to put off the trial date the parties have known about since October 2006. Notwithstanding, NICE is continuing to consider further narrowing of its claims, and intends to communicate such narrowing, if any, to Witness by December 13, 2007.

With respect to scheduling, the parties have exchanged and discussed a number of proposals. The parties have agreed to the following components of pre-trial scheduling:

| DATE | PRE-TRIAL ACTIVITY |
|---|---|
| December 17, 2007 | Service of NICE's Damages Expert Report |
| December 19, 2007 | Service of Motion(s) in Limine |
| December 28, 2007 | Service of Witness' Responsive Damages Expert Report<br><br>Service of Responses to Motion(s) in Limine (no reply) |
| January 2, 2008 | Service of NICE's Proposed Pre-trial Order and related documents<br><br>Exchange by the parties of deposition designation for use at trial |
| January 4, 2006 | Service of Witness' Proposed Pre-trial Order and related documents<br><br>Exchange by the parties of counter-deposition designations for use at trial and objections to deposition designations |

While the parties have reached agreement on these items, the key dates for the exchange of technical expert reports and the completion of expert depositions sufficiently in advance of trial remain unresolved. NICE proposes the following schedule:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Joseph J. Farnan, Jr.
December 12, 2007
Page 3

| DATE | PRE-TRIAL ACTIVITY |
|------|--------------------|
| December 17, 2007 | Service of NICE's Infringement Expert Report |
| December 21, 2007 | Service of NICE's Witness' Invalidity Expert Report |
| December 27, 2007 | Service of Witness' Responsive Infringement Expert Report |
| December 31, 2007 | Service of NICE's Responsive Invalidity Expert Report |
| January 3-7, 2008 | Expert Deposition Discovery Period |

Witness' proposed alternative schedule will certainly be the subject of a letter it writes to the Court. The disagreements with respect to scheduling focus on two areas. The first is the amount of time Witness will have to serve its invalidity expert report after the service of NICE's infringement expert report. The delay that Witness requests is much longer than the circumstances warrant. In particular, as Witness reported at the conclusion of the hearing on December 6, it has filed a re-examination request with the Patent & Trademark Office on all of the patents-in-suit. In connection with these re-examination requests, Witness has most certainly prepared its invalidity case, and as a result, there is no need for the delay requested by Witness, let alone a delay as extensive as set forth in Witness' proposed expert discovery schedule. The second obstacle to scheduling is that Witness now reports that its two technical experts are "unavailable" during the course of the holidays to prepare their expert reports in accordance with the same schedule and all of its experts are "unavailable" for deposition until January 8, 2007 or later, two of which, according to Witness' counsel, must occur in Indiana and San Francisco. Again, all parties, and presumably their experts through the parties for well over a year have known about this trial date and the need for finalizing expert reports prior to trial, as a result NICE will – and Witness should be expected to – finalize expert reports in accordance with a reasonable and equitable schedule.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan, Jr.
December 12, 2007
Page 4

Obviously, counsel is available should the Court have any questions.

Respectfully,

*Melanie K. Sharp (MTS)*
*#4764*

Melanie K. Sharp (No. 2501)

MKS:mts


cc:    Monté T. Squire, Esq.
       Scott Lindvall, Esq.
       Clerk of the Court (by Hand Delivery)
       William J. Marsden Jr., Esquire (by Email)