# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**William J. Marsden, Jr.**
302 778-8401

Email
marsden@fr.com

December 13, 2007

**VIA ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  *NICE Systems, Inc. & NICE Systems, Ltd. v. Witness Systems, Inc.*
     USDC-D. Del. - Civil Action No. 06-311

Dear Judge Farnan:

We have reviewed Ms. Sharp's letter of yesterday setting forth NICE's positions on the further narrowing of the case and pretrial scheduling. (D.I. 272.) I believe Witness has fully addressed these issues in my letter of yesterday. We look forward to discussing the issues with the court tomorrow.

Respectfully,

/s/ *William J. Marsden, Jr.*

William J. Marsden, Jr.

WJM/sb

cc    Counsel of Record (via ECF and e-mail)

80052860.doc