IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., a Delaware Corporation, and<br>NICE SYSTEMS, LTD., an Israeli Corporation,<br><br>                Plaintiffs,<br>   v.<br><br>WITNESS SYSTEMS, INC., a Delaware Corporation,<br><br>                Defendant. | Civil Action No. 06-311-JJF |

**PROPOSED ORDER**

AND NOW, this ____ day of _____, 2007, Plaintiffs NICE Systems, Inc. and NICE Systems, LTD (collectively "NICE") having voluntarily withdrawn 14 additional claims:

IT IS HEREBY ORDERED that the following 14 claims are withdrawn:

1. '005 Patent: claims 1, 11 (2 claims)

2. '570 Patent: claim 7 ( 1 claim)

3. '345 Patent: claims 40, 41 (2 claims)

4. '372 Patent: claims 6, 14, 19 (3 claims)

5. '370 Patent: claims 1, 9, 27 (3 claims)

6. '920 Patent: claims 3, 18 (2 claims)

7. '109 Patent: claim 3 (1 claim)

_____
United States District Judge