# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. McBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DiPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J. A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6681
DIRECT FAX:  (302) 576-3333
msharp@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DePALMA
MARGARET M. DiBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN McCORMICK
MICHAEL W. McDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
(NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. McLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

December 13, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

Re:    *NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc.*
       C.A. No. 06-311 (JJF)

Dear Judge Farnan:

I write on behalf of my clients, Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. (collectively, "NICE") and on behalf of Defendant Witness Systems, Inc. ("Witness"), represented by William Marsden, Esquire, to transmit the attached December 13, 2007 Revised Joint Claim Construction Chart which has been agreed upon by all counsel of record. It has been revised to eliminate withdrawn claims.

Counsel is available should Your Honor have any questions.

Respectfully,

*Melanie K. Sharp*  (MTS #4764)

Melanie K. Sharp (No. 2501)

MKS:mts
cc:    Clerk of the Court (by Hand Delivery)
       William J. Marsden Jr., Esquire (by Email)
       Monté T. Squire, Esquire

065251.1001

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

## I. CLAIM CONSTRUCTION AGREED TO BY THE PARTIES

NICE Systems Inc. and Witness Systems Inc. agree to the proposed construction for the following claim terms:

| PATENT | RELEVANT CLAIM | CLAIM TERM | PROPOSED CONSTRUCTION |
|---|---|---|---|
| U.S. No. 5,396,371 | Claim 8 | partition | A portion of a random access storage (RAS) device. |
| U.S. No. 6,249,570 | Claims 6 and 7 | telephone call segments | Portions of a telephone call that are each bounded by telephony events. |
| U.S. No. 6,249,570 | Claims 6 and 7 | telephone call segment | Portion of a telephone call that is bounded by telephony events. |
| U.S. No. 6,249,570 | Claims 6 and 7 | lifetime of the telephone call | An entire telephone call. |
| U.S. No. 6,249,570 | Claim 7 | real-time link | A data link providing data regarding telephony events during the call at the occurrence of each telephony event |
| U.S. No. 6,728,345 | Claims 14 and 40[*] | telephone call segments | Portions of a telephone call that are each bounded by telephony events. |
| U.S. No. 6,728,345 | Claims 14 and 40 | telephone call segment | Portion of a telephone call that is bounded by telephony events. |
| U.S. No. 6,728,345 | Claims 14 and 40 | lifetime of a telephone call | An entire telephone call. |
| U.S. No. 6,728,345 | Claim 40 | participant | An entity that is involved in a phone call which can include people, voice response units or placeholders from parties being placed on hold. |
| U.S. No. 7,010,109 | Claim 1 | communication device | A device used for transmitting and/or receiving audio and/or video information. |
| U.S. No. 7,010,109 | Claim 1 | conference call | A multi-participant session, even if only two participants are present, one of which is a recording device. |
| U.S. No. 7,010,109 | Claim 1 | participant | A communication device or recording device which is present on a conference call. |

---

[*]    Claim 40 has been withdrawn by NICE as an asserted claim. Dependent Claim 48 is still being asserted and is a claim which depends from claim 40.

**NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)**

**DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART**

There are 24 non-duplicative claim terms in need of construction by the Court. These disputed claim terms along with the parties' respective proposed construction and citation to intrinsic support are set forth below. The parties have jointly filed an appendix containing copies of the intrinsic and extrinsic evidence relied on by each party.

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

## II. DISPUTED CLAIM TERMS AND PROPOSED CONSTRUCTIONS

| U.S. PATENT NO. 5,396,371 | NICE's DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE's PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. In a method of storing and retrieving audio from a digital audio logger, the steps comprising: | | | | |
| monitoring an audio source; | | | | |
| storing audio data from the audio source in a **buffer**, | | buffer | Memory used for temporary storage of data.<br><br>Intrinsic evidence:<br>Abstract<br>col. 2: 42<br>col. 2: 45-47<br>col. 3: 63-65 | Device in communication with the digital audio tape and the random access storage device that temporarily stores data.<br><br>Intrinsic evidence:<br>'371 Patent, 1:47-54, 2:40-54, 3:63-68, Figure 1, Abstract (WSNSDE0008692-99).<br><br>'371 Prosecution History, Amendment pg. 2, dated June 23, 1994 (WSNSDE0008667-70). |
| **writing the audio data from the buffer onto a digital audio tape and a random access storage device, and** | digital audio tape | digital audio tape | Tape used to store digital data.<br><br>Intrinsic evidence:<br>Abstract | Magnetic tape designed for storage of audio in digital form.<br><br>Intrinsic evidence:<br>'371 Patent, 1:50-53, 2:47-48, Figure 1 (WSNSDE0008692-99). |
| | | writing the audio data from | NICE has provided constructions for "buffer" and "digital audio | Transferring audio data from the buffer directly to both a digital |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 5,396,371 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| retrieving audio from the random access storage device while audio data is written into the digital audio tape and the random access storage device. | | the buffer onto a digital audio tape and a random access storage device | tape." The remaining words have a plain meaning that is clear and do not require further construction. NICE notes that Witness has withdrawn "random access storage device" as a claim term in need of construction.<br><br>Intrinsic evidence:<br><br>See citations to intrinsic evidence for "buffer" and "digital audio tape." | audio tape and a random access storage device simultaneously.<br><br>Intrinsic evidence:<br><br>'371 Patent, 1:50-53; 3:65-68, Abstract, Figure 1 (WSNSDE0008692-99),<br><br>'371 Prosecution History, Amendment pg. 2, dated June 23, 1994 (WSNSDE0008667-70).<br><br>'371 Prosecution History, Notice of Allowability pg. 2, dated September 19, 1994 (WSNSDE0008672-74) |
| 8. An audio data storage device, comprising: | | | | |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 5,396,371 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| a random access storage device having a primary partition for storing audio data and a secondary partition for storing means for locating data on said primary partition and a **pair of pointers** in communication with said random access memory, a first of said pointers being operated to transmit data to said random access storage device and the second of said pointers being operative to retrieve audio data from said random access storage device. | pair of pointers | | Digital information used to read data from and write data to a storage component.<br><br>Intrinsic evidence:<br><br>Fig. 1<br>col. 1: 55-68<br>col. 2: 48-54<br>col. 4: 1-20 | Two pointers facilitating the simultaneous retrieval of data from the random access storage device and the writing of data thereto.<br><br>Intrinsic evidence:<br><br>'371 Patent, Abstract, 1:55-67, 3:2-6, 4:20, 4:35-38 (WSNSDE0008692-99).<br><br>'371 Prosecution History, Amendment pg. 3, dated June 23, 2004 (WSNSDE0008667-70).<br><br>'371 Prosecution History, Notice of Allowability pg. 2, dated September 19, 1994 (WSNSDE0008672-74). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 6. A method for recording information regarding telephone calls comprising one or more segments, comprising: | | | | |
| (a) receiving audio data regarding one or more telephone call segments relating to one or more **telephone calls**, and data regarding **telephony events** associated with said telephone call segments; | | telephone call | "Telephone calls" has a plain meaning that is clear and does not require further construction. | Entire conversation with an entity from a caller's perspective, including transfers and conferences.<br><br>Intrinsic evidence:<br><br>'570 Patent, col. 8, ll. 5-11 (WSNSDE0009192-254). |
| | telephony events | telephony event | Actions or occurrences (e.g., called party and calling party numbers, trunk and channel ID, date and time or agent ID), which are related to telephone calls, that are detected by a computer program.<br><br>Intrinsic evidence:<br><br>Abstract<br>Fig. 4<br>Fig. 6<br>Fig. 7<br>Fig. 9<br>col. 1: 34-54<br>col. 2: 9-24<br>col. 3: 16-23 | Actions or occurrences detected by a computer program and that are related to what happens to a phone call (such as the initiation of the call, the addition or removal of callers, the transfer of the phone call, or the termination of the call), and are not identifying numbers. Agent-entered information is not data regarding telephone events.<br><br>Intrinsic evidence:<br><br>'570 Patent, 7:11-13; (WSNSDE0009192-254).<br><br>'345 Prosecution History, Second Preliminary Amendment, pg. 9, |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 6: 35-54<br>col. 7: 1-59<br>col. 8: 1-34<br>col. 8: 35-47<br>col. 10: 10-30<br>col. 14: 60 - col. 25: 47<br>col. 26: 55-64<br>col. 27: 6-64<br>col. 30: 16-23<br>col. 31: 10 - col. 32: 67<br>col. 62: 2 - col. 64: 34 | dated July 23, 2001 (WSNSDE0009486-98).<br><br>'706 Prosecution History, Second Preliminary Amendment, pg. 7-9, dated July 13, 2001 (WSNSDE050988-97).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 4, dated August 15, 2001 (WSNSDE0010051-56). |
| (b) storing the received audio data regarding telephone call segments; | | | | |
| (c) storing the received data regarding telephony events associated with said telephone call segments; | | | | |
| (d) identifying telephone call segments that relate to one telephone call; and | | | | |
| (e) *constructing a data representation of a lifetime of the telephone call using data regarding telephony events associated with the telephone call segments of the telephone call, wherein* | data representation | | Digital representation of data.<br><br>Intrinsic evidence:<br>Abstract<br>Fig. 10<br>Fig. 16 | Data structure that represents an object as a single identifiable entity.<br><br>Intrinsic evidence:<br>'570 Patent, col. 18, ll. 26-35; 28:40-51. (WSNSDE0009192-254). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| said data representation comprises, for each segment of the call, the location of the stored audio data of that segment and the start time, end time, and duration of that segment. | | | Fig. 16b<br>Fig. 18<br>col. 2: 52-3: 23<br>col. 3: 16-23<br>col. 5: 14 - col. 6: 16<br>col. 6: 29-67<br>col. 7: 1-28<br>col. 8: 34-65<br>col. 14: 12-37<br>col. 20: 53 - col. 22: 8<br>col. 24: 35-46<br>col. 25: 48 - col. 26: 8<br>col. 29: 6-15<br>col. 29: 37 - col. 30: 8<br>col. 31: 11 - col. 55: 57<br>col. 62: 2 - col. 64: 34 | |
| | | data representation of a lifetime of the telephone call | Data (e.g., voice information and/or metadata) representing an entire telephone call.<br><br>Intrinsic evidence:<br><br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 52 - col. 3: 23 | Call-centric data record of the telephone call that includes a detailed cumulative start-to-finish history of a telephone call, including all telephony events and participants. The data representation represents only the telephone call, is not event-centric, and is not constructed on a 1-to-1 basis for the events during the total lifetime of a call. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| US PATENT NO. 6,249,570 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 3: 16-23<br>col. 5: 14 - col. 6: 16<br>col. 6: 29-67<br>col. 7: 1-28<br>col. 8: 34-65<br>col. 14: 12-37<br>col. 20: 53 - col. 22: 8<br>col. 24: 35-46<br>col. 25: 48 - col. 26: 8<br>col. 29: 6-15<br>col. 29: 37 - col. 30: 8<br>col. 31: 11 - col. 55: 57<br>col. 62: 2 - col. 64: 34 | Intrinsic evidence:<br>'570 Patent, 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 28:40-29:15; 30:19-23; 33:17-20; 36:23-27; 36:47 – 38:65; 42:21-25; 54:18-26; Figs. 16, 16B; 7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23.<br>(WSNSDE0009192 -254). |
| | constructing a data representation of a lifetime of the telephone call using data regarding telephony events associated with the telephone call segments of the telephone call | | NICE has provided constructions for "data representation of a lifetime of the telephone call," "telephony events," "telephone call segments" and "telephone call." The remaining words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence:<br>See citations to intrinsic evidence for "data representation of a lifetime of the telephone call," "telephony events," "telephone call segments" and "telephone call." | Using data regarding telephony events to associate telephone call segments of a telephone call to form a data representation of the lifetime of the telephone call, and not using an identifier or key to form the data representation.<br><br>Intrinsic evidence:<br>'570 patent, 20:15-32; 26:55 – 27:6; 27:29-64; 31:39 – 32:50.<br>(WSNSDE0009192 -254).<br><br>'345 Prosecution History, Second Preliminary Amendment, pg. 9-10, |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| US PATENT NO. 6,249,570 | NICE's DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE's PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | dated July 23, 2001 (WSNSDE0009486-98). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 14. A method for recording information regarding telephone calls with three or more participants and comprising one or more participants and comprising one or more telephone call segments, comprising: | | | | |
| (a) receiving audio data regarding one or more telephone call segments; | | | | |
| (b) receiving data regarding telephony events associated with said telephone call segments; | telephony events | telephony event | Actions or occurrences (e.g., called party and calling party numbers, trunk and channel ID, date and time or agent ID), which are related to telephone calls, that are detected by a computer program.<br><br>Intrinsic evidence:<br><br>Abstract<br>Fig. 4<br>Fig. 6<br>Fig. 7<br>Fig. 9<br>col. 1: 37-57<br>col. 2: 12-27<br>col. 3: 16-26 | Actions or occurrences detected by a computer program and that are related to what happens to a phone call (such as the initiation of the call, the addition or removal of callers, the transfer of the phone call, or the termination of the call), and are not identifying numbers. Agent-entered information is not data regarding telephone events.<br><br>Intrinsic evidence:<br><br>'570 Patent, 7:11-13; (WSNSDE0009192-254).<br><br>'345 Patent, 7:11-13. (WSNSDE0009547-611). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE's PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 7: 1-59<br>col. 8: 1-34<br>col. 8: 35-47<br>col. 10: 11-34<br>col. 14: 65 - col. 25: 39<br>col. 26: 47-55<br>col. 26: 66 - col. 27: 56<br>col. 30: 8-15<br>col. 31: 4 - col. 32: 61<br>col. 64: 55 - col. 68: 42 | '345 Prosecution History, Second Preliminary Amendment, pg. 9, dated July 23, 2001 (WSNSDE0009486-98).<br><br>'706 Prosecution History, Second Preliminary Amendment, pg. 7-9, dated July 13, 2001 (WSNSDE050988-97).<br><br>'370 Prosecution History, Second Preliminary Amendment, pg. 4, dated August 15, 2001 (WSNSDE00100051-56). |
| (c) storing the received audio data regarding telephone call segments; | | | | |
| (d) storing the received data regarding telephone events regarding telephone events associated with said telephone call segments; | | | | |
| (e) identifying **telephone call** segments that relate to the same telephone call; and | | telephone call | "Telephone call" has a plain meaning that is clear and does not require further construction. | Entire conversation with an entity from a caller's perspective, including transfers and conferences.<br><br><u>Intrinsic evidence:</u><br>'570 Patent, col. 8, ll. 5-11. (WSNSDE0009192-254). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,728,345 | NICE's DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE's PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | '345 Patent, col. 8,ll 5-11. (WSNSDE0009547-611). |
| (f) constructing *data representations of lifetimes of telephone calls*, wherein said data representations are constructed using data regarding telephony events associated with telephone call segments. | data representations | | Digital representation of data.<br><br>Intrinsic evidence:<br><br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 55 - col. 3: 26<br>col. 3: 16-26<br>col. 5: 15 - col. 6: 16<br>col. 6: 29-67<br>col. 7: 1-28<br>col. 8: 34-65<br>col. 14: 18-43<br>col. 20: 56 - col. 21: 7<br>col. 24: 30-41<br>col. 25: 40-67<br>col. 28: 66 - col. 29: 8<br>col. 29: 29-67<br>col. 31: 4 - col. 58: 64<br>col. 64: 55 - col. 68: 42 | Data structure that represents an object as a single identifiable entity.<br><br>Intrinsic evidence:<br><br>'570 Patent, col. 18, ll. 26-35; 28:40-51. (WSNSDE0009192-254).<br><br>'345 Patent, col. 18, ll. 27-36l 28:32-44. (WSNSDE0009547-611). |
| | | data representations of lifetimes of | For each telephone call, data (e.g., voice information and/or metadata) representing an entire telephone | Call-centric data records of the telephone calls, where each record includes a detailed cumulative start- |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | telephone calls | Intrinsic evidence: <br><br> Abstract <br> Fig. 10 <br> Fig. 16 <br> Fig. 16b <br> Fig. 18 <br> col. 2: 55 - col. 3: 26 <br> col. 3: 16-26 <br> col. 5: 15 - col. 6: 16 <br> col. 6: 29-67 <br> col. 7: 1-28 <br> col. 8: 34-65 <br> col. 14: 18-43 <br> col. 20: 56 - col. 21: 7 <br> col. 24: 30-41 <br> col. 25: 40-67 <br> col. 28: 66 - col. 29: 8 <br> col. 29: 29-67 <br> col. 31: 4 - col. 58: 64 <br> col. 64: 55 - col. 68: 42 | to-finish history of a telephone call, including all telephony events and participants. Each data representation represents only a single telephone call, is not event-centric, and is not constructed on a 1-to-1 basis for the events during the total lifetime of a call. <br><br> Intrinsic evidence: <br><br> '570 Patent, 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 30:19-23; 33:17-20; 36:23-27; 36:47 – 38:65; 42:21-25; 54:18-26; Figs. 16, 16B 7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192-254). <br><br> '345 Patent, 5:20-23; 6:10-11; ; 7:11-28; 8:1-16; ; 8:35-47; 20:34-60; 21:34-38; 21:62-22:4; 30:11-15; 33:12-15; 36:23-26; 36:46-38:65; 43:48-53; 56:56-64; Figs. 16, 16B: 7:13-16; 20:37-63; 20:44-47; 26:9-12; 27:9-16; 28:37-40; 30:11-15. (WSNSDE0009547-611). |
| | | wherein said data representations are constructed | NICE has provided constructions for "data representation," "telephony events," and "telephone call segments." The remaining | Using data regarding telephony events to associate two or more segments of a telephone call to form a data representation of the |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | using data regarding telephony events associated with telephone call segments | words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence:<br>See citations to intrinsic evidence for data representation," "telephony events," and "telephone call segments." | lifetime of the telephone call, and not using identifiers or keys to form the data representations.<br><br>Intrinsic evidence:<br>'570 Patent, 20:15-32; 26:55 – 27:6; 27:29-64; 31:39 – 32:50. (WSNSDE0009192-254).<br><br>'345 Prosecution History, Second Preliminary Amendment, pg. 9-10, dated July 23, 2001 (WSNSDE0009486-98). |
| 40. A method for recording information regarding telephone calls comprising one or more telephone call segments, wherein said calls comprise calls wherein at least one participant participates in a plurality of segments, comprising: | | | | |
| (a) receiving audio data regarding one or more telephone call segments and data regarding telephone events associated with said telephone call segments; | | | | |
| (b) storing the received audio data regarding telephone | | | | |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| call segments; | | | | |
| (c) storing the received data regarding **telephony events** associated with said telephone call segments; | telephony events | telephony event | Actions or occurrences (e.g., called party and calling party numbers, trunk and channel ID, date and time or agent ID), which are related to telephone calls, that are detected by a computer program.<br><br>Intrinsic evidence:<br><br>Abstract<br>Fig. 4<br>Fig. 6<br>Fig. 7<br>Fig. 9<br>col. 1: 37-57<br>col. 2: 12-27<br>col. 3: 16-26<br>col. 7: 1-59<br>col. 8: 1-34<br>col. 8: 35-47<br>col. 10: 11-34<br>col. 14: 65 - col. 25: 39<br>col. 26: 47-55<br>col. 26: 66 - col. 27: 56<br>col. 30: 8-15<br>col. 31: 4 - col. 32: 61<br>col. 64: 55 - col. 68: 42 | Actions or occurrences detected by a computer program and that are related to what happens to a phone call (such as the initiation of the call, the addition or removal of callers, the transfer of the phone call, or the termination of the call), and are not identifying numbers. Agent-entered information is not data regarding telephone events.<br><br>Intrinsic evidence:<br><br>'570 Patent, 7:11-13; (WSNSDE0009192-254).<br><br>'345 Patent, 7:11-13. (WSNSDE0009547-611).<br><br>'345 Prosecution History, Second Preliminary Amendment, pg. 9, dated July 23, 2001 (WSNSDE0009486-98).<br><br>'706 Prosecution History, Second Preliminary Amendment, pg. 7-9, dated July 13, 2001 (WSNSDE0509988-97).<br><br>'370 Prosecution History, Second |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,728,345 | NICE's DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | Preliminary Amendment, pg. 4, dated August 15, 2001 (WSNSDE0010051-56). |
| (d) identifying **telephone call** segments that relate to one telephone call; | | telephone call | "Telephone call" has a plain meaning that is clear and does not require further construction. | Entire conversation with an entity from a caller's perspective, including transfers and conferences.<br><br>Intrinsic evidence:<br><br>'570 Patent, col. 8, ll. 5-11. (WSNSDE0009192-254).<br><br>'345 Patent, col. 8,ll 5-11. (WSNSDE0009547-611). |
| (e) identifying multiple call segments that have the same participant; and | | | | |
| (f) constructing *data representations of lifetimes of telephone calls*, wherein each data representation of a telephone call is constructed using data regarding telephony events associated with the telephone call segments of the telephone call. | data representations | | Digital representation of data.<br><br>Intrinsic evidence:<br><br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 55 - col. 3: 26<br>col. 3: 16-26<br>col. 5: 15 - col. 6: 16 | Data structure that represents an object as a single identifiable entity.<br><br>Intrinsic evidence:<br><br>'570 Patent, col. 18, ll. 26-35; 28:40-51. (WSNSDE0009192-254).<br><br>'345 Patent, col. 18, ll. 27-36; 28l.:32-44.. (WSNSDE0009547-611). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 6: 29-67 | |
| | | | col. 7: 1-28 | |
| | | | col. 8: 34-65 | |
| | | | col. 14: 18-43 | |
| | | | col. 20: 56 - col. 21: 7 | |
| | | | col. 24: 30-41 | |
| | | | col. 25: 40-67 | |
| | | | col. 28: 66 - col. 29: 8 | |
| | | | col. 29: 29-67 | |
| | | | col. 31: 4 - col. 58: 64 | |
| | | | col. 64: 55 - col. 68: 42 | |
| | | data representation of lifetimes of telephone calls | For each telephone call, data (e.g., voice information and/or metadata) representing an entire telephone call.<br><br>Intrinsic evidence:<br><br>Abstract<br>Fig. 10<br>Fig. 16<br>Fig. 16b<br>Fig. 18<br>col. 2: 55 - col. 3: 26<br>col. 3: 16-26<br>col. 5: 15 - col. 6: 16<br>col. 6: 29-67<br>col. 7: 1-28 | Call-centric data record of the telephone calls, where each record includes a detailed cumulative start-to-finish history of a telephone call, including all telephony events and participants. Each data representation represents only a single telephone call, is not event-centric, and is not constructed on a 1-to-1 basis for the events during the total lifetime of a call.<br><br>Intrinsic evidence:<br><br>'570 Patent, 5:20-23; 6:10-11; 7:11-28; 8:1-16; 8:35-47; 20:34-60; 21:31-35; 21:59-22:1; 30:19-23; 33:17-20; 36:23-27; 36:47 – 38:65; 42:21-25; 54:18-26; Figs. 16, 16B; |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,728,345 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 8: 34-65<br><br>col. 14: 18-43<br><br>col. 20: 56 - col. 21: 7<br><br>col. 24: 30-41<br><br>col. 25: 40-67<br><br>col. 28: 66 - col. 29: 8<br><br>col. 29: 29-67<br><br>col. 31: 4 - col. 58: 64<br><br>col. 64: 55 - col. 68: 42 | 7:13-16; 20:34-60; 25:52-55; 26:16-20; 27:18-24; 28:45-48; 30:19-23. (WSNSDE0009192-254).<br><br>'345 Patent, 5:20-23; 6:10-11; ; 7:11-28; 8:1-16; ; 8:35-47; 20:34-60; 21:34-38; 21:62-22:4; 30:11-15; 33:12-15; 36:23-26; 36:46-38:65; 43:48-53; 56:56-64; Figs. 16, 16B: 7:13-16; 20:37-63; 20:44-47; 26:9-12; 27:9-16; 28:37-40; 30:11-15. (WSNSDE0009547-611). |
| | | wherein each data representation of a telephone call is constructed using data regarding telephony events associated with the telephone call segments of the telephone call | NICE has provided constructions for "data representation," "telephony events," "telephone call segments" and "telephone call." The remaining words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence:<br><br>See citations to intrinsic evidence for "data representation," "telephony events," "telephone call segments" and "telephone call." | Using data regarding telephony events to associate two or more segments of a telephone call to form a data representation of the lifetime of the telephone call, and not using identifier or key to form the data representations.<br><br>Intrinsic evidence:<br><br>'570 patent, 20:15-32; 26:55 – 27:6; 27:29-64; 31:39 – 32:50. (WSNSDE0009192-254).<br><br>'345 Patent, 20:18-36; 26:47-65; 27:21-56; 31:32-32:31. (WSNSDE0009547-611).<br><br>'345 Prosecution History, Second |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,728,345 | NICE's DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE's PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | Preliminary Amendment, pg. 9-10, dated July 23, 2001 (WSNSDE0009486-98). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,775,372 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. A multi-stage data logging system comprising: | | | | |
| a) a **telecommunications ("telecom") stage** receiving input from a plurality of communication channels; | telecommunications ("telecom") stage | telecommunications ("telecom") stage | The stage that serves to capture and pre-process signals from two or more communication channels and interfaces with the recorder stage.<br><br>Intrinsic evidence:<br>Figs. 4-6<br>col. 6: 61-69<br>col. 7: 51 - col. 9: 53<br>'372 Prosecution History, Response, pp. 9-11 (Oct. 2001) | Device that receives input from communication channels passively, and is not part of the communications system.<br><br>Intrinsic evidence:<br>'372 Patent, 2:57-64, 3:2-6, 7:60-8:5, 9:11-60 (WSNSDE0009798-813).<br><br>'372 Prosecution History, Amendment pgs. 9-10, dated September 24, 2001 (WSNSDE0009690-704). |
| b) a recorder stage having one or more recorders, at least one recorder logging data associated with information transmitted on at least one of said plurality of communication channels; | | | | |
| c) a **distribution stage** providing access to data logged in the recorder stage; | distribution stage | | The stage that serves for retrieval of recorded information and providing it in a human recognizable form and/or serves for archiving the | Plain meaning. |

Page 21 of 36

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,775,372 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | recorded information to removable storage.<br><br>Intrinsic evidence:<br>Figs. 4-6<br>col. 3: 17-24<br>col. 3: 45-48<br>col. 6: 68 - col. 7: 10<br>col. 7: 20-28<br>col. 11: 42 - col. 12: 68<br>col. 14: 11-40<br>'372 Prosecution History, Response, p. 9 (Oct. 2001)<br>'372 Prosecution History, Response, pp. 4-6 (Jun. 2003) | |
| d) a first interface linking the telecom and the recorder stages and a second interface linking the recorder and the distribution stages; | | | | |
| wherein at least two stages of the system are physically separable and in operation can be located wide distances apart. | | | | |
| 33. The data logging system of claim 32, wherein the network server is a **Web server**. | | Web server | A component that provides access to information accessible from a computer connected to the Internet | A computer that receives a request for stored data, retrieves the stored data, and transfers the data over the |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,775,372 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | or an intranet.<br><br>Intrinsic evidence:<br><br>Figs. 4-6<br>col. 4: 51-60<br>col. 7: 20-28<br>col. 10: 57-59<br>col. 12: 12-53<br>col. 14: 11-40<br>'372 Prosecution History, Response, p. 13 (Oct. 2001) | World Wide Web.<br><br>Intrinsic evidence:<br>'372 Patent, 4:51-58,12:11-43 (WSNSDE0009798-813).<br><br>'372 Prosecution History, Amendment pg. 13, dated September 24, 2001 (WSNSDE0009690-704). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. A method for accessing information in at least one digital logger storing data associated with input from a plurality of input channels, comprising: | | | | |
| at a **Web server** having access to said at least one **digital logger, receiving a request for retrieval of stored data** from a client; | | Web server | A component that provides access to information accessible for a computer connected to the Internet or an intranet.<br><br>Intrinsic evidence:<br>Fig. 6<br>col. 4: 66-67<br>col. 5: 1-12<br>col. 12: 65 - col. 13: 55<br>col. 15: 7-36 | Computer that receives a request for stored data, retrieves the stored data, and transfers the data over the World Wide Web.<br><br>Intrinsic evidence:<br>•920 Patent, 4:66-67; 5:1-8, 13:3-39; 15:6-20, 15:30-33 (WSNSDE0010348-63).<br><br>•372 Patent, 4:51-58,12:11-43 (WSNSDE0009798-813).<br><br>•372 Prosecution History, Amendment pg. 13, dated September 24, 2001 (WSNSDE0009690-704)<br><br>•920 Prosecution History, Notice of Allowability, pg. 2, dated October 4, 2004 (WSNSDE0010330-32). |
| | digital logger | digital logger | A device, system or software for | A device, system or software for |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | recording, in digital form, audio data representing multiple concurrent telephone calls. Intrinsic evidence: col. 1: 51-57 col. 5: 1-12 col. 6: 66 - col. 7: 16 '372 Prosecution History, Response, pp. 8-11 (Oct. 2001) | recording audio in digital form. Intrinsic evidence: '920 Patent, FIGs. 1 and 4, 5:1-12, 5:42-60, 6:25-28, 6:56-57, 5: 7:9-14, 7:38-54, 10:13-23, 10: 26-31, 13:3-7, 13:21-28, (WSNSDE0010348-363). '920 Prosecution History, Response to Sept. 17, 2003 Office Action pg. 6, dated February 11, 2004 (WSNSDE0010247-55). |
| | | receiving a request for retrieval of stored data | This claim phrase has a plain meaning that is clear and does not require construction. Intrinsic evidence: Figs. 4-6 col. 4: 29-33 col. 4: 57-67 col. 5: 1-12 col. 10: 66 - col. 11: 41 col. 12: 65 - col. 13: 40 col. 15: 7-36 claims 2-6, 16-28 | The Web server receives a request for retrieval of data stored in the digital logger. Intrinsic evidence: '920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:21-28; 15:17-20 (WSNSDE0010348-363). |
| **retrieving stored data** in accordance with the | | retrieving stored data | This claim phrase has a plain meaning that is clear and does not | The Web server retrieves data stored in the digital logger. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| received request; and | | | require construction.<br><br>Intrinsic evidence:<br>Figs 4-6<br>col. 4: 29-33<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | Intrinsic evidence:<br>'920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:14-28; 15:17-20 (WSNSDE0010348-363). |
| **transferring the retrieved data** to the client. | | transferring the retrieved data | This claim phrase has a plain meaning that is clear and does not require construction.<br><br>Intrinsic evidence:<br>Figs 4-6<br>col. 4: 29-33<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | The Web server sends the data retrieved from the digital logger.<br><br>Intrinsic evidence:<br>'920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:21-28; 15:17-20 (WSNSDE0010348-363). |
| 16. A method for accessing information stored by at least one digital logger storing data associated with input from a plurality of communication | | | | |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| channels, comprising: | | | | |
| at a **Web server** having access to said information stored by at least one **digital logger** over a communications network, **receiving a request for retrieval of stored data** from a user; | | Web server | A component that provides access to information accessible for a computer connected to the Internet or an intranet.<br><br>Intrinsic evidence:<br>Fig. 6<br>col. 4: 66-67<br>col. 5: 1-12<br>col. 12: 65 - col. 13: 55<br>col. 15: 7-36 | Computer that receives a request for stored data, retrieves the stored data, and transfers the data over the World Wide Web.<br><br>Intrinsic evidence:<br>'920 Patent, 4:66-67; 5:1-8, 13:3-39; 15:6-20, 15:30-33 (WSNSDE0010348-63);<br><br>'372 Patent, 4:51-58,12:11-43 (WSNSDE0009798-813).<br><br>'372 Prosecution History, Amendment pg. 13, dated September 24, 2001 (WSNSDE0009690-704)<br><br>'920 Prosecution History, Notice of Allowability, pg. 2, dated October 4, 2004 (WSNSDE0010330-32). |
| | digital logger | digital logger | A device, system or software for recording, in digital form, audio data representing multiple concurrent telephone calls.<br><br>Intrinsic evidence:<br>col. 1: 51-57 | A device, system or software for recording audio in digital form.<br><br>Intrinsic evidence:<br>'920 Patent, FIGs. 1 and 4, 5:1-12, 5:42-60, 6: 25-28, 6: 56-57, 5: 7:9-14, 7:38-54, 10:1323, 10: 26-31, |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 5: 1-12 <br> col. 6: 66 - col. 7: 16 <br> '372 Prosecution History, Response, pp. 8-11 (Oct. 2001) | 13:3-7, 13:21-28, (WSNSDE0010348-363). <br> '920 Prosecution History, Response to Sept. 17, 2003 Office Action pg. 6, dated February 11, 2004 (WSNSDE0010247-55). |
| | | receiving a request for retrieval of stored data | This claim phrase has a plain meaning that is clear and does not require construction. <br><br> Intrinsic evidence: <br> Figs. 4-6 <br> col. 4: 29-33 <br> col. 4: 57-67 <br> col. 5: 1-12 <br> col. 10: 66 - col. 11: 41 <br> col. 12: 65 - col. 13: 40 <br> col. 15: 7-36 <br> claims 2-6, 16-28 | The Web server receives a request for retrieval of data stored in the digital logger. <br><br> Intrinsic evidence: <br> '920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:21-28; 15:17-20 (WSNSDE0010348-363). |
| retrieving said stored data from said information in accordance with the received request; and | | retrieving stored data | This claim phrase has a plain meaning that is clear and does not require construction. <br><br> Intrinsic evidence: <br> Figs. 4-6 <br> col. 4: 29-33 <br> col. 5: 1-12 | The Web server retrieves data stored in the digital logger. <br><br> Intrinsic evidence: <br> '920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:21-28; 15:17-20 (WSNSDE0010348-363). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 10: 66 - col. 11: 41<br><br>col. 12: 65 - col. 13: 40<br><br>col. 15: 7-36<br><br>claims 2-6, 16-28 | |
| **transferring the retrieved data** to the client. | | transferring the retrieved data | This claim phrase has a plain meaning that is clear and does not require construction.<br><br>Intrinsic evidence:<br>Figs 4-6<br>col. 4: 29-33<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36<br>claims 2-6, 16-28 | The Web server sends the data retrieved from the digital logger.<br><br>Intrinsic evidence:<br>'920 Patent, 1:14-17; 4:66-67; 5:5-6; 13:14-28; 15:17-20 (WSNSDE0010348-363). |
| 21. The method of claim 16 wherein the step of **retrieving stored data** comprises accessing archived data at the **Web server** corresponding to **a record of a communication channel** made by said at least one **digital logger**. | | retrieving stored data | This claim phrase has a plain meaning that is clear and does not require construction.<br><br>Intrinsic evidence:<br>Figs. 4-6<br>col. 4: 29-33<br>col. 5: 1-12<br>col. 10: 66 - col. 11: 41<br>col. 12: 65 - col. 13: 40<br>col. 15: 7-36 | The Web server retrieves data stored in the digital logger.<br><br>Intrinsic evidence:<br>'920 Patent, 1:14-17; 13:14-28 (WSNSDE0010348-363). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | claims 2-6, 16-28 | |
| | | Web server | A component that provides access to information accessible for a computer connected to the Internet or an intranet.<br><br>Intrinsic evidence:<br>Fig. 6<br>col. 4: 66-67<br>col. 5: 1-12<br>col. 12: 65 - col. 13: 55<br>col. 15: 7-36 | A computer that receives a request for stored data, retrieves the stored data, and transfers the data over the World Wide Web.<br><br>Intrinsic evidence:<br>'920 Patent, 4:66-67; 5:1-8, 13:3-39; 15:6-20, 15:30-33 (WSNSDE0010348-63);<br><br>'372 Patent, 4:51-58,12:11-43 (WSNSDE0009798-813).<br><br>'372 Prosecution History, Amendment pg. 13, dated September 24, 2001 (WSNSDE0009690-704);<br><br>'920 Prosecution History, Notice of Allowability, pg. 2, dated October 4, 2004 (WSNSDE0010330-32). |
| | | record of a communication channel | Stored voice and/or call information received from a communication channel.<br><br>Intrinsic evidence:<br>col. 1: 40-52<br>col. 2: 7-16 | Record corresponding to a communication channel.<br><br>Intrinsic evidence:<br>'920 Patent, 9:19-21; 11:14-19; 11:46-47 (WSNSDE051297-99). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

**DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART**

| U.S. PATENT NO. 6,870,920 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 2: 37-38<br>col. 3: 1-4<br>col. 5: 1-12<br>col. 8: 11-25<br>col. 9: 18-21<br>col. 10: 30-41<br>col. 11: 10-41<br>col. 13: 7-13 | |
| | digital logger | digital logger | A device, system or software for recording, in digital form, audio data representing multiple concurrent telephone calls.<br><br>Intrinsic evidence:<br><br>col. 1: 51-57<br><br>col. 5: 1-12<br><br>col. 6: 66 - col. 7: 16<br><br>'372 Prosecution History, Response, pp. 8-11 (Oct. 2001) | A device, system or software for recording audio in digital form.<br><br>Intrinsic evidence:<br><br>•920 Patent, FIGs. 1 and 4, 5:1-12, 5:42-60, 6:25-28, 6: 56-57, 5: 7:9-14, 7:38-54, 10:1323, 10: 26-31, 13:3-7, 13:21-28, (WSNSDE0010348-363).<br><br>•920 Prosecution History, Response to Sept. 17, 2003 Office Action pg. 6, dated February 11, 2004 (WSNSDE0010247-55). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 7,010,109 | NICE's DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE's PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| 1. A method for recording at least a portion of one or more of a plurality of IP data sessions, each being between at least a first communication device and a second communication device through a network by a recording device, comprising for each IP data session: | | | | |
| initiating the data session by said first communication device with said second communication device; | | | | |
| implementing the data session as a conference call *through a conference controller* such that said first and second communication devices are connected, respectively, as first and second participants; | conference controller | conference controller | A component that initiates, enables and/or establishes a conference call. Intrinsic evidence: col. 2: 27-32 col. 3: 39-43 col. 5: 9-10 col. 5: 46-52 col. 6: 21-23 col. 6: 59-63 | Device that initiates, establishes and enables a conference call. Intrinsic evidence: '109 Patent, 5:6-10; 5:46-52; 6:17-32; 6:58-63 (WSNSDE0010653-67). Prosecution History of U.S. Pat. No. 7,010,106 ('106 Prosecution History), Response to Final, pg. 20-21, dated September 11, 2005 (WSNSDE051234-55). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 7,010,109 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | '109 Prosecution History, Amendment Under 37 C.F.R. 1.111, pg. 26-27, dated October 6, 2005 (WSNSDE0010597-625). |
| | | through a conference controller | By use of a conference controller.<br><br>Intrinsic evidence:<br><br>col. 5: 9-14 | The data packet transmissions of the IP data session pass through the conference controller.<br><br>Intrinsic evidence:<br><br>'124 Application, pg. 3; (WSNSDE051300-22).<br><br>'109 Patent, 2:5-12; 2:27-31; 5:2-10; 5:22-6:2; 6:17-32; 6:58-63 (WSNSDE0010653-67).<br><br>'106 Prosecution History, Response, pg. 6-7, dated December 19, 2004 (WSNSDE051165-72).<br><br>'109 Prosecution History, Amendment Under 37 C.F.R. 1.111, pg. 26-27, dated October 6, 2005 (WSNSDE0010597-625). |
| using the conference controller, selectively entering the recording device to said conference call as an additional | | recording device | A device which records IP audio and/or video data.<br><br>Intrinsic evidence: | Participant to a session that receives data for recording and monitoring and does not require an additional connection or port in the network. |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 7,010,109 | NICE'S DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE'S PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| **participant,** wherein the recording device is distinct from the first and second communication devices yet receives as the additional participant at least the **portion of the IP data session** from each of the first and second participants; and | | | col. 2: 2-8 | Intrinsic evidence:<br>'109 Patent, 4:44 – 5:5; 5:32-51; 6:16-45. (WSNSDE0010653-67). |
| | | entering the recording device to said conference call as an additional participant | NICE has provided constructions for "recording device," "conference call," and the parties have agreed to a construction for "participant." The remaining words have a plain meaning that is clear and do not require further construction.<br><br>Intrinsic evidence:<br>See citations to intrinsic evidence for "recording device" and "conference call." | Joining the recording device to the conference call as an additional participant after the conference call has been established between the first and second participants.<br><br>Intrinsic evidence:<br>This is based on the plain language of the claim. |
| | IP data session | | Communication which includes transmission of IP audio and/or video data.<br><br>Intrinsic evidence:<br>col. 1: 40-41<br>col. 2: 8-12<br>col. 3: 15-22 | The plurality of data packet transmission between any two or more communication devices.<br><br>Intrinsic evidence:<br>'109 Patent, col. 1, ll. 38-55; 2:5-12; 3:15-25; 3:36-43; 4:9-16; 4:65-5:5; 5:22-39; 5:53-6:2; 6:11-13; |

Page 34 of 36

NICE *v.* Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 7,010,109 | NICE's DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE's PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | col. 4: 9-24 | 6:17-32; (WSNSDE0010653-67).<br><br>Provisional Application No. 60/228,124 (the '124 Application), pg. 3 (WSNSDE051300-22).<br><br>'106 Prosecution History, Response, pg. 6-7, dated December 19, 2004 (WSNSDE051165-72), Response, pg. 9; dated April 14, 2005 (WSNSDE051208-16), Response to Final, pg. 20-21, dated September 11, 2005 (WSNSDE051234-55).<br><br>'109 Prosecution History, Amendment Under 37 C.F.R. 1.111, pg. 25-26, dated October 6, 2005. (WSNSDE0010597-625). |
| | | the portion of the IP data session | At least a part of one or more of a plurality of IP data sessions.<br><br><u>Intrinsic evidence:</u><br><br>col. 3: 23-25<br><br>col. 7: 6-7 | All the data packets transmitted between the first and second participants during the part of the IP data session being recorded.<br><br><u>Intrinsic evidence:</u><br><br>'109 Patent, col. 1, ll. 38-55; 2:5-12; 3:15-25; 3:36-43; 4:9-16; 4:65-5:5; 5:22-39; 5:53-6:2; 6:11-13; 6:17-32; (WSNSDE0010653-67). |

NICE v. Witness, Civil Action No. 06-311-JJF (D. Del.)

DECEMBER 13, 2007 REVISED JOINT CLAIM CONSTRUCTION CHART

| U.S. PATENT NO. 7,010,109 | NICE's DISPUTED CLAIM TERMS | WITNESS' DISPUTED CLAIM TERMS | NICE's PROPOSED CONSTRUCTION | WITNESS' PROPOSED CONSTRUCTION |
|---|---|---|---|---|
| | | | | Provisional Application No. 60/228,124 (the '124 Application), pg. 3, paragraphs 1 and 2; (WSNSDE051300-22).<br><br>'106 Prosecution History, Response, pg. 6-7, dated December 19, 2004 (WSNSDE051165-72), Response, pg. 9; dated April 14, 2005; (WSNSDE051208-16), Response to Final, pg. 20-21, dated September 11, 2005; (WSNSDE051234-55).<br><br>'109 Prosecution History, Amendment Under 37 C.F.R. 1.111, pg. 25-26, dated October 6, 2005. (WSNSDE0010597-625). |
| recording at least the portion of the IP data session received as the additional participant of said conference call using said recording device. | | | | |