IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., and<br>NICE SYSTEMS, LTD.<br><br>      Plaintiffs<br><br>v.<br><br>WITNESS SYSTEMS, INC.<br><br>      Defendant | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-311-JJF<br>:<br>:<br>:<br>: |

### ORDER

WHEREAS, on November 2, 2007, Defendant filed a Motion for Partial Summary Judgment on Laches (D.I. 242) and a Motion for Partial Summary Judgment on Lack of Willful Infringement (D.I. 245);

WHEREAS, on November 29, 2007, briefing was completed on both of the above Motions;

WHEREAS, the Court finds that genuine issues of material fact exist with respect to the applicability of the doctrine of laches and willful infringement, such that summary judgment under Rule 56(c) of the Federal Rules of Civil Procedure is inappropriate.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion for Partial Summary Judgment on Laches (D.I. 242) and Motion for Partial Summary Judgment on Lack of Willful Infringement (D.I. 245) are **DENIED**.

December 18, 2007

                                                      _/s/ Joseph J. Farnan_
                                                   UNITED STATES DISTRICT JUDGE