IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and NICE SYSTEMS LTD., <br><br>  Plaintiffs, <br><br> v. <br><br> WITNESS SYSTEMS, INC., <br><br>  Defendant. | Civil Action No. 06-311-JJF |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jonathan Lamberson to represent defendant Witness Systems, Inc., in this matter.

Dated: January 3, 2008                    FISH & RICHARDSON P.C.

                        By: /s/ Kyle Wagner Compton
                            William J. Marsden, Jr. (#2247)
                            Kyle Wagner Compton (#4693)
                            919 N. Market Street, Suite 1100
                            P.O. Box 1114
                            Wilmington, DE 19899-1114
                            Tel: (302) 652-5070
                            marsden@fr.com
                            kcompton@fr.com

                        Attorneys for Defendant
                        Witness Systems, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2008        _____
                            Honorable Joseph J. Farnan, Jr.
                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: /s/ Jonathan Lamberson

Date: 1-2-08

Jonathan Lamberson
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2008, I electronically filed with the Clerk of Court the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll<br>Melanie K. Sharp<br>Karen E. Keller<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

I also certify that on January 3, 2008, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall<br>Daniel DiNapoli<br>Joseph M. Drayton<br>Robert R. Laurenzi<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

/s/ *Kyle Wagner Compton*
Kyle Wagner Compton

80053581.doc