IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and NICE SYSTEMS LTD,<br><br>        Plaintiffs,<br><br>   v.<br><br>WITNESS SYSTEMS, INC.<br><br>        Defendant. | Civil Action No. 06-311 |

**DEFENDANT WITNESS SYSTEMS, INC.'S AMENDED PROPOSED FORM OF**
<u>**SPECIAL JURY VERDICT**</u>

    FISH & RICHARDSON P.C.
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    FISH & RICHARDSON P.C.
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, DE 19899-1114

    Nagendra Setty (pro hac vice)
    Daniel A. Kent (pro hac vice)
    Noah C. Graubart (pro hac vice)
    FISH & RICHARDSON P.C.
    1180 Peachtree Street, N.E., 21st Floor
    Atlanta, GA 30309

    ATTORNEYS FOR DEFENDANT
    WITNESS SYSTEMS, INC.

Dated: January 4, 2008

**<u>DEFENDANT'S AMENDED PROPOSED FORM OF SPECIAL JURY VERDICT</u>**

      We, the jury in the above-titled action, find the following special verdict on the questions submitted to us:

**FOR EACH OF THE SIX PATENTS, PLEASE ANSWER BOTH THE INFRINGEMENT AND INVALIDITY QUESTIONS:**

**<u>THE '570 PATENT</u>**

1) Do you find by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 6,249,570?

    Claim 6    YES _____        NO_____

2) Do you find by clear and convincing evidence that U.S. Patent No. 6,249,570 is invalid?

    Claim 6    YES _____        NO_____

3) If you found that Witness Systems infringed U.S. Patent No. 6,249,570, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

    Claim 6    YES _____        NO_____

**<u>THE '345 PATENT</u>**

4) Do you find by a preponderance of the evidence that Witness Systems infringed the U.S. Patent No. 6,728,345?

    Claim 14    YES _____        NO_____

    Claim 48    YES _____        NO_____

5) Do you find by clear and convincing evidence that U.S. Patent No. 6,728,345 is invalid?

    Claim 14    YES _____        NO_____

    Claim 48    YES _____        NO_____

6) If you found that Witness Systems infringed U.S. Patent No. 6,728,345, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

    Claim 14    YES _____        NO_____

    Claim 48    YES _____        NO_____

**THE '371 PATENT**

7) Do you find by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 5,396,371?

    Claim 1    YES _____    NO_____

    Claim 8    YES _____    NO_____

8) Do you find by clear and convincing evidence that U.S. Patent No. 5,396,371 is invalid?

    Claim 1    YES _____    NO_____

    Claim 8    YES _____    NO_____

9) If you found that Witness Systems infringed U.S. Patent No. 5,396,371, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

    Claim 1    YES _____    NO_____

    Claim 8    YES _____    NO_____

**THE '109 PATENT**

10) Do you find by a preponderance of the evidence that Witness Systems infringed the U.S. Patent No. 7,010,109?

    Claim 1    YES _____    NO_____

    Claim 6    YES _____    NO_____

11) Do you find by clear and convincing evidence that U.S. Patent No. 7,010,109 is invalid?

    Claim 1    YES _____    NO_____

    Claim 6    YES _____    NO_____

12) If you found that Witness Systems infringed U.S. Patent No. 7,010,109, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

    Claim 1    YES _____    NO_____

    Claim 6    YES _____    NO_____

**THE '372 PATENT**

13) Do you find by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 6,775,372?

    Claim 1    YES _____    NO_____

    Claim 15    YES _____    NO_____

    Claim 33    YES _____    NO_____

14) Do you find by clear and convincing evidence that U.S. Patent No. 6,775,372 is invalid?

    Claim 1    YES _____    NO_____

    Claim 15    YES _____    NO_____

    Claim 33    YES _____    NO_____

15) If you found that Witness Systems infringed U.S. Patent No. 6,775,372, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

    Claim 1    YES _____    NO_____

    Claim 15    YES _____    NO_____

    Claim 33    YES _____    NO_____

**THE '920 PATENT**

16) Do you find by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 6,870,920?

    Claim 1    YES _____    NO_____

    Claim 16    YES _____    NO_____

    Claim 21    YES _____    NO_____

17) Do you find by clear and convincing evidence that U.S. Patent No. 6,870,920 is invalid?

    Claim 1    YES _____    NO_____

    Claim 16    YES _____    NO_____

    Claim 21    YES _____    NO_____

18) If you found that Witness Systems infringed U.S. Patent No. 6,870,920, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

        Claim 1       YES _____                   NO_____

        Claim 16     YES _____                   NO_____

        Claim 21     YES _____                   NO_____

**PLEASE STOP HERE IF YOU HAVE FOUND *NONE* OF THE PATENTS ABOVE TO BE BOTH INFRINGED AND <u>NOT</u> INVALID**


**PLEASE CONTINUE IF YOU HAVE FOUND ONE OR MORE OF THE PATENTS ABOVE TO BE BOTH INFRINGED AND <u>NOT</u> INVALID**

19) If you found that a claim of U.S. Patent No. 6,249,570 is both infringed and <u>not</u> invalid, what amount of reasonable royalty, if any, do you award to NICE for infringement of that patent?

       $ _____

20) If you found that a claim of U.S. Patent No. 6,728,345 is both infringed and <u>not</u> invalid, what amount of reasonable royalty, if any, do you award to NICE for infringement of that patent?

       $ _____

21) If you found that a claim of U.S. Patent No. 5,396,371 is both infringed and <u>not</u> invalid, what amount of reasonable royalty, if any, do you award to NICE for infringement of that patent?

       $ _____

22) If you found that a claim of U.S. Patent No. 7,010,109 is both infringed and <u>not</u> invalid, what amount of reasonable royalty, if any, do you award to NICE for infringement of that patent?

       $ _____

23) If you found that a claim of U.S. Patent No. 6,775,372 is both infringed and <u>not</u> invalid, what amount of reasonable royalty, if any, do you award to NICE for infringement of that patent?

       $ _____

24) If you found that a claim of U.S. Patent No. 6,870,920 is both infringed and <u>not</u> invalid, what amount of reasonable royalty, if any, do you award to NICE for infringement of that patent?

$ _____

25) If you found that NICE is entitled to <u>lost profits</u> damages, what amount of lost profits do you award to NICE for infringement of that patent?

$ _____

26) Do you find by a preponderance of evidence that NICE unreasonably delayed filing this lawsuit for infringement, and prejudiced Witness Systems, such that the defense of laches applies?*

Yes \_\_\_    No \_\_\_

27) Do you find by a preponderance of evidence that NICE unreasonably delayed filing this lawsuit, Witness Systems relied on that conduct, and Witness Systems was prejudiced, such that the defense of equitable estoppel applies?*

Yes \_\_\_    No \_\_\_

---

* Subject to Pending Motion *in Limine*.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of January, 2008, I electronically filed with the Clerk of Court the foregoing Defendant Witness System Inc.'s Amended Proposed Form of Special Jury Verdict using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll | *Attorneys for Plaintiffs* |
| Melanie K. Sharp | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Karen E. Keller | |
| Mary Dugan | |
| Young, Conaway, Stargatt & Taylor, LLP | |
| 1000 West Street, 17th Floor | |
| P.O. Box 391 | |
| Wilmington, DE 19899 | |

I also certify that on January 4, 2008, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall | *Attorneys for Plaintiffs* |
| Daniel DiNapoli | *Nice Systems Ltd. and Nice Systems, Inc.* |
| Joseph M. Drayton | |
| Robert R. Laurenzi | |
| Kaye Scholer LLP | |
| 425 Park Avenue | |
| New York, NY 10022 | |

                                                   */s/Kyle Wagner Compton*
                                                   Kyle Wagner Compton