IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and NICE SYSTEMS LTD,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.<br><br>    *Defendant*. | C.A. No. 06-311-JJF |

### DEFENDANT WITNESS SYSTEMS INC.'S PROPOSED VOIR DIRE

                                      FISH & RICHARDSON P.C.
                                      William J. Marsden, Jr. (#2247)
                                      Kyle Wagner Compton (#4693)
                                      919 N. Market Street, Suite 1100
                                      P. O. Box 1114
                                      Wilmington, DE  19899-1114
                                      Telephone:  (302) 652-5070

                                      Nagendra Setty (*pro hac vice*)
                                      Daniel A. Kent (*pro hac vice*)
                                      1180 Peachtree Street, NE, 21st Floor
                                      Atlanta, GA 30309
                                      Telephone:  (404) 892-5005

                                      ATTORNEYS FOR DEFENDANT
                                      WITNESS SYSTEMS, INC.

DATED:  January 7, 2008

Pursuant to Fed. R. Civ. P. 47 and D. Del. L.R. 47.1(a)(2), Defendant Witness Systems, Inc. ("Witness Systems") requests that the Court ask the following voir dire questions of the jury pool, in addition to the customary voir dire questions asked in this Court as reflected in Exhibit 1 hereto:

1. Have you, or has any member of your family, ever worked for the United States Patent and Trademark Office or the United States Department of Commerce?

2. Have you, or has any member of your family, ever obtained or attempted to obtain a U.S. patent?

3. Does your current (or last) employer own any U.S. patents, or have a license to use patents owned by someone else?

4. Do you have strong feelings, either positive or negative, about patents, the rights of patent holders, or the process by which patents are obtained?

5. Do you have strong feelings, either positive or negative, about computer science or information technology?

6. Have you ever heard of NICE Systems or Witness Systems, or any of their products?

7. Have you ever worked in a call center, such as a customer service center or an emergency response dispatch center?

8. Do you, or does any member of your household, own stocks or bonds or have any other financial interest in NICE Systems, Witness Systems, Comverse Technology or Verint Systems?

9. Have you, or has any member of your family, had an idea or invention that was taken or used without permission?

10. Have you, or has any member of your family, had a patent, copyright, trademark, or trade secret that was taken or used without permission?

1

Dated: January 7, 2008 FISH & RICHARDSON P.C.

By: */s/Kyle Wagner Compton*
　　William J. Marsden, Jr. (#2247)
　　Kyle Wagner Compton (#4693)
　　919 N. Market Street, Suite 1100
　　P. O. Box 1114
　　Wilmington, DE  19899-1114
　　Tel:  (302) 652-5070

　　Nagendra Setty (*pro hac vice*)
　　Daniel A. Kent (*pro hac vice*)
　　1180 Peachtree Street, NE
　　21st Floor
　　Atlanta, GA 30309
　　Tel: (404) 892-5005

Attorneys for Defendant
Witness Systems, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2008, I electronically filed with the Clerk of Court the **DEFENDANT WITNESS SYSTEMS, INC.'S PROPOSED VOIR DIRE** using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll<br>Melanie K. Sharp<br>Karen E. Keller<br>Mary Dugan<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

I also certify that on January 7, 2008, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall<br>Daniel DiNapoli<br>Joseph M. Drayton<br>Robert R. Laurenzi<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

*/s/Kyle Wagner Compton*
Kyle Wagner Compton (#4693)

# EXHIBIT 1

## CUSTOMARY VOIR DIRE TO JURY PANEL

Good morning, ladies and gentlemen. I am Judge Farnan, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned. Briefly stated, this case is a civil action brought by plaintiffs, NICE Systems, Inc. and NICE Systems Ltd. (collectively, "NICE") against the defendant, Witness Systems, Inc. (also known as Verint Americas Inc.).

NICE is represented by Scott Lindvall, an attorney with Kaye Scholer LLP, and by Melanie Sharp, an attorney with Young, Conaway, Stargatt & Taylor, LLP. Witness Systems is represented by William Marsden and Nick Setty, attorneys with Fish & Richardson P.C.

In the light of this brief summary, I will ask the panel certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

**[HAVE CLERK ADMINISTER THE OATH TO THE PANEL]**

1. Is any member of the panel personally acquainted with any officer, director, or employee of NICE, or ever done business with NICE.

2. Is any member of the panel personally acquainted with any officer, director, or employee of Witness Systems, or ever done business with Witness Systems?

3. Is any member of the panel related to, or personally acquainted with Mr. Lindvall or Ms. Sharp, NICE's attorneys, or ever been represented by one of them or by any associate or member of their law firms, Kaye Scholer LLP and Young, Conaway, Stargatt & Taylor, LLP?

4. Is any member of the panel related to, or personally acquainted with Mr. Marsden or Mr. Setty, Witness Systems' attorneys, or ever been represented by one of them or by any associate or member of their law firm, Fish & Richardson, P.C.?

(*Continued on following page*)

5. Is any member of the panel related to, or personally acquainted with, any of the following individuals who might appear as witnesses in this case:

| | |
|---|---|
| Christopher Blair | David Murray |
| John Bourne | Brian Napper |
| Thomas W. Britven | Phil Min Ni |
| Marc Callahan | Kenneth Pohlmann |
| Daniel Daly | John Edmond Richter |
| Phillip Dawes | Alan Roden |
| Barak Eilam | Matthew Rosner |
| William Evans | Yochai Rozenblat |
| David Glowny | Eyal Rudnik |
| John T. Goolkasian | Timothy Shadburn |
| Timothy Hannah | Damian Smith |
| Richard Heap | Daniel Spohrer |
| Kevin Hegebarth | John Strawn |
| John Henits | Robert Swick |
| Jeff Iannone | Nancy Treaster |
| James Judson | Jeff Vitter |
| Scott McKechnie | Joe Watson |
| Constantine Messologitis | Jan Carel Warfield |
| Kathy Miller | David Williams |
| Thomas Moran | Jamie Williams |
| Salvatore Morlando | Duane Wright |
| Ed Murray | Ilan Yosef |

6. Does any member of the panel have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

7. Has any member of the panel ever been a plaintiff or a defendant in a civil lawsuit?

8. Has any member of the panel ever served as a juror in a lawsuit?

9. Does any member of the panel have any education, vocational training, or work experience with or knowledge of patents, electronics, engineering, or computer science?

10. Does any member of the panel have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

11. Does any member of the panel know of any other matter which you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?