# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Kyle Wagner Compton
302 778-8447

Email
KCompton@fr.com

January 8, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *NICE Systems, Inc. & NICE Systems, Ltd. v. Witness Systems, Inc.*
      **USDC-D. Del. - Civil Action No. 06-311**

Dear Judge Farnan:

I write on behalf of Defendant Witness Systems, Inc. to transmit the attached revised Defendant's Proposed Form of Special Jury Verdict.

The amendment merely reflects Plaintiffs' decision late yesterday evening to withdraw one of the remaining patents in suit (U.S. Patent No. 6,728,345).

Of course, counsel can be available at the Court's request to answer any questions regarding the foregoing.

Respectfully,

/s/*Kyle Wagner Compton.*

Kyle Wagner Compton

KWC:db
Enclosure

cc   Counsel of Record (via ECF and e-mail)