IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and NICE SYSTEMS LTD,<br><br>    Plaintiffs,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.<br><br>    Defendant. | Civil Action No. 06-311 |

**DEFENDANT WITNESS SYSTEMS, INC.'S AMENDED PROPOSED FORM OF**
<u>**SPECIAL JURY VERDICT**</u>

        FISH & RICHARDSON P.C.
        William J. Marsden, Jr. (#2247)
        Kyle Wagner Compton (#4693)
        FISH & RICHARDSON P.C.
        919 N. Market Street, Suite 1100
        P. O. Box 1114
        Wilmington, DE 19899-1114

        Nagendra Setty (pro hac vice)
        Daniel A. Kent (pro hac vice)
        Noah C. Graubart (pro hac vice)
        FISH & RICHARDSON P.C.
        1180 Peachtree Street, N.E., 21st Floor
        Atlanta, GA 30309

        **ATTORNEYS FOR DEFENDANT**
        **WITNESS SYSTEMS, INC.**

Dated: January 8, 2008

## DEFENDANT'S AMENDED PROPOSED FORM OF SPECIAL JURY VERDICT

We, the jury in the above-titled action, find the following special verdict on the questions submitted to us:

**FOR EACH OF THE SIX PATENTS, PLEASE ANSWER BOTH THE INFRINGEMENT AND INVALIDITY QUESTIONS:**

### THE '570 PATENT

1) Do you find by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 6,249,570?

    Claim 6    YES _____    NO_____

2) Do you find by clear and convincing evidence that U.S. Patent No. 6,249,570 is invalid?

    Claim 6    YES _____    NO_____

3) If you found that Witness Systems infringed U.S. Patent No. 6,249,570, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

    Claim 6    YES _____    NO_____

### THE '371 PATENT

4) Do you find by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 5,396,371?

    Claim 1    YES _____    NO_____

    Claim 8    YES _____    NO_____

5) Do you find by clear and convincing evidence that U.S. Patent No. 5,396,371 is invalid?

    Claim 1    YES _____    NO_____

    Claim 8    YES _____    NO_____

6) If you found that Witness Systems infringed U.S. Patent No. 5,396,371, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

    Claim 1    YES _____    NO_____

    Claim 8    YES _____    NO_____

**THE '109 PATENT**

7) Do you find by a preponderance of the evidence that Witness Systems infringed the U.S. Patent No. 7,010,109?

    Claim 1    YES _____    NO_____

    Claim 6    YES _____    NO_____

8) Do you find by clear and convincing evidence that U.S. Patent No. 7,010,109 is invalid?

    Claim 1    YES _____    NO_____

    Claim 6    YES _____    NO_____

9) If you found that Witness Systems infringed U.S. Patent No. 7,010,109, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

    Claim 1    YES _____    NO_____

    Claim 6    YES _____    NO_____

**THE '372 PATENT**

10) Do you find by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 6,775,372?

    Claim 1    YES _____    NO_____

    Claim 15    YES _____    NO_____

    Claim 33    YES _____    NO_____

11) Do you find by clear and convincing evidence that U.S. Patent No. 6,775,372 is invalid?

    Claim 1    YES _____    NO_____

    Claim 15    YES _____    NO_____

    Claim 33    YES _____    NO_____

12) If you found that Witness Systems infringed U.S. Patent No. 6,775,372, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

    Claim 1    YES _____    NO_____

    Claim 15    YES _____    NO_____

    Claim 33    YES _____    NO_____

**THE '920 PATENT**

13) Do you find by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 6,870,920?

    Claim 1    YES _____    NO_____

    Claim 16    YES _____    NO_____

    Claim 21    YES _____    NO_____

14) Do you find by clear and convincing evidence that U.S. Patent No. 6,870,920 is invalid?

    Claim 1    YES _____    NO_____

    Claim 16    YES _____    NO_____

    Claim 21    YES _____    NO_____

15) If you found that Witness Systems infringed U.S. Patent No. 6,870,920, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

    Claim 1    YES _____    NO_____

    Claim 16    YES _____    NO_____

    Claim 21    YES _____    NO_____

**PLEASE STOP HERE IF YOU HAVE FOUND *NONE* OF THE PATENTS ABOVE TO BE BOTH INFRINGED AND <u>NOT</u> INVALID**

**PLEASE CONTINUE IF YOU HAVE FOUND ONE OR MORE OF THE PATENTS ABOVE TO BE BOTH INFRINGED AND <u>NOT</u> INVALID**

16) If you found that a claim of U.S. Patent No. 6,249,570 is both infringed and <u>not</u> invalid, what amount of reasonable royalty, if any, do you award to NICE for infringement of that patent?

    $ _____

17) If you found that a claim of U.S. Patent No. 5,396,371 is both infringed and <u>not</u> invalid, what amount of reasonable royalty, if any, do you award to NICE for infringement of that patent?

    $ _____

18) If you found that a claim of U.S. Patent No. 7,010,109 is both infringed and <u>not</u> invalid, what amount of reasonable royalty, if any, do you award to NICE for infringement of that patent?

    $ _____

19) If you found that a claim of U.S. Patent No. 6,775,372 is both infringed and <u>not</u> invalid, what amount of reasonable royalty, if any, do you award to NICE for infringement of that patent?

    $ _____

20) If you found that a claim of U.S. Patent No. 6,870,920 is both infringed and <u>not</u> invalid, what amount of reasonable royalty, if any, do you award to NICE for infringement of that patent?

    $ _____

21) If you found that NICE is entitled to <u>lost profits</u> damages, what amount of lost profits do you award to NICE for infringement of that patent?

    $ _____

22) Do you find by a preponderance of evidence that NICE unreasonably delayed filing this lawsuit for infringement, and prejudiced Witness Systems, such that the defense of laches applies?*

Yes ___    No ___

23) Do you find by a preponderance of evidence that NICE unreasonably delayed filing this lawsuit, Witness Systems relied on that conduct, and Witness Systems was prejudiced, such that the defense of equitable estoppel applies?*

Yes ___    No ___

---

* Subject to Pending Motion *in Limine*.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2008, I electronically filed with the Clerk of Court the foregoing Defendant Witness System Inc.'s Amended Proposed Form of Special Jury Verdict using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel.  In addition, the filing will also be sent via hand delivery.


Josy W. Ingersoll                                   *Attorneys for Plaintiffs*
Melanie K. Sharp                                 *Nice Systems Ltd. and Nice Systems, Inc.*
Karen E. Keller
Mary Dugan
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

I also certify that on January 8, 2008, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:


Scott G. Lindvall                                  *Attorneys for Plaintiffs*
Daniel DiNapoli                                   *Nice Systems Ltd. and Nice Systems, Inc.*
Joseph M. Drayton
Robert R. Laurenzi
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022


                                                            */s/Kyle Wagner Compton*
                                                             Kyle Wagner Compton