# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | ROBERT S. BRADY | | JOSEPH M. BARRY | JENNIFER M. KINKUS |
| SHELDON N. SANDLER | JOEL A. WAITE | THE BRANDYWINE BUILDING | RYAN M. BARTLEY | EDWARD J. KOSMOWSKI |
| RICHARD A. LEVINE | BRENT C. SHAFFER | 1000 WEST STREET, 17TH FLOOR | SEAN M. BEACH | EVANGELOS KOSTOULAS |
| RICHARD A. ZAPPA | DANIEL P. JOHNSON | WILMINGTON, DELAWARE 19801 | SANJAY BHATNAGAR | JOHN C. KUFFEL |
| FREDERICK W. IOBST | CRAIG D. GREAR | | DONALD J. BOWMAN, JR. | TIMOTHY E. LENGKEEK |
| RICHARD H. MORSE | TIMOTHY JAY HOUSEAL | P.O. BOX 391 | MICHELE SHERRETTA BUDICAK | ANDREW A. LUNDGREN |
| DAVID C. MCBRIDE | MARTIN S. LESSNER | WILMINGTON, DELAWARE 19899-0391 | JEFFREY T. CASTELLANO | MATTHEW B. LUNN |
| JOSEPH M. NICHOLSON | PAULINE K. MORGAN | | DOUGLAS T. COATS (MD ONLY) | ADRIA B. MARTINELLI |
| CRAIG A. KARSNITZ | C. BARR FLINN | (302) 571-6600 | KARA HAMMOND COYLE | KATHALEEN MCCORMICK |
| BARRY M. WILLOUGHBY | NATALIE WOLF | (800) 253-2234 (DE ONLY) | KRISTEN SALVATORE DEPALMA | MICHAEL W. MCDERMOTT |
| JOSY W. INGERSOLL | LISA B. GOODMAN | FAX: (302) 571-1253 | MARGARET M. DIBIANCA | TAMMY L. MERCER |
| ANTHONY G. FLYNN | JOHN W. SHAW | | MARY F. DUGAN | MARIBETH L. MINELLA |
| JEROME K. GROSSMAN | JAMES P. HUGHES, JR. | | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| EUGENE A. DIPRINZIO | EDWIN J. HARRON | 110 WEST PINE STREET | KENNETH J. ENOS | JENNIFER R. NOEL |
| JAMES L. PATTON, JR. | MICHAEL R. NESTOR | P.O. BOX 594 | KERRIANNE MARIE FAY | ADAM W. POFF |
| ROBERT L. THOMAS | MAUREEN D. LUKE | GEORGETOWN, DELAWARE 19947 | IAN S. FREDERICKS | ROBERT F. POPPITI, JR. |
| WILLIAM D. JOHNSTON | ROLIN P. BISSELL | (302) 856-3571 | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| TIMOTHY J. SNYDER | SCOTT A. HOLT | (800) 255-2234 (DE ONLY) | WILLIAM E. GAMGORT | CHERYL A. SANTANIELLO |
| BRUCE L. SILVERSTEIN | JOHN T. DORSEY | FAX: (302) 856-9338 | SEAN T. GREECHER | MONTÉ T. SQUIRE |
| WILLIAM W. BOWSER | M. BLAKE CLEARY | | NATHAN D. GROW | MICHAEL P. STAFFORD |
| LARRY J. TARABICOS | CHRISTIAN DOUGLAS WRIGHT | WWW.YOUNGCONAWAY.COM | STEPHANIE L. HANSEN | CHAD S.C. STOVER |
| RICHARD A. DILIBERTO, JR. | DANIELLE GIBBS | | JAMES L. HIGGINS | RICHARD J. THOMAS |
| MELANIE K. SHARP | JOHN J. PASCHETTO | DIRECT DIAL: (302) 571-6713 | PATRICK A. JACKSON | TRAVIS N. TURNER |
| CASSANDRA F. ROBERTS | NORMAN M. POWELL | DIRECT FAX: (302) 576-3515 | DAWN M. JONES | MARGARET B. WHITEMAN |
| RICHARD J.A. POPPER | ELENA C. NORMAN | msquire@ycst.com | KAREN E. KELLER | SHARON M. ZIEG |
| TERESA A. CHEEK | JOHN E. TRACEY | | | |
| NEILLI MULLEN WALSH | EDMON L. MORTON | | SPECIAL COUNSEL | SENIOR COUNSEL |
| JANET Z. CHARLTON | | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| | | | KAREN L. PASCALE | |
| | | | SETH J. REIDENBERG | OF COUNSEL |
| | | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

January 9, 2008

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc.*
              C.A. No. 06-311 (JJF)

Dear Judge Farnan:

      I write on behalf of my clients, Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. (collectively "NICE"), to advise that, in an effort to streamline this action scheduled for trial beginning January 14, 2008, my clients have determined to further narrow the number of claims at issue in the manner described more specifically below.

      Specifically, NICE has determined to withdraw 2 additional claims:

1. '345 Patent: claims 14, 48 (2 claims)

      The following 11 claims remain for trial:

1. '371 Patent: claims 1, 8 (2 claims)

2. '570 Patent: claim 6 (1 claim)

3. '372 Patent: claims 1, 15, 33 (3 claims)

4. '920 Patent: claims 1, 16, 21 (3 claims)

5. '109 Patent: claims 1, 6 (2 claims)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Joseph J. Farnan, Jr.
January 9, 2008
Page 2

      A form of order formalizing that NICE has withdrawn these claims is being filed contemporaneously with this letter.

      Counsel is available should the Court have any questions.

Respectfully,

Monté T. Squire (No. 4764)

MTS:mts

cc:   Monté T. Squire, Esq.
      Scott Lindvall, Esq.
      Clerk of the Court (by Hand Delivery)
      William J. Marsden Jr., Esquire (by Email)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NICE SYSTEMS, INC., and <br> NICE SYSTEMS, LTD., <br><br> Plaintiffs, <br> v. <br><br> WITNESS SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 06-311-JJF |

### PROPOSED ORDER

At Wilmington, this ____ day of _____, 2008, Plaintiffs NICE Systems, Inc. and NICE Systems, LTD (collectively "NICE") having voluntarily withdrawn 2 additional claims:

IT IS HEREBY ORDERED that the following 2 claims are withdrawn:

1. '345 Patent: claims 14, 48 (2 claims)

_____
United States District Judge