# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Kyle Wagner Compton
302 778-8447

Email
KCompton@fr.com



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

January 9, 2008

**VIA ELECTRONIC FILING**

Ms. Deborah Krett, Case Manager
United States District Court
for the District of Delaware
844 North King Street, Lockbox 27
Wilmington, DE 19801

Re:   **NICE Systems, Inc. & NICE Systems, Ltd. v. Witness Systems, Inc.
      USDC-D. Del. - Civil Action No. 06-311-JJF**

Dear Ms. Krett:

I write on behalf of Defendant Witness Systems, Inc. We are schedule to attend trial in Courtroom 4B beginning on January 14, 2008 and ending on January 18, 2008, and request permission to bring laptop computers to Courtroom 4B to assist in preparation and presentation during the trial. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Please see the attached Proposed Order regarding Witness Systems' use of laptop computers.

Respectfully,

/s/*Kyle Wagner Compton*

Kyle Wagner Compton (#4693)

KWC:db
Enclosure

cc    David Thomas, United States Marshal (via hand delivery)
      Keith Ash, Chief Court Security Officer (via hand delivery)
      Counsel of Record (via ECF and e-mail)