IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and NICE SYSTEMS LTD,<br><br>    Plaintiffs,<br><br>    v.<br><br>WITNESS SYSTEMS, INC.<br><br>    Defendant. | Civil Action No. 06-311-JJF |

## [PROPOSED] ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, Laptop computers for proceedings commencing on January 14, 2008 and ending on January 18, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

    Nagendra Setty
    Daniel A. Kent
    William J. Marsden, Jr.
    Christopher O. Green
    George L. Kanabe
    Rupert Morgan
    W. Timothy Burt
    George Kanabe
    Noel Baird
    Representative Agents of Aquipt (equipment vendor)

_____    _____
Date    Joseph J. Farnan, Jr.
    United States District Court Judge