IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., and<br>NICE SYSTEMS, LTD.,<br><br>        Plaintiffs,<br>    v.<br><br>WITNESS SYSTEMS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, the electronic equipment specified below, for proceedings commencing on January 14, 2008 and ending on January 18, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

    Scott Lindvall, Esquire (laptop computer)

    Joseph M. Drayton, Esquire (laptop computer)

    Melanie K. Sharp, Esquire (laptop computer)

    Mark Signorelli (2 laptop computers, 2 external hard drives)

    Aquipt (audiovisual presentation equipment)


January 10, 2008
DATE

_____
Joseph J. Farnan, Jr.
United States District Court Judge