IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICE SYSTEMS, INC., and <br> NICE SYSTEMS, LTD., <br><br> Plaintiffs, <br> v. <br><br> WITNESS SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 06-311-JJF |

### EXHIBIT 10 – PLAINTIFF'S DEPOSITION DESIGNATIONS

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP <br> Melanie K. Sharp (No. 2501) <br> Mary F. Dugan (No. 4704) <br> Monté T. Squire (No. 4764) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br><br> P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 571-6681 <br> msharp@ycst.com | KAYE SCHOLER LLP <br> Scott G. Lindvall <br> Joseph M. Drayton <br> 425 Park Avenue <br> New York, NY 10022 <br> (212) 836-8000 |

*Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.*

Dated: January 14, 2008

EXHIBIT 10

**PLAINTIFF'S DEPOSITION DESIGNATIONS**
(with Defendant's objections and counter-designations)

1. NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc. 06-CV-311-JJF
   Blair, Christopher  May 16, 2007
   (including referenced exhibits)

| Blair Designation |
|---|
| 3:12-3:14 |
| 4:7-4:8 |
| 7:13-7:17 |
| 7:23-8:3 |
| 9:2-9:12 |
| 23:2-23:12 |
| 25:4-26:11 |
| 32:25-33:8 |
| 34:2-34:13 |
| 37:11-37:14 |
| 37:20-37:23 |
| 38:5-38:13 |
| 38:19-39:3 |
| 55:19-55:22 |
| 55:25 |
| 56:3-56:4 |
| 56:10-56:14 |
| 87:16-87:23 |
| 88:4-88:14 |
| 199:17-201:11 |

| Blair Counter Designation |
|---|
| 35:20-36:24 |
| 39:4-39:19 |
| 202:25-203:14 |

Exhibit 10                    1                    Civil Action No. 06-311-JJF

2. NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc. 06-CV-311-JJF
   30 (b) (6) Witness Systems, Inc. - Calahan, Marc June 28, 2007
   (including referenced exhibits)

| Calahan Designation |
|---|
| 3:5-3:6 |
| 3:21-3:23 |
| 7:1-7:10 |
| 7:15-8:1 |
| 8:9-8:14 |
| 8:20-9:1 |
| 9:10-10:8 |
| 11:8-11:15 |
| 169:13-169:20 |

| Calahan Counter Designations |
|---|
| 16:25-17:10 |
| 169:6-12 |
| 170:18-25 |

Exhibit 10                               2                    Civil Action No. 06-311-JJF

3. NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc. 06-CV-311-JJF
   Glowny, David Andrew  May 17, 2007
   (including referenced exhibits)

| Glowny Designation |
|---|
| 4:9-4:11 |
| 4:16-4:18 |
| 14:20-15:14 |
| 16:4-16:9 |
| 19:18-19:23 |
| 21:3-21:24 |
| 116:23-118:9 |
| 130:1-131:12 |

| Glowny Counter Designation |
|---|
| 69:22-72:5 |
| 89:8-20 |
| 96:13-98:15 |
| 99:11-100:3 |
| 134:25-136:5 |

Exhibit 10                                3                       Civil Action No. 06-311-JJF

4. NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc. 06-CV-311-JJF
   Hegebarth, Kevin Glenn  August 9, 2007
   (including referenced exhibits)

| Hegebarth Designation |
|---|
| 4:14-4:15 |
| 4:21-4:24 |
| 9:8-9:24 |
| 23:17-25:8 |
| 37:14-37:20 |
| 38:1-38:18 |
| 39:1-39:10 |
| 44:17-44:25 |
| 46:1-46:12 |
| 46:19-46:21 |
| 47:23-48:3 |
| 49:14-49:18 |
| 49:25-50:2 |
| 50:7-50:9 |
| 53:24-54:5 |
| 54:10-54:15 |
| 55:4-55:7 |
| 55:10-55:13 |
| 56:6-56:7 |
| 56:12-56:13 |
| 61:1-61:22 |
| 61:25-62:9 |
| 62:12-62:19 |
| 64:5-64:17 |
| 66:3-66:13 |
| 66:17-66:19 |
| 67:11-67:16 |
| 67:20-68:7 |
| 68:19-69:5 |
| 69:8-69:16 |
| 70:12-70:14 |
| 70:16-70:22 |
| 71:2-71:12 |
| 71:17 |
| 72:19-73:2 |
| 73:6-73:9 |
| 73:11-73:19 |
| 73:22 |
| 74:21-75:6 |
| 75:10-75:14 |
| 75:24-76:9 |
| 76:12 |
| 77:3-77:6 |
| 77:9-77:14 |
| 77:17-77:22 |
| 77:25 |

Exhibit 10                                         4                          Civil Action No. 06-311-JJF

| Hegebarth Counter- Designation |
| --- |
| 9:25-10:5 |
| 39:11-40:5 |
| 45:12-25 |
| 46:25-47:8 |
| 47:12-47:19 |
| 47:22 |
| 51:7-12 |
| 55:4-13 |
| 61:1-22 |
| 61:25-62:1 |
| 62:15-19 |
| 63:13-19 |
| 63:21-64:2 |
| 68:8-9 |
| 68:15-18 |
| 79:22-80:23 |
| 81:2-8 |
| 82:6-83:19 |

Exhibit 10                                5                         Civil Action No. 06-311-JJF

5. STS Software Systems, Ltd v. Witness Systems, Inc. 04-CV-2111-RWS
30 (B) (6) Avaya Inc. - McKechnie, Scott Franklin March 20, 2007
(including referenced exhibits)

| McKechnie Designation |
|---|
| 4:6-4:8 |
| 5:1-5:3 |
| 6:16-7:2 |
| 7:7-7:19 |
| 11:7-11:25 |
| 22:8-23:9 |
| 24:9-24:11 |
| 24:14-24:16 |
| 26:10-26:16 |
| 92:6-93:13 |
| 141:2-142:5 |

| McKechnie Counter Designation |
|---|
| 10:20-22 |
| 12:19-13:16 |
| 14:8-22 |
| 123:15-125:17 |
| 132:24-133:14 |

Exhibit 10   6   Civil Action No. 06-311-JJF

6. NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc. 06-CV-311-JJF
   30(b)(6) Adtech-Gesi, LLC  Tim Shadburn  May 30, 2007
   (including referenced exhibits)

| Shadburn Designation |
| --- |
| 4:23-4:24 |
| 5:3-5:5 |
| 7:16-8:3 |
| 8:5-8:13 |
| 24:4-24:7 |
| 55:3-55:7 |
| 55:9-55:13 |
| 55:15-55:18 |
| 60:7-60:9 |
| 60:11-60:12 |
| 60:21-60:22 |
| 60:24-60:25 |
| 61:1-61:2 |
| 61:4-61:10 |
| 61:12-61:20 |
| 61:22-61:24 |
| 88:21-88:25 |
| 89:2-89:15 |
| 101:8-101:24 |
| 102:1-102:18 |
| 118:17-119:2 |
| 119:5 |
| 159:20-160:3 |
| 106:5 |
| 163:18-164:5 |
| 164:10-164:21 |
| 226:15-226:17 |
| 226:19-226:22 |
| 226:24-227:7 |
| 227:9-227:12 |

| Shadburn Counter-Designation |
| --- |
| 35:19-20 |
| 35:23-24 |
| 36:25-37:5 |
| 37:7-9 |
| 37:11-20 |
| 37:22 |
| 38:8-14 |

Exhibit 10    7    Civil Action No. 06-311-JJF

7. NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc. 06-CV-311-JJF
   Spohrer, Daniel  August 3, 2007
   (including referenced exhibits)

| Spohrer Designation |
| --- |
| 3:10-3:11 |
| 4:11-4:17 |
| 55:21-56:10 |
| 58:8-59:8 |
| 101:18-102:12 |
| 103:3-103:13 |
| 112:12-113:7 |
| 113:9-113:17 |
| 113:20-114:14 |

Exhibit 10    8    Civil Action No. 06-311-JJF

8. NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc. 06-CV-311-JJF
   30 (B) (6) Witness Systems, Inc. - Spohrer, Daniel May 24, 2007
   (including referenced exhibits)

| Spohrer Designation |
| --- |
| 3:21-3:22 |
| 3:25-4:2 |
| 10:1-10:13 |
| 187:6-187:17 |
| 187:19-188:5 |
| 188:7-188:15 |
| 188:17-22 |
| 188:25-189:10 |
| 191:16-191:24 |

Exhibit 10                               9                       Civil Action No. 06-311-JJF

9. NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc. 06-CV-311-JJF
   Warfield, Jan Carel  May 31, 2007
   (including referenced exhibits)

| Warfield Designation |
|---|
| 3:22-3:23 |
| 4:1-4:3 |
| 16:1-16:10 |
| 16:13-17:11 |
| 19:25-20:2 |
| 21:25-22:8 |
| 128:12-128:20 |
| 158:4-159:8 |
| 160:1-160:25 |
| 180:20-181:7 |
| 196:15-198:10 |
| 202:20-204:4 |
| 216:8-217:11 |
| 218:1-220:25 |

| Warfield Counter Designations |
|---|
| 112:10-16 |
| 112:22-113:15 |
| 129:5-13 |
| 144:3-7 |
| 144:15-145:5 |
| 159:9-11 |
| 217:14-18 |

Exhibit 10                                    10                    Civil Action No. 06-311-JJF

10. NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc. 06-CV-311-JJF
    Watson, Joseph  September 6, 2007
    (including referenced exhibits)

| Watson Designation |
| --- |
| 3:22-3:24 |
| 4:2-4:4 |
| 19:2-19:12 |
| 32:19-33:6 |
| 34:17-34:23 |
| 36:14-37:2 |
| 40:14-40:16 |
| 40:19 |
| 54:15-54:17 |
| 56:13-56:14 |
| 56:23-57:1 |
| 63:14-63:15 |
| 63:18-63:24 |
| 75:9-75:13 |
| 75:21-75:24 |
| 76:13-76:15 |
| 76:20-76:24 |
| 80:13-80:17 |
| 80:25-81:3 |
| 81:8 |

| Watson Counter- Designation |
| --- |
| 25:19-26:1 |
| 40:3-5 |
| 40:12-13 |
| 57:2-3 |
| 57:9-20 |
| 58:8-59:10 |
| 63:19-24 |
| 70:12-13 |
| 119:8-13 |
| 120:1-4 |
| 120:7-18 |

Exhibit 10                                11                    Civil Action No. 06-311-JJF

NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc. 06-CV-311-JJF
Wright, Duane Sherington  May 23, 2007
(including referenced exhibits)

| Designation |
| --- |
| 4:7-4:8 |
| 4:13-4:15 |
| 8:1-8:4 |
| 8:17-8:25 |
| 12:19-13:4 |
| 14:13-14:16 |
| 14:23-15:10 |
| 244:12-244:25 |
| 246:21-247:25 |

| Wright Counter Designations |
| --- |
| 245:1-246:13 |

Exhibit 10                                    12                              Civil Action No. 06-311-JJF