IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and NICE SYSTEMS LTD,<br><br>Plaintiffs,<br><br>v.<br><br>WITNESS SYSTEMS, INC.<br><br>Defendant. | Civil Action No. 06-311-JJF |

**DEFENDANT WITNESS SYSTEMS, INC.'S SECOND AMENDED PROPOSED
FORM OF SPECIAL JURY VERDICT**

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114

Nagendra Setty (pro hac vice)
Daniel A. Kent (pro hac vice)
Noah C. Graubart (pro hac vice)
FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309

**ATTORNEYS FOR DEFENDANT
WITNESS SYSTEMS, INC.**

Dated:  January 18, 2008

## SPECIAL JURY VERDICT

We, the jury in the above-titled action, find the following special verdict on the questions submitted to us:

### INFRINGEMENT AND VALIDITY

### THE '570 PATENT

1) Has NICE proven by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 6,249,570?

    Claim 6   YES _____ (For NICE)   NO_____ (For Witness)

2) Has Witness proven by clear and convincing evidence that U.S. Patent No. 6,249,570 is invalid?

    Claim 6   YES _____ (For Witness)   NO_____ (For NICE)

### THE '371 PATENT

3) Has NICE proven by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 5,396,371?

    Claim 1   YES _____ (For NICE)   NO_____ (For Witness)

    Claim 8   YES _____ (For NICE)   NO_____ (For Witness)

4) Has Witness proven by clear and convincing evidence that U.S. Patent No. 5,396,371 is invalid?

    Claim 1   YES _____ (For Witness)   NO_____ (For NICE)

    Claim 8   YES _____ (For Witness)   NO_____ (For NICE)

### THE '109 PATENT

5) Has NICE proven by a preponderance of the evidence that Witness Systems infringed the U.S. Patent No. 7,010,109?

    Claim 1   YES _____ (For NICE)   NO_____ (For Witness)

    Claim 6   YES _____ (For NICE)   NO_____ (For Witness)

6) Has Witness proven by clear and convincing evidence that U.S. Patent No. 7,010,109 is invalid?

    Claim 1   YES _____ (For Witness)   NO_____ (For NICE)

    Claim 6   YES _____ (For Witness)   NO_____ (For NICE)

### THE '372 PATENT

7) Has NICE proven by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 6,775,372?

    Claim 1    YES _____ (For NICE)    NO _____ (For Witness)

    Claim 15   YES _____ (For NICE)    NO _____ (For Witness)

    Claim 33   YES _____ (For NICE)    NO _____ (For Witness)

8) Has Witness proven by clear and convincing evidence that U.S. Patent No. 6,775,372 is invalid?

    Claim 1    YES _____ (For Witness)    NO _____ (For NICE)

    Claim 15   YES _____ (For Witness)    NO _____ (For NICE)

    Claim 33   YES _____ (For Witness)    NO _____ (For NICE)

### THE '920 PATENT

9) Has NICE proven by a preponderance of the evidence that Witness Systems infringed U.S. Patent No. 6,870,920?

    Claim 1    YES _____ (For NICE)    NO _____ (For Witness)

    Claim 16   YES _____ (For NICE)    NO _____ (For Witness)

    Claim 21   YES _____ (For NICE)    NO _____ (For Witness)

10) Has Witness proven by clear and convincing evidence that U.S. Patent No. 6,870,920 is invalid?

    Claim 1    YES _____ (For Witness)    NO _____ (For NICE)

    Claim 16   YES _____ (For Witness)    NO _____ (For NICE)

    Claim 21   YES _____ (For Witness)    NO _____ (For NICE)

**IF YOU HAVE FOUND *NONE* OF THE PATENTS ABOVE TO BE BOTH INFRINGED AND NOT INVALID, PLEASE STOP HERE AND GO TO PAGE 6 TO SIGN YOUR VERDICT.**

**IF YOU HAVE FOUND ONE OR MORE OF THE PATENTS ABOVE TO BE BOTH INFRINGED AND NOT INVALID, PLEASE CONTINUE TO PAGE 4.**

## **WILLFULNESS**

11) If you have found Witness Systems infringed a valid claim, do you find that NICE has proven by clear and convincing evidence that Witness Systems' infringement was willful?

      YES _____ (For NICE)   NO_____ (For Witness)

## DAMAGES

12) What damages, if any, do you award NICE for infringement of each patent that you found to be both valid and infringed?

|       | Royalty Percent (%) | Royalty Amount ($) |
|-------|---------------------|--------------------|
| '570  | _____          | _____         |
| '371  | _____          | _____         |
| '109  | _____          | _____         |
| '372  | _____          | _____         |
| '920  | _____          | _____         |
| TOTAL | _____          | _____         |

We, the jurors, by signing below, indicate our unanimous verdict.

_____
Jury Foreperson

_____                              _____
Juror                                                                                                Juror

_____                              _____
Juror                                                                                                Juror

_____                              _____
Juror                                                                                                Juror

_____                              _____
Juror                                                                                                Juror

Dated: January 18, 2008                         FISH & RICHARDSON P.C.


By: /s/*William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    Kyle Wagner Compton (#4693)
    FISH & RICHARDSON P.C.
    919 N. Market Street, Suite 1100
    P. O. Box 1114
    Wilmington, DE 19899-1114

    Nagendra Setty (pro hac vice)
    Daniel A. Kent (pro hac vice)
    Noah C. Graubart (pro hac vice)
    FISH & RICHARDSON P.C.
    1180 Peachtree Street, N.E., 21st Floor
    Atlanta, GA 30309

Attorneys for Defendant
Witness Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2008, I electronically filed with the Clerk of Court the foregoing Defendant Witness System Inc.'s Amended Proposed Form of Special Jury Verdict using CM/ECF which will send electronic notification of such filing(s) to the below-listed Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Josy W. Ingersoll<br>Melanie K. Sharp<br>Karen E. Keller<br>Mary Dugan<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

I also certify that on January 18, 2008, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| Scott G. Lindvall<br>Daniel DiNapoli<br>Joseph M. Drayton<br>Robert R. Laurenzi<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | *Attorneys for Plaintiffs*<br>*Nice Systems Ltd. and Nice Systems, Inc.* |

/s/William J. Marsden, Jr.
William J. Marsden, Jr.