## YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

——————

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6681
DIRECT FAX:  302-576-3333
msharp@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICIA A. JACKSON
DAWN M. JONES
KAREN E. KELLER

JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

January 20, 2008

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

> Re:   *NICE Systems, Inc. and NICE Systems, Ltd. v. Witness Systems, Inc.*
> C.A. No. 06-311 (JJF) - Jury Instructions

Dear Judge Farnan:

      I write on behalf of my clients, Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. (collectively, "NICE") to inform Your Honor that NICE has withdrawn one of its proposed jury instructions submitted for consideration today. NICE agrees to accept Federal Circuit Bar Association Model Jury Instructions 3.2 (2007)( Inducing Patent Infringement), a copy of which is attached. Witness Systems' proposed instruction deviates from the Federal Circuit Bar Association Model Jury Instruction 3.2, and Witness declines to accept the form instruction.

      While I noted in our submission that counsel are available if the Court has any questions, I failed to note that the most reliable number to reach us is my office number ((302) 571-6681) and my fax ((302)576-3333) rather than any alternate location for the weekend.

Respectfully,

Melanie K. Sharp (No. 2501)

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan, Jr.
January 20, 2008
Page 2

MKS

cc:     Clerk of the Court (by Hand Delivery)
        William J. Marsden Jr., Esquire (by Hand Delivery)

*B.3. Infringement*

### 3.2 ACTIVE INDUCEMENT

[Patent holder] alleges that [alleged infringer] is liable for infringement by actively inducing [someone else][some other company] to directly infringe the [     ] patent. As with direct infringement, you must determine whether there has been active inducement on a claim-by-claim basis.

A [person] is liable for active inducement of a claim only if:

      (1)    the [person] takes action during the time the patent is in force which encourages acts by [someone else]; and

      (2)    the encouraged acts constitute direct infringement [or 271(f) infringement] of that claim; and

      |(3)    the [person] is aware of the patent, and knows or should have known that the encouraged acts constitute infringement of that patent]; and

      (4)    the [person] has an intent to cause the encouraged acts; and

      (5)    the encouraged acts are actually carried out by the [someone else].

In order to prove active inducement, [patent holder] must prove that each of the above requirements are met. Further, proof must of each element be by a preponderance of the evidence, *i.e.*, that it is more likely than not that each of the above requirements has been met.

In order to establish active inducement of infringement, it is not sufficient that the [person][company] that is allegedly induced to infringe itself directly infringes the claim. Nor is it sufficient that [accused infringed] was aware of the act(s) that allegedly constitute the direct infringement. Rather, you must find specifically that [accused infringer] specifically intended to infringe the [     ] patent, in order to find inducement of infringement. If you do not find that [accused infringer] specifically intended to infringe, then you must find that [accused infringer] has not actively induced the alleged infringement.

<u>Authorities</u>

35 U.S.C. § 271(b); *Ferguson Beauregard/Logic Controls, Division of Dover Resources, Inc. v. Mega Systems, LLC*, 350 F.3d 1327, 1342 (Fed. Cir. 2003); *Warner-Lambert Co. v. Apotex Corp.*, 316 F.3d 1348, 1363-66 (Fed. Cir. 2003); *Insituform Techs., Inc. v. CAT Constructing, Inc.*, 385 F.3d 1360, 1377-78 (Fed. Cir. 2004); *Metro-Goldwyn-Mayer Studios Inc. v. Grokster*, No. 04-480 (June 27, 2005); *DSU Medical Corp., v. JMS Co., Ltd.*, Nos. 04-1620, 05-1048, 05-1052 (December 13, 2006) (Fed. Cir.).

April 2007