IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NICE SYSTEMS, INC., and )
NICE SYSTEMS, LTD., )
)
Plaintiffs, )
) Civil Action No. 06-311-JJF
v. )
)
WITNESS SYSTEMS, INC., )
)
Defendant. )

**PLAINTIFFS' SECOND AMENDED**
**PROPOSED FORM OF SPECIAL JURY VERDICT**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302) 571-6681
msharp@ycst.com
mdugan@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212) 836-8000

*Attorneys for Plaintiffs NICE Systems, Inc.*
*and NICE Systems, Ltd.*

Dated: January 22, 2008

FISH & RICHARDSON, P.C.
William J. Marsden, Jr. (No. 2247)
Kyle Wagner Compton (No. 4693)
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 778-8401
marsden@fr.com

Nagendra Setty
Daniel A. Kent
Noah Graubart
FISH & RICHARDSON, P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
(404) 892-5005

*Attorneys for Defendant Witness Systems, Inc.*

We, the jury in the above-titled action, find the following special verdict on the questions submitted to us:

**Question No. I:**     **INFRINGEMENT**

Do you find by a preponderance of the evidence that Witness Systems infringed, literally or pursuant to the doctrine of equivalents, any of the following claims of the following patents:

Please answer **YES** or **NO**.
A **YES** is a finding for the plaintiff, NICE.
A **NO** is a finding for the defendant, Witness Systems.

    A.    **Patent '371**

        1.    Claim 1    YES \_\_\_    NO \_\_\_
        2.    Claim 8    YES \_\_\_    NO \_\_\_

    B.    **Patent '570**

        1.    Claim 6    YES \_\_\_    NO \_\_\_

    C.    **Patent '372**

        1.    Claim 1    YES \_\_\_    NO \_\_\_
        2.    Claim 15    YES \_\_\_    NO \_\_\_
        3.    Claim 33    YES \_\_\_    NO \_\_\_

    D.    **Patent '920**

        1.    Claim 1    YES \_\_\_    NO \_\_\_
        2.    Claim 16    YES \_\_\_    NO \_\_\_
        3.    Claim 21    YES \_\_\_    NO \_\_\_

    E.    **Patent '109**

        1.    Claim 1    YES \_\_\_    NO \_\_\_
        2.    Claim 6    YES \_\_\_    NO \_\_\_

**Question No. II:**     **WILLFUL INFRINGEMENT**

If your answer was **YES** to any subpart of any part of Question I, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

Please answer **YES** or **NO**.
A **YES** is a finding for the plaintiff, NICE.
A **NO** is a finding for the defendant, Witness Systems.

    A.    **Patent '371**

        1.    Claim 1    **YES** ___    **NO** ___
        2.    Claim 8    **YES** ___    **NO** ___

    B.    **Patent '570**

        1.    Claim 6    **YES** ___    **NO** ___

    C.    **Patent '372**

        1.    Claim 1    **YES** ___    **NO** ___
        2.    Claim 15    **YES** ___    **NO** ___
        3.    Claim 33    **YES** ___    **NO** ___

    D.    **Patent '920**

        1.    Claim 1    **YES** ___    **NO** ___
        2.    Claim 16    **YES** ___    **NO** ___
        3.    Claim 21    **YES** ___    **NO** ___

    E.    **Patent '109**

        1.    Claim 1    **YES** ___    **NO** ___
        2.    Claim 6    **YES** ___    **NO** ___

**Question No. III:    INVALIDITY**

Do you find by clear and convincing evidence that any of the following claims of the following patent are invalid?

Please answer **YES** or **NO**.
A **YES** is a finding for the *defendant*, Witness Systems.
A **NO** is a finding for the *plaintiff*, NICE.

    A.    Patent '371

        1.    Claim 1    YES ___    NO ___
        2.    Claim 8    YES ___    NO ___

    B.    Patent '570

        1.    Claim 6    YES ___    NO ___

    C.    Patent '372

        1.    Claim 1    YES ___    NO ___
        2.    Claim 15    YES ___    NO ___
        3.    Claim 33    YES ___    NO ___

    D.    Patent '920

        1.    Claim 1    YES ___    NO ___
        2.    Claim 16    YES ___    NO ___
        3.    Claim 21    YES ___    NO ___

    E.    Patent '109

        1.    Claim 1    YES ___    NO ___
        2.    Claim 6    YES ___    NO ___

**Question No. IV:    DAMAGES**

What damages, if any, do you award NICE for infringement of each patent that you found to be both valid and infringed?

|   |   | Royalty Percentage (%) | Royalty Amount ($) |
|---|---|---|---|
| A. | Patent '371 | _____ | _____ |
| B. | Patent '570 | _____ | _____ |
| C. | Patent '372 | _____ | _____ |
| D. | Patent '920 | _____ | _____ |
| E. | Patent '109 | _____ | _____ |
| Total |   | _____ | _____ |

We, the jurors, by signing below, indicate our unanimous verdict.

_____
Juror Foreperson

_____         _____
Juror                                Juror

_____         _____
Juror                                Juror

_____         _____
Juror                                Juror

_____         _____
Juror                                Juror

5

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899
(302) 571-6681
msharp@ycst.com

Scott G. Lindvall (*pro hac vice*)
Daniel DiNapoli (*pro hac vice*)
Joseph M. Drayton (*pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

*Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.*