# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

NICE SYSTEMS, INC. and
NICE SYSTEMS LTD.,

    *Plaintiffs*,

  v.

WITNESS SYSTEMS, INC.,

    *Defendant.*

Civil Action No. 06-311-JJF

## WITNESS SYSTEMS, INC.'s TRIAL EXHIBITS ADMITTED INTO EVIDENCE

| DTX | PTX |
| --- | --- |
| DTX 126 | PTX 424 |
| DTX 129 | PTX 702 |
| DTX 132 | PTX 705 |
| DTX 133 | |
| DTX 134 | |
| DTX 139 | |
| DTX 144 | |
| DTX 147 | |
| DTX 172 | |
| DTX 202 | |
| DTX 204 | |
| DTX 208 | |
| DTX 212 | |
| DTX 214 | |
| DTX 216 | |
| DTX 220 | |
| DTX 248 | |
| DTX 291 | |
| DTX 295 | |

| DTX | PTX |
|---|---|
| DTX 298 | |
| DTX 304 | |
| DTX 334 | |
| DTX 410 | |
| DTX 426 | |
| DTX 432 | |
| DTX 445 | |
| DTX 447 | |
| DTX 472 | |
| DTX 474.H | |
| DTX 474.J | |
| DTX 682 | |
| DTX 683 | |
| DTX 684 | |
| DTX 685 | |