## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and | : |
| NICE SYSTEMS, LTD., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 06-311-JJF |
| | : |
| WITNESS SYSTEMS, INC., | : |
| | |
| Defendant. | : |

**FINAL VERDICT FORM**

January 22, 2008
Wilmington, Delaware

We, the jury in the above-titled action, find the following special verdict on the questions submitted to us:

**Question No. 1:**     **INFRINGEMENT**

Do you find by a preponderance of the evidence that Witness Systems infringed, literally or pursuant to the doctrine of equivalents, any of the following claims of the following patents:

Please answer **YES** or **NO**.
A **YES** is a finding for the plaintiff, NICE.
A **NO** is a finding for the defendant, Witness Systems.

**A.**     **Patent '371**

    1.     Claim  1     **YES** ____     **NO** ____

    2.     Claim  8     **YES** ____     **NO** ____

**B.**     **Patent '570**

    1.     Claim  6     **YES** ____     **NO** ____

**C.**     **Patent '372**

    1.     Claim  1     **YES** ____     **NO** ____

    2.     Claim  15     **YES** ____     **NO** ____

    3.     Claim  33     **YES** ____     **NO** ____

**D.**     **Patent '920**

    1.     Claim  1     **YES** ____     **NO** ____

    2.     Claim  16     **YES** ____     **NO** ____

    3.     Claim  21     **YES** ____     **NO** ____

**E.**     **Patent '109**

    1.     Claim  1     **YES** ____     **NO** ____

    2.     Claim  6     **YES** ____     **NO** ____

## Question No. II:    WILLFUL INFRINGEMENT

If your answer was **YES** to any subpart of any part of Question I, do you find by clear and convincing evidence that Witness Systems' infringement was willful?

Please answer **YES** or **NO**.

A **YES** is a finding for the plaintiff, NICE.

A **NO** is a finding for the defendant, Witness Systems.

**A.    Patent '371**

| | | | |
|---|---|---|---|
| 1. | Claim 1 | YES ___ | NO ___ |
| 2. | Claim 8 | YES ___ | NO ___ |

**B.    Patent '570**

| | | | |
|---|---|---|---|
| 1. | Claim 6 | YES ___ | NO ___ |

**C.    Patent '372**

| | | | |
|---|---|---|---|
| 1. | Claim 1 | YES ___ | NO ___ |
| 2. | Claim 15 | YES ___ | NO ___ |
| 3. | Claim 33 | YES ___ | NO ___ |

**D.    Patent '920**

| | | | |
|---|---|---|---|
| 1. | Claim 1 | YES ___ | NO ___ |
| 2. | Claim 16 | YES ___ | NO ___ |
| 3. | Claim 21 | YES ___ | NO ___ |

**E.    Patent '109**

| | | | |
|---|---|---|---|
| 1. | Claim 1 | YES ___ | NO ___ |
| 2. | Claim 6 | YES ___ | NO ___ |

2

## Question No. III:    INVALIDITY

Do you find by clear and convincing evidence that any of the following claims of the following patent are invalid?

Please answer **YES** or **NO**.
A **YES** is a finding for the *defendant*, Witness Systems.
A **NO** is a finding for the *plaintiff*, NICE.

A.    **Patent '371**

    1.    Claim 1    **YES** ___    **NO** ___

    2.    Claim 8    **YES** ___    **NO** ___

B.    **Patent '570**

    1.    Claim 6    **YES** ___    **NO** ___

C.    **Patent '372**

    1.    Claim 1    **YES** ___    **NO** ___

    2.    Claim 15    **YES** ___    **NO** ___

    3.    Claim 33    **YES** ___    **NO** ___

D.    **Patent '920**

    1.    Claim 1    **YES** ___    **NO** ___

    2.    Claim 16    **YES** ___    **NO** ___

    3.    Claim 21    **YES** ___    **NO** ___

E.    **Patent '109**

    1.    Claim 1    **YES** ___    **NO** ___

    2.    Claim 6    **YES** ___    **NO** ___

## Question No. IV:    DAMAGES

What damages, if any, do you award NICE for infringement of each patent that you found to be both valid and infringed?

|  |  | Royalty<br>Percentage (%) | Royalty<br>Amount ($) |
|---|---|---|---|
| A. | Patent '371 | _____ | _____ |
| B. | Patent '570 | _____ | _____ |
| C. | Patent '372 | _____ | _____ |
| D. | Patent '920 | _____ | _____ |
| E. | Patent '109 | _____ | _____ |
| Total |  | _____ | _____ |

We, the jurors, by signing below, indicate our unanimous verdict.

_____
Juror Foreperson

_____          _____
Juror                                     Juror

_____          _____
Juror                                     Juror

_____          _____
Juror                                     Juror

_____          _____
Juror                                     Juror