AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Nice Systems, et al

v.

Witness Systems Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: D6-311

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P1 | | 1/14/08 | | | Dr. Shlomo Shamir, NICE President |
| P2 | | 1/15 | | | John Henits |
| P3 | | 1/16 | | | Kevin Hegebarth via deposition |
| P4 | | 1/16 | | | Joseph Watson |
| P5 | | " | | | Daniel Spohrer |
| P6 | | " " | | | Scott McKechnie |
| P7 | | " | | | Marc Calahan |
| P8 | | " | | | Christopher Blair |
| P9 | | " | | | Timothy Shadburn |
| P10 | | " | | | Thomas Britven offered affirmed expert |
| D1 | | 1/16 | | | Brian Napper |
| D2 | | 1/17 | | | Nancy Treaster |
| D3 | | " | | | William Evans |
| D4 | | " | | | Christopher Blair |
| D5 | | " | | | Daniel Spohrer |
| D6 | | " | | | Jamie Williams |
| D7 | | 1/18 | | | John Strawn |
| D8 | | 1/18 | | | Dr. Jeff Vitter |
| P11 | | 1/18 | | | Jan Carol Warfield |
| D | | 1/18 | | ... | Dr. Christopher Blair |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NICE SYSTEMS, INC. and
NICE SYSTEMS LTD.,

     *Plaintiffs,*

       Civil Action No. 06-311-JJF

    v.

WITNESS SYSTEMS, INC.,

     *Defendant.*

## WITNESS SYSTEMS, INC.'s TRIAL EXHIBITS ADMITTED INTO EVIDENCE

| DTX | PTX |
|---|---|
| DTX 126 ✓ | PTX 424 ✓ |
| DTX 129 ✓ | PTX 702 ✓ |
| DTX 132 ✓ | PTX 705 ✓ |
| DTX 133 ✓ | |
| DTX 134 ✓ | |
| DTX 139 ✓ | |
| DTX 144 ✓ | |
| DTX 147 ✓ | |
| DTX 172 ✓ | |
| DTX 202 ✓ | |
| DTX 204 ✓ | |
| DTX 208 ✓ | |
| DTX 212 ✓ | |
| DTX 214 ✓ | |
| DTX 216 ✓ | |
| DTX 220 ✓ | |
| DTX 248 ✓ | |
| DTX 291 ✓ | |
| DTX 295 ✓ | |

| DTX | PTX |
|---|---|
| DTX 298 √ | |
| DTX 304 √ | |
| DTX 334 √ | |
| DTX 410 √ | |
| DTX 426 √ | |
| DTX 432 √ | |
| DTX 445 √ | |
| DTX 447 √ | |
| DTX 472 √ | |
| DTX 474.H √ | |
| DTX 474.J √ | |
| DTX 682 √ | |
| DTX 683 √ | |
| DTX 684 √ | |
| DTX 685 √ | |

## NICE Systems, Inc. et al. v. Witness Systems, Inc.

### C.A. No. 06-311 (JJF)

### NICE Systems, Inc. and NICE Systems, LTD's List of Admitted Trial Exhibits Agreed Upon By Defendant Witness Systems, Inc.

| PTX | DTX |
|---|---|
| 1 | 124 |
| 6 | 212 |
| 10 | 270 |
| 11 | 319 |
| 15 | 323 |
| 17 | 330 |
| 27 | 333 |
| 28 | 392 |
| 41 | 410 |
| 42 | 481 |
| 50 | 532 |
| 54 | 538 |
| 55 | 683 |
| 56 | |
| 60 | |
| 67 | |
| 69 | |
| 70 | |
| 72 | |
| 93 | |
| 94 | |
| 95 | |
| 96 | |
| 97 | |
| 98 | |
| 117 | |
| 127 | |
| 131 | |
| 132 | |
| 133 | |
| 134 | |
| 135 | |
| 136 | |
| 144 | |
| 148 | |

1

## NICE Systems, Inc. et al. v. Witness Systems, Inc.
### C.A. No. 06-311 (JJF)

### NICE Systems, Inc. and NICE Systems, LTD's List of Admitted Trial Exhibits Agreed Upon By Defendant Witness Systems, Inc.

| PTX | DTX |
|---|---|
| 158 | |
| 174 | |
| 186 | |
| 188 | |
| 231 | |
| 262 | |
| 267 | |
| 310 | |
| 338 | |
| 339 | |
| 341 | |
| 363 | |
| 366 | |
| 367 | |
| 384 | |
| 388 | |
| 390 | |
| 391 | |
| 412 | |
| 420 | |
| 451 | |
| 463 | |
| 464 | |
| 532 | |
| 536 | |
| 684 | |
| 687 | |
| 757 | |
| 765 | |
| 780 | |
| 783 | |
| 785 | |
| 914 | |
| 953 | |
| 960 | |

2

## NICE Systems, Inc. et al. v. Witness Systems, Inc.
### C.A. No. 06-311 (JJF)

### NICE Systems, Inc. and NICE Systems, LTD's List of Admitted Trial Exhibits Agreed Upon By Defendant Witness Systems, Inc.

| PTX | DTX |
|---|---|
| 1051 | |
| 1063 | |
| 1066 | |
| 1068 | |
| 1073 | |
| 1076 | |
| 1100 (WSNDE065708) | |

3