IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 06-311-JJF |
| | : |
| WITNESS SYSTEMS, INC., | : |
| | : |
| Defendant. | : |

## O R D E R

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware is hereby directed to furnish lunch for 7 to 8 jurors in the above entitled case for January 14, 2008, thru January 18, 2008 and for January 22, 2008 thru January 23, 2008.

January 25, 2008
DATE

UNITED STATES DISTRICT JUDGE