IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 06-311-JJF |
| | : |
| WITNESS SYSTEMS, INC., | : |
| | : |
| Defendant. | : |

### O R D E R

WHEREAS, this matter was tried to a jury from January 14, 2008, to January 22, 2008;

WHEREAS, the jury was unable to reach a unanimous verdict;

NOW THEREFORE, IT IS HEREBY ORDERED that a **MISTRIAL** is declared.

January 25, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE