OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 31, 2008

Melanie K. Sharp, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, Delaware 19899

    RE:   <u>Nice Systems, Inc., et al., v. Witness Systems, Inc.</u>
              Civil Acton No. 06-311-JJF

Dear Counsel:

    The Clerks office is returning the exhibits located in its storage area in accordance with the Court's Local Rule 79.1 (b)(2). We presently possess jury trial exhibits for the above referenced case. As this case has ended in a mistrial, we would like to remove these exhibits from our storage area.

    Please advise me no later than February 15, 2008 whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

Very truly yours,
Peter T. Dalleo, Clerk

Nicole M. Selmyer
Courtroom Deputy