IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICE SYSTEMS, INC., and | ) | |
| NICE SYSTEMS, LTD., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-311-JJF |
| | ) | |
| WITNESS SYSTEMS, INC., | ) | **REDACTED VERSION** |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JOSEPH M. DRAYTON
IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT WITNESS SYSTEMS, INC.'S MOTIONS *IN LIMINE***

**VOLUME 2 OF 3**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

KAYE SCHOLER LLP
Scott G. Lindvall
Joseph M. Drayton
425 Park Avenue
New York, NY  10022
(212) 836-8000

P.O. Box 391
Wilmington, DE 19899
(302) 571-6681
msharp@ycst.com

*Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.*

Dated: December 28, 2007

# EXHIBIT AA

# REDACTED

# EXHIBIT BB

# REDACTED

# EXHIBIT CC



## SELECT A SITE





### An Industry-Defining Business Combination
### Verint & Witness Systems... Creating a New Vision for the Customer-Centric Enterprise

From the contact center, to branch and back-office operations, and through to the enterprise, Verint and Witness Systems have come together - creating the leading global provider and innovator of the industry's broadest workforce and enterprise solution set:

- Quality monitoring
- IP recording
- Speech and data analytics
- Performance management
- Contact center and enterprise workforce management
- Learning and eCoaching
- Customer feedback management
- A full range of strategic professional and consulting services



**The Power to Improve Everything**

Now you can: Capture and analyze customer interactions. Improve workforce performance. Optimize service processes. uncover business trends. Discover the root cause of employee and customer behavior. Power the right decisions. Ensure service excellence. And achieve continuous performance improvement across every aspect of customer operations.

Find out more about how to put Verint's Witness Actionable Solutions to work in your organization today! Visit us at: Witness Actionable Solutions

**Yankee Group Validates Verint's Customer-Centric Enterprise Vision.**
Read the Full Research Note.

**Interested in Customer Interaction Analytics?**
Click here to learn more.

# EXHIBIT DD

# REDACTED

# EXHIBIT EE

# REDACTED

# EXHIBIT FF

# REDACTED

# EXHIBIT GG

# REDACTED

# Exhibit HH

# REDACTED

# EXHIBIT II

# REDACTED