IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICE SYSTEMS, INC., and | ) | |
| NICE SYSTEMS, LTD., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-311-JJF |
| | ) | |
| WITNESS SYSTEMS, INC., | ) | **REDACTED VERSION** |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JOSEPH M. DRAYTON
IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT WITNESS SYSTEMS, INC.'S MOTIONS *IN LIMINE***

**VOLUME 3 OF 3**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

KAYE SCHOLER LLP
Scott G. Lindvall
Joseph M. Drayton
425 Park Avenue
New York, NY 10022
(212) 836-8000

P.O. Box 391
Wilmington, DE 19899
(302) 571-6681
msharp@ycst.com

*Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.*

Dated: December 28, 2007

# EXHIBIT JJ

# REDACTED

# EXHIBIT KK

# REDACTED

# EXHIBIT LL

# REDACTED

# EXHIBIT MM

# REDACTED

# EXHIBIT NN

# REDACTED

# EXHIBIT OO

# REDACTED

# EXHIBIT PP

# REDACTED

# EXHIBIT QQ

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NICE SYSTEMS, INC., a Delaware Corporation, and  )
NICE SYSTEMS, LTD., an Israeli Corporation,       )
                                                   )
                                 Plaintiffs,       )
                                                   )
                    v.                             )        Civil Action No. 06-311-JJF
                                                   )
WITNESS SYSTEMS, INC, a Delaware Corporation,      )
                                                   )
                                 Defendant.        )

## PLAINTIFFS' INITIAL DISCLOSURES
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Pursuant to Fed. R. Civ. P. 26(a)(1), and based on the information reasonably available to them, plaintiffs NICE Systems, Inc. ("NICE") and NICE Systems Ltd. ("NICE Ltd."), hereby make the following initial disclosures. NICE and NICE, Ltd. submit these Initial Disclosures based upon information they have acquired to date, and reserve all rights, consistent with Rule 26(e), to modify, amend, and/or supplement the disclosures made herein as additional evidence and information become available.

**I.      Fed. R. Civ. P. 26(a)(1)(A).**

The names, addresses and phone numbers of individuals who are likely to have discoverable information are set forth below.

A.      Employees of NICE or NICE Ltd., and as such should only be contacted though Plaintiffs' counsel:

1.      Ilan Yosef is Vice President for Products & Technology at NICE Ltd and may have relevant information relating to the technical aspects of products related to one or more

1

of patents at issue. Mr. Yosef is also an inventor of U.S. Patent No. 7,010,109 (the "'109 Patent"), and therefore may have relevant information regarding the conception, reduction to practice and development of that patent.

2.    Francois Nale is Corporate Director for Sales Operations at NICE Systems Ltd. and may have relevant information relating to sales of products covered by the one or more of the patents at issue.

3.    Avishai Elazar is an inventor of U.S. Patent No. 6,959,079 (the "'079 Patent"), and therefore may have relevant information regarding the conception, reduction to practice and development of that patent. Mr. Elazar's address is not known.

4.    Ilan Freedman is an inventor of the '109 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of that patent. Mr. Freedman's address is not known.

5.    Hagay Gritzer is an inventor of the '109 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of those patents. Mr. Gritzer's address is not known.

B.    Non-Party Witnesses:

1.    Robert Swick is an inventor of the '371 Patent and the '005 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of those patents. Mr. Swick is represented by Kaye Scholer LLP, and as such should only be contacted though his counsel.

2.    David Glowny is an inventor of U.S. Patent No. 6,249,570 (the "'570 Patent"), U.S. Patent No. 6,728,345 (the "'345 Patent") and U.S. Patent No. 6,785,370 (the "'370 Patent"), and therefore may have relevant information regarding the conception, reduction to

2

practice and development of those patents. Mr. Glowny is represented by Kaye Scholer LLP, and as such should only be contacted though his counsel.

3.    John Henits is an inventor of the '371 Patent, the '005 Patent, U.S. Patent No. 6,870,920 (the "'920 Patent") and U.S. Patent No. 6,775,372 (the "'372 Patent"), and therefore may have relevant information regarding the conception, reduction to practice and development of those patents. Mr. Henits is represented by Kaye Scholer LLP, and as such should only be contacted though his counsel.

4.    John Richter is an inventor of the '570 Patent, the '345 Patent and the '370 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of those patents. Mr. Richter is represented by Kaye Scholer LLP, and as such should only be contacted though his counsel.

5.    Salvatore Morlando is an inventor of the '738 Patent and the '005 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of those patents. Mr. Morlando is presented by Kaye Scholer LLP, and as such should only be contacted though his counsel.

6.    Constantine Messologitis is an inventor of the '371 Patent and the '005 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of those patents. Mr. Messologitis resides 106 West Rutland Road, Milford, CT 06460.

7.    Daniel Daly is an inventor of U.S. Patent No. 5,274,738 (the "'738 Patent") and U.S. Patent No. 5,819,005 (the "'005 Patent"), and therefore may have relevant information regarding the conception, reduction to practice and development of those patents. Mr. Daly's address is not known.

3

8.      John Dwyer is an inventor of the '738 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of that patent. Mr. Dwyer's address is not known.

9.      Christopher Goane is an inventor of U.S. Patent No. 5,396,371 (the "'371 Patent"), and therefore may have relevant information regarding the conception, reduction to practice and development of that patent. Mr. Goane's address is not known.

10.     Thomas Grandy is an inventor of the '738 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of those patents. Mr. Gandy's address is not known.

11.     Mark Harris is an inventor of the '738 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of that patent. Mr. Harris's address is not known.

12.     Phil Min Ni is an inventor of the '570 Patent, the '345 Patent and the '370 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of those patents. Mr. Ni resides at 2132 Avalon Gates, Trumbull, Connecticut 06611.

13.     Mark Sekas is an inventor of the '738 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of that patent. Mr. Sekas's address is not known.

14.     Shamla Sharma is an inventor of the '738 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of that patent. Mr. Sharma's address is not known.

4

15.    Danny Shporer is an inventor of the '109 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of that patent. Mr. Shporer's address is Moshe Aviv Tower, 54th Floor, 7 Jabotinsky Street, 52520 Ramat Gan, Israel.

16.    Jy-Hong Su is an inventor of the '738 Patent, and therefore may have relevant information regarding the conception, reduction to practice and development of that patent. Mr. Su's address is not known.

17.    Scott Mckechnie is an employee of Avaya, Inc. and may have relevant information relating to the accused products. Mr. Mckechnie's address is Avaya, Inc., 211 Mt. Airy Road, Basking Ridge, New Jersey 07920.

18.    David Raanan is an employee of Avaya, Inc. and may have relevant information relating to the accused products. Mr. Raanan's address is Avaya, Inc., 211 Mt. Airy Road, Basking Ridge, New Jersey 07920.

19.    Mike Thurk is an employee of Avaya, Inc. and may have relevant information relating to the accused products. Mr. Thurk's address is Avaya, Inc., 211 Mt. Airy Road, Basking Ridge, New Jersey 07920.

20.    Christopher Blair is the Chief Technology of Witness Systems, Inc. and a principal of Software Hothouse Ltd. Mr. Blair may have relevant information relating to the accused products.

21.    Other employees of Witness Systems, Inc. and Software Hothouse Ltd. which may have relevant information concerning the accused products.

065251.1001

## II.    Fed. R. Civ. P. 26(a)(1)(B).

The following is a description by category and location of documents and things that

NICE and/or NICE Ltd. may use to support their claims or defenses.

A.    Documents relating to the '079 Patent and '109 Patent, including the patent

application and file histories, are located at NICE Systems, Ltd., 8 Hapnina Street, Ra'anana

43107 Israel.

B.    Documents relating to the '738 Patent, '371 Patent, '005 Patent, '570 Patent, '345

Patent, '372 Patent, '370 Patent and '920 Patent, including the patent application and file

histories, and any products covered by one or more of those patents are located at:  (1) Bulova

Technologies EMS LLC, 3900 West Sarno Road, Melbourne, FL 32934, (2) Nice Systems, Inc.,

717 17th Street, Suite 1800, Denver, CO 80202 and (3) Kaye Scholer LLP, 425 Park Avenue,

New York, NY 10022.

C.    Documents relating to financial and marketing information are located at Nice

Systems, Inc., 301 Route 17 North, 10th Floor, Rutherford, New Jersey 07070.

D.    Documents relating to litigation and other legal and/or administrative proceedings

involving or related to the patents-in-suit.

E.    Documents relating to the patents-in-suit and the accused products in the

possession of Witness.

## III.    Fed. R. Civ. P. 26(a)(1)(C).

NICE and NICE Ltd. have not yet determined their damages calculation in this action.  In

addition to the damages which NICE and NICE Ltd. will seek to recover from Witness's

infringement, they seek costs, expenses, reasonable attorney's fees and other fees as the Court

may deem appropriate.

## IV.    Fed. R. Civ. P. 26(a)(1)(D).

Neither NICE nor NICE Ltd. is aware of an insurance agreement that must be disclosed pursuant to this rule.

DB02:5563650.1                                                                                                    065251.1001

NICE and NICE Ltd. submit the foregoing initial disclosures without waiving (1) the right to object to discovery on any proper grounds, including attorney client or work product privileges, competency, undue burden, relevancy and materiality; (2) the right to object to the use of any such information, for any purpose, in whole or in part, in any other proceeding in this or any other action; and (3) the right to object on any grounds, at any time, to any discovery request or proceeding relating to or involving the subject matter of this disclosure.

Dated: October 17, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Melanie K. Sharp (No. 2501)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

P.O. Box 391
Wilmington, DE 19899
(302)571-6681
msharp@ycst.com

KAYE SCHOLER LLP
Scott G. Lindvall
Daniel P. DiNapoli
Joseph M. Drayton
425 Park Avenue
New York, NY  10022
(212)836-8000

*Attorneys for Plaintiffs Nice Systems, Inc. and Nice Systems, Ltd.*

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, Esquire, hereby certify that on October 17, 2006, I caused a copy of

the foregoing, Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1),

to be served on the following counsel in the manner indicated:

**BY HAND DELIVERY AND EMAIL**
William J. Marsden, Jr.
Kyle Wagner Compton
Fish & Richardson, P.C.
919 North Market Street
Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114

**BY EMAIL**
Noah C. Graubart
Nagendra Setty
John Hamann
Christopher O. Green
Daniel A. Kent, Esquire
Fish & Richardson, P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA  30309

Melanie K. Sharp (No. 2501)

# EXHIBIT RR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NICE SYSTEMS, INC. and
NICE SYSTEMS LTD.,

    *Plaintiffs,*

    v.

WITNESS SYSTEMS, INC.,

    *Defendant.*

C.A. No. 06-311-JJF

---

### DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant

Witness Systems, Inc. ("Witness") makes the following initial disclosures. Witness is

continuing its investigation, including conducting a reasonable search for relevant

documents and witnesses, and will supplement these disclosures in a timely manner,

where necessary, in accordance with Rule 26(e).

### I.    INDIVIDUALS

The following individuals are employed by or affiliated with Witness Systems,

Inc., located at 300 Colonial Center Parkway, Roswell, Georgia 30076, and can be

contacted only through Witness' counsel at Fish & Richardson.   These individuals are

likely to have discoverable information that Witness may use to support its defenses and

any claims that Witness may assert in this case:

| | |
|---|---|
| Kevin Hegebarth | Marketing, design, and development of accused Witness products. |
| Nancy Treaster | Marketing of accused Witness products. |
| Christopher Blair | Technical aspects of accused Witness products. |
| Jeff Ianonne | Technical aspects of accused Witness products. |
| Ed Murray | Technical aspects of accused Witness products. |
| Kathy Miller | Sales of accused Witness products. |
| William Evans | Witness' general financial performance and the financial performance of accused Witness products. |

The following former Witness employees are likely to have discoverable information that Witness may use to support its claims or defenses. These individuals may have continuing obligations of confidentiality to Witness and also should be contacted through Witness' counsel at Fish & Richardson.

| | |
|---|---|
| John May | Technical information concerning accused Witness products. |
| Chris Straut | Technical information concerning accused Witness products. |
| Doug Gisby | Technical information concerning accused Witness products. |
| Chris Jeffs | Sales and marketing information concerning accused Witness products. |

The following categories of current or former employees of NICE Systems Ltd. and/or NICE Systems, Inc. (collectively "NICE") are likely to have discoverable information that Witness may use to support its claims or defenses:

| | |
|---|---|
| Unknown individuals<br>NICE Systems, Inc.<br>301 Route 17 North<br>10th Floor<br>Rutherford, NJ 07070 | Technical, financial, sales, marketing and/or product management information concerning NICE products that allegedly embody the inventions, if any, of the patents-in-suit. |
| Unknown individuals<br>NICE Systems, Ltd.<br>8 Hapnina Drive, Ra'anana 43107 Israel | Technical, financial, sales, marketing and/or product management information concerning NICE products that allegedly embody the inventions, if any, of the patents-in-suit. |
| Unknown individuals<br>(former Dictaphone employees) | Technical, financial, sales, marketing and/or product management information concerning current or former Dictaphone and/or NICE products that allegedly embody the inventions, if any, of the patents-in-suit. |
| Inventors of all NICE patents-in-suit | Conception, reduction to practice, diligence, design and, development of the subject matter claimed in all of the NICE patents-in-suit. |

## II.   DOCUMENTS

Witness has conducted and continues to conduct a reasonable search and has located in its possession, custody, or control the following categories of documents that it may use to support its claims or defenses. Such documents are located either at Witness Systems' facilities in Roswell, Georgia, or Leatherhead, England, or at the offices of Witness Systems' litigation counsel, and which will be made available to NICE's counsel for inspection and copying at a mutually agreeable time and place, subject to the entry of

an appropriate protective order, particularly as it pertains to sensitive technical and commercial information identified below.

- The patents-in-suit;

- File histories for the patents-in-suit;

- Documents regarding NICE and/or Dictaphone products;

- Press releases, web pages, articles and other publicly available information about the relevant industry and accused products;

- Documents regarding the development of the accused products;

- Documents regarding Witness products that are prior art to the patents-in-suit;

- Witness patent applications that are prior art to the patents-in-suit;

- Additional prior art documents;

- Documents showing NICE's knowledge of prior art that it did not disclose to the U.S. Patent & Trademark Office;

- Documents regarding the sales and marketing of the accused products;

- NICE's financial disclosures, annual reports, public filings, and Internet web pages;

- Documents from *STS Software Systems Ltd. v. Witness Systems, Inc.*, Case No. 1:04-CV-2111-RWS (N.D. Ga.) subject to the terms of the Protective Order;

- Documents from *Witness Systems, Inc. v. NICE Systems, Inc. & NICE Systems Ltd.*, Case No. 1:04-CV-2531-CAP (N.D. Ga.) subject to the terms of the Protective Order;

- Documents from *Witness Systems, Inc. v. NICE Systems, Inc. & NICE Systems Ltd.*, Case No. 1:06-CV-0126-TCB (N.D. Ga.) subject to the terms of the Protective Order; and

- Documents concerning earlier litigation matters in which at least one of the NICE patents-in-suit was involved.

12007808.DOC

## III.    COMPUTATION OF DAMAGES

Witness will seek costs of suit, attorneys' fees under 35 U.S.C. § 285, and any

other relief that is deemed just and proper.

## IV.    INSURANCE AGREEMENT

Witness is unaware of any applicable agreement.

Dated:  October 17, 2006                    FISH & RICHARDSON P.C.


By:  */s/ William J. Marsden, Jr.*
      William J. Marsden, Jr. (#2247)
      Kyle Wagner Compton (#4693)
      919 N. Market Street, Suite 1100
      P. O. Box 1114
      Wilmington, Delaware  19899-1114
      Telephone:  (302) 652-5070

      Nagendra Setty
      Daniel A. Kent
      John D. Hamann
      1180 Peachtree Street, NE
      21st Floor
      Atlanta, GA 30309
      Tel: (404) 892-5005

      **Attorneys for Defendant**
      **Witness Systems, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2006, I caused a copy of

DEFENDANT'S INITIAL DISCLOSURES to be served on the following counsel of

record in the manner indicated below:

### VIA ELECTRONIC & FIRST CLASS MAIL:

Josy W. Ingersoll                                *Attorneys for Plaintiffs*
Karen L. Pascale                                 *Nice Systems Ltd. and Nice Systems, Inc.*
Young, Conoway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


Scott G. Lindvall                                *Attorneys for Plaintiffs*
Daniel DiNapoli                                  *Nice Systems Ltd. and Nice Systems, Inc.*
Joseph M. Drayton
Robert R. Laurenzi
Jason Frank
Steven Chin
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022


*/s/ Kyle Wagner Compton*
Kyle Wagner Compton

# EXHIBIT SS

07815202

| DECLARATION AND POWER OF ATTORNEY<br>Patent Application | Attorney's Docket Number<br>DIC-588 |
|---|---|
| | Page 1 of 4 |

As below named inventors, we hereby declare that:

    our residences, post office addresses and citizenships are as stated below next to our names;

    we verily believe that we are the original, first and joint inventors of the invention entitled

        **MODULAR DIGITAL VOICE PROCESSING SYSTEM**

described and claimed in the attached specification;

    we have reviewed and understand the contents of the above-identified specification, including the claims;

    we acknowledge our duty to disclose information of which we are aware which is material to examination of this application in accordance with Title 37, Code of Federal Regulations, section 1.56(a); and

    we do not know and do not believe the invention was ever known or used in the United States of America before our invention thereof, or patented or described in any printed publication in any country before our invention thereof or more than one year prior to this application, that the invention was not in public use or on sale in the United States of America more than one year prior to this application, that the invention has not been patented or made the subject of an inventor's certificate issued before the date of this application in any country foreign to the United States of America on any application filed by us or our legal representatives or assigns more than twelve months prior to this application, and that no application for patent or inventor's certificate on this invention has been filed in any country foreign to the United States of America prior to this application by us or our legal representatives or assigns.



WSNSDE0008586

| DECLARATION AND POWER OF ATTORNEY<br>Patent Application | Attorney's Docket Number<br>DIC-588 |
|---|---|
| | Page 2 of 4 |

We hereby appoint the following attorneys and/or agents to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

Peter Vrahotes          Reg. No. 22,529
Melvin J. Scolnick      Reg. No. 25,233
David E. Pitchenik      Reg. No. 24,020
Robert E. Meyer         Reg. No. 26,307

Address all telephone calls to   Peter Vrahotes
at telephone No.: (203) 351-7566

Address all correspondence to  Peter Vrahotes
                               Pitney Bowes Inc.
                               Intellectual Property and
                               Technology Law Department
                               World Headquarters
                               One Elmcroft Road
                               Stamford, Connecticut 06926-0700

We hereby declare that all statements made herein of our own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| FULL NAME | Last<br>Daly | | First<br>Daniel | | Middle<br>F. |
|---|---|---|---|---|---|
| Residence &<br>Citizenship | City<br>Monroe | | State<br>CT. | | Citizenship<br>U.S. |
| Post Office<br>Address | Street Address<br>194 Barn Hill Road | | City<br>Monroe | State<br>CT. | Zip<br>Code<br>06468 |
| Signature of Inventor | | | | Date<br>12/19/91 | |

WSNSDE0008587

| DECLARATION AND POWER OF ATTORNEY Patent Application | | | Attorney's Docket Number DIC-588 |
|---|---|---|---|
| | | | Page 3 of 4 |

| FULL NAME | Last Dwyer *LE0200* | First John | | Middle J. |
|---|---|---|---|---|
| Residence & Citizenship | City Stratford *CT* | State CT. | | Citizenship U.S. |
| Post Office Address | Street Address 224 Freeman Avenue | City Stratford | State CT. | Zip Code 06497 |

Signature of Inventor _[signature]_    Date 12-19-91

| FULL NAME | Last Harris *40300* | First Mark | | Middle N. *[initials 12/19/91]* |
|---|---|---|---|---|
| Residence & Citizenship | City New Haven *CT* | State CT | | Citizenship U.S. |
| Post Office Address | Street Address 64 Roger White Drive | City New Haven | State CT | Zip Code 06511 |

Signature of Inventor _[signature]_    Date 12/19/91

| FULL NAME | Last Morlando *LE0400* | First Salvatore | | Middle J. |
|---|---|---|---|---|
| Residence & Citizenship | City Easton *CT* | State CT. | | Citizenship U.S. |
| Post Office Address | Street Address 15 Jamestown Road | City Easton | State CT. | Zip Code 06612 |

Signature of Inventor _[signature]_    Date 12/19/91

| FULL NAME | Last ~~Daly~~ Grandy *LE0500* | First ~~Daniel~~ Thomas | | Middle ~~F.~~ ✗ |
|---|---|---|---|---|
| Residence & Citizenship | City ~~Huntington~~ Monroe 23 L'Hermitage Drive | State CT. | | Citizenship U.S. |
| Post Office Address | Street Address 23 L'Hermitage Drive ~~184 Barn Hill Road~~ | City ~~Huntington~~ Monroe | State CT CT. | Zip Code ~~06468~~ 06484 |

Signature of Inventor _Thomas L. Grandy_    Date 12/19/91

WSNSDE0008588

| DECLARATION AND POWER OF ATTORNEY Patent Application | | | Attorney's Docket Number DIC-588 | | |
|---|---|---|---|---|---|
| | | | Page 4 of 4 | | |

| FULL NAME | Last Sekas | | First Mark | | Middle |
|---|---|---|---|---|---|
| Residence & Citizenship | City Orange | | State CT | | Citizenship U.S. |
| Post Office Address | Street Address 298 Karen Drive | | City Orange | State CT. | Zip Code 06477 |
| Signature of Inventor | | | | Date 12/18/91 | |

| FULL NAME | Last Sharma | | First Shaxmla | | Middle V. |
|---|---|---|---|---|---|
| Residence & Citizenship | City Norwalk | | State CT. | | Citizenship U.S. |
| Post Office Address | Street Address 6 Live Oak Road | | City Norwalk | State CT. | Zip Code 06851 |
| Signature of Inventor | | | | Date 12/19/91 | |

| FULL NAME | Last Su | | First Jy-Hong | | Middle |
|---|---|---|---|---|---|
| Residence & Citizenship | City Norwalk | | State CT. | | Citizenship U.S. |
| Post Office Address | Street Address 14 Hunters Lane | | City Norwalk | State CT. | Zip Code 06850 |
| Signature of Inventor | | | | Date 12/18/91 | |

WSNSDE0008589