IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC., and<br>NICE SYSTEMS, LTD.,<br><br>          Plaintiffs,<br>v.<br><br>WITNESS SYSTEMS, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)    Civil Action No. 06-311-JJF<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Kevin W. Cherry of Gibson, Dunn & Crutcher LLP in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    _____
                    Melanie K. Sharp (No. 2501)
                    Mary F. Dugan (No. 4704)
                    Monté T. Squire (No. 4764)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, DE  19801
                    P.O. Box 391
                    Wilmington, DE 19899
                    (302) 571-6681
                    msquire@ycst.com

Dated:  June 16, 2008          *Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.*

SO ORDERED this ___ day of _____, 2008 that counsel's motion for the admission pro hac vice of Kevin W. Cherry is GRANTED.

                    _____
                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

/Kevin W. Cherry/
Kevin W. Cherry
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2346

Dated: June 16, 2008