IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICE SYSTEMS, INC., and<br>NICE SYSTEMS, LTD., | )<br>)<br>) | |
| Plaintiffs,<br>v.<br>WITNESS SYSTEMS, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-311-JJF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Josh A. Krevitt of Gibson, Dunn & Crutcher LLP in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ _____
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899
(302) 571-6681
msharp@ycst.com

*Attorneys for Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd.*

Dated: June 23, 2008

SO ORDERED this ___ day of _____, 2008 that counsel's motion for the admission pro hac vice of Josh A. Krevitt is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Josh A. Krevitt
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-6390

Dated: June 18, 2008