# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**VIA ELECTRONIC FILING**

July 16, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court for the
    District of Delaware
844 King Street
Wilmington, DE 19801

Re:    *NICE Systems, Inc. & NICE Systems Ltd. v. Witness Systems, Inc.*
       U.S.D.C. (D. Del.) – Civil Action No. 1:06-CV-00311-JJF

Dear Judge Farnan:

With regard to the above-referenced action, the parties wish to notify the Court that they have reached an agreement in principle to resolve this action, as well as all other co-pending litigations.  The parties are finalizing the specific terms of the agreement now and will notify the Court within ten (10) days if their agreement has not been completed.

Respectfully,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr.

WJM:db

cc:    Melanie K. Sharp, Esq.
       Scott G. Lindvall, Esq.
       Joseph M. Drayton, Esq.
       Josh A. Krevitt, Esq.

ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

MUNICH

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC