IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS, LTD.,<br>　　　　　*Plaintiffs*,<br>　　v.<br>WITNESS SYSTEMS, INC.,<br>　　　　　*Defendant*. | )<br>)<br>)<br>)<br>) Civil Action No.: 06-311-JJF<br>)<br>)<br>) |

### JOINT MOTION TO DISMISS AND
### MEMORANDUM IN SUPPORT THEREOF

COME NOW Plaintiffs NICE Systems, Inc. and NICE Systems, Ltd. and Defendant Witness Systems, Inc., to file their Joint Motion to Dismiss and in support thereof would show the Court the following:

The parties have reached an agreement that resolves all issues between them as relates to the matters as asserted in this lawsuit and as part of that agreement, are jointly seeking a DISMISSAL WITH PREJUDICE of all claims and counterclaims between them with each party to incur their respective costs.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court enter the proposed Agreed Order submitted with this Motion.

Dated: August 8, 2008                                         Respectfully Submitted,

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **FISH & RICHARDSON P.C.** |
| By: */s/ Monté T. Squire* <br> Melanie K. Sharp (No. 2501) <br> Karen E. Keller (No. 4489) <br> Mary F. Dugan (No. 4704) <br> Monté T. Squire (No. 4764) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE  19801 <br><br> P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 571-6681 <br> msharp@ycst.com | By: */s/ William J. Marsden, Jr.* <br> William J. Marsden, Jr. (#2247) <br> Kyle Wagner Compton (#4693) <br> 919 N. Market Street, Suite 1100 <br> P.O. Box 1114 <br> Wilmington, DE  19899-1114 <br><br> Nagendra Setty (*pro hac vice*) <br> Daniel A. Kent (*pro hac vice*) <br> Christopher O. Green (*pro hac vice*) <br> Noah C. Graubart (*pro hac vice*) <br> 1180 Peachtree Street, N.E. <br> 21st Floor <br> Atlanta, GA  30309 <br><br> *Attorneys for Defendant* <br> *Witness Systems, Inc.* |

**GIBSON, DUNN & CRUTCHER, LLP**

Josh A. Krevitt (*pro hac vice*)
Richard Koehl (*pro hac vice*)
Kevin W. Cherry (*pro hac vice*)
200 Park Avenue
New York, New York 10166-0193
(212) 351-4000

**KAYE SCHOLER LLP**

Scott G. Lindvall (*pro hac vice*)
Joseph M. Drayton (*pro hac vice*)
425 Park Avenue
New York, NY  10022
(212) 836-8000

*Attorneys for Plaintiffs NICE Systems, Inc.*
*and NICE Systems, Ltd.*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NICE SYSTEMS, INC. and<br>NICE SYSTEMS, LTD., <br>          *Plaintiffs*, <br>          v. <br>WITNESS SYSTEMS, INC., <br>          *Defendant*. | )<br>)<br>)<br>)<br>) Civil Action No.: 06-311-JJF<br>)<br>)<br>) |

**[PROPOSED] ORDER ON JOINT MOTION TO DISMISS**

Before the Court is the parties' Joint Motion to Dismiss. After considering the Motion and finding that good cause exists for the granting of same, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE as to the re-filing of same, that Defendants' counterclaims against Plaintiff are DISMISSED WITH PREJUDICE, and that each party shall bear their own costs and fees.

The Court shall retain jurisdiction over the parties and shall have the authority, among other things, to interpret and enforce the parties' settlement agreement.

_____
Hon. Joseph J. Farnan, Jr., U.S.D.J