IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and <br> NICE SYSTEMS, LTD., <br>           *Plaintiffs,* <br>           v. <br> WITNESS SYSTEMS, INC., <br>           *Defendant.* | ) <br> ) <br> ) <br> ) Civil Action No.: 06-311-JJF <br> ) <br> ) |

## ORDER ON JOINT MOTION TO DISMISS

Before the Court is the parties' Joint Motion to Dismiss. After considering the Motion and finding that good cause exists for the granting of same, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE as to the re-filing of same, that Defendants' counterclaims against Plaintiff are DISMISSED WITH PREJUDICE, and that each party shall bear their own costs and fees.

The Court shall retain jurisdiction over the parties and shall have the authority, among other things, to interpret and enforce the parties' settlement agreement.

_____
Hon. Joseph J. Farnan, Jr., U.S.D.J

8/13/08