AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following    X Patents or    ☐ Trademarks:

| DOCKET NO.<br>06cv311 | DATE FILED<br>5/11/2006 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>NICE Systems Inc., a Delaware Corporation;<br>NICE Systems Ltd., and Israeli Corporation | | DEFENDANT<br>Witness Systems Inc., a Delaware Corporation |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,274,738 | 12/28/1993 | Dictaphone Corporation |
| 2 | 5,396,371 | 3/7/1995 | Dictaphone Corporation |
| 3 | 5,819,005 | 10/6/1998 | Dictaphone Corporation |
| 4 | US 6,249,570 B1 | 6/19/2001 | David A. Glowny |
| 5 | US 6,728,345 B2 | 4/27/2004 | Dictaphone Corporation |
| | US 6,775,372 B1 | 8/10/2004 | Dictaphone Corporation |
| | US 6,785,370 B2 | 8/31/2004 | Dictaphone Corporation |
| | US 6,870,920 B2 | 3/22/2005 | Dictaphone Corporation |
| | US 6,959,079 | 10/25/2005 | NICE Systems Ltd. |
| | US 7,010,109 B2 | 3/7/2006 | NICE Systems Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Order |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | *Nicole M Selmyer* (signature) | 8/15/2008 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | *Nicole M Selmyer* (signature) | 8/15/2008 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICE SYSTEMS, INC. and NICE SYSTEMS, LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> WITNESS SYSTEMS, INC., <br><br> *Defendant*. | ) ) ) ) ) Civil Action No.: 06-311-JJF ) ) ) |

### ORDER ON JOINT MOTION TO DISMISS

Before the Court is the parties' Joint Motion to Dismiss. After considering the Motion and finding that good cause exists for the granting of same, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE as to the re-filing of same, that Defendants' counterclaims against Plaintiff are DISMISSED WITH PREJUDICE, and that each party shall bear their own costs and fees.

The Court shall retain jurisdiction over the parties and shall have the authority, among other things, to interpret and enforce the parties' settlement agreement.

_____
Hon. Joseph J. Farnan, Jr., U.S.D.J

8/13/08